# EXHIBIT 1

# Part 2

DOCUMENT 1

ELECTRONICALLY FILED
8/1/2023 4:33 PM
02-CV-2023-901572.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

| State of Alabama Unified Judicial System  Form ARCiv-93  Rev. 9/18 | **COVER SHEET**  **CIRCUIT COURT - CIVIL CASE**  (Not For Domestic Relations Cases) | Case Number:  02 |
|---|---|---|
| | Date of Filing:  08/01/2023 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE v. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☐ Business ☐ Individual ☐ Government ☑ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| HER051 | 8/1/2023 4:33:33 PM | /s/ CHRISTINE C HERNANDEZ |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

DOCUMENT 2

ELECTRONICALLY FILED
8/1/2023 4:33 PM
02-CV-2023-901572.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DR. DARREN PASCAVAGE,                    *
                                         *
    Plaintiff,                       *
                                         *          CASE NO.: CV _____
v.                                       *
                                         *
                                         *          JURY DEMAND
ST. LUKE'S EPISCOPAL SCHOOL;             *
                                         *
ST. LUKE'S EPISCOPAL CHURCH;             *
                                         *
ST. LUKE'S EPISCOPAL SCHOOL              *
BOARD OF TRUSTEES;                       *
                                         *
ST. LUKE'S EPISCOPAL CHURCH              *
VESTRY;                                  *
                                         *
RT. REV. RUSSELL KENDRICK,               *
BISHOP (In his Official capacity);       *
                                         *
REV. JAMIE MCELROY, RECTOR               *
(In his Official capacity);              *
                                         *
BRIAN KNOTTS, CHAIRMAN                    *
OF THE BOARD OF TRUSTEES FOR             *
ST. LUKE'S EPISCOPAL SCHOOL,             *
(In his official and individual capacity);  *
                                         *
TARA LOCKETT, VICE CHAIR OF THE          *
BOARD OF TRUSTEES OF ST. LUKE'S          *
EPISCOPAL SCHOOL, (In her official and   *
individual capacity);                    *
                                         *
BOARD OF                                 *
TRUSTEES FOR ST. LUKE'S EPISCOPAL        *
SCHOOL, BOARD MEMBERS:                   *
                                         *
JAKE BAKER,                              *
(In his official and individual capacity);  *
                                         *
SUZY BANKS,                              *
(In her official and individual capacity);  *
                                         *

DOCUMENT 2

WINDY BITZER,
(In her official and individual capacity);

ELIZABETH BOONE,
(In her official and individual capacity);

DANI MOORE,
(In her official and individual capacity);

MITCH CUMPTON,
(In his official and individual capacity);

KIM DOLBEAR, BOARD
SECRETARY, (In her official and
individual capacity);

SHANE HALE,
(In his official and individual capacity);

TERRY HOLT,
(In his official and individual capacity);

AMBER MARTENSTEIN,
(In her official and individual capacity);

ELIZABETH PALMER-HILL,
(In her official and individual capacity);

JAYE B. PATTERSON,
ADVANCEMENT COMMITTEE
CHAIR, (In his official and individual
capacity);

DAVID B. POOLE, VESTRY
REPRESENTATIVE (In his official and
individual capacity);

ROY PRICE, FACILITIES
COMMITTEE CHAIR
(In his official and individual capacity);

ROBIN ROBERTS,
(In his official and individual capacity);

LLOYD ROEBUCK,
(In his official and individual capacity);

DOCUMENT 2

JIM ROSSLER,
(In his official and individual capacity);

BRIAN TRAMMELL, BOARD
TREASURER
(In his official and individual capacity);

BOB WILL
(In his official and individual capacity);

MICHELLE BENTLEY, CHIEF
FINANCIAL OFFICER, (In her official
and individual capacity);

DUNCAN CASSIDY, IT DIRECTOR,
(In his official and individual capacity);

CATHY HAYES, ASSISTANT TO
HEAD OF SCHOOL,(In her official
and individual capacity);

SUZY BANKS, ACADEMIC DEAN
(In her official and individual capacity);

BRENDA LANGHAM, BUSINESS
OFFICE- HUMAN RESOURCES
(In her official and individual capacity);

PHILLIP CUMMINGS, LOWER
SCHOOL DIRECTOR (In his official
and individual capacity);

ST. LUKE'S EPISCOPAL CHURCH
VESTRY MEMBERS:

JACK BAYLOR,
(In his official and individual capacity);

MONICA COOK,
(In her official and individual capacity);

CHANCE COOPER,
(In his official and individual capacity);

DOCUMENT 2

| | |
|---|---|
| **MIKE DOSSETT,** | * |
| (In his official and individual capacity); | * |
| | + |
| **FRAN GARRETT,** | * |
| (In her official and individual capacity); | * |
| | * |
| **HOLLY GIBNEY,** | * |
| (In her official and individual capacity); | * |
| | * |
| **GLORIA HENIGHAN,** | * |
| (In her official and individual capacity); | * |
| | * |
| **RONNIE HARDY,** | * |
| (In his official and individual capacity); | * |
| | * |
| **KARMEN HOLMES,** | * |
| (In her official and individual capacity); | * |
| | * |
| **TOM IRVING,** | * |
| (In her official and individual capacity); | * |
| | * |
| **CHRISTINE JACOBS,** | * |
| (In her official and individual capacity); | * |
| | * |
| **RAY THOMPSON,** | * |
| (In his official and individual capacity); | * |
| | * |
| **FICTITIOUS DEFENDANTS A-F,** | * |
| (In their official and/or individual | * |
| capacities); | * |
| | * |
|     **DEFENDANTS.** | * |

## COMPLAINT

COMES NOW, the Plaintiff, DR. DARREN PASCAVAGE, by and through undersigned counsel, Christine C. Hernandez and James Adam Muns of The Hernandez & Associates Firm, LLC., and hereby complains against the Defendant(s) ST. LUKE'S EPISCOPAL SCHOOL; ST. LUKE'S EPISCOPAL CHURCH; ST. LUKE'S EPISCOPAL CHURCH VESTRY; ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES; RT. REV. RUSSELL KENDRICK, BISHOP, (In his official capacity); REV. JAMIE MCELROY, RECTOR, (In his official capacity); BRIAN KNOTTS, CHAIRMAN OF THE BOARD OF TRUSTEES, ST. LUKE'S EPISCOPAL

DOCUMENT 2

SCHOOL, (In his official and individual capacity); TARA LOCKETT, VICE CHAIR OF THE BOARD OF TRUSTEES, ST. LUKE'S EPISCOPAL SCHOOL, (In her official and individual capacity); ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEE MEMBERS: JAKE BAKER, (In his official and individual capacity); WINDY BITZER, (In her official and individual capacity); ELIZABETH BOONE, (In her official and individual capacity); DANI MOORE, (In her official and individual capacity); MITCH CUMPTON, (In his official and individual capacity); KIM DOLBEAR, BOARD SECRETARY, (In her official and individual capacity); SHANE HALE, (In his official and individual capacity); TERRY HOLT, (In his official and individual capacity); AMBER MARTENSTEIN, (In her official and individual capacity); ELIZABETH PALMER-HILL, (In her official and individual capacity); JAYE B. PATTERSON, ADVANCEMENT COMMITTEE CHAIR, (In his official and individual capacity); DAVID POOLE, VESTRY REPRESENTATIVE, (In his official and individual capacity); ROY PRICE, FACILITIES COMMITTEE CHAIR, (In his official and individual capacity); ROBIN ROBERTS, (In his official and individual capacity); LLOYD ROEBUCK, (In his official and individual capacity); JIM ROSSLER, (In his official and individual capacity); BRIAN TRAMMELL, BOARD TREASURER, (In his official and individual capacity); and BOB WILL, (In his official and individual capacity); MICHELLE BENTLEY, CHIEF FINANCIAL OFFICER, (In her official and individual capacity); DUNCAN CASSIDY, IT DIRECTOR, (In his official and individual capacity); CATHY HAYES, ASSISTANT TO HEAD OF SCHOOL, (In her official and individual capacity); SUZY BANKS, ACADEMIC DEAN, (In her official and individual capacity); BRENDA LANGHAM, BUSINESS OFFICE-HUMAN RESOURCES, (In her official and individual capacity); PHILLIP CUMMINGS, LOWER SCHOOL DIRECTOR, (In his official and individual capacity); ST. LUKE'S EPISCOPAL CHURCH VESTRY: JACK BAYLOR, (In his official and individual capacity); MONICA COOK, (In her official and individual capacity); CHANCE COOPER, (In his official and individual capacity); MIKE DOSSETT, (In his official and individual capacity); FRAN GARRETT, (In her official and individual capacity); HOLLY GIBNEY, (In her official and individual capacity); GLORIA HENIGHAN, (In her official and individual capacity); RONNIE HARDY, (In his official and individual capacity); KARMEN HOLMES, (In her official and individual capacity); TOM IRVING, (In his official and individual capacity); CHRISTINE JACOBS, (In her official and individual capacity); RAY THOMPSON, (In his official and

DOCUMENT 2

individual capacity); FICTITIOUS DEFENDANTS A-F, (In their official or individual capacity); As grounds therefore shows unto this Honorable Court as follows:

## PARTIES

1. Plaintiff Dr. Darren Pascavage (hereinafter known as "Plaintiff") is over the age of nineteen years and was at all times material to this Complaint a resident of Mobile County, Alabama. Plaintiff served as the Head of School and a non-voting board member for the St Luke's Episcopal School, Board of Trustees; was not present for any of the meetings or votes related to his termination and was not provided any information prior to being placed on administrative leave as to any conduct or action that was in violation of any policy or procedure; and was not asked at any point before the vote to pass the budget to make any changes or explain any items in the budget. To date there has been no written or verbal communication by the Board of Trustees or any of the Defendants indicating any reason for termination. Plaintiff, was hired in November 2019 by St. Luke's Episcopal School to serve as Head of School (Head Master), at which time he signed a written contract for employment.

    a. Pursuant to ARTICLE FOUR of the Board of Trustees Policies, the HEAD OF SCHOOL, serves as the chief administrative officer of the School and the Head shall have the authority and responsibility for the implementation of policies that are approved by the Board of Trustees.

    b. The Head shall be employed, supervised and evaluated by, and shall serve at the pleasure of, the Board.

    c. The Vestry shall approve the hiring and dismissal of the Head.

    d. The Head, within the policies of the Board, is charged by the Board with the general responsibility and authority for all phases of the School's operation as may be prescribed from time to time by the Board. Among the Head's specific duties are the following: supervision and general management of the academic, administrative, and business operations of the School; directing and prescribing the course of study and discipline to be observed therein; employing and

DOCUMENT 2

discharging members of the faculty and staff, prescribing their duties, salary, and terms of office; admitting, disciplining, and dismissing students, preparing and submitting to the Board of Trustees, annually, a proposed budget for the operation of the School for the next succeeding fiscal year and promoting and leading fundraiser endeavors.

    e.  The Head shall be an ex-officio, non-voting member of the Board of Trustees and of all special and standing committees.

    f.  The Finance Committee shall, in conjunction with the Head of School, prepare a detailed budget for the succeeding fiscal year to be presented to the Board on or before its regular September meeting for Board of Trustee approval.

2.    Defendant, St. Luke's Episcopal School (hereinafter known as "School"), is and was at all times material herein, a private preparatory school organized and licensed under the laws of the State of Alabama, qualified to provide education in the State of Alabama, operating in Mobile County, Alabama.

3.    Defendant, St. Luke's Episcopal Church (hereinafter known as "Church"), is and was at all times material herein a Church operating as a non-profit religious organization conducting services in Mobile County, Alabama. Defendant St. Luke's Episcopal Church is the owner and operator of St. Luke's Episcopal School on the lower (Japonica) Campus and on the University Campus; which is an organization that operates in Mobile County, Alabama is well versed in the beliefs, and policies of the Episcopal Church in relation to all members of the church and school and was informed of the discord of the Board of Trustees in acting outside the beliefs, teachings and policies of the Episcopal Church.

4.    Defendant, St. Luke's Episcopal School Board of Trustees (hereinafter known as "Board of Trustees"), is and was at all times material herein, a governing body charged with overseeing the functions, educational standard, and reputation of the School, an organization operating in Mobile County, Alabama.

5.    Defendant, St. Luke's Episcopal Church Vestry (hereinafter known as "Vestry"), is and

DOCUMENT 2

was at all times material herein a group of officers within St. Luke's Episcopal Church, whose main responsibilities are to help define and articulate the mission of the Episcopal Church; to support the church's mission by word and deed, to select the rector, to ensure effective organization and planning, and to manage resources and finances of St. Luke's Episcopal Church, and oversees the functions, educational standard, and reputation of St. Luke's Episcopal School, while maintaining a voting interest in the School, the Vestry by extension of St. Luke's Episcopal Church, a non-profit organization operating in Mobile County, Alabama.

6.     Defendant, Rt. Rev. Russell Kendrick, Bishop, is over the age of nineteen (19) years and was at all times material herein, Bishop of St. Luke's Episcopal Church and is a non-voting member of the Board of Trustees for St Luke's Episcopal School, a private preparatory school organized and licensed under the laws of the State of Alabama, qualified to provide education in the State of Alabama, operating in Mobile County, Alabama.

7.     Defendant, Rev. Jamie McElroy is over the age of nineteen (19) years and was at all times herein, the Rector and Lead Pastor of St. Luke's Episcopal Church, while also a sitting voting member of the St. Luke's Episcopal School Board of Trustees, an organization that operates in Mobile County, Alabama. Rev. Jamie McElroy also serves as the Rector and is in the administrative circle for the Church and School. Rev. Jamie McElroy is well versed in the beliefs, and policies of the Episcopal Church in relation to all members of the Church and School and regularly met and counseled with the Board of Trustees Members and the Plaintiff related to the inclusion of all students regardless of race, age, gender, sexual orientation, sexual identity, religion, and socio-demographic status in the community.

8.     Defendant, Brian Knotts is over the age of nineteen (19) years and was at all times herein, Chairman of the Board of Trustees at the St. Luke's Episcopal School, an organization operating in Mobile County, Alabama. As Chairman of the Board of Trustees, the Chair shall be the executive officer of the Board, shall preside at all meetings of the Board and

DOCUMENT 2

the Executive Committee at which he/she is present, and is a member of all special and standing committees. Subject to the control of the Board, the Chair shall have general supervision, direction and control of the business and the officers of the Board and the Head of the School, and shall have such other powers and duties as shall be prescribed by the Board or these Bylaws. The Board Chair shall also be responsible for implementing and supervising annual evaluations of the Head of School. Defendant Knotts did not engage in any communications or evaluations of the Plaintiff in which the Plaintiff would be informed of any reason to place on administrative leave and/or to terminate the Plaintiff. Defendant Knotts served on both the facilities committee and the finance committees.

9. Defendant, Tara Lockett, identified herself as the attorney for the Board of Trustees and Vice Chair of the Board of Trustees, is over the age of nineteen (19) years and was at all times herein, Vice Chairman of the Board of Trustees at the St. Luke's Episcopal school, and also served as Legal Counsel acting on behalf St. Luke's Episcopal School and Board of Trustees, an educational organization owned by St Luke's Episcopal Church which operated in Mobile County, Alabama. Pursuant to Section 3.8 of the Board of Trustees Policies, the Vice Chair in the event of the absence or disability of the Chair, the Vice Chair shall perform all the duties of the Chair, and when so acting shall have all the powers of, and be subject to all the restrictions on the Chair. The Vice Chair shall have such other powers and perform such other duties as may from time to time be prescribed by the Board or these Bylaws. Defendant Tara Lockett, Vice Chair of the Board acting as both a voting member of the Board and acting as the attorney for the Board at all times during the conduct alleged in this complaint. Defendant Tara Lockett participated in a dual role, in which she participated in the voting process for the committees of the Board of Trustees as well as the vote to terminate the Plaintiff in this case. At all times during the activities that are the basis of this Complaint, this Defendant, knowingly engaged in representation of the Board of Trustees, an organization that included the Plaintiff. As the legal representative for the Board of Trustees, the Defendant had previously provided legal advice to the Plaintiff related to other matters involving the School and Board of

DOCUMENT 2

Trustees, as well as actions to terminate faculty members for violating policies and/or procedures.

10.     Defendant(s), Jake Baker, Windy Bitzer, Elizabeth Boone, Mitch Crampton, Dani Moore, Kim Dolbear, Shane Hale, Terry Holt, Amber Martenstein, Elizabeth Palmer-Hill, Jaye B. Patterson, David Poole, Roy Price, Robin Roberts, Lloyd Roebuck, Jim Rossler, Brian Trammell, and Bob Will are all over the age of nineteen (19) years and were at all times herein sitting members of the Board of Trustees of St. Luke's Episcopal School and School Board, an organization operating in Mobile County, Alabama and participated in the voting process for the committees of the Board. These Defendants were provided information from Defendants Knotts and Lockett related to the termination vote of the Plaintiff in this case resulting in the Defendants voting to terminate the Plaintiff.

11.     Defendant(s) Brian Trammell, Jake Baker, Kim Dolbear, Fran Garrett, Brian Knotts, Dani Moore, Jaye B Patterson, Robin Roberts, Lloyd Roebuck and Michelle Bentley served are all over the age of nineteen (19) years and were at all times herein sitting members of the Board of Trustees of St. Luke's Episcopal School Board, and served as members of the Finance Committee. Members of the Board at St Luke's School served in an administrative voting capacity for the organization and operating in Mobile County, Alabama. Each of the Board members identified herein participated in the voting process for the committees of the Board and also voted to terminate the Plaintiff in this case. As members of the Finance Committee of the Board of Trustees, during the Plaintiff's contractual term as Head of School, each was present at meetings for budget discussions, participated in the budget process and voted to pass the budget presented by Plaintiff in this case. As members of the Finance Committee of the Board of Trustees each had information presented related to the costs of repairs, renovations, replacement and removal the old, non-functional fire alarm system, leaking roofs, damaged buildings from years of neglect, and mold in the buildings and HVAC systems of the lower (Japonica) campus. These Defendants were aware the conditions were hazardous to the health of the students and faculty of the lower (Japonica) campus site and did not allocate funds or financial plans to correct these issues, but did however participate in the budget

DOCUMENT 2

preparation and process of finalizing the School budget. These Board members also voted to pass the budget and later voted to terminate the Plaintiff without providing any notice to the Plaintiff of any cause.

12. Defendants Roy Price, Mitch Cumpton, Windy Bitzer, Elizabeth Boone, Terry Hold, Kim Dolbear, Brian Knotts and Michelle Bentley served on the Facilities Committee of the Board of Trustees during Plaintiff's contractual term as Head of School. As members of the facilities committee of the Board, each of these Defendants had information presented to them related to the costs of repairs, renovations, replacement and removal the old non-working fire alarm system, leaking roofs, damaged buildings from years of neglect, the mold in the buildings and HVAC system on the lower (Japonica) campus. At all times relevant to these claims, these Defendants were aware the conditions were hazardous to the health of the students and faculty of the lower (Japonica) campus and also received a written report of the nature and type of mold identified in the closets and HVAC system from a concerned faculty member and her spouse. This Committee failed to take any action related to the mold and health issues other than to require the areas be painted over to be less visible. This Committee failed to notify parents of the hazardous health and safety conditions located on the lower (Japonica) campus. The Members of this Committed were informed of the report related to the mold located in multiple places including the HVAC system on the Lower Campus. The notice of the hazardous mold was provided in written form through email and text to specific members of the Board of Trustees, however, no response related to the report by the concerned faculty member and her spouse was provided. This committee is a part of the Board.

   a. The Defendant members of the Facilities Committee did obtain lights for the football field, did obtain risers for the football field, did secure a new sound system for the football field and did obtain a new extended bus for athletic travel for events, they also did secure the services of someone to serve as a CDL driver for said bus. Yet, none of the health and safety issues on the lower (Japonica) campus related to the inoperable fire alarm system, mold, leaking roofs and dilapidated building structures were addressed.

DOCUMENT 2

    b. Defendants on the Facilities Committee and the Finance Committee did not request to allocate funds or request financial plans to correct these safety and hazardous health issues.

    c. This Committee participated in the budget vote for the school; and

    d. The Plaintiff notified this committee of the safety and health issues on the lower campus and offered suggestions to eliminate these risks by moving the children to the upper school campus on University Blvd.

    e. This Committee later voted to terminate the Plaintiff without providing any notice to the Plaintiff of any cause.

13. Defendant Shane Hale, an acting and voting member of the Board of Trustees during the tenure of the Plaintiff as head of school, was also a real estate agent and was suggested by the Board Chair at that time, Defendant Jim Rossler, to work with the Plaintiff at the time he arrived in Mobile to purchase a home. This Defendant located a home for the Plaintiff that was purchased by the Plaintiff, and the Defendant made a substantial commission from the purchase. This Defendant had knowledge of the health and safety issues on the lower (Japonica) school campus. This Defendant was also a voting member of the Board of Trustees that later voted to terminate the Plaintiff without any notice or identification of cause. Later this Defendant served as the real estate agent that sold Plaintiff's home. This Defendant Shane Hale had a financial interest in the termination of the Plaintiff. Defendant Hale made approximately $25,000 from the commission on the sale of the Plaintiff's home following the wrongful termination of the Plaintiff.

14. Defendants Michelle Bentley, Duncan Cassidy, Cathy Hayes, Suzy Banks, Brenda Langham, and Phillip Cummings are all over the age of nineteen (19) years and were at all times material herein, serving in an administrative role at St. Luke's Episcopal School, a private preparatory school organized and licensed under the laws of the State of Alabama, qualified to provide education in the State of Alabama, operating in Mobile County, Alabama. Defendant Michelle Bentley was at all times material herein, a voting member serving on the Finance and Facilities Committees of the Defendant Board of Trustees.

DOCUMENT 2

15.  Defendants Jack Baylor, Monica Cook, Chance Cooper, Mike Dossett, Fran Garrett, Holly Gibney, Gloria Henighan, Ronnie Hardy, Karmen Holmes, Tom Irving, Christine Jacobs, Ray Thompson, and David Poole are all over the age of nineteen (19) years and were at all times material herein members of the St. Luke's Episcopal Church Vestry; a group of officers within St. Luke's Episcopal Church, whose main responsibilities are to help define and articulate the mission of the Episcopal Church; to support the Church's mission by word and deed, to select the rector, to ensure effective organization and planning, and to manage resources and finances of St. Luke's Episcopal Church, and oversees the functions, educational standard, and reputation of St. Luke's Episcopal School, while maintaining a voting interest in the School, the Vestry by extension of St. Luke's Episcopal Church, a non-profit organization operating in Mobile County, Alabama.

16.  Defendants, Fictitious Defendants A-F, are over the age of nineteen (19) years and were at all times material herein, the persons or entities, whether singular or plural, who or which caused or contributed to wrongful termination of the Plaintiff as set forth herein; whether singular or plural who or which caused or contributed to the defamation of the Plaintiff; whether singular or plural who or which caused or contributed to the the Breach of Contract imposed on the Plaintiff. Plaintiff hereby adopts and incorporates by reference the Fictitious Defendants in interest, described as A through F, fully and completely as if set out herein. The identities of these Fictitious Defendants are unknown to the Plaintiff or their identities as proper party Defendants are unknown, and whose true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained.

17.  Venue is proper in Mobile County, Alabama because a substantial part or all of the events and omissions giving rise to Plaintiff's claims occurred in Mobile County, Alabama.

## NATURE OF PROCEEDINGS

18.  Plaintiff brings this legal action against all named Defendants under the

DOCUMENT 2

laws of the State of Alabama and under the equitable powers of the Courts in the State of Alabama.

19.   Plaintiff's claims are timely. Plaintiff seeks contractual damages, compensatory damages, punitive damages, declaratory and injunctive relief, employment benefits interest, nominal and liquidated damages, damages for loss of employment, damages for defamation including reputational harm, costs, attorneys' fees, and any and all such other relief the trier of fact may assess.

## FACTS

20.   On or about November 22, 2019, Plaintiff signed an employment Contract with St. Luke's Episcopal Church, Vestry, and St Luke's Episcopal School Board of Trustees following a lengthy search process for the position of Head of School. In signing the contract the parties put the terms of the agreement in writing. The Plaintiff was hired to serve as Head of School (Head Master) under the supervision of the St. Luke's Episcopal Church and School Board of Trustees, effective on July 1, 2020, and to continue until June 30, 2025. The Defendants serving on the Board of Trustees and a party to the contract, were tasked with the annual evaluation of the Plaintiff and the supervisory implementation of the approved budget, ensuring compliance with the teachings of the Episcopal Church, and the operation and maintenance of the school facilities as well as maintaining the health and safety of the students and faculty attending school.

20.   In said Contract Agreement, the Defendants agreed that the Plaintiff would receive an annual salary of $200,000.00 for the 2020/2021 school years. The Defendants also agreed that the Plaintiff was to receive a 2% increase in salary each year, or increase equal to the average percentage increase provided generally to the faculty for the same school year, whichever is higher.

21.   The Defendants also agreed in the employment Contract that the school shall pay the premium for family health insurance coverage not to exceed $1,540.00 per month during

DOCUMENT 2

any year of employment for an annual fee of ($18,480) eighteen thousand four hundred
eighty dollars.

22.   The Defendants agreed under the Plaintiff's written Employment Contract that Plaintiff's
natural or adopted children, who are members of the Plaintiff's household with principal
residence in the Plaintiff's household, who are accepted and attend the school, shall
receive (100%) tuition remission for each year they attend the school during the terms of
the Agreement.

23.   The Plaintiff's employment contract also stated that the Defendant school would
reimburse the Plaintiff for life insurance premiums not to exceed $350.00 per quarter, for
an annual fee of ($1400) fourteen hundred dollars. The Defendants breached this
agreement.

24.   The Plaintiff's employment contract stated that the Defendant school and Board of
Trustees would pay the Plaintiff's monthly membership dues up to $450.00 per month at
a club of Plaintiff's choice; for an annual fee of ($5400) five thousand four hundred
dollars. The Defendants Breached this agreement.

25.   The Plaintiff's employment contract stated that the Plaintiff, Employee may participate in
the School's retirement plan in accordance with the terms, conditions, and requirements
of the plan and the Defendants would provide a percentage match to the plan. The
Defendants breached this agreement with the Plaintiff at the time of wrongful termination
of the Plaintiff.

26.   The Plaintiff's employment contract also stated that the school would pay Plaintiff
$15,000.00 in relocation expenses for which the Defendants breached and did not assist
in the relocation of the Plaintiff following wrongful termination.

27.   During Plaintiff's time as Head of School, Plaintiff officially stated to members of the
Executive Committee, the Finance Committee, the Facilities Committee, the Rector, the
School Board, and the complete Board of Trustees in scheduled board meetings, that

DOCUMENT 2

many of the financial, ethical, and establishment rules and/or policies of the school, were not consistent with the teachings of the Episcopal Church, were not consistent with the advertisement and inducements contained there-in to which the Plaintiff applied for the Head of School position. Further, some unwritten expectations were unenforceable and were not listed in the handbook provided to parents and students for the year.

28.    During Plaintiff's time as Head of School, Plaintiff officially stated to members of the Executive Committee, the Finance Committee, the Facilities Committee, the Rector, the School Board, and the complete Board of Trustees in scheduled board meetings, that many of the financial, ethical, and establishment rules and/or policies of the school were not consistent with the safety and health codes of the City of Mobile, County of Mobile or the State of Alabama. The Plaintiff asserted that the state of the facilities on the lower (Japonica) campus, were a cause for health and safety concerns for the children and faculty working and attending classes on said campus. Plaintiff felt these issues needed to be addressed prior to someone being injured or having a significant health issue as a result of non-functional fire alarm system, the absence of sprinklers, the leaking roofs, and the mold circulating in the classrooms and HVAC system. However, these issues were not not addressed by the Board of Trustees, the School or Church. Plaintiff asserted that these issues were inconsistent with the expectations of a safe and healthy environment for the students enrolled in the school daycare, or the parents who were contractually obligated to pay tuition to an institution that was neglecting the health and safety of its students. Further, some of these issues were also listed in the handbook provided to parents and students for the year indicating that the school did provide a healthy and safe facility for the children in attendance.

29.    The Defendants attempted to enforce unwritten rules and/or policies that were in violation of, or inconsistent with the teachings of the Episcopal Church. Plaintiff voiced concerns regarding these issues and further voiced many health and safety concerns within the school that affected the children and school community. In addition, the Board of Trustee Members including Defendant Brian Knotts, were aware of many other issues

DOCUMENT 2

such as problems with the Alabama High School Athletic Association and students enrolled in the School Athletic programs.

30. The Defendants required a computer program implemented within the school to be installed on all devices of students which resulted in the School NETREF program taking over the camera of these devices without parental consent and without informing parents and students of the capabilities of the program.

31. The Defendants had adverse reactions to the Plaintiff implementing and encouraging the teachings and general inclusion of any/all groups consistent with the teachings of the Episcopal Church. In such, that all minorities were welcomed and encouraged to enroll in the school and participate in its activities. The Defendants displayed open discrimination toward minorities attending the school including statements made by Board of Trustee members that the Plaintiff encouraged the "wrong kind" of minorities to enroll in the school.

32. Plaintiff created the position of Director of Program Operations for the purpose of making sure that there was someone at the administrative level who was focused on the safety, security, maintenance, and repair of the various issues within the facility that Plaintiff asserts, had been neglected by the Board of Trustees for years.

33. Plaintiff made statements and voiced concerns as asserted in paragraph 27-32 hereinabove, to and in the presence of, members of the Facilities Committee, including Roy Price, Mitch Crumpton, Windy Bitzer, Elizabeth Boone, Terry Hold, Kim Dolbear, Brian Knotts and Michelle Bentley and to the other Defendants in executive board meetings of the Board of Trustees, in School Board meetings, and to the Rector, Defendant Jamie McElroy.

34. Plaintiff voiced concerns to the Board of Trustees, and in particular the Facilities Committee members on more than one occasion related to serious safety issues that

DOCUMENT 2

included the absence of a functional Fire Safety System on the lower (Japonica) campus. The current Fire Safety system is not in working order and in further testing, the system has failed to function properly and alert faculty and students of impending smoke and fire hazards for years.

35. The cost to replace the Fire Safety System on the lower (Japonica) campus was estimated to be upwards of $150,000. The Board of Trustee members were aware of the cost and the severity of the issues at the lower (Japonica) campus.

36. The Board of Trustees did not approve replacement or repair of the Fire Safety System and failed to notify the Mobile Fire Marshall of the failure of the Fire Safety System at that location.

37. Plaintiff informed the facilities committee of the Board of Trustees about mold in the classrooms, closets and HVAC system on the lower (Japonica) campus of St. Luke's Episcopal School.

38. Plaintiff informed the Board of Trustees' members along with the Facilities Committee of the need to address the leaking roofs and the need to address moisture problems that such leaks created at the lower (Japonica) campus of St. Luke's Episcopal School.

39. The Defendants, members of the Facilities Committee of the Board of Trustees consistently deferred the repairs and replacement of the fire safety system due to significant costs.

40. Defendants on the Facilities Committee of the Board of Trustees consistently deferred the removal and repairs necessary to eradicate the mold problems on the lower (Japonica) Campus and knowingly allowed the health and safety of the children and faculty to remain at issue.

41. The Defendants on the Facilities Committee of the Board of Trustees and the full board

DOCUMENT 2

of trustees avoided testing of the mold to determine what varieties of mold were present in the closets, classrooms, and HVAC system of the lower (Japonica) campus of the school based on costs associated with addressing any specific types of mold (as in black mold) that were found and identified to exist. Pursuant to Board policy the Facilities Committee shall be responsible for reviewing and performing an annual inspection of school facilities, prioritizing and making recommendations for maintenance and/or improvements to the school's physical plant. Any capital improvement not necessary to the day to day operations of the school must be approved by the Finance Committee, subject to Board approval. Any maintenance item outside those that are ordinary and customary shall be reported to the Finance Chair and Treasurer.

42.  Plaintiff expressed ongoing concerns about Murray Hall and Carpenter Hall on the lower (Japonica) Campus which required substantial repairs and renovations, however the Defendants and Facilities Committee members of the Board of Trustees ignored the requests for the funds to assess and make the necessary repairs to these buildings which young children and early education students were assigned.

43.  Plaintiff made statements and voiced concerns about the financial needs of the school as asserted in paragraphs 27-42 hereinabove, to and in the presence of members of the Facilities Committee, to the other Board of Trustee Defendants in finance and executive meetings and in regular Board of Trustee meetings. At all times related to these claims the Defendants were voting members of the Board of Trustees and had a fiduciary duty to provide for the health and safety of the children on both the upper and lower campus of the School.

44.  Plaintiff's voiced concerns and identified issues regarding the Board of Trustees' lack of compliance with the Board of Trustees' own policy were never acted on by the Defendants. In addition to the health and safety issues as well as increasing minority enrollment, nother issues included Board of Trustee members' spouses working within St. Luke's Episcopal School while also receiving a tuition break. Defendant Mitch Crumpton, Board of Trustee member and member of the Facilities Committee, has

DOCUMENT 2

experienced financial gain from his position in that his spouse works for the school allowing the family to received a significant tuition break; while the School facilities safety and security issues exposed the students on the lower (Japonica) campus to leaky roofs, mold, and the absence of any functional fire safety alarm system.

45.    Defendant Michelle Bentley, a Finance Committee and Facilities Committee Board member, also has a spouse employed by the school. Although her husband was initially employed through another employer under contract to serve as the athletic trainer; he was later employed as a teacher at the School as approved by the Board of Trustees. Therefore, like Mitch Crumpton, who had student athletes at the school; Michelle Bentley also had a student athlete.

46.    Defendants Michelle Bentley and Mitch Cumpton along with Terry Holt, Jim Rossler, Brian Knotts, and Elizabeth Boone, who all served on the Facilities Committee all had student athletes enrolled and competed in the athletic programs at the school. Each Defendant had a vested interest in Alabama High School Athletic Compliance yet the main focus in the Facilities Committee of the Board of Trustees focused on athletic facilities rather than the facilities that affected the health and safety of the lower (Japonica) campus students not involved in middle and high school athletics.

47.    The Defendants on the Facilities Committee of the Board of Trustees were not the only Board of Trustees' members with children involved in athletics at St. Luke's Episcopal School. In addition, some members of the Facilities Committee also served on the Finance Committee. Defendant Brian Knotts and Michelle Bentley served on both the Finance and Facilities Committees and Defendant Jaye Patterson, Fran Garrett, Jake Baker, Robin Roberts, and Kim Dolbear also served on committees and were parents to student athletes enrolled and competing at St. Luke's Episcopal School.

48.    The Board of Trustees select and choose replacements for open seats on the Board of

DOCUMENT 2

Trustees, therefore the financial benefits conveyed to Defendant Mitch Cumpton and his family, as well as the financial benefits conveyed to Defendant Michelle Bentley and her family, were not transparent nor were they scrutinized.

49.   Plaintiff asserts this type of favorable treatment to only a few chosen, select students is a discriminatory act against the rest of the students enrolled in the school that are not. The few chosen, select friends of the Board of Trustees and do not receive large amounts of financial assistance or support.

50.   Plaintiff asserts that this discriminatory practice continues today, and the acting Head of School. Suzy Banks is aware of the discriminatory practice and has continued to accept this practice without question to the Board of Trustees; despite there being no written guidelines for the implementation of this Board of Trustee habit. Defendant Suzy Banks has met with the parents of some students and has openly discussed her knowledge of said financial discriminatory practices but has made no effort to change them.

51.   Plaintiff made statements and voiced concerns as asserted in paragraphs 27-50 hereinabove, to and in the presence of members of the Board of Trustees Executive Committee, Finance Committee, Facilities Committee, and to other Defendants in Board of Trustee meetings.

52.   Plaintiff raised the issue of a substantial violation of Board of Trustee policy related to the employment of Board of Trustees members' spouses to the Defendants on the Executive Committee, but the Defendants never permitted this issue to be addressed with the full Board of Trustees at a board meeting.

53.   Plaintiff identified concerns relating to the overall safety and security of the school as well as other financial and budget issues including the Board of Trustees granting long term financial assistance to families of athletes and friends of Board of Trustee members in perpetuity (which still continues today) without any policy or procedure for such financial exceptions to school fees, tuition, and expenses, affecting the overall

DOCUMENT 2

financial well-being of the School.

54.    Plaintiff asserted to Defendants that the granting of long term financial assistance to family members of talented athletes, as well as the granting of financial assistance, the consented exceptions to enforcing contractual agreements, along with the granting of financial assistance to friends of Board of Trustee members without any type of objective requirements, was financially detrimental to the School and its future.

55.    Plaintiff asserted to Defendants and Board of Trustees that continuing these frivolous financial actions require other students to pay elevated tuition to cover said financial assistance and scholarships given to families of athletes and friends of Board of Trustees members.

56.    The use of terminology by the Board of Trustees to include conveyance of financial assistance to siblings of athletes rather than scholarship awards to athletes, may violate state rules for participation under the Alabama High School Athletic Association.

57.    Since the wrongful termination of the Plaintiff, these unscrutinized financial assistance practices of the Board of Trustees, the acting Head of School, and the Administration Department continues and has resulted in an $800 per student tuition increase for the 2023 school year.

58.    Plaintiff made statements and voiced concerns as asserted in paragraph 27-57 hereinabove, to and in the presence of members of the Finance Committee, and to other Defendants in executive meetings of the School Board, and in regular Board of Trustee meetings about his concerns regarding practices by the Board of Trustees that may be violations of the accreditation standards of SAIS accrediting body for the 2024 accreditation renewal.

59.    Plaintiff made statements and voiced concerns related to safety, health, and well being of

DOCUMENT 2

the students. Plaintiff also asserted concerns related to finances, facilities, athletics, tuition, as well as the qualifications of faculty and staff. Within discussions with the Board of Trustees regarding the issues of the school budget. Plaintiff proposed plans to be implemented to address the facilities safety issues providing a long term solution to the problem. The plan proposed by the Plaintiff included an agreement between the Vestry, Church and the School, to consolidate all grades on the upper (University) campus, and allow all students from the lower (Japonica) campus be moved to the University Campus until the issues at the lower (Japonica) campus were repaired and resolved. This proposal was presented to the Defendants Board of Trustees by the Plaintiff.

60.    The Plaintiff's plan to relocate the children from the lower (Japonica) campus to the upper (University) campus to allow the Board and Church to rectify the health and safety concerns for the children on the lower (Japonica) campus included both suggestions and drawings outlining practical ways to remove the students from the lower (Japonica) campus and protect them from further health and safety risks associated with the issues on the lower (Japonica) campus and afford the School an opportunity for further development, and make needed repairs and renovations to structures on the lower (Japonica) campus.

61.    The Plaintiff presented his plan for the consolidation at a meeting with the Board of Trustees. After the presentation, Defendant and Board of Trustees member Terry Holt angrily declared that the idea was "stupid," however, Defendant Terry Holt offered no proposal or suggestion for any other immediate and long term alternatives to the issues with the lower (Japonica) campus and showed no interested in hearing from any other members of the Board of Trustees on said issue.

62.    Defendants and members of the Board of Trustees followed the statements of Defendant Terry Holt, and refused to discuss the Plaintiff's plan to consolidate the upper (University) campus and the lower (Japonica) campus, although allowing the students to continue attending classes on the lower (Japonica) campus posed vast health and safety risks to young children.

DOCUMENT 2

63. Plaintiff, in fulfilling his duties as Head of School, worked with the Defendants on the Finance Committee to prepare and presented the school budget to the Board of Trustees Defendants.

64. Pursuant to Board of Trustee Policy, the Finance Committee shall, in conjunction with the Head of school, prepare a detailed budget for the succeeding fiscal year to be presented to the Board on or before its regular September meeting for Board approval.
The Board of Trustees passed the proposed budget by the Finance Committee of the Board for the school year 2021-2022, 2022-2023 under the tenure of the Plaintiff.

65. The Defendants Board of Trustees, after passing the budget, used the school's financial needs for repairs, renovations, replacement and safety that were never approved by the Board of Trustees after the budget was presented by the finance committee and the Plaintiff, to complain and blame the Plaintiff for the budget constraints, the safety issues and the financial problems of the school.

66. The Defendant Board of Trustees had prior detailed knowledge of budget needs and facility infrastructure needs, and the matters for which they complained were not permitted to be considered by the entire Board for inclusion in the Budget.

67. The Defendants Board of Trustees' policy indicates that the governing body of the School shall be the Board of Trustees (the "Board") with primary responsibilities to determine the character of the school, establish policy, assure the school's financial stability, and to effectively ensure that the Head of School implements the policies it establishes.

68. All properties of St Luke's Episcopal School are held in the name of the Episcopal The Diocese of the Central Gulf Coast, and the Vestry of St. Luke's Episcopal Church (the "Vestry"), acting for the Church, exercises immediate control over them.

69. The Defendants, Board of Trustees includes a member of the Vestry as a voting board member and periodically, the Board will report its activities to the Vestry.

DOCUMENT 2

70. The Defendants' Board Policies indicate that the Board of Trustees shall consist of twenty-one (21) voting members, at least one-third of whom shall be active members in good standing in a parish of the Diocese of the Central Gulf Coast, and shall be composed as follows:

[i] Two [2] members who shall be appointed by the Vestry ["Vestry representatives"];

[ii] Eighteen [18] members-at-large. ("at-large representatives" J; and

[iii]The Rector of the Church.

In addition to the foregoing, the Head of School shall serve a non-voting member of the Board.

71. In addition, the Bishop of the Episcopal Diocese of the Central Gulf Coast serves as an ex-officio member of the Board. Further, former Board Chairs in good standing may also serve as non-voting, ex-officio members of the Board upon invitation from theExecutive Committee.

72. The Defendants, Board of Trustees failed to follow any policy or procedure to address the need for repairs, renovations, replacements, and safety issues; but falsely asserted the Plaintiff forced the board members to approve a budget that the school financially could not meet.

73. The Defendants, St. Luke's School Board members, Jake Baker, Windy Bitzer, Elizabeth Boone, Mitch Cumpton, Dani Moore, Kim Dolbear, Shane Hale, Terry Holt, Amber Martenstein, Elizabeth Palmer-Hill, Jaye B. Patterson, David Poole, Roy Price, Robin Roberts, Lloyd Roebuck, Jim Rossler (non-voting member), Brian Trammell, Bob Will, Tara Lockett and Jamie McElroy voted to pass the Budget. The Plaintiff was a non-voting member of the Board.

74. Plaintiff made statements and voiced concerns to the Defendant Board of Trustees about the manner in which specific faculty members bullied and harassed students based on

DOCUMENT 2

sexual orientation, gender, race and religious beliefs that were inconsistent with the principal teachings of the Episcopal Church for which the Board of Trustees served.

75.    Defendants made verbal statements outside of board meetings to faculty members and school family members and during board meetings that the Plaintiff was seeking to bring too many of those minorities to the school.

76.    Plaintiff voiced concerns about the finances of the school and the discounts in tuition to the parents of school board members who had spouses that worked at the St Luke's school in violation of board policy, and athletes and their siblings, as well as friends of board of trustee members that discriminate against minority student applicants that did not participate in athletics.

77.    Plaintiff voiced concerns that athletics was not the focus under the mission of the school, yet Board of Trustee members ignored the mission of the school.

78.    The Mission of St Luke's Episcopal School is as follows:
St. Luke's Episcopal School (the "School") is an institution sponsored by St. Luke's Episcopal Church of Mobile, Alabama (the "Church") and is an integral part of the Church. The mission and philosophy of the School are as follows and the same may be amended from time to time as herein elsewhere provided for amendment of these Bylaws. The purpose of the School is to provide a sound preparation for higher education and the rest of life by providing quality mental and spiritual training. Regular worship experiences, extracurricular activities, and a desirable atmosphere with emphasis on such traits as honesty, courage, reverence, self-discipline, and service to others combine to provide an environment encouraging the growth of the whole person. Learning is a lifetime process. Growth in learning is unique to each child. Children learn through a variety of instructional methods and through the modeling of the behaviors of those who are important to them. They must learn to view both success and disappointment as opportunities for growth rather than as measures of their worth.

DOCUMENT 2

The unique role of the School is to prepare students in the context of a Christian community of love and concern to achieve academically, to develop moral values, and to interact in a socially acceptable manner. The School has a responsibility to this community to provide properly trained and experienced teachers and staff who demonstrate genuine love and respect for children and who are flexible in using a variety of materials and methods in meeting the individual needs of those children. The specific objectives of the School are to provide a program and an atmosphere in which a student may develop the following:

-an interest in learning;-

-a positive self-concept and a desire to perform to the best of his or her ability; -

-the academic and spiritual training needed for further education;

-high ethical values; and -

-the ideals of physical fitness and sportsmanship.

79.   Plaintiff voiced concerns over NETREF, a computer program that the School Board approved and required the students to install on all devices that were to be used by the students in the school setting. The program could access the student's camera on any device, at any time, and take photos. The Program violated FERPA by allowing a third-party access to students' grades and records within the school setting.

80.   The Plaintiff voiced concerns that the Defendants put the NETREF Program in place without presenting the program to parents, and the School required the program to be installed on technology devices (ipads, phones, laptops, and other computers) that were not school property and belonged to the students and/or their parents.

81.   The Defendants failed to communicate to Parents regarding the NETREF program, and the parents of students were not presented with any releases. The NETREF program invaded the privacy of the students and collected screen shots and data from the student's devices while in use.

82.   The NETREF program created privacy issues for students and parents of St Luke's

DOCUMENT 2

Episcopal School families, by allowing the NETREF program to access the cameras of the devices in the possession of the students, while they were working from home on projects and course work in their bedrooms, or working from a table in their homes.

83.    The NETREF program could also record and track financial information if on a screen at the time the camera was activated by the NETREF Program.

84.    The Plaintiff voiced concerns about the NETREF programs ability to capture and potentially capture students who may have been making online purchases through amazon etc., and were unknowingly allowing the data and information collected by the program to be stored for the use of the school. This information was not provided to the parents, and no security information was disclosed to the parents related to their children enrolled as students of the School. Ultimately, the program and contract were to be canceled and removed from all devices in the school.

85.    The data and information collected from the program, which was property of the parents and students of the school, was not disclosed. The Defendants Board of Trustees, including Defendant Brian Knotts, were fully aware of the issues with NETREF, made unilateral decisions about property that did not belong to the school and did not consult parents or even inform parents of the issues related to privacy violations and/or FERPA violations related to this particular program and software.

86.    The Defendants Board of Trustee members failure to notify parents of implementation of the program and the unilateral decision to require students to install the programs, circumvented the parents entirely in this particular aspect of the educational process.

87.    The Plaintiff explained to the Board of Trustees that the NETREF program allowed the school to obtain any information related to any type of search history, credit card, and bank information.

88.    The Plaintiff also informed the Board of Trustees that the failure to notify parents and

DOCUMENT 2

obtain consent on devices that the school did not own, then to potentially collect permanent information from the computers by activation of the camera for screenshots, violates the Schools authority to search student computers improperly.

89.  The Plaintiff asserted to the Board of Trustees that the schools ability to access screenshots of the devices and monitor the activity of the students at times outside the schools purview and without parent consent was wrong.

90.  The Plaintiff requested the parents have access to the data that had been collected on their respective children, however, the release of that information was not provided to the parents nor authorized to be provided by the Board of Trustees.

91.  Plaintiff voiced concerns to the Defendants, Board of Trustees members, about the lack of communication between the School Board, parents and students numerous times over the course of his tenure as head of school.

92.  The Defendants, Board of Trustees members, covered up and repeatedly failed to report infractions related to student athletes participation, financial distributions, and financial assistance.

93.  The Defendant Board of Trustees members having children participating in athletics at the School, had a vested interest in not reporting the infractions and continuing to permit violations of the rules to enable the School to obtain success in athletics to the benefit of their own student athletes.

94.  The Defendant Board members failed to disclose improper conduct known to them related to improper application of financial aid to members of student athlete families and relocation of student athletes after being initially approved by the AHSAA.

95.  Defendants, Members of the Board of Trustees, including Defendants Tara Lockett and Brian Knotts conducted and attended a clandestine meeting following the wrongful

DOCUMENT 2

termination of the Plaintiff in an effort to collect information related to the violations of AHSAA policy for student athletes.

96. Defendants Tara Lockett and Brian Knotts were in attendance in the meeting described in paragraph 95 and were aware of potential AHSAA financial assistance and eligibility violations and failed to self-report the violations to the AHSAA.

97. Defendants Tara Lockett and Brian Knotts deliberately and in spite of their obligation to comply with AHSAA rules and requirements to self-report violation incidents, concealed the violations or failed to report the infractions.

98. Defendants Tara Lockett and Brian Knotts conducted a clandestine meeting including Board Members Michelle Bentley, acting Head of School, Suzy Banks, Athletic Director, Meredith Donald, and other administrators and faculty members, attempting to identify reasons to assert that any such conduct was attributed to the Plaintiff, in order to assert he was terminated for cause.

99. Plaintiff was not present in this meeting and the meeting was conducted after he was wrongfully terminated by the Board of Trustees.

100. Plaintiff terminated a faculty member based on the statements of eye witnesses including students present in the classroom when a faculty member made inappropriate and discriminatory statements inconsistent with the teachings of the Episcopal Church that were publicly propounded to a student in the class. The conduct included discriminatory statements by a faculty member that were directed at the student's gender, sexual orientation, and were isolating and harmful to the student and in addition, violated the rights of the student to be safe from physical and verbal harm in the school's educational setting.

101. Plaintiff and administrative team member Doug Estle, complied with the student handbook in relation to the high school prom and dress code for the school during the

DOCUMENT 2

prom. Plaintiff and the administrative team member Doug Estle also complied with the students' personal grooming rules and student dress code modifications that were made by the School Board.

102.   Defendants Board of Trustees school policy modifications to dress code were made by the School board during Plaintiff's tenure as head of school

103    Defendants Board of Trustees members, attempted mid-year to create new rules and demand enforcement of a different set of school rules and dress code policies that were not published to students and families. The Plaintiff voiced his concerns and objections to the implementation of rules and policies that students and families were not given notice about.

104.   Following the 2022 St.Luke's Episcopal high school prom, Defendants and members of the Board of Trustees made complaints that were brought to the attention of the administrative team attending the Prom and enforcing the code of conduct and the written policies of the Defendant School. Defendant Board Members made statements including that the Plaintiff was permitting too many of the "wrong kind of minorities" to be enrolled at St Luke's Episcopal School. These statements by Defendant Board Members were discriminatory in nature and not consistent with the teachings of the Episcopal Church and violated the same policies that were asserted by the Plaintiff to the Defendant and Rector Jamie McElroy and Board of Trustee members at earlier meetings . At all times herein, St Luke's is an Episcopal School owned by St. Luke's Episcopal Church.

105.   ARTICLE NINE of the Board of Trustees Policies at St. Luke's Episcopal School asserts a NON-DISCRIMINATION POLICY, stating, the School does not discriminate on the basis of race, color, religion, gender, or national/ethnic origin with regard to admissions procedures, scholarship and loan programs, or in any of the athletic or other school administered curricular programs. The School does not discriminate on the basis of race, color, religion, gender, disability, national/ethnic origin, or age in any of its policies or administration of those policies pertaining to hiring or employment practices. The

DOCUMENT 2

Defendants failed to comply with this policy.

106.   In compliance with the teachings of the Church and school Board of Trustee policies, the Plaintiff defended the rights of students to be safe in the school setting and to not be bullied, harassed, and discriminated against regardless of gender, ethnicity, sexual orientation and religious beliefs. Plaintiff defended "the kind of minorities" that Defendants and some members of the Board of Trustees asserted, were not welcome at the Episcopal School. The Plaintiff was wrongfully terminated based in part on this action.

107.   During Plaintiff's time as Head of School, Plaintiff officially made statements and voiced concerns to the Defendants about many financial, ethical, and policy violations as well as health and safety concerns. These concerns were voiced in the presence of members of the executive committee and to Defendants in executive meetings of the School Board, in School Board meetings and in meetings with the Board of Trustees.

108.   Plaintiff's statements to the Defendants related to the issues identified herein above included the existence of mold in the air ventilation system and ceilings of lower school campus classrooms associated with the K-2 and K-3 childcare programs. Plaintiff believed funds needed to be allocated to repair or replace the roof, ventilation systems, and building structures in order to comply with city, county, and state regulations.

109.   After receiving estimates related to the repairs and/or replacement of the lower campus Fire Safety System, the Defendants precluded further discussions about the water damaged lower campus classrooms and buildings where the existence of hazardous mold existed. The Defendants failed to make requested monetary allocations to correct the mold and hazardous materials issues.

110.   The Defendants continued to refuse to take action to remove and repair the ventilation system, leaking roofs, water damaged classrooms despite having been provided photos, mold reports, visual inspection of damages, and reports of the existence of the mold and

DOCUMENT 2

hazardous substances in the air ventilation system of the lower (Japonica) campus classrooms. The Defendants' failure to acknowledge and repair the issues impacted many vulnerable young children. St. Luke's Episcopal School demanded contractual payments from the parents of these children to provide for their safety and care, but made no effort to make the necessary repairs to ensure the children's well-being.

111. The Defendants had a duty to all students enrolled at the School, including the children of the Plaintiff, to ensure their safety and wellbeing by maintaining a working fire alarm system, to ensure that mold in the HVAC system was treated and removed properly, to repair leaking roofs and damaged buildings from years of neglect, and also to ensure the children of the Plaintiff and all other children attending St. Luke's Episcopal School in Mobile, Alabama were not placed in harm's way as a result of hazardous and harmful conditions at the lower (Japonica) Campus. In signing the contract with each of the parents that enrolled their children at the School, the School had a duty to each of these parents under the school parent student handbook. These Defendants breached the agreement with the parents of all students on the lower( Japonica) campus including the Plaintiff. The Defendants breached their contractual agreement with the Plaintiff as well as their contractual obligations to all parents and children of the School community

112. Plaintiff stated to Executive Committee members of the Board, other members of the Board of Trustees, and to Defendant Rev. Jamie McElroy, Rector, that he believed the School Board repeatedly violated Board policy related to recruitment and scholarships programs. Plaintiff voiced to Defendant McElroy that he felt the recruitment and scholarship program policies should be reviewed, especially in the case of athletes and in providing financial assistance in perpetuity to younger siblings of athletes in an effort to encourage an athletic member of the family to attend the School.

113. Plaintiff voiced concerns to the Board of Trustees that these discriminatory School Board policies to extend financial assistance and allowances may have been violations of Alabama High School Athletic Association Policies. Despite the concerns presented by the Plaintiff as the Headmaster, Defendants failed to take the concerns and

DOCUMENT 2

recommendations under advisement.

114. Defendants took no action on any issue identified hereinabove when presented by the Plaintiff. Defendant Bishop Russell Kendrick was aware of the issues with the Board and the inconsistent policies the Defendant Board of Trustees was attempting to implement and took no action.

115. Plaintiff asserted that there had been a mismanagement of funds allocated to the school as approved in the budget by the Board of Trustees for payment of the schools financial and academic obligations. Defendants were angered by this assertion.

116. Plaintiff continued to report to the Board and voice his concerns about the health and safety of the children and students enrolled at the Defendant School. The issues that were continually voiced were known to the Defendants Board of Trustees, and no effort was made to correct these issues. After repeated requests for change, Plaintiff was placed on administrative leave and was subsequently terminated without notice of cause within 1 weeks from being placed on administrative leave. The Plaintiff received no reason or notice for being placed on administrative leave.

117. In the Contract Agreement, entered into knowingly by all parties, Section 6, (Termination), Subsection C, (By the School without Cause) states the following "The School shall have the right to terminate this Agreement "Without Cause" by giving the Employee notice of termination on or before the next calendar date of April 1 and upon the School paying to the Employee an amount equal to Employee's compensation remaining due until the same next calendar date of April 1 plus one complete year of Employee's compensation set forth on Exhibit A (except for moving expenses) hereto (the "Effective Date of Without Cause Termination"). Employee shall be obligated at the sole pleasure of the School to continue to fulfill his obligations under the terms of this Agreement until the same next calendar date of April 1. If the School decides that Employee shall continue to fulfill his obligations for longer than one (1) month for the such transitional purposes, then the payment of base salary under this Section 6 (c) shall

DOCUMENT 2

be paid in the normal course (as before the Effective Date of Without Cause Termination) with the balance due in the last month of Employee fulfilling said obligations under the terms of this Agreement at the pleasure of School.

118. On or about November 8, 2022, Plaintiff received a letter from Defendant Tara Lockett, Vice Chairman of the Board of Trustees, acting also as counsel for the School and Board of Trustees, stating that Plaintiff was being placed on administrative leave. Plaintiff was given no reason or explanation as to the Board of Trustees decision to place him on administrative leave and he was given no instructions on how to resolve any issue if any existed for the reason of being placed on administrative leave.

119. Further, Plaintiff was afforded no notice of any failure to comply with any Board of Trustee policy; Plaintiff was afforded no due process, nor was he given a hearing for any reason, as no reason was provided to the Plaintiff for being placed on administrative leave.

120. The Plaintiff was not afforded an opportunity to be heard as to any issue nor was he granted an opportunity to rectify any grievance prompting the Defendants Board of Trustees discussion and vote to place him on administrative leave.

121. On or about November 16, 2022, undersigned counsel and Defendant Tara Lockett, who at the time was acting as both a voting member and Vice Chairman of the Board of Trustees and legal counsel for the School engaged in communications to force Plaintiff to resign.

122. No Board member including Vice Chairman of the Board of Trustees, Defendant Tara Lockett, provided any reason for the necessity of placing the Plaintiff on administrative leave or for requesting his resignation and further no reasoning was provided by Defendants to the Plaintiff for termination of the Plaintiff.

123. Defendant Tara Lockett permitted Defendant Rev. Jamie McElroy, Rector, a Board

DOCUMENT 2

member to meet and communicate directly with the Plaintiff to encourage him to accept the terms of termination of employment which were not in compliance with the terms of the Plaintiff's contractual agreement nor were they based in fact with St. Luke's School Board, Board of Trustees or St. Luke's Episcopal Church.

124.   Defendants sought exclusive control of the separation of the Plaintiff from his employment with the school in requiring Plaintiff to accept terms that would be unenforceable that gave no assurances of school board compliance and no definitive terms for payment.

125.   Defendants knowingly violated and breached the contractual employment agreement with the Plaintiff.

126.   Defendants Brian Knotts, Tara Lockett, and other Defendants, Board of Trustees members, provided misleading information to encourage an affirmative vote by the board to terminate the Plaintiff and remove him from his position.

127.   The false information that was presented to Defendants Board of Trustees members included Plaintiff had interviewed and accepted other employment, that the Plaintiff mismanaged funds, and that he violated policies of the Board of Trustees.

128.   Defendants Tara Lockett and Brian Knotts presented to the other Defendant Board Members that the Plaintiff had accepted another job, this misinformation was a false statement.

129.   None of these assertions identified in 127 were presented to Plaintiff in the letter of termination from the Board of Trustees.

130.   Plaintiff's Contractual Agreement with St Luke's Episcopal School stated that he was to serve as head of school (Head master) of St. Luke's Episcopal School beginning

DOCUMENT 2

November 19, 2022. The Contractual Agreement with the Plaintiff was to remain in effect until June 30, 2025.

131. Plaintiff, through undersigned counsel, and the School, through Defendant Tara Lockett, acting as Vice Chairman of the Board and as the Attorney for the Board of Trustees, attempted negotiations to resolve the attempts by the school to wrongfully terminate the Plaintiff through December 2, 2022; however, the Board of Trustees and School Board refused to negotiate in good faith, failed to honor the Contractual Agreement entered into by both parties in November, 2019, and additional breached the contractual agreement by participating in libelous and slanderous statements to outside members of the community, parents of students enrolled at the School, teachers employed by the School and other School employees.

132. Defendants conducted a meeting shortly after terminating the Plaintiff without cause to collectively discuss the Plaintiff and attempt to identify a reason that could be asserted by the School Board Chair, Defendant Brian Knotts, in support of the termination of the Plaintiff.

133. On or about December 9, 2022, Defendant Brian Knotts, Chairman of the Board of Directors, sent a certified letter to the Plaintiff stating that the Board of Trustees had voted on December 8, 2022, to terminate his Employment Agreement with cause, however, Plaintiff received no documentation as to the cause of the termination, nor was any cause stated in the letter that was forwarded to the Plaintiff by Defendant Brian Knotts.

134. Defendants Brian Knotts, Mitch Cumpton and Roy Price had various discussions with non-board members and school family members regarding various issues with faculty members, administrative members and members of the athletic department. These discussions also included issues asserted regarding the cheerleading coach and issues the Plaintiff had previously made to the Board of Trustees including the harassing conduct of cheerleading coach De'Armon. These Defendants informed non-board members and

DOCUMENT 2

parents of students that the Head of School controlled the administrative running of the school and the Board could not do anything about the conduct of De'Armon.

135. Defendants Brian Knotts, Mitch Cumpton and Roy Price claimed to parents of students that the Plaintiff controlled the administrative running of the school and the Board could not do anything about either of the named individuals.

136. Defendants having knowledge that these allegations and assertions were not true, continued to make libelous and slanderous comments about the Plaintiff to parents, faculty, administrators and members of the community; that were and are detrimental to the Plaintiff's reputation and character as an educator and administrator.

137. Due to the actions of the Defendants, the Plaintiff has been unable to secure employment and has suffered and continues to suffer irrevocable professional, emotional, and mental damage for which he is entitled to monetary reward of damages and other relief.

138. The Defendants took retaliatory action against the Plaintiff for opposing the Board of Trustees lack of action toward the reported safety and health related problems within the facility; for the Plaintiff's opposition of the contradictory Board of Trustee demands placed upon students and student activities; for the Plaintiff's opposition to the Board of Trustees the lack of consideration for the Teachings of the Episcopal Church, as well as other reports to the Board of Trustees including improper treatment of students; for the Plaintiff's opposition to the lack of adequate funding to the Fine Arts Department due to the disparaging funding to the Athletics Program. While all of the concerns and issues posed to the Board of Trustee by the Plaintiff were in the best interest of the school, its students, and were aligned with the teachings and belief of the Episcopal Church, the Plaintiff's attempt to address these concerns and rectify the issues; it also resulted in the adverse, retaliatory action of the Defendants to vote to terminate the Plaintiff in breach of contract and without cause.

DOCUMENT 2

THEREFORE, Plaintiff alleges the following claims against the Defendants jointly and individually:

## COUNT I – WRONGFUL TERMINATION

139.  Plaintiff realleges paragraphs one (1) through one hundred-twenty-eight (128) as if set forth fully herein.

140.  Plaintiff adopts and realleges that the Defendants owed a duty to the Plaintiff to adhere to the Contractual Agreement drafted and proposed by their institution.

141.  Section 6(b) of the Contractual Agreement states that "the "Employee" shall receive notice in writing if "Terminated With Cause," as of effective of date of termination, all obligations of the School to the "Employee" are terminated and all rights previously owed to you are forfeited."

142.  Defendants' failed to give cause for Termination, and were aware they failed to give cause.

143.  The Plaintiff was put on administrative leave without cause or written notice of the reason for administrative leave.

144.  The same Contractual Agreement states that if the "Employee" is "Terminated with no Cause," the school agrees to pay salary to April 1 of the current year and one year of Employee's compensation, plus other contractual obligations until April 1st, of the next calendar year. Defendants terminated Plaintiff's Employment Agreement as to prevent payment of funds for which they were contractually liable.

145.  Plaintiff entered into a written contract with Defendants to be the Head of School at St Luke's Episcopal School for the term of July 1, 2020, to June 30, 2025; Defendants Terminated Plaintiff's employment without cause, then refused to honor their contractual obligations under the employment agreement to the Plaintiff. Defendants breached the contract with the Plaintiff resulting in financial damages.

DOCUMENT 2

146.   The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of Trustees for what was believed by some board members to be a liberal view of social norms at the school despite being consistent with the teachings of the Episcopal Church for inclusion.

147.   The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of Trustees for what was believed by some members of the Board of Trustees to be actions that were deemed fiscally improper. The Plaintiff opposed a discussion that was had with members of the Board of Trustees where it was asserted that an insurance claim following a storm could save the school hundreds of thousands of dollars in repairs to the leaky roofs and mold infested classrooms on the lower campus at the school, despite the members of the Board of Trustees being completely aware of the pre-existing dilapidated conditions.

148.   The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of Trustees for actions that were deemed inconsistent with the history and manner in which the St. Luke's Episcopal School Board of Trustees had historically wielded power and control over employees, students, and families on the campus of St. Luke's Episcopal School.

149.   Plaintiff and his methods of administration were consistent with the teachings of the Episcopal Church; certain members of the Board of Trustees felt that the Plaintiff's actions were inconsistent with the procedure in which the Board of Trustees had historically governed St. Luke's Episcopal School, its students, and faculty.

150.   The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of Trustees for what was believed by some members of the Board of Trustees to be actions that were deemed inconsistent with the history and manner in which the St. Luke's Espiscopal School Board of Trustees had not previously protected nor supported diversity in students enrolled with the school or participating in school activities. These included

DOCUMENT 2

diversities in gender, race, and sexual orientation. The Board of Trustees also attempted to impose their views on diversity and preclusion of diversified groups on the employees, students and families on campus. The Plaintiff encouraged diversity as it is consistent with the teachings of the Episcopal Church for inclusion. However, certain members of the Board of Trustees felt the Plaintiff's actions were inconsistent with the procedure in which the Board of Trustees had historically operated.

151.  The Plaintiff was terminated as a **retaliatory action** by members of Defendant Board of Trustees for questioning the actions of certain members of the Board of Trustees and their failure to follow certain policies and procedures of the Board of Trustees and the employment of spouses of Board of Trustee members by the school. This violation of policy had historically not been questioned, and allowed the Board of Trustees to make non-transparent decisions without any accountability.

152.  As the direct and proximate result of Defendants' Wrongful Termination of the Plaintiff, and the actions of the Defendants to violate the rights of the the Plaintiff, the Plaintiff suffered direct and foreseeable damages in amounts exceeding Five Million Dollars ($5,000,000.00), as well as the cost of moving, loss as to costs of health, vision and dental insurance, costs associated with his children's education, and attorney's fees and expenses associated with this litigation.

153.  As a direct and proximate result of Defendants' unlawful discriminatory conduct in violation of 42 U.S. Code Section 1981, Plaintiff has suffered and continues to suffer, monetary and/or other economic harm for which he is entitled an award of monetary damages and other relief.

154.  The Plaintiff brings this action for employment discrimination/retaliation pursuant to Title VII of the Civil Rights Act of 1964, 42 USC §2000e et seq. ("Title VII") and violation of §1981 of the Civil Rights Act of 1866, 42 U.S.C.§1981.
      Pursuant to 42 U.S.C.§1981:

      (A)    STATEMENT OF EQUAL RIGHTS

DOCUMENT 2

All persons within the jurisdiction of the United States shall have the same right in every State
and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full
and equal benefit of all laws and proceedings for the security of persons and property as is
enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes,
licenses, and exactions of every kind, and to no other.

(b)"MAKE AND ENFORCE CONTRACTS" DEFINED

For purposes of this section, the term "make and enforce contracts" includes the making,
performance, modification, and termination of contracts, and the enjoyment of all benefits,
privileges, terms, and conditions of the contractual relationship.

(c)PROTECTION AGAINST IMPAIRMENT

The rights protected by this section are protected against impairment by nongovernmental
discrimination and impairment under color of State law.

**WHEREFORE**, premises considered, the Plaintiff respectfully requests this Court enter
judgment against the Defendants and award damages to the Plaintiff in the amount of Five
Million Dollars ($5,000,000.00) and for any such other, further, or different relief to which he
may be entitled, including punitive damages and reasonable attorney's fees and the cost of the
action.

## COUNT II- WANTON CONDUCT OF THE DEFENDANTS
## TO PLACE THE HEALTH AND SAFETY OF THE CHILDREN
## ENROLLED ON THE LOWER CAMPUS IN JEOPARDY FOR WHICH
## THE PLAINTIFF'S CHILDREN WERE ENROLLED
## INDUCE BOARD VOTE TO TERMINATE

155.  Plaintiff realleges paragraphs one (1) through one hundred forty-one (154) as if set forth
fully herein.

156.  Plaintiff adopts and realleges that the Defendants owed a duty to the Plaintiff to honor the
contractual Employment Agreement that the Plaintiff and Defendants knowingly and

DOCUMENT 2

collectively authorized and endorsed the use of false information, both spoken and written, about the character and fitness of the Plaintiff.

157. All Defendants had knowledge of the safety and health hazards on the lower (Japonica) School campus and with reckless indifference to the consequences, consciously and intentionally declined to allocate funds from the budget or move the children from the lower (Japonica) campus to the upper (University) campus as suggested and requested by the Plaintiff.

158. All Defendants had a duty to protect the health and safety of the children/students enrolled at St. Luke's School on the lower (Japonica) campus and with reckless disregard and indifference to the consequences. The Defendants consciously and intentionally failed that duty.

159. The Plaintiff made it known to the Defendants of their duty to protect the health and safety of the children attending the lower (Japonica) campus. Plaintiff also asserted to the Defendants the need for the Defendants Board of Trustees to act on behalf of that duty to protect the children. Defendant Terry Holt was boisterous and verbally resistant to this action. Defendant Terry Holt made his position known by stating it was a "stupid idea" and he would not happen.

160. Defendants acted in concert with the statements of Defendant Holt based on the inaction of all Defendants to take action. The Plaintiff's insistence and verbal acknowledgement of the health and safety issues for all the students on the lower (Japonica) campus, including his own children, was a contributing and proximate cause of the action taken by Defendant Board of Trustees to retaliate and wrongfully terminate the Plaintiff resulting in financial injury to the Plaintiff as part of the basis of this action.

161. Defendants ignored the hazardous mold in the buildings and HVAC system, the inoperable fire alarm system, the dilapidated structures from years of neglect. Further, the

DOCUMENT 2

Defendants ignored the Plaintiff's health and safety concerns by refusing to move the students and children enrolled in the day care and lower (Japonica) campus school classrooms

162. All Defendants had knowledge of the false and defamatory statements made in numerous Board of Trustees meetings by Defendants Brian Knotts, Terry Holt, Tara Lockett, and other Defendant Board Members, that the forced administrative leave and ultimate termination of the Plaintiff was entirely without cause.

163. The false and misleading statements related to financial mismanagement of the Plaintiff; the false and misleading information that the Plaintiff had breached the contractual agreement; the false and misleading information that the Plaintiff had accepted another job; and the false and misleading information that Plaintiff had violated board policies; are the basis of the spoken words by the Defendants to faculty, parents, other board members and to members of the public to explain the forced administrative leave and subsequent termination of the Plaintiff.

164. The intentional act by the Defendant Board Members and the letter sent to the Plaintiff that fails to state a cause for termination; produces the assumption that the Defendants forced administrative leave and termination of the Plaintiff simply to conceal financial mismanagement by the Defendants. In addition, the refusal of the Defendants to conduct a "State of the School" meeting after terminating the Plaintiff, and in the interim replacing the Plaintiff with a temporary Head of School, and increasing tuition significantly in the first year after Plaintiff's wrongful termination are all intentional acts that have followed the false and misleading statements made by the Defendants.

165. The intentional act by the Defendant Board Members to cosmetically cover mold with paint, to use "walkie talkies" to alert teachers of fire and smoke matters, and temporarily patching leaks and providing extra trash cans to collect the water dripping from the ceilings of the classrooms and daycare rooms in which children remain after the Plaintiff repeatedly reported the issues to the Defendants Board of Trustees and requested funds

DOCUMENT 2

for the repairs; further proves Defendants Board of Trustees and Defendants St. Luke's Episcopal Church intentionally disregarded the dilapidated conditions of the facilities which still remain in a state of disrepair, resulting in hazardous health and safety conditions that threaten the students and faculty attending the lower (Japonica) campus.

166. The Defendants to terminate the Plaintiff and denial of his contractual salary as an employee and Head of School under the terms of his contract resulted in harm to the Plaintiff and he incurred damages.

167. Defendants unlawful and discriminatory actions based in part on the age of the students and the lack of awareness of the children and parents through misinformation and neglect to provide information by the Defendants was willful and was a conscious disregard of the health and safety of the Plaintiff's children and the children of other parents enrolled on the lower campus (Japonica) of St Luke's Episcopal School.

168. The Defendant's reckless conduct toward the Plaintiff and his children as well as the other children enrolled at the lower (Japonica) campus showed conscious disregard of Plaintiff's protected rights and the Plaintiff is entitled to an award of punitive damages.

169. Pursuant to § 6-11-21 the Plaintiff seeks Punitive damages not to exceed certain limits.
   a. Except as provided in subsections (b), (d), and (j), in all civil actions where an entitlement to punitive damages shall have been established under applicable laws, no award of punitive damages shall exceed three times the compensatory damages of the party claiming punitive damages or five million dollars ($5,000,000.00), whichever is greater.

**WHEREFORE**, premises considered, the Plaintiff respectfully requests this Court enter judgment against the Defendant and award damages to the Plaintiff in the amount of Five Million Dollars ($5,000,000.00) and for any such other, further, or different relief to which he may be entitled, including punitive damages and reasonable attorney's fees and the cost of the Action.

DOCUMENT 2

## COUNT III- WANTON CONDUCT OF THE DEFENDANTS
### BOARD TO VOTE TO TERMINATE THE PLAINTIFF
### FOLLOWING REQUESTS TO REPAIR FACILITIES AND MOVE
### STUDENTS AND THE DEFENSE OF MINORITIES ACT TREATMENT
### OF MINORITY STUDENTS

170.  Plaintiff realleges paragraphs one (1) through one hundred sixty-six (166) as if set forth fully herein.

171.  Plaintiff adopts and realleges that the Defendants owed a duty to the Plaintiff to honor the contractual Employment Agreement between the Plaintiff and Defendants.

172.  Defendants Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop Russell Kendrick knowingly and collectively ignored, authorized, and endorsed through inaction the exposure of the minor children on the lower (Japonica) campus to health and safety hazards.

173.  Defendants Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop Russell Kendrick knowingly and collectively ignored, authorized, and endorsed the wrongful termination of the Plaintiff after multiple instances of the Plaintiff seeking action by the Defendant Board of Trustees to comply with policies, to allocate funds for facility repairs, to relocate lower (Japonica) campus students to the upper (University) campus to allow for facility repairs and replacement of inoperable and unsafe structures and systems on the lower campus.

174.  The Defendant Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop Russell Kendrick had a duty to act on the requests of the Plaintiff to protect the health and safety of the students, and failed to take action to protect the students.

DOCUMENT 2

175. Defendants breach of the Plaintiff's employment contract Section 6(e) "Termination with No Cause" provides public appearances consistent with the false statements afforded by Defendants at the time of the breach of contract, defamatory statements, and further intentionally cover up the health, safety, and financial issues of the school resulting in a breach of duty to the parents, and students enrolled at the school and daycare.

176. The Defendant Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop Russell Kendrick's actions and presentation of false information, both spoken and written, about the character and fitness of the Plaintiff, the hazardous facilities on the lower School campus, and the financial situation of the School are a direct and proximate result to harm incurred by the Plaintiff.

177. Further, the personal beliefs and actions of some of the members of the Board of Trustees and open public statements related to discrimination displayed wanton disregard for the students, faculty, and the Plaintiff and his family by intentionally providing false information, both spoken and written, defaming the Plaintiff to wit:

     i.    That the Plaintiff had obtained another job and/or had accepted another job;

     ii.    That the Plaintiff was responsible for financial deficiencies of the school based on improper financial decisions and by forcing the Board of Trustees to accept the budget as presented;

     iii.    That the Plaintiff was violating Board of Trustee policy as to student dress code both at school and at the prom, despite having clear written policies to the contrary;

     iv.    That the Plaintiff was acting in a manner that was contrary to the history of the school;

     v.    That the Plaintiff refused to make changes to the fiscal budget and forced the Board of Trustees to accept the budget as presented;

     vi.    That the Plaintiff was providing false assertions of damage that did not exist at the lower campus;

DOCUMENT 2

    vii.   That the Plaintiff was responsible for improper recruiting of the wrong kind of minority students;

    viii.   That the Plaintiff was engaged in fiscal mismanagement based on his decisions to provide unregulated and arbitrary awards of financial aid thus failed to include an increase in tuition rates for siblings of athletes and friends of members of the Board of Trustees without knowledge of the Board of Trustees and where no such history existed;

    ix.   All these and other statements were offered by the Defendants who consciously or deliberately engaged in oppression, fraud, wantonness, or malice with regard to the Plaintiff and intentionally offered false information to induce other members of the Board of Trustees to act on said false information and vote to terminate the Plaintiff;

    x.   These statements and representations made by Defendant Knotts and other members of the Board of Trustees, without just cause, exposed the Plaintiff to public contempt by parents of students enrolled at St. Luke's Episcopal School, by students who shared classrooms with the Plaintiff's children, members of the educational community nationwide, and also members of the staff and faculty of St Luke's Episcopal School;

178.   Defendant Brian Knotts, Chairman of the Board of Trustees and other members of the Board of Trustees displayed wanton conduct by making false allegations and assertions against the Plaintiff, to other members of the Board of Trustees, parents, faculty and staff members. The Defendant's conduct was reckless and showed an intentional and conscious disregard of the Plaintiff's rights and the safety of his wife, and his children

179.   As a direct and proximate result of Defendants' assertion of false information and in making slanderous, libelous, and defamatory statements about the Plaintiff; the Plaintiff was placed on administrative leave, terminated from his position, then he and his family were subjected to public contempt.

180.   Defendants unlawful and discriminatory actions were done with willful negligence, or

DOCUMENT 2

recklessness, or conscious disregard of the Plaintiff's rights, or the Defendant's conduct was so reckless as to amount to such disregard of Plaintiff's protected rights of free speech and is entitled to an award of punitive damages.

181. Plaintiff suffered direct and foreseeable damages in amounts exceeding Five Million Dollars ($5,000,000.00) as well as the cost of attorney's fees and the costs associated with the filing of this litigation.

182. Defendants unlawful and discriminatory actions were done with willful negligence, or recklessness, or conscious disregard of the Plaintiff's rights, or the Defendant's conduct was so reckless as to amount to such disregard of Plaintiff's protected rights of free speech and is entitled to an award of punitive damages.

183. Pursuant to § 6-11-21 the Plaintiff seeks Punitive damages not to exceed certain limits.

   b. Except as provided in subsections (b), (d), and (j), in all civil actions where an entitlement to punitive damages shall have been established under applicable laws, no award of punitive damages shall exceed three times the compensatory damages of the party claiming punitive damages or five million dollars ($5,00,000), whichever is greater.

**WHEREFORE**, premises considered, the Plaintiff respectfully requests this Court enter judgment against the Defendant and award damages to the Plaintiff in the amount of Five Million Dollars ($5,000.000,00) and for any such other, further, or different relief to which he may be entitled, including punitive damages and reasonable attorney's fees and the cost of the Action.

## COUNT IV-DEFAMATION

184. Plaintiff adopts and realleges paragraphs one (1) through one hundred eighty three (183) as if set forth fully herein.

185. Pursuant to Ala. Code § 6-5-186, Plaintiff asserts the Defendants individually and / or

DOCUMENT 2

collectively engaged in retaliatory, vindictive actions involving libel and slander by publishing through social media posts, in a letter to faculty and staff, in emails to parents of students enrolled at the School, the Defendants' publications both written and verbal were made by the Defendants with knowledge that the matter published was false, or was with reckless disregard of whether it was false or not, and a copy of a letter was provided to parents of the students enrolled at St Luke's Episcopal School in Mobile, Alabama.

186. A letter was provided to the Defendants in which the Plaintiff requested a public retraction of the statements both verbal and written, related to the publication of false and misleading information related to the termination of the Plaintiff. As a result of the Defendants not publicly retracting the false and misleading statements by Board of Trustee Defendant Members, a full and fair retraction has not been made; and therefore Plaintiff seeks punitive damages in the amount of $5,000,000.

187. The Plaintiff adopts and realleges that the Defendants deliberately and publicly, by word of mouth and written statements, defamed the Plaintiff professionally and individually by fraudulently and intentionally asserting through misrepresentation, deceit, or concealment of a material fact, allegations against the Plaintiff's character as an educator and administrator as well as his character individually. Defendants asserted the following false and misleading information about the Plaintiff:

        a. that Plaintiff breached his contractual agreement and obligations to St. Lukes' School by accepting a job elsewhere;

        b. that Plaintiff engaged in mismanagement of funds;

        c. that Plaintiff engaged in inviting and promoting the wrong types of minorities to enroll in the school;

        d. that Plaintiff violated board policies;

        e. that Plaintiff failed to comply with board directives;

        f. that Plaintiff forced the board to accept a budget that exceeded the financial constraints of the Defendants;

DOCUMENT 2

188.  Defendant Brian Knotts, and other members of Defendants Board of Trustees withheld pertinent information that they had a duty to disclose; which resulted in gross, oppressive, or malicious treatment of the Plaintiff.

189.  Defendant Brian Knotts, as well as other Defendants, committed these actions with the intention of depriving the Plaintiff of property or legal rights under his contractual agreement. Further, by intentionally harming the Plaintiff's reputation, the Defendant's perpetual defamation made it impossible for the Plaintiff to obtain another position similarly situated to his employment at St. Luke's Episcopal School or otherwise.

190.  The deliberate and public false information asserted by the Defendants Board of Trustees Members' defamation of the Plaintiff caused injury to his reputation, caused significant financial injury, and mental anguish to the Plaintiff, his wife and his children.

191.  Defendant Brian Knotts, made defamatory statements about the Plaintiff regarding his termination from St. Luke's Episcopal School, via email that was released to family and faculty members while the young children of the Plaintiff were enrolled and attending St. Luke's Episcopal School. This action caused undue mental and emotional stress to the Plaintiff, his wife and his children.

192.  The malicious, deceitful, false and fraudulent statements made by Defendant Brian Knotts and other Defendants, while serving as members of the Board of Trustees were known misrepresentations of fact and were conveyed to faculty and parents of students who attended classes with the Plaintiff's minor children. Defendants Board of Trustee Members' statements and representations published by Defendant Brian Knotts and other Defendant Board Members to parents with enrolled students and to administrative members of other schools without just cause exposed Plaintiff to public contempt locally and nationwide as the Plaintiff was a member of multiple educational communities nationwide. Further, the statements made in the presence of others outside of an executive committee meeting where confidentiality was required when Defendants members the Board of Trustees, violated the confidentiality requirements and breached the duties of

DOCUMENT 2

the Defendant Board Members to maintain confidentiality of employment issues. This conduct placed the reputation of the Plaintiff squarely in the hands of the Defendants and others to which they repeated false information about the conduct of the Plaintiff and his termination.

193. The failure of the Defendants to maintain confidentiality and the false statements that were spread by these Defendants resulted in ostracization of the Plaintiff. The Plaintiff's wife who was active in committees and groups within the school; causing mental anguish to the Plaintiff, his wife, and his minor children.

194. Defendant Brian Knotts and Defendant Tara Lockett committed defamatory and malicious actions by calling a meeting with faculty, staff, and administration supervisors; following the improper termination of the Plaintiff.

195. In said meeting, Defendant Brian Knotts led a discussion about the termination of the Plaintiff and requested that all parties present brainstorm ideas about the potential reasons to offer the students, parents of students, other staff and faculty, and the community, as to the cause of the Plaintiff's termination.

196. Defendant Brian Knotts and other Defendants present were well aware that there was no legitimate cause for termination of the Plaintiff, as the Plaintiff had not violated any WRITTEN policy.

197. The malicious and intentional conduct of Defendant Brian Knotts and other members of the Board of Trustees was committed solely to cause harm to the character and reputation of the Plaintiff. By publicly informing faculty, staff, and administrators of the Plaintiff's termination and in furtherance, the Defendants intentionally misleading statements and misrepresentation of information related to the termination of the Plaintiff; Defendant Brian Knotts caused irrevocable and deliberate damage to the Plaintiff and his family.

198. The Defendant's aforementioned action was conducted with the intent of, or under such

DOCUMENT 2

circumstances to, fraudulently and maliciously deprive the property rights of the Plaintiff as well as his financial assets and employee benefits afforded to him through his contractual agreement of employment as Head of School.

199.    Defendant Brian Knotts knowingly presented false information related to the termination of the Plaintiff, and sought to acquire information from others, true or untrue, that could be used in support of the conscious disregard and oppression of the rights and safety of the Plaintiff and his family.

200.    Defendant Brian Knotts and other members of the Board of Trustees, in statements and in actions, knowingly provided defamatory verbal and written information to families of the school and friends of other members of the Board of Trustees regarding the Plaintiff and his termination.

201.    These actions demonstrated the conscious disregard and on-going oppression of the property rights of the Plaintiff.

202.    Defendant Brian Knotts and members of the Board of Trustees, in statements and in actions, knowingly provided verbal and written derogatory and defamatory statements about the Plaintiff's character as an administrator, educator, and leader by asserting false reasons for termination, then publishing said assertions in an email to parents of students enrolled in the School.

203.    The Defendants knowingly propounded false statements of alleged misconduct committed by the Plaintiff, without proof or notice to the Plaintiff.

204.    The alleged misconduct was asserted by the Defendants as the official reason upon which the Plaintiff was terminated from his position as Headmaster and further prohibited the Plaintiff from being able to obtain employment in a similarly situated position as the position he formerly held at St. Luke's Episcopal School.

DOCUMENT 2

205.  The statements and conduct of Defendant Brian Knotts, other School Board Members,
      and members of the Defendant Board of Trustees of St. Luke's Episcopal School, as well
      as friends of members of the Defendant Board of Trustees, demonstrated a conscious and
      blatant disregard for the Plaintiff and perpetuated the on-going oppression of the rights
      and safety of the Plaintiff and his family.

206.  Defendants Brian Knotts and other members of the Defendant Board of Trustees made
      slanderous, libelous, and defamatory statements based on untruths; asserted intentional
      false and misleading allegations of mismanagement, and accused the Plaintiff of violating
      Board of Trustee policy.

207.  The actions and public statements of the Defendants defamed the character and reputation
      of the Plaintiff causing mental and emotional damage to Plaintiff, his wife and the
      Plaintiff's children who were still attending St. Luke's Espiscopal School at the time.

208.  These defamatory statements made against Plaintiff caused mental and emotional injury
      to Plaintiff's wife who was an active parent and supporter of the School and its activities.

209.  Defendant Board of Trustee members spread false rumors, and intentionally made false
      statements, to faculty, staff, families, educators, and community members that were
      knowingly false and cast the Plaintiff negatively in the community.

210.  Defendants, St Luke's Episcopal School Board of Trustee members intentional,
      fraudulent and malicious statements about the Plaintiff caused the Plaintiff and his family
      to suffer embarrassment, humiliation, pain and suffering as well as a loss of career
      opportunities, emotional distress, loss of pay, benefits, and mental anguish for which he
      claims damages.

211.  As a direct and proximate result of Defendants' deliberate and public defamatory
      statements, the Plaintiff was unable to secure employment as a headmaster at another
      school.

DOCUMENT 2

212.    As the direct and proximate result of Defendants deliberate, malicious, false, misleading conduct, as well as their publicly slanderous and libelous defamatory statements regarding the Plaintiff's professional and individual character and reputation, cause Plaintiff to suffer direct and foreseeable damages in amounts exceeding Five Million Dollars ($5,000,000.00) as well as the cost of attorney's fees and the filing of this action.

**WHEREFORE**, the premises considered, the Plaintiff respectfully requests this Court award damages for in the amount of one million dollars or any such other, further, or different relief to which he may be entitled, including punitive damages and reasonable attorney's fees and the cost of the Action.

## COUNT IV
### DECLARATORY AND INJUNCTIVE RELIEF

213.    Plaintiff adopts and realleges paragraphs one (1) through two hundred twelve (212) as if set forth fully herein.

214.    Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently and publicly, by word of mouth and written statements, defamed Plaintiff's professionally and individually by fraudulently and intentionally asserting through misrepresentation, deceit, or concealment of a material fact such that the concealing party, Defendant Brian Knotts, and other Defendant members of the School Board had a duty to disclose true statements.

215.    The conduct of Defendants, Brian Knotts, Tara Lockett, Terry Holt, Jim Rossler, Mitch Cumpton, Michelle Bentley and the other Board Members resulted in gross, oppressive, or maliciousness that was committed with the intention on the part of the Defendants to deprive the Plaintiff of property or legal rights under his contract and further by intentionally harming his reputation to the point that he could not obtain another position similarly situated to the one at St. Luke's Episcopal School; or otherwise caused injury to

DOCUMENT 2

his reputation, and financial injury, and mental anguish to Dr. Pascavage, his children and his wife.

216.  The statements by Defendant Brian Knotts released in an email to family and faculty members occurred while the young children of Plaintiff were enrolled and attending St. Luke's Episcopal School.

217.  The malicious and fraudulent statements by Defendant Brian Knotts and other Defendants, members of the St Luke's School Board, were knowingly misrepresentations of fact that were conveyed to faculty and parents of students in the Plaintiff's minor children's classes and this resulted in ostracization of Plaintiff's wife who was active in committees and groups within the school; and caused mental anguish to the spouse of the Plaintiff, the Plaintiff and his children as a result of the malicious, intentionally misleading conduct and statements of the Defendants.

218.  The malicious action of Defendants Brian Knotts and Tara Lockett in calling a meeting with faculty, staff, and administration which included Suzy Banks and Doug Estle following the improper termination of Plaintiff. In this meeting, Defendant Brian Knotts led the discussion about the termination of the Plaintiff and inquired from those present to brainstorm about potential reasons to offer for cause of termination where it was known by Defendant Knotts that no cause existed to terminate Plaintiff.

219.  The malicious and intentional conduct of Defendant Brian Knotts and other Defendant Board of Trustee Members to harm the character and reputation of Plaintiff by publicly informing faculty, staff and administrators of Plaintiff's termination; and the furtherance of this intentional misleading and misrepresentation of information related to the termination of Plaintiff by calling a meeting with the intent or under such circumstances to fraudulently and maliciously deprive the property rights of Plaintiff in the on-going employment and financial assets of his employment as Head of School. Defendant Knotts knowingly presented false information related to the termination of Pascavage and sought to acquire information from others whether it was true or not that could be used in

DOCUMENT 2

support of the conscious disregard and the oppression of the rights and safety of the Plaintiff and his family.

220. Defendant Brian Knotts and other Defendant Board of Trustees Members' statements and actions in knowingly providing verbal and written information to families of the school and friends of other board members, demonstrated the conscious disregard and on-going oppression of the property rights of Plaintiff.

221. Defendant Brian Knotts and other Defendant Board of Trustees Members statements and actions in providing verbal and written statements about Plaintiff's character as an administrator, educator, and leader by stating false reasons for termination and for publishing those statements to the parents, teachers, faculty, school board, board of trustees, and making false statements of alleged misconduct without proof or notice to Plaintiff, as an official reasons upon which Pascavage was terminated from his position as headmaster caused Pascavage to be unable to obtain employment in a similarly situated position as St. Luke's Episcopal School.

222. The statements and conduct of Defendants Brian Knotts and other Defendant School Board members, Defendants Board of Trustees members of St Luke's Episcopal School and friends of other board members, demonstrated the conscious disregard and on-going oppression of the rights and safety of the Plaintiff and his family.

223. The slanderous and libelous defamatory statements based on untruths, intentional false and misleading allegations of mismanagement and violating board policies made by Defendant Brian Knotts and other Defendant Board of Trustee Members against Plaintiff's character and reputation including the false statement that he mismanaged money, caused mental and emotional damage to Plaintiff, and Plaintiff's children who were still attending St. Luke's Espiscopal School at the time.

224. These defamatory statements against Plaintiff caused mental and emotional injury to Plaintiff's wife who was an active parent and supporter of the School and its activities.

DOCUMENT 2

St Luke's Episcopal School Board members knowingly spread false rumors, and intentional false statements to faculty, staff, families, educators, and community members that were knowingly false and cast the Plaintiff's negatively in the community.

225. Defendants, St Luke's Episcopal School Board of Trustee members intentional, fraudulent and malicious statements about Plaintiff caused Plaintiff and his family to suffer embarrassment, humiliation, pain and suffering as well as a loss of career opportunities, emotional distress, loss of pay and benefits and mental anguish for which he claims damages.

226. Plaintiff seeks declaratory and injunctive relief, from the Defendants to order that the Defendants refrain from making any further public statements about the Plaintiff, or his wife and that the Defendants immediately award of nominal, compensatory and punitive damages for humiliation, embarrassment, mental anguish, costs, interest on lost pay, attorney fees, and any other such relief as the trier of fact may assess.

227. As a direct and proximate result of Defendants' deliberate and public defamatory statements, the Plaintiff was unable to secure employment as a Head of School at another school.

WHEREFORE, the premises considered, the Plaintiff respectfully requests this Court issue declaratory and injunctive relief, award of nominal, compensatory, and punitive damages for damages for humiliation, embarrassment, mental anguish, costs, interest, attorney fees, and any other such relief as the trier of fact may assess associated with this litigation.

## COUNT V
### NEGLIGENT AND WANTON TRAINING

228. Plaintiff adopts and realleges paragraphs one (1) through two hundred twenty-seven (227) as if set forth fully herein.

DOCUMENT 2

229.  Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently and publicly, by word of mouth and written statements, defamed Plaintiff's professionally and individually by fraudulently and intentionally asserting through misrepresentation, deceit, or concealment of a material fact such that the concealing party, Defendant Brian Knotts, and other members of the School and Defendant Board of Trustees members had a duty to refrain from disclosing information related to the Plaintiff's termination and personnel matters to members outside the Board Members in Executive Session.

230.  Plaintiff alleges that Defendants St. Luke's Episcopal School, School Board, St Luke's Episcopal Church and all members of the Board of Trustees and Vestry had a duty to provide a reasonably safe, non-hostile and non-discriminatory work and educational environment for all students and employees including Plaintiff.

231.  The Defendants breached the duty owed to Plaintiff.

232.  The Defendants failed to implement policies and procedures and training to ensure the Plaintiff and students rights were protected. Further, where the Plaintiff defends the rights of others based on Defendant Board of Trustees Policies, School student-parent Handbook, and the teachings of the Episcopal Church, the Defendants failed to comply with the policies and procedures of the Episcopal Church and Board of Trustees.

233.  The Defendants failed to comply with School Board policies and procedures to protect the rights of Plaintiff.

234.  The Defendants knowingly, intentionally, negligently, and wantonly failed to train and discipline new board members, trustees and vestry members to protect the Plaintiff and his family from injury from the intentional allowance of active discrimination, harassment, retaliation and reputational and character injury.

235.  Plaintiff seeks declaratory and injunctive relief, award of lost employment benefits.

DOCUMENT 2

wages, back pay, front pay, interest, nominal, compensatory, punitive damages for humiliation, embarrassment, mental anguish, damage to Plaintiff's educational leadership character, costs, attorneys' fees and any and all such other relief the trier of fact may assess.

**WHEREFORE**, the premises considered, the Plaintiff respectfully requests an award of nominal, compensatory, and punitive damages for damages for humiliation, embarrassment, mental anguish, costs, interest, attorney fees, and any other such relief as the trier of fact may assess associated with this litigation.

## COUNT VI
## BREACH OF CONTRACT

236.  Plaintiff adopts and realleges paragraphs one (1) through two hundred and thirty-five (235) as if set forth fully herein. This claim arises under the laws of the State of Alabama prohibiting Breach of Contract.

237.  The Defendants knowingly and wantonly breached the contractual agreement with the Plaintiff.

238.  Defendants' failure to honor the Employment Agreement in which the Plaintiff and Defendants collectively authorized and endorsed; resulting in irrevocable damage to the Plaintiff and his family.

239.  Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently and publicly, by word of mouth and written statements, defamed Plaintiff professionally and individually by fraudulently and intentionally asserting through misrepresentation, deceit, or concealment of a material fact such that the concealing party.Defendants Brian Knotts, and other members of the School Board used to breach the contract of the Plaintiff and terminate him and refuse to pay Plaintiff pursuant to the terms of his employment agreement with Defendants St. Luke's Episcopal School, School Board, Board of Trustees, Vestry, and St. Luke's Episcopal Church

DOCUMENT 2

240. At all times relevant to this action, the named Defendants in this action, have acted in bad faith, have failed to treat the Plaintiff fairly and equitably, have failed to provide just compensation for services and terms of employment under the contract between Plaintiff and the Defendants.

241. At all times relevant to this action, the Defendants in this action have retaliated against the Plaintiff for his actions to defend against discrimination, to protect the health and safety of all students, to require the Defendants Board of Trustees, to follow their own policies and procedures and as a direct result of his efforts to protect himself and the students at the school, the Defendants breached the employment contract, the policies and procedures of the Board of Trustees and have breached the duty to the Plaintiff.

242. The Defendants agreed to compensate Plaintiff under the terms of the written employment contract between Plaintiff and Defendants.

243. The Defendants agreed to compensate Plaintiff pursuant to the terms of the employment contract between the parties.

244. Plaintiff performed all conditions, covenants, duties, and responsibilities required of him to be performed in accordance and conformity with the employment contract and employment relationship between the Defendants School, School Board, Vestry, and Church.

245. The Defendants have failed to financially compensate Plaintiff in accordance with the written employment agreement of the parties.

246. The Defendants breached the employment agreement with Plaintiff and wrongfully terminated Plaintiff by committing deliberate acts of retaliation and unfair dealings.

247. As a result of the Defendants' conduct in wrongfully terminating the Plaintiff, he suffered

DOCUMENT 2

loss of income, health benefits, retirement, and other compensation when he was wrongfully terminated by the Defendants when the Defendants acted deliberately, knowingly, and in a retaliatory manner along with fraudulent misrepresentations and unfair dealings.

248. Plaintiff has suffered loss of income, employment benefits, and his career has been derailed under the false allegations, slanderous and libelous statements and damage to his professional and personal reputation.

249. Plaintiff suffered the following additional injuries as a result of the breach of contract by the Defendants:

      i.    Loss of employment;

      ii.   Succumbed to different terms and conditions of employment outside of the written contractual agreement between the parties;

      iii.  Suffered damage to his professional and personal reputation based upon the false and defamatory statements made against Pascavage by the Defendants;

      iv.  Suffered humiliation, mental anguish, embarrassment, and financial loss.

**WHEREFORE,** Plaintiff seeks an award of lost employment benefits, wages, back pay, front pay, interest, compensatory and punitive damages for the loss of career opportunities, humiliation, embarrassment, mental anguish, costs, attorney fees, and any and all such other relief the trier of fact may assess.

## COUNT VII
### ABUSE OF POWER AND PROCESS AGAINST THE ST LUKE'S SCHOOL BOARD, ST LUKE'S CHURCH, ST LUKE'S VESTRY AND TRUSTEES

250. Plaintiff adopts and realleges paragraphs one (1) through two hundred forty-nine (249) as if set forth fully herein. This claim arises under the laws of the State of Alabama prohibiting breach of Contract.

DOCUMENT 2

251. Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently and publicly, by word of mouth and written statements, defamed Plaintiff's professionally and individually by fraudulently and intentionally asserting through misrepresentation, deceit, or concealment of a material fact such that the concealing party, Defendants Brian Knotts, and other members of the School Board used to breach the contract of the Plaintiff and terminate him and refuse to pay the Plaintiff pursuant to the terms of his employment agreement with Defendants St. Luke's Episcopal School, School Board, Board of Trustees, Vestry, and St Luke's Episcopal Church.

252. At all times relevant to this action the Defendants, Board of Trustees, have misused their position of power to take unjust advantage financially of other families enrolled at St. Luke's Episcopal School by enabling friends and family members of the Board of Trustees to receive financial assistance without complying with the policy to submit financial applications and receive the same consideration as all other families enrolled in the school; thereby taking advantage of other families and requiring them to incur financial costs in excess of what others are required to pay.

253. At all times relevant to this action the Defendants, Board of Trustees, have misused their position of power to take unjust advantage financially of other families enrolled at St Luke's Episcopal School by enabling family members of student athletes to receive financial assistance without complying with the policy to submit financial applications and receive the same consideration as all other families enrolled at the school; thereby taking advantage of other families and requiring them to incur financial costs in excess of what others are required to pay. In several instances the family members of athletes receive financial assistance even after the student athlete is no longer at the school.

254. At all times relevant to this action, the named Defendants in this action have acted in bad faith, have failed to treat the Plaintiff fairly and equitably, and have failed to provide just compensation for services and terms of his employment contract.

DOCUMENT 2

255. The elements of the tort of abuse of process and power pursuant to *C.C.& J., Inc. v. Hagood*, 711 So. 2d 947, 950 (Ala. 1998) are:

    v.   The existence of an ulterior purpose

    vi.  A wrongful use of process and

    vii.  Malice

256. Defendant's ulterior motive must culminate in an actual abuse of process by perverting it to a use to obtain a result which the process was not intended by law to effect ... *Dempsey v. Denman*, 442 So. 2d 63, 65 (Ala. 1983)(quoting 72 CJS Process §120, pp. 1190-91(1951).

257. Defendants retaliated against the Plaintiff for questioning the failure of the Board to follow the Board policy and procedure, and for failure to implore sound fiscal strategies to ensure the equity of treatment of students requesting financial aid at St. Luke's.

258. Defendants retaliated against the Plaintiff for questioning the failure of the Defendants Board of Trustees to follow their own Board of Trustees policy and procedure, and for failure to adhere to the non-discrimination policies of the Episcopal Church for which the school is attached.

259. As a result of the Defendants' action collectively, Plaintiff has suffered financial loss, loss of dignity, embarrassment, humiliation, and emotional distress and is due to have an award of monetary damages and other relief.

**WHEREFORE**, Plaintiff seeks an award of lost employment benefits, wages, back pay, front pay, interest, compensatory and punitive damages for the loss of career opportunities, humiliation, embarrassment, mental anguish, costs, attorney fees, and any and all such other relief the trier of fact may assess.

## COUNT VIII
### CIVIL CONSPIRACY AGAINST PLAINTIFF BY DEFENDANTS

DOCUMENT 2

260. Plaintiff adopts and realleges paragraphs one (1) through two hundred fifty nine (259) as if set forth fully herein. This claim arises under the laws of the State of Alabama.

261. Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently and publicly, by word of mouth and written statements, defamed Plaintiff's professionally and individually by fraudulently and intentionally asserting through misrepresentation, deceit, or concealment of a material fact such that the concealing party, Defendants Brian Knotts, and other members of the School Board used to breach the contract of the Plaintiff and terminated him as well as refused to pay the Plaintiff pursuant to the terms of his employment agreement with Defendants St. Luke's Episcopal School, School Board, Board of Trustees, Vestry, and St Luke's Episcopal Church.

262. The Defendants conspired to retaliate against Plaintiff for engaging in speech protected by the First Amendment in violation of 42 U.S.C. § 1985 and Alabama law. *Stern v Leeth*, No. 3:18-CV-807-WKW [WO], at *1 (M.D. Ala. July 8, 2021):

Pursuant to 42 U.S.C. § 1985 **(3) Depriving persons of rights or privileges**

    viii.  "If two or more persons in any State ... conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws: ... or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

263. Plaintiff alleges that the Defendants conspired to create the underlying counts asserted

DOCUMENT 2

hereinabove.

264. The Defendants engaged in concerted action to achieve an improper purpose or lawful purpose by unlawful means to seek revenge on Plaintiff for his lawful actions in reporting the discrepancies of the board in applying policies and procedures, in asserting the safety issues related to unsafe conditions on the lower campus and the Defendants further created a hostile environment for the Plaintiff in engaging in actions to protect himself and his legal rights under his contract.

265. The Plaintiff was not provided any explanation as to his alleged conduct that warranted his termination.

266. The Plaintiff was not afforded any information with which to modify or change any alleged conduct that may ultimately result in termination.

267. Plaintiff's termination is a prime example of a discriminatory practice within the St Luke's Board of Trustees.

268. Upon information and belief the Defendants Board of Trustees failed to comply with the policies and procedures including the policy related to discrimination, employment, termination, and confidentiality of the Board of Trustee meetings.

269. Upon information and belief the Defendants Board of Trustees failed to comply with the policies and procedures related to the enforcement of the mission statement of the school and the teachings of the Episcopal Church.

270. As a direct and proximate result of the unlawful conduct committed by the Defendants, Plaintiff has suffered and continues to suffer mental anguish, emotional distress, including but not limited to humiliation, embarrassment, stress and anxiety for which the Plaintiff is entitled to an award of monetary damages and other relief.

DOCUMENT 2

**WHEREFORE**, Plaintiff respectfully requests the Court:

ix.  Grant a permanent injunction enjoining the Defendants, their officers, successors, assigns and all persons in active concert or participation with Defendants, from engaging further in its discriminatory treatment and retaliation against Pascavage based of the protected speech and actions in furtherance of protecting the health and safety of the minor children on the campus of St Luke's Episcopal School;

x.  Enter an order of Declaratory judgment that the actions, conduct and practices of the Defendants complained of herein violated the laws of the United States;

xi.  Issue an order to award damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all monetary and or economic damages

xii.  Issue an order awarding damages to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all non-monetary and/or compensatory damages, including but not limited to, compensation for mental anguish and emotional distress, humiliation, embarrassment, stress and anxiety, loss of income, defamation;

xiii.  Issue an award of costs that Plaintiff has incurred in this action, as well as Plaintiff seeks a reasonable attorney fee to be the fullest extent permitted by law;

xiv.  Order Defendants and their agents to refrain from further harm and retaliation against the Plaintiff;

xv.  Order Defendants and their agents to make Plaintiff whole by providing monetary damages for all financial loss, including but not limited to front pay, back pay, and prejudgment interest, in amounts to be asserted and proven at trial; and other affirmative relief necessary to eradicate the effects of the Defendants unlawful employment practices, including but not limited to the Plaintiff's termination;

xvi.  Award the Plaintiff nominal, compensatory, punitive and liquidated damages;

DOCUMENT 2

 (vii) award the Plaintiff costs and expenses herein, including reasonable attorney fees; and

 (viii) award such other and further relief which this Court deems just, equitable, and proper.

*The Plaintiff hereby demands a trial by jury in this matter on all of the triable issues of facts and damages stated herein.*

DATED this the \_\_\_1⅞\_\_\_ day of \_\_\_AUGUST\_\_\_, 2023.

## PLAINTIFF'S ATTESTATION

 I am the Plaintiff in the above-styled action. I have read the foregoing Complaint and the facts stated herein are true and correct to the best of my knowledge.

_____
DR. DARREN PASCAVAGE, Plaintiff

STATE OF ALABAMA
COUNTY OF MOBILE

 Personally appeared before me, the undersigned, a Notary Public, in and for said State and County, DR. DARREN PASCAVAGE, who having been first duly sworn, deposes and says that he has read the statements contained in the foregoing responses and that the same are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me on this the \_\_\_1st\_\_\_ day of August , 2023.

_____
NOTARY PUBLIC
My Commission Expires: 11/16/2026

DOCUMENT 2

/s/Christine C. Hernandez
CHRISTINE C. HERNANDEZ(HER051)
ASB: 8252164H
THE HERNANDEZ FIRM, LLC
P.O. Box 66174
Mobile, Alabama 36606
(251) 479-1477
(251) 650-3843 (fax)
Christine@equalizingjustice.com

/s/James Adam Muns
JAMES ADAM MUNS(MUN019)
ASB: 1785N23W
Attorney for the Plaintiff
Post Office Box 66174
Mobile, AL 36660-1174
(251) 479-1477  Phone
(251) 650-3843  Fax
james@equalizingjustice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of August, 2023, I have electronically filed the foregoing with the Clerk of the Court using the Alafile document filing system and served a copy of the foregoing by electronic filing and/or placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid to the following:

St. Luke's Episcopal School
1400 S. University Blvd.
Mobile, AL 36609

St. Luke's Episcopal Church
1050 Azalea Rd.
Mobile, AL 36693

St. Luke's Episcopal School, Board of Trustees
1400 S. University Blvd.
Mobile, AL 36609

Rt. Rev. Russell Kendrick, Bishop
1050 Azalea Rd.
Mobile, AL 36693

DOCUMENT 2

Bob Will
1400 S. University Blvd.
Mobile, AL 36609

Michelle Bentley
1121 Williamsburg Dr.
Mobile, AL 36695

Cassidey Duncan
460 Chatham St.
Mobile, AL 36604

Cathy Hayes
1223 Selma St.
Mobile, AL 36604

Brenda Langham
4562 Spruce Ave.
Saraland, AL 36571

Phillip Cummings
201 S. Georgia Ave.
Mobile, AL 36604

Jack Baylor
955 Highpoint Dr. E.
Mobile, AL 36693

Monica Cook
4013 Oak Brake Ct.
Mobile, Al 36693

Chance Cooper
2129 Marchfield Dr.
Mobile, Al. 36693

Mike Dossett
1220 N. Pine Street
Foley, AL 36535

Fran Garrett
3998 Byronell Dr. N.
Mobile, AL 36693

DOCUMENT 2

Amber Martenstein
426 Ridgecrest Court
Mobile, AL 36609

Elizabeth Palmer-Hill
1400 S. University Blvd.
Mobile, AL 36609

Jaye B. Patterson
4055 Westmoreland Dr. S.
Mobile, AL 36609

David Poole
2105 Sheffield Ct.
Mobile, AL 36693

Dani Moore
3795 Government St.
Mobile, AL 36602

Roy Price
21 West I-65 Service Rd. N.
Mobile, AL 36608

Robin Roberts
6451 Audubon Square N.
Mobile, AL 36695

Lloyd Roebuck
3515 Montlimar Plaza
#A
Mobile, AL 36609

Jim Rossler
104 St. Francis St.
#300
Mobile, AL 36602

Brian Trammell
9140 Walleross Court
Mobile, AL 36695

DOCUMENT 2

Rev. Jamie McElroy, Rector
1050 Azalea Rd.
Mobile, AL 36693

Brian Knotts, Chairman of the Board
St. Luke's Episcopal School
1808 Cadillac Ave.
Dauphin Island, AL 36528

Tara Lockett, Vice Chairman of the Board
St. Luke's Episcopal School
6251 Monroe Street
Suite 200
Daphne, AL 36526

Jake Baker
4065 Westmoreland Dr. S.
Mobile, AL 36695

Suzy Banks
2351 Old Government Street
Mobile, AL 36606

Windy Bitzer
9531 Magnolia Downs S.
Mobile, AL 36695

Elizabeth Boone
1630 Parkmore Court
Mobile, AL 36695

Mitch Cumpton
5445 Rabbit Creek Dr.
Theodore, AL 36582

Kim Dolbear
5671 Riverwood Cir. E.
Theodore, AL 36582

Shane Hale
1428 Hillcrest Road
Mobile, AL 36695

Terry Holt
4000 Sierra Dr.
Mobile, AL 36693

DOCUMENT 2

Holley Gibney
1129 Southern Way
Mobile, AL 36609

Gloria Henighan
2563 Trophy Court
Mobile, AL 36618

Ronnie Hardy
3400 Windsor Place Ct.
Mobile, AL 36695

Karmen Holmes
307 University Blvd
#200
Mobile, AL 36609

Tom Irving
9614 Downing Way S.
Mobile, AL 36695

Christine Jacobs
6021 Cedar Knot Ct.
Mobile, AL 36609

Ray Thompson
5701 Mal Dr.
#4
Mobile, AL 36693

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  CHRISTINE C HERNANDEZ
     christine@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  CATHY HAYES
     1223 SELMA ST.
     MOBILE, AL, 36604

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  BRENDA LANGHAM
     4562 SPRUCE AVE.
     SARALAND, AL, 36571

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:    8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  PHILLIP CUMMINGS
     201 S. GEORGIA AVE
     MOBILE, AL, 36601

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  JACK BAYLOR
     955 HIGHPOINT DR. E
     MOBILE, AL, 36693

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  CHANCE COOPER
2129 MARCHFIELD
MOBILE, AL, 36693

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:      8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  MIKE DOSSETT
     2012 NORTH PINE ST.
     FOLEY, AL, 36535

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 05 - BALDWIN County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  FRAN GARRETT
     3998 BYRONELLE DR. N.
     MOBILE, AL, 36693

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:    8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  HOLLEY GIBNEY
     1129 SOUTHERN WAY
     MOBILE, AL, 36609

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:      8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To: GLORIA HENINGHAN
2563 TROPHY COURT
MOBILE, AL, 36618

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  RONNIE HARDY
     3400 WINDSOR PLACE CT
     MOBILE, AL, 36695

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  KARMEN HOLMES
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To: TOM IRVING
9614 DOWNING WAY S.
MOBILE, AL, 36695

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:    8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  CHRISTINE JACOBS
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:    8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  RAY THOMPSON
     5701 MAL DR.
     #4
     MOBILE, AL, 36693

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To: AMBER MARTENSTEIN
4026 RIDGECREST COURT
MOBILE, AL, 36609

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:    8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To: ELIZABETH PALMER-HILL
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:    8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  JAYE B PATTERSON
     4055 WESTMORELAND DR. S
     MOBILE, AL, 36609

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  DAVID POOLE
2105 SHEFFIELD CT.
MOBILE, AL, 36693

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  DANI MOORE
3795 GOVERNMENT ST.
MOBILE, AL, 36602

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:    8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To: ROY PRICE
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:      8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To: ROBIN ROBERTS
6451 AUDUBON ST.
MOBILE, AL, 36695

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:    8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  LLOYD ROEBUCK
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:      8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To: JIM ROSSLER
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  BRIAN TRAMMELL
     9149 WALLCROSS CT.
     MOBILE, AL, 36695

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  ST. LUKE'S EPISCOPAL SCHOOL
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  ST. LUKE'S EPISCOPAL CHURCH
     1050 AZALEA RD.
     MOBILE, AL, 36693

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  RT. REV. RUSSELL KENDRICK, BISHOP
1050 AZALEA RD.
MOBILE, AL, 36693

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  REV. JAMIE MCELROY, RECTOR
1050 AZALEA ROAD
MOBILE, AL, 36693

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:      8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  BRIAN KNOTTS
     1808 CADILLAC AVE.
     DAUPHIN ISLAND, AL, 36528

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To: TARA LOCKETT
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 05 - BALDWIN County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  JAKE BAKER
     4063 WESTMORELAND DR. S.
     MOBILE, AL, 36695

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  SUZY BANKS
     2351 OLD GOVERNMENT ST.
     MOBILE, AL, 36606

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  WINDY BITZER
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:    8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  ELIZABETH BOONE
     1630 PARKMORE CT.
     MOBILE, AL, 36695

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  MITCH CUMPTON
     5445 RABBIT CREEK DR.
     THEODORE, AL, 36582

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To: KIM DOLBEAR
5671 RABBIT CREEK DR.
MOBILE, AL, 36582

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:       8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  SHANE HALE
     1428 HILLCREST ROAD
     MOBILE, AL, 36695

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  TERRY HOLT
     4000 SIERRA DR.
     MOBILE, AL, 36693

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:       8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  BOB WILL
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:      8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  MICHELLE BENTLEY
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:      8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 3



AlaFile E-Notice

02-CV-2023-901572.00

To:  CASSIDEY DUNCAN
     4600 CHATHAM ST.
     MOBILE, AL, 36604

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following complaint was FILED on 8/1/2023 4:33:39 PM

Notice Date:     8/1/2023 4:33:39 PM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** CATHY HAYES, 1223 SELMA ST., MOBILE, AL 36604

<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ                                                                                                    ,

<div align="center">(Name(s) of Attorney(s))</div>

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                              .

<div align="center">(Address(es) of Plaintiff(s) or Attorney(s))</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.

<div align="center">(Name(s))</div>

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☐ Certified Mail is hereby requested.

<div align="center">(Plaintiff's/Attorney's Signature)</div>

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

<div align="right">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

(Name of Person Served)          (Name of County)

Alabama on _____.

<div align="center">(Date)</div>

_____          _____
(Type of Process Server)          (Server's Signature)          (Address of Server)

_____
(Server's Printed Name)          (Phone Number of Server)

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** BRENDA LANGHAM, 4562 SPRUCE AVE., SARALAND, AL 36571
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____ ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .
_____
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                          *[Name(s)]*

_____          /s/ SHARLA KNOX          By: _____
08/01/2023                  *(Signature of Clerk)*                  *(Name)*
*(Date)*

☐ Certified Mail is hereby requested.   _____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .
*(Date)*

_____                    _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____                    _____
*(Server's Printed Name)*                    *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** PHILLIP CUMMINGS, 201 S. GEORGIA AVE, MOBILE, AL 36601

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.      *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____
*(Type of Process Server)*          *(Address of Server)*

_____          _____
*(Server's Signature)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** JACK BAYLOR, 955 HIGHPOINT DR. E, MOBILE, AL 36693

<p align="center">*(Name and Address of Defendant)*</p>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

<p align="center">*[Name(s) of Attorney(s)]*</p>

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .

<p align="center">*[Address(es) of Plaintiff(s) or Attorney(s)]*</p>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.

<p align="right">*[Name(s)]*</p>

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

<p align="center">*(Plaintiff's/Attorney's Signature)*</p>

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

<p align="right">*(Date)*</p>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,

<p align="center">*(Name of Person Served)*          *(Name of County)*</p>

Alabama on _____ .

<p align="center">*(Date)*</p>

| | |
|---|---|
| *(Type of Process Server)* | *(Address of Server)* |
| *(Server's Signature)* | |
| *(Server's Printed Name)* | *(Phone Number of Server)* |

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** CHANCE COOPER, 2129 MARCHFIELD, MOBILE, AL 36693
<div align="center">

*(Name and Address of Defendant)*
</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
<div align="center">

*[Name(s) of Attorney(s)]*
</div>

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660
<div align="center">

*[Address(es) of Plaintiff(s) or Attorney(s)]*
</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.    *[Name(s)]*

| _____08/01/2023_____ | _____/s/ SHARLA KNOX_____ | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.    _____
<div align="right">

*(Plaintiff's/Attorney's Signature)*
</div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
<div align="right">

*(Date)*
</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
*(Date)*

| | |
|---|---|
| _____ | _____ |
| *(Type of Process Server)* | *(Address of Server)* |
| _____ | |
| *(Server's Signature)* | |
| _____ | _____ |
| *(Server's Printed Name)* | *(Phone Number of Server)* |

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** MIKE DOSSETT, 2012 NORTH PINE ST., FOLEY, AL 36535

<div align="center"><i>(Name and Address of Defendant)</i></div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ ,

<div align="center"><i>[Name(s) of Attorney(s)]</i></div>

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .

<div align="center"><i>[Address(es) of Plaintiff(s) or Attorney(s)]</i></div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure. <div align="right"><i>[Name(s)]</i></div>

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____

<div align="center"><i>(Plaintiff's/Attorney's Signature)</i></div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

<div align="right"><i>(Date)</i></div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<div align="center"><i>(Name of Person Served)</i>              <i>(Name of County)</i></div>

Alabama on _____.

<div align="center"><i>(Date)</i></div>

_____              _____
                                      *(Address of Server)*

_____              _____
*(Type of Process Server)*    *(Server's Signature)*

_____              _____
                          *(Server's Printed Name)*    *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** FRAN GARRETT, 3998 BYRONELLE DR. N., MOBILE, AL 36693

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ                                                                                        ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                            .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                       *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____ .

*(Date)*

_____                          _____

*(Type of Process Server)*                          *(Address of Server)*

_____                          _____

*(Server's Signature)*

_____                          _____

*(Server's Printed Name)*                          *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** HOLLEY GIBNEY, 1129 SOUTHERN WAY, MOBILE, AL 36609
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____ ,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 _____ .
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                             *(Name(s))*

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .
*(Date)*

_____          _____
                                          *(Address of Server)*
*(Type of Process Server)*      *(Server's Signature)*

                              _____          _____
                              *(Server's Printed Name)*      *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** GLORIA HENINGHAN, 2563 TROPHY COURT, MOBILE, AL 36618

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____.

*(Date)*

_____                    _____
*(Type of Process Server)*          *(Address of Server)*

_____                    _____
*(Server's Signature)*              

_____                    _____
*(Server's Printed Name)*           *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** RONNIE HARDY, 3400 WINDSOR PLACE CT, MOBILE, AL 36695

<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ                                                                  ,

<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                    .

<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.

<div align="right">[Name(s)]</div>

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☐ Certified Mail is hereby requested. _____

<div align="center">(Plaintiff's/Attorney's Signature)</div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

<div align="right">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<div align="center">(Name of Person Served)          (Name of County)</div>

Alabama on _____ .

<div align="center">(Date)</div>

_____

<div align="right">(Address of Server)</div>

| _____ | _____ | _____ |
|---|---|---|
| (Type of Process Server) | (Server's Signature) | |
| | _____ | _____ |
| | (Server's Printed Name) | (Phone Number of Server) |

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:**  KARMEN HOLMES, 3007 UNIVERSITY BLVD. #200, MOBILE, AL 36609

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,

*(Name of Person Served)*   *(Name of County)*

Alabama on _____ .

*(Date)*

_____   _____
*(Type of Process Server)*   *(Address of Server)*

_____   _____
*(Server's Signature)*

_____   _____
*(Server's Printed Name)*   *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** TOM IRVING, 9614 DOWNING WAY S., MOBILE, AL 36695

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*(Name(s))*
pursuant to the Alabama Rules of the Civil Procedure.

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,
*(Name of Person Served)*   *(Name of County)*

Alabama on _____ .
*(Date)*

_____
*(Type of Process Server)*

_____
*(Server's Signature)*

_____
*(Address of Server)*

_____
*(Server's Printed Name)*

_____
*(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** CHRISTINE JACOBS, 6021 CEDAR KNOTT CT., MOBILE, AL 36609

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____                    _____
*(Type of Process Server)*          *(Address of Server)*

_____                    _____
*(Server's Signature)*              *(Phone Number of Server)*

_____
*(Server's Printed Name)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:**  RAY THOMPSON, 5701 MAL DR. #4, MOBILE, AL 36693
_____
<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____,
<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                          .
<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                          <div align="center">[Name(s)]</div>

| ___08/01/2023___ | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☐ Certified Mail is hereby requested.     _____
<div align="center">(Plaintiff's/Attorney's Signature)</div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
<div align="center">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
<div align="center">(Name of Person Served)               (Name of County)</div>

Alabama on _____.
<div align="center">(Date)</div>

_____     _____
<div align="center">(Address of Server)</div>

_____     _____
<div align="center">(Type of Process Server)        (Server's Signature)</div>     _____
<div align="center">(Phone Number of Server)</div>

_____
<div align="center">(Server's Printed Name)</div>

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** AMBER MARTENSTEIN, 4026 RIDGECREST COURT, MOBILE, AL 36609
_____
<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____,
<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 _____.
<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.
<div align="right">[Name(s)]</div>

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☐ Certified Mail is hereby requested. _____
<div align="center">(Plaintiff's/Attorney's Signature)</div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
<div align="right">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
<div align="center">(Name of Person Served)  (Name of County)</div>

Alabama on _____.
<div align="center">(Date)</div>

_____    _____
(Type of Process Server)    (Server's Signature)    (Address of Server)

_____
(Server's Printed Name)    (Phone Number of Server)

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** ELIZABETH PALMER-HILL, 1400 S. UNIVERSITY BLVD., MOBILE, AL 36609

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

_____08/01/2023_____    /s/ SHARLA KNOX    By: _____

*(Date)*    *(Signature of Clerk)*    *(Name)*

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on _____.

*(Date)*

_____    _____

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

_____    _____

*(Server's Printed Name)*    *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** JAYE B PATTERSON, 4055 WESTMORELAND DR. S, MOBILE, AL 36609

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____

*(Type of Process Server)*          *(Address of Server)*

_____          _____

*(Server's Signature)*          *(Phone Number of Server)*

_____

*(Server's Printed Name)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** DAVID POOLE, 2105 SHEFFIELD CT., MOBILE, AL 36693

<div align="center"><em>(Name and Address of Defendant)</em></div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ ,

<div align="center"><em>[Name(s) of Attorney(s)]</em></div>

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .

<div align="center"><em>[Address(es) of Plaintiff(s) or Attorney(s)]</em></div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                     *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

<div align="center"><em>(Plaintiff's/Attorney's Signature)</em></div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
<div align="right"><em>(Date)</em></div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
<div align="center"><em>(Name of Person Served)</em>      <em>(Name of County)</em></div>

Alabama on _____ .
<div><em>(Date)</em></div>

_____    _____
*(Address of Server)*

_____    _____
*(Type of Process Server)*    *(Server's Signature)*

_____    _____
*(Server's Printed Name)*    *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

**NOTICE TO:** DANI MOORE, 3795 GOVERNMENT ST., MOBILE, AL 36602

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.                _____

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____.

*(Date)*

_____

*(Address of Server)*

_____                _____

*(Type of Process Server)*        *(Server's Signature)*        _____

*(Phone Number of Server)*

_____

*(Server's Printed Name)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** ROY PRICE, 21 W I-65 SERVICE ROAD, MOBILE, AL 36608

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ                                                                                                                    ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                              .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                               *[Name(s)]*

_____08/01/2023_____          /s/ SHARLA KNOX          By: _____
*(Date)*                           *(Signature of Clerk)*              *(Name)*

☐ Certified Mail is hereby requested.          _____
                                               *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
                                                              *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
              *(Date)*

_____          _____
*(Type of Process Server)*          *(Address of Server)*

_____          _____
*(Server's Signature)*              

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** ROBIN ROBERTS, 6451 AUDUBON ST., MOBILE, AL 36695
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660          .
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                        *(Name(s))*

_____08/01/2023_____          /s/ SHARLA KNOX          By: _____
*(Date)*                      *(Signature of Clerk)*            *(Name)*

☐ Certified Mail is hereby requested.          _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                        *(Name of County)*

Alabama on _____.
*(Date)*

_____          _____          _____
*(Type of Process Server)*        *(Server's Signature)*            *(Address of Server)*

                              _____          _____
                              *(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** LLOYD ROEBUCK, 3515 MONTLIMAR PLAZA #A, MOBILE, AL 36609
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____ ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660               .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                        *[Name(s)]*

_____08/01/2023_____          /s/ SHARLA KNOX          By: _____
*(Date)*                              *(Signature of Clerk)*                    *(Name)*

☐ Certified Mail is hereby requested.          _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                         *(Name of County)*

Alabama on _____ .
*(Date)*

_____          _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** JIM ROSSLER, 104 ST. FRANCIS STREET #300, MOBILE, AL 36602

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ                                                                                        ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                        .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                       *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
*(Date)*

_____                    _____
*(Type of Process Server)*          _____          *(Address of Server)*
                                   *(Server's Signature)*

_____                    _____
                                   *(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** BRIAN TRAMMELL, 9149 WALLCROSS CT., MOBILE, AL 36695

<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
<div align="center">[Name(s)]</div>
pursuant to the Alabama Rules of the Civil Procedure.

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☐ Certified Mail is hereby requested.

<div align="center">(Plaintiff's/Attorney's Signature)</div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
<div align="center">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
<div align="center">(Name of Person Served)          (Name of County)</div>

Alabama on _____.
<div align="center">(Date)</div>

_____
(Type of Process Server)

_____
(Server's Signature)

_____
(Server's Printed Name)

_____
(Address of Server)

_____
(Phone Number of Server)

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** ST. LUKE'S EPISCOPAL SCHOOL, 1400 S. UNIVERSITY BLVD., MOBILE, AL 36609

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ                                                                                     ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                              .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                     *[Name(s)]*

| ___08/01/2023___ | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.    _____

*(Plaintiff's/Attorney's Signature)*

---

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____        _____

*(Type of Process Server)*          *(Address of Server)*

_____        _____

*(Server's Signature)*          *(Phone Number of Server)*

_____

*(Server's Printed Name)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** ST. LUKE'S EPISCOPAL CHURCH, 1050 AZALEA RD., MOBILE, AL 36693

<div align="center"><i>(Name and Address of Defendant)</i></div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ ,

<div align="center"><i>[Name(s) of Attorney(s)]</i></div>

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .

<div align="center"><i>[Address(es) of Plaintiff(s) or Attorney(s)]</i></div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure. <i>[Name(s)]</i>

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| <i>(Date)</i> | <i>(Signature of Clerk)</i> | <i>(Name)</i> |

☐ Certified Mail is hereby requested.

<div align="center"><i>(Plaintiff's/Attorney's Signature)</i></div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

<div align="right"><i>(Date)</i></div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<div align="center"><i>(Name of Person Served)</i>            <i>(Name of County)</i></div>

Alabama on _____ .

<div align="center"><i>(Date)</i></div>

_____        _____

<i>(Type of Process Server)</i>            <i>(Address of Server)</i>

_____        _____

<i>(Server's Signature)</i>            

_____        _____

<i>(Server's Printed Name)</i>            <i>(Phone Number of Server)</i>

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES, 1400 S. UNIVERSITY BLVD., MOBILE, AL 36609

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                *(Name of County)*

Alabama on _____.
*(Date)*

_____          _____
*(Type of Process Server)*                 *(Address of Server)*

_____          _____
*(Server's Signature)*

_____          _____
*(Server's Printed Name)*                  *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** RT. REV. RUSSELL KENDRICK, BISHOP, 1050 AZALEA RD., MOBILE, AL 36693

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                              *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____
*(Type of Process Server)*              *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*              *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** REV. JAMIE MCELROY, RECTOR, 1050 AZALEA ROAD, MOBILE, AL 36693
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____ ,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 _____ .
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                    *(Name(s))*

| _____08/01/2023_____ | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .
*(Date)*

_____          _____
*(Type of Process Server)*          *(Address of Server)*

_____          _____
*(Server's Signature)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** BRIAN KNOTTS, 1808 CADILLAC AVE., DAUPHIN ISLAND, AL 36528

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660          .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.          *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____
*(Type of Process Server)*          *(Address of Server)*

_____          _____
*(Server's Signature)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** TARA LOCKETT, 6251 MONROE ST. SUITE 200, DAPHNE, AL 36526
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 _____.
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*(Name(s))*
pursuant to the Alabama Rules of the Civil Procedure.

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*            *(Name of County)*

Alabama on _____.
*(Date)*

_____            _____
*(Type of Process Server)*          *(Address of Server)*

_____            _____
*(Server's Signature)*

_____            _____
*(Server's Printed Name)*           *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** JAKE BAKER, 4063 WESTMORELAND DR. S., MOBILE, AL 36695

<div align="center">(Name and Address of Defendant)</div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ                                                                                     ,

<div align="center">[Name(s) of Attorney(s)]</div>

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                               .

<div align="center">[Address(es) of Plaintiff(s) or Attorney(s)]</div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                          [Name(s)]

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☐ Certified Mail is hereby requested.    _____

<div align="center">(Plaintiff's/Attorney's Signature)</div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

<div align="right">(Date)</div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,

<div align="center">(Name of Person Served)                    (Name of County)</div>

Alabama on _____.

<div align="center">(Date)</div>

_____                                  _____
(Address of Server)

_____          _____          _____
(Type of Process Server)          (Server's Signature)

_____          _____
(Server's Printed Name)          (Phone Number of Server)

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** SUZY BANKS, 2351 OLD GOVERNMENT ST., MOBILE, AL 36606

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ                                                                                              ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                                   .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                      *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____.

*(Date)*

_____        _____
*(Type of Process Server)*                          *(Address of Server)*

_____        _____
*(Server's Signature)*

_____        _____
*(Server's Printed Name)*                            *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** WINDY BITZER, 9531 MAGNOLIA DOWNS DR. S, MOBILE, AL 36695

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

|  08/01/2023  | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____ .

*(Date)*

_____        _____
*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____        _____
*(Server's Printed Name)*        *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** ELIZABETH BOONE, 1630 PARKMORE CT., MOBILE, AL 36695

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure. *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)* *(Name of County)*

Alabama on _____ .

*(Date)*

_____ _____

*(Type of Process Server)* *(Server's Signature)* *(Address of Server)*

_____ _____

*(Server's Printed Name)* *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** MITCH CUMPTON, 5445 RABBIT CREEK DR., THEODORE, AL 36582
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660
_____.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                           *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.
_____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,
_____          _____
*(Name of Person Served)*                    *(Name of County)*

Alabama on _____.
*(Date)*

_____          _____
                                        *(Address of Server)*

_____          _____
*(Type of Process Server)*                *(Server's Signature)*

_____          _____
                                        *(Phone Number of Server)*
*(Server's Printed Name)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** KIM DOLBEAR, 5671 RABBIT CREEK DR., MOBILE, AL 36582
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660          .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                    *[Name(s)]*

| ___08/01/2023___ | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.          _____
                                                *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
                                                                        *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
              *(Date)*

_____          _____
*(Type of Process Server)*          *(Address of Server)*

_____          _____
*(Server's Signature)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** SHANE HALE, 1428 HILLCREST ROAD, MOBILE, AL 36695

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                    *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____                    _____

*(Type of Process Server)*          *(Address of Server)*

_____                    _____

*(Server's Signature)*

_____                    _____

*(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** TERRY HOLT, 4000 SIERRA DR., MOBILE, AL 36693

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

*(Name(s))*

pursuant to the Alabama Rules of the Civil Procedure.

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*      *(Name of County)*

Alabama on _____ .

*(Date)*

_____
*(Type of Process Server)*

_____
*(Server's Signature)*

_____
*(Server's Printed Name)*

_____
*(Address of Server)*

_____
*(Phone Number of Server)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** BOB WILL, 1400 S. UNIVERSITY BLVD, MOBILE, AL 36609
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                        *[Name(s)]*

| 08/01/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.    _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                         *(Name of County)*

Alabama on _____ .
*(Date)*

_____         _____
*(Type of Process Server)*              *(Address of Server)*

_____         _____
*(Server's Signature)*                  *(Phone Number of Server)*

_____
*(Server's Printed Name)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** MICHELLE BENTLEY, 1121 WILLIAMSBURG DR., MOBILE, AL 36695

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                    *(Name(s))*

08/01/2023                          /s/ SHARLA KNOX              By: _____
*(Date)*                          *(Signature of Clerk)*                          *(Name)*

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____ .

*(Date)*

_____                          _____

_____                          *(Address of Server)*

*(Type of Process Server)*                          *(Server's Signature)*                          _____

_____                          *(Phone Number of Server)*

*(Server's Printed Name)*

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** CASSIDEY DUNCAN, 4600 CHATHAM ST., MOBILE, AL 36604

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                    *[Name(s)]*

08/01/2023                    /s/ SHARLA KNOX                    By: _____

*(Date)*                    *(Signature of Clerk)*                    *(Name)*

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

_____
*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____                    _____
*(Address of Server)*

_____                    _____
*(Type of Process Server)*                    *(Server's Signature)*

_____                    _____
*(Server's Printed Name)*                    *(Phone Number of Server)*

DOCUMENT 5

Revised 4-1-99; 11-1-99; 11-3-05

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

_____     *
                                    *
_____     *
          Plaintiff,                *
                                    *     CIVIL ACTION NO. _____
vs.                                 *
                                    *
_____     *
                                    *
_____     *
          Defendant.                *

## GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

**1.    EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE GENERALLY**

a.    Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying.  The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence.  The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.    Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.    Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

**2.    DOCTOR, HOSPITAL AND MEDICAL EXPENSES**

a.    If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.    Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.    The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

DOCUMENT 5

3.    **SPECIAL DAMAGES**

     a.    All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial.  Written objections thereto may be made not less than 14 days before trial specifying grounds of objections.

     b.    Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice require so.

4.    **AGENCY-TIME AND PLACE-DUTY**

     a.    Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial.  The objections shall include the correct name and entity and/or the grounds relied on.

5.    **EXPERTS**

     a.    Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions.  Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion.  Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

     b.    Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

     c.    Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such expert will be admitted.

     d.    Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6.    **DISCOVERY**

     Discovery shall be completed 30 days prior to the trial date.  On written motion for good cause shown, the court may allow discovery within this 30-day period.

7.    **JURY INSTRUCTIONS**

     If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated.  Each requested charge will be typed on letter size paper and identified by the party's last name and shall be numbered.

8.    **JURY SELECTION**

     Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

DOCUMENT 5

**9.    DUTY TO SUPPLEMENT DISCOVERY**

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

**10.    MOTIONS GENERALLY**

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

**11.    CONFLICTS**

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ day of _____

_____
Presiding Judge, S. Wesley Pipes

DOCUMENT 6





# Mobile County Sheriff's Office

## CV  2023  901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## HOLT, TERRY  (D015)

## 4000 SIERRA DR. MOBILE, AL 36693

Due By:

Date Served:    08/03/2023

Service Attempt:

Action:    [ ] Service Attempt    [X] Paper Served    [ ] Drop Deputized    [ ] Executed    [ ] Executed W/O Personal Service

No Contact:    [ ] Left Card    [ ] Other (see notes)

Not Found:    [ ] Moved - New Residence    [ ] Moved - Unknown Location    [ ] Deceased    [ ] Vacant Residence / Lot

[ ] Not Employed    [ ] NIT (Not in Territory)    [ ] RWA (Recalled W/O Action)    [ ] CTO (Come to Office)

[ ] Other (see notes)    [ ] No Property Found    [ ] Address Does Not Exist

[ ] Subject Unknown at this Address    [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service    [ ] Not Found-Deputy Not Allowed on Property

Served To:    FLORENCIA HOLT-WIFE    Location Served:    [X] Listed    [ ] Other

Deputized Person:    Location:

Notes:

[ ] Avoiding Service    [ ] Deputized Person    [ ] Posted on Property    [ ] Refused Service

I certify that I personally delivered to <u>HOLT TERRY</u> on <u>08/03/2023</u> by service on <u>FLORENCIA HOLT-WIFE</u>

By: _____    D.S. Copy mailed to defendant on    _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 7





## Mobile County Sheriff's Office

# CV 2023 901572. 00

# DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

# COMPLAINT-SUMMONS

# ST. LUKE'S EPISCOPAL SCHOOL (D001)

# 1400 S. UNIVERSITY BLVD. MOBILE, AL 36609

Due By:

Date Served:    08/04/2023

Service Attempt:

Action: [ ] Service Attempt    [X] Paper Served    [ ] Drop Deputized    [ ] Executed    [ ] Executed W/O Personal Service

No Contact: [ ] Left Card    [ ] Other (see notes)

Not Found: [ ] Moved - New Residence    [ ] Moved - Unknown Location    [ ] Deceased    [ ] Vacant Residence / Lot

[ ] Not Employed    [ ] NIT (Not in Territory)    [ ] RWA (Recalled W/O Action)    [ ] CTO (Come to Office)

[ ] Other (see notes)    [ ] No Property Found    [ ] Address Does Not Exist

[ ] Subject Unknown at this Address    [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service    [ ] Not Found-Deputy Not Allowed on Property

Served To:    CATHY HAYES, ADMIN.    Location Served: [X] Listed    [ ] Other

Deputized Person:    Location:

Notes:

[ ] Avoiding Service    [ ] Deputized Person    [ ] Posted on Property    [ ] Refused Service

I certify that I personally delivered to ST. LUKE'S EPISCOPAL SCHOOL on 08/04/2023 by service on CATHY HAYES, ADMIN.

By: _____    D.S. Copy mailed to defendant on    _____

PEREZ, CHARLES

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter



DOCUMENT 8



# Mobile County Sheriff's Office

## CV 2023 901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## HALE, SHANE  (D014)

## 1428 HILLCREST ROAD MOBILE, AL 36695

Due By:

Date Served:    08/04/2023

Service Attempt:

Action:  ☐ Service Attempt    ☒ Paper Served    ☐ Drop Deputized    ☐ Executed    ☐ Executed W/O Personal Service

No Contact:  ☐ Left Card    ☐ Other (see notes)

Not Found:  ☐ Moved - New Residence    ☐ Moved - Unknown Location    ☐ Deceased    ☐ Vacant Residence / Lot

☐ Not Employed    ☐ NIT (Not in Territory)    ☐ RWA (Recalled W/O Action)    ☐ CTO (Come to Office)

☐ Other (see notes)    ☐ No Property Found    ☐ Address Does Not Exist

☐ Subject Unknown at this Address    ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service    ☐ Not Found-Deputy Not Allowed on Property

Served To:    HALE, SHANE                    Location Served:    ☒ Listed    ☐ Other

Deputized Person:                            Location:

Notes:

☐ Avoiding Service    ☐ Deputized Person    ☐ Posted on Property    ☐ Refused Service

I certify that I personally delivered to <u>HALE SHANE</u> on <u>08/04/2023</u>

By: _____    D.S. Copy mailed to defendant on    _____

PEREZ, CHARLES

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 9





# Mobile County Sheriff's Office

## CV  2023  901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## CUMPTON, MITCH  (D012)

## 5445 RABBIT CREEK DR. THEODORE, AL 36582

Due By:

Date Served:    08/07/2023

Service Attempt:

Action:  [ ] Service Attempt    [X] Paper Served    [ ] Drop Deputized    [ ] Executed    [ ] Executed W/O Personal Service

No Contact:  [ ] Left Card    [ ] Other (see notes)

Not Found:  [ ] Moved - New Residence    [ ] Moved - Unknown Location    [ ] Deceased    [ ] Vacant Residence / Lot

[ ] Not Employed    [ ] NIT (Not in Territory)    [ ] RWA (Recalled W/O Action)    [ ] CTO (Come to Office)

[ ] Other (see notes)    [ ] No Property Found    [ ] Address Does Not Exist

[ ] Subject Unknown at this Address    [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service    [ ] Not Found-Deputy Not Allowed on Property

Served To:    CUMPTON, MITCH                                    Location Served:    [X] Listed    [ ] Other

Deputized Person:                                                      Location:

Notes:

[ ] Avoiding Service    [ ] Deputized Person    [ ] Posted on Property    [ ] Refused Service

I certify that I personally delivered to <u>CUMPTON MITCH</u> on <u>08/07/2023</u>

By:                                      D.S. Copy mailed to defendant on    _____

BRUNSON, PHILLIP MATTHEW

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MUNS JAMES ADAM RAY
James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



## AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PRICE ROY (PRO SE)
     21 W I-65 SERVICE ROAD
     MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D015 HOLT TERRY

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: MUNS JAMES ADAM RAY
James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   DOLBEAR KIM (PRO SE)
      5671 RABBIT CREEK DR.
      MOBILE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



# AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROSSLER JIM (PRO SE)
     104 ST. FRANCIS STREET
     #300
     MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 10



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D014 HALE SHANE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 11





## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**ST. LUKE'S EPISCOPAL CHURCH (D002)**

**1050 AZALEA RD. MOBILE, AL 36693**

Due By:

Date Served:     08/03/2023

Service Attempt:

Action:     ☐ Service Attempt     ☒ Paper Served     ☐ Drop Deputized     ☐ Executed     ☐ Executed W/O Personal Service

No Contact:     ☐ Left Card     ☐ Other (see notes)

Not Found:     ☐ Moved - New Residence     ☐ Moved - Unknown Location     ☐ Deceased     ☐ Vacant Residence / Lot

☐ Not Employed     ☐ NIT (Not in Territory)     ☐ RWA (Recalled W/O Action)     ☐ CTO (Come to Office)

☐ Other (see notes)     ☐ No Property Found     ☐ Address Does Not Exist

☐ Subject Unknown at this Address     ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service     ☐ Not Found-Deputy Not Allowed on Property

Served To:     JOE SETZER-MUSIC DIRECTOR          Location Served:     ☒ Listed     ☐ Other

Deputized Person:          Location:

Notes:

☐ Avoiding Service     ☐ Deputized Person     ☐ Posted on Property     ☐ Refused Service

I certify that I personally delivered to <u>ST. LUKE'S EPISCOPAL CHURCH</u> on <u>08/03/2023</u> by service on <u>JOE SETZER-MUSIC DIRECTOR</u>

By: _John Patrick Green_____     D.S. Copy mailed to defendant on     _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HERNANDEZ CHRISTINE CASSI
     christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   MUNS JAMES ADAM RAY
      James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOLBEAR KIM (PRO SE)
     5671 RABBIT CREEK DR.
     MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MOORE DANI (PRO SE)
     3795 GOVERNMENT ST.
     MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D001 ST. LUKE'S EPISCOPAL SCHOOL
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MUNS JAMES ADAM RAY
      James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   PATTERSON JAYE B (PRO SE)
      4055 WESTMORELAND DR. S
      MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MOORE DANI (PRO SE)
     3795 GOVERNMENT ST.
     MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROBERTS ROBIN (PRO SE)
     6451 AUDUBON ST.
     MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROSSLER JIM (PRO SE)
     104 ST. FRANCIS STREET
     #300
     MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 13



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D012 CUMPTON MITCH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 14



# Mobile County Sheriff's Office

## CV 2023 901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## POOLE, DAVID  (D036)

## 2105 SHEFFIELD CT. MOBILE, AL 36693

Due By:

Date Served:    08/07/2023

Service Attempt:

| | | | | | |
|---|---|---|---|---|---|
| Action: | ☐ Service Attempt | ☒ Paper Served | ☐ Drop Deputized | ☐ Executed | ☐ Executed W/O Personal Service |
| No Contact: | ☐ Left Card | ☐ Other (see notes) | | | |
| Not Found: | ☐ Moved - New Residence | ☐ Moved - Unknown Location | ☐ Deceased | ☐ Vacant Residence / Lot | |
| | ☐ Not Employed | ☐ NIT (Not in Territory) | ☐ RWA (Recalled W/O Action) | ☐ CTO (Come to Office) | |
| | ☐ Other (see notes) | ☐ No Property Found | ☐ Address Does Not Exist | | |
| | ☐ Subject Unknown at this Address | ☐ Not Found After Diligent Search | | | |
| | ☐ Not Found-Too Late For Service | ☐ Not Found-Deputy Not Allowed on Property | | | |

Served To:    POOLE, DAVID                                Location Served:    ☒ Listed    ☐ Other

Deputized Person:                                          Location:

Notes:

☐ Avoiding Service    ☐ Deputized Person    ☐ Posted on Property    ☐ Refused Service

I certify that I personally delivered to <u>POOLE DAVID</u> on <u>08/07/2023</u>

By: <u>[signature]</u>                                      D.S. Copy mailed to defendant on    _____

KIDD, ARNOLD

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 15





## Mobile County Sheriff's Office

## CV 2023 901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (D003)

## 1400 S. UNIVERSITY BLVD. MOBILE, AL 36609

Due By:

Date Served:    08/04/2023

Service Attempt:

Action:    [ ] Service Attempt    [X] Paper Served    [ ] Drop Deputized    [ ] Executed    [ ] Executed W/O Personal Service

No Contact:    [ ] Left Card    [ ] Other (see notes)

Not Found:    [ ] Moved - New Residence    [ ] Moved - Unknown Location    [ ] Deceased    [ ] Vacant Residence / Lot

[ ] Not Employed    [ ] NIT (Not in Territory)    [ ] RWA (Recalled W/O Action)    [ ] CTO (Come to Office)

[ ] Other (see notes)    [ ] No Property Found    [ ] Address Does Not Exist

[ ] Subject Unknown at this Address    [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service    [ ] Not Found-Deputy Not Allowed on Property

Served To:    CATHY HAYES, ADMIN.    Location Served:    [X] Listed    [ ] Other

Deputized Person:    Location:

Notes:

[ ] Avoiding Service    [ ] Deputized Person    [ ] Posted on Property    [ ] Refused Service

I certify that I personally delivered to ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES on 08/04/2023 by service on CATHY HAYES, ADMIN.

By: _____    D.S. Copy mailed to defendant on    _____

PEREZ, CHARLES

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 16

 

# Mobile County Sheriff's Office

## CV  2023  901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## JACOBS, CHRISTINE  (D031)

## 6021 CEDAR KNOTT CT. MOBILE, AL 36609

Due By:

Date Served:     08/07/2023

Service Attempt:

Action:   [ ] Service Attempt   [X] Paper Served   [ ] Drop Deputized   [ ] Executed   [ ] Executed W/O Personal Service

No Contact:   [ ] Left Card   [ ] Other (see notes)

Not Found:   [ ] Moved - New Residence   [ ] Moved - Unknown Location   [ ] Deceased   [ ] Vacant Residence / Lot

[ ] Not Employed   [ ] NIT (Not in Territory)   [ ] RWA (Recalled W/O Action)   [ ] CTO (Come to Office)

[ ] Other (see notes)   [ ] No Property Found   [ ] Address Does Not Exist

[ ] Subject Unknown at this Address   [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service   [ ] Not Found-Deputy Not Allowed on Property

Served To:   JACOBS, CHRISTINE     Location Served:   [X] Listed   [ ] Other

Deputized Person:     Location:

Notes:

[ ] Avoiding Service   [ ] Deputized Person   [ ] Posted on Property   [ ] Refused Service

I certify that I personally delivered to <u>JACOBS CHRISTINE</u> on <u>08/07/2023</u>

By:     _____     D.S. Copy mailed to defendant on     _____

STALLINGS, KEITH EARLEY

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 17

 

# Mobile County Sheriff's Office

## CV  2023  901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## RT. REV. RUSSELL KENDRICK, BISHOP (D004)

## 1050 AZALEA RD. MOBILE, AL 36693

Due By:

Date Served:

Service Attempt:     08/03/2023

Action:     [X] Service Attempt      [ ] Paper Served      [ ] Drop Deputized      [ ] Executed      [ ] Executed W/O Personal Service

No Contact:     [ ] Left Card      [ ] Other (see notes)

Not Found:     [ ] Moved - New Residence      [ ] Moved - Unknown Location      [ ] Deceased      [ ] Vacant Residence / Lot

[ ] Not Employed      [ ] NIT (Not in Territory)      [ ] RWA (Recalled W/O Action)      [ ] CTO (Come to Office)

[X] Other (see notes)      [ ] No Property Found      [ ] Address Does Not Exist

[ ] Subject Unknown at this Address      [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service      [ ] Not Found-Deputy Not Allowed on Property

Served To:                                          Location Served:      [ ] Listed      [ ] Other

Deputized Person:                                  Location:

Notes:

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502

[ ] Avoiding Service      [ ] Deputized Person      [ ] Posted on Property      [ ] Refused Service

RETURNED 08/08/2023
Not Found in My County After Diligent Search and inquiry.

By: _John Patrick Green_                    D.S. Copy mailed to defendant on    _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 18



## Mobile County Sheriff's Office



## CV  2023  901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## ROBERTS, ROBIN  (D039)

## 6451 AUDUBON ST. MOBILE, AL 36695

Due By:

Date Served:

Service Attempt:      08/07/2023

Action:     [X] Service Attempt     [ ] Paper Served     [ ] Drop Deputized     [ ] Executed     [ ] Executed W/O Personal Service

No Contact:     [ ] Left Card     [ ] Other (see notes)

Not Found:     [ ] Moved - New Residence     [ ] Moved - Unknown Location     [ ] Deceased     [ ] Vacant Residence / Lot

[ ] Not Employed     [ ] NIT (Not in Territory)     [ ] RWA (Recalled W/O Action)     [ ] CTO (Come to Office)

[ ] Other (see notes)     [ ] No Property Found     [X] Address Does Not Exist

[ ] Subject Unknown at this Address     [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service     [ ] Not Found-Deputy Not Allowed on Property

Served To:                                              Location Served:     [ ] Listed     [ ] Other

Deputized Person:                                     Location:

Notes:

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE

[ ] Avoiding Service     [ ] Deputized Person     [ ] Posted on Property     [ ] Refused Service

RETURNED 08/08/2023
Not Found in My County After Diligent Search and inquiry.

By:  _____     D.S.  Copy mailed to defendant on     _____

STALLINGS, KEITH EARLEY

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   DOLBEAR KIM (PRO SE)
      5671 RABBIT CREEK DR.
      MOBILE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PRICE ROY (PRO SE)
     21 W I-65 SERVICE ROAD
     MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 18



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D036 POOLE DAVID

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HARDY RONNIE (PRO SE)
     3400 WINDSOR PLACE CT
     MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  IRVING TOM (PRO SE)
     9614 DOWNING WAY S.
     MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   JACOBS CHRISTINE (PRO SE)
      6021 CEDAR KNOTT CT.
      MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PRICE ROY (PRO SE)
     21 W I-65 SERVICE ROAD
     MOBILE, AL, 36608-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 19



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/7/2023

D031 JACOBS CHRISTINE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 20





## Mobile County Sheriff's Office

**CV  2023  901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**BAKER, JAKE  (D008)**

**4063 WESTMORELAND DR. S. MOBILE, AL 36609**

Due By:

Date Served:    08/04/2023

Service Attempt:

Action:  ☐ Service Attempt    ☒ Paper Served    ☐ Drop Deputized    ☐ Executed    ☐ Executed W/O Personal Service

No Contact:  ☐ Left Card    ☐ Other (see notes)

Not Found:  ☐ Moved - New Residence    ☐ Moved - Unknown Location    ☐ Deceased    ☐ Vacant Residence / Lot

☐ Not Employed    ☐ NIT (Not in Territory)    ☐ RWA (Recalled W/O Action)    ☐ CTO (Come to Office)

☐ Other (see notes)    ☐ No Property Found    ☐ Address Does Not Exist

☐ Subject Unknown at this Address    ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service    ☐ Not Found-Deputy Not Allowed on Property

Served To:    BRANDY BAKER, WIFE                    Location Served:    ☒ Listed    ☐ Other

Deputized Person:                        Location:

Notes:

☐ Avoiding Service    ☐ Deputized Person    ☐ Posted on Property    ☐ Refused Service

I certify that I personally delivered to <u>BAKER JAKE</u> on <u>08/04/2023</u> by service on <u>BRANDY BAKER, WIFE</u>

By: _____                    D.S. Copy mailed to defendant on    _____

PEREZ, CHARLES

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423                            Exporter

DOCUMENT 21





# Mobile County Sheriff's Office

## CV  2023  901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## REV. JAMIE MCELROY, RECTOR (D005)

## 1050 AZALEA ROAD MOBILE, AL 36693

Due By:

Date Served:    08/03/2023

Service Attempt:

Action:    ☐ Service Attempt    ☒ Paper Served    ☐ Drop Deputized    ☐ Executed    ☐ Executed W/O Personal Service

No Contact:    ☐ Left Card    ☐ Other (see notes)

Not Found:    ☐ Moved - New Residence    ☐ Moved - Unknown Location    ☐ Deceased    ☐ Vacant Residence / Lot

☐ Not Employed    ☐ NIT (Not in Territory)    ☐ RWA (Recalled W/O Action)    ☐ CTO (Come to Office)

☐ Other (see notes)    ☐ No Property Found    ☐ Address Does Not Exist

☐ Subject Unknown at this Address    ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service    ☐ Not Found-Deputy Not Allowed on Property

Served To:    REV. JAMIE MCELROY, RECTOR    Location Served:    ☒ Listed    ☐ Other

Deputized Person:    Location:

Notes:

☐ Avoiding Service    ☐ Deputized Person    ☐ Posted on Property    ☐ Refused Service

I certify that I personally delivered to REV. JAMIE MCELROY, RECTOR on 08/03/2023

By: _John Patrick Green_____    D.S. Copy mailed to defendant on    _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HERNANDEZ CHRISTINE CASSI
     christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MUNS JAMES ADAM RAY
    James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROBERTS ROBIN (PRO SE)
     6451 AUDUBON ST.
     MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 22



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D003 ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HENINGHAN GLORIA (PRO SE)
     2563 TROPHY COURT
     MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  JACOBS CHRISTINE (PRO SE)
     6021 CEDAR KNOTT CT.
     MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 23



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   TRAMMELL BRIAN (PRO SE)
      9149 WALLCROSS CT.
      MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D004 RT. REV. RUSSELL KENDRICK, BISHOP

Corresponding To

RETURNED NOT FOUND

08/03/2023 14:15 - CORRECT ADDRESS-201 N. BAYLEN ST. PENSACOLA FL 32502^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
     1630 PARKMORE CT.
     MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLT TERRY (PRO SE)
     4000 SIERRA DR.
     MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PALMER-HILL ELIZABETH (PRO SE)
     1400 S. UNIVERSITY BLVD.
     MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MOORE DANI (PRO SE)
     3795 GOVERNMENT ST.
     MOBILE, AL, 36602-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 24



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/8/2023

D039 ROBERTS ROBIN

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:29 - UNABLE TO LOCATE AUDUBON STREET IN MOBILE^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HERNANDEZ CHRISTINE CASSI
     christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   HOLMES KARMEN (PRO SE)
      3007 UNIVERSITY BLVD.
      #200
      MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  IRVING TOM (PRO SE)
     9614 DOWNING WAY S.
     MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   MARTENSTEIN AMBER (PRO SE)
      4026 RIDGECREST COURT
      MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MOORE DANI (PRO SE)
     3795 GOVERNMENT ST.
     MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 25



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/3/2023

D005 REV. JAMIE MCELROY, RECTOR
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE
Corresponding To
OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MUNS JAMES ADAM RAY
      James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE
Corresponding To
OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE
Corresponding To
OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE
Corresponding To
OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE
Corresponding To
OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE
Corresponding To
OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BENTLEY MICHELLE (PRO SE)
     1121 WILLIAMSBURG DR.
     MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE
Corresponding To
OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE
Corresponding To
OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  IRVING TOM (PRO SE)
     9614 DOWNING WAY S.
     MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MARTENSTEIN AMBER (PRO SE)
     4026 RIDGECREST COURT
     MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE
Corresponding To
OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE
Corresponding To
OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 26



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/4/2023

D008 BAKER JAKE

Corresponding To

OTHER

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 27

ELECTRONICALLY FILED
8/8/2023 1:04 PM
02-CV-2023-901572.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| PASCAVAGE DARREN, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2023-901572.00 |
| | ) |
| ST. LUKE'S EPISCOPAL SCHOOL, | ) |
| ST. LUKE'S EPISCOPAL CHURCH, | ) |
| ST. LUKE'S EPISCOPAL SCHOOL | ) |
| BOARD OF TRUSTEES, | |
| RT. REV. RUSSELL KENDRICK, BISHOP | ) |
| ET AL, | |
| Defendants. | ) |

## ORDER

The undersigned judge hereby RECUSES herself.   This matter is referred to the Presiding Judge of the Circuit Court of Mobile County for reassignment.

**DONE this 8th day of August, 2023.**

**/s/ BRANDY B HAMBRIGHT**
**CIRCUIT JUDGE**

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:      8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
     1050 AZALEA RD.
     MOBILE, AL, 36693-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  KNOTTS BRIAN (PRO SE)
     1808 CADILLAC AVE.
     DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BAKER JAKE (PRO SE)
     4063 WESTMORELAND DR. S.
     MOBILE, AL, 36695-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DOLBEAR KIM (PRO SE)
     5671 RABBIT CREEK DR.
     MOBILE, AL, 36582-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:      8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  CUMMINGS PHILLIP (PRO SE)
     201 S. GEORGIA AVE
     MOBILE, AL, 36601-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HENINGHAN GLORIA (PRO SE)
     2563 TROPHY COURT
     MOBILE, AL, 36618-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  PRICE ROY (PRO SE)
     21 W I-65 SERVICE ROAD
     MOBILE, AL, 36608-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To: ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:    8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:  ROSSLER JIM (PRO SE)
     104 ST. FRANCIS STREET
     #300
     MOBILE, AL, 36602-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:     8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 28



AlaFile E-Notice

02-CV-2023-901572.00

Judge: BRANDY B HAMBRIGHT

To:   TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was FILED on 8/8/2023 1:04:06 PM

Notice Date:      8/8/2023 1:04:06 PM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 29




# Mobile County Sheriff's Office

**CV  2023  901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**SUMMONS-COMPLAINT**

**THOMPSON, RAY  (D032)**

**5701 MAL DR.**
**#4 MOBILE, AL 36693**

Due By:

Date Served:     08/08/2023

Service Attempt:

Action: ☐ Service Attempt  ☒ Paper Served  ☐ Drop Deputized  ☐ Executed  ☐ Executed W/O Personal Service

No Contact: ☐ Left Card  ☐ Other (see notes)

Not Found: ☐ Moved - New Residence  ☐ Moved - Unknown Location  ☐ Deceased  ☐ Vacant Residence / Lot

☐ Not Employed  ☐ NIT (Not in Territory)  ☐ RWA (Recalled W/O Action)  ☐ CTO (Come to Office)

☐ Other (see notes)  ☐ No Property Found  ☐ Address Does Not Exist

☐ Subject Unknown at this Address  ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service  ☐ Not Found-Deputy Not Allowed on Property

Served To:    THOMPSON, RAY                    Location Served:    ☒ Listed  ☐ Other

Deputized Person:                              Location:

Notes:

☐ Avoiding Service  ☐ Deputized Person  ☐ Posted on Property  ☐ Refused Service

I certify that I personally delivered to <u>THOMPSON RAY</u> on <u>08/08/2023</u>

By: _____     D.S. Copy mailed to defendant on    _____

WADE, MONA FAYE

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 30





## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**PALMER-HILL, ELIZABETH  (D034)**

**1400 S. UNIVERSITY BLVD. MOBILE, AL 36609**

Due By:

Date Served:

Service Attempt:      08/07/2023

Action:      [X] Service Attempt      [ ] Paper Served      [ ] Drop Deputized      [ ] Executed      [ ] Executed W/O Personal Service

No Contact:      [ ] Left Card      [ ] Other (see notes)

Not Found:      [ ] Moved - New Residence      [ ] Moved - Unknown Location      [ ] Deceased      [ ] Vacant Residence / Lot

[X] Not Employed      [ ] NIT (Not in Territory)      [ ] RWA (Recalled W/O Action)      [ ] CTO (Come to Office)

[ ] Other (see notes)      [ ] No Property Found      [ ] Address Does Not Exist

[ ] Subject Unknown at this Address      [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service      [ ] Not Found-Deputy Not Allowed on Property

Served To:                                      Location Served:      [ ] Listed      [ ] Other

Deputized Person:                              Location:

Notes:

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH

[ ] Avoiding Service      [ ] Deputized Person      [ ] Posted on Property      [ ] Refused Service

RETURNED 08/09/2023
Not Found in My County After Diligent Search and inquiry.

By: _Johw Patica Heew_                    D.S. Copy mailed to defendant on      _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 31





# Mobile County Sheriff's Office

## CV  2023  901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## DOLBEAR, KIM  (D013)

## 5671 RABBIT CREEK DR. MOBILE, AL 36582

Due By:

Date Served:

Service Attempt:    08/07/2023

Action:    [X] Service Attempt    [ ] Paper Served    [ ] Drop Deputized    [ ] Executed    [ ] Executed W/O Personal Service

No Contact:    [ ] Left Card    [ ] Other (see notes)

Not Found:    [ ] Moved - New Residence    [ ] Moved - Unknown Location    [ ] Deceased    [ ] Vacant Residence / Lot

[ ] Not Employed    [ ] NIT (Not in Territory)    [ ] RWA (Recalled W/O Action)    [ ] CTO (Come to Office)

[ ] Other (see notes)    [ ] No Property Found    [X] Address Does Not Exist

[ ] Subject Unknown at this Address    [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service    [ ] Not Found-Deputy Not Allowed on Property

Served To:                                    Location Served:    [ ] Listed    [ ] Other

Deputized Person:                            Location:

Notes:

08/07/2023 12:13 - 5671 BADD ADDRESS

[ ] Avoiding Service    [ ] Deputized Person    [ ] Posted on Property    [ ] Refused Service

RETURNED 08/09/2023
Not Found in My County After Diligent Search and inquiry.

By:  [signature]                              D.S. Copy mailed to defendant on  _____

BRUNSON, PHILLIP MATTHEW

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423                    Exporter

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
     1428 HILLCREST ROAD
     MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   PALMER-HILL ELIZABETH (PRO SE)
       1400 S. UNIVERSITY BLVD.
       MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   MOORE DANI (PRO SE)
      3795 GOVERNMENT ST.
      MOBILE, AL, 36602-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 32



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:18 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33





# Mobile County Sheriff's Office

## CV  2023  901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## PRICE, ROY  (D038)

## 21 W I 65 SERVICE ROAD MOBILE, AL 36608

Due By:

Date Served:    08/08/2023

Service Attempt:

| | | | | | |
|---|---|---|---|---|---|
| Action: | ☐ Service Attempt | ☒ Paper Served | ☐ Drop Deputized | ☐ Executed | ☐ Executed W/O Personal Service |
| No Contact: | ☐ Left Card | ☐ Other (see notes) | | | |
| Not Found: | ☐ Moved - New Residence | ☐ Moved - Unknown Location | ☐ Deceased | ☐ Vacant Residence / Lot | |
| | ☐ Not Employed | ☐ NIT (Not in Territory) | ☐ RWA (Recalled W/O Action) | ☐ CTO (Come to Office) | |
| | ☐ Other (see notes) | ☐ No Property Found | ☐ Address Does Not Exist | | |
| | ☐ Subject Unknown at this Address | ☐ Not Found After Diligent Search | | | |
| | ☐ Not Found-Too Late For Service | ☐ Not Found-Deputy Not Allowed on Property | | | |

Served To:    PRICE, ROY                         Location Served:    ☒ Listed    ☐ Other

Deputized Person:                                 Location:

Notes:

☐ Avoiding Service    ☐ Deputized Person    ☐ Posted on Property    ☐ Refused Service

I certify that I personally delivered to <u>PRICE ROY</u> on <u>08/08/2023</u>

By: _James Sumerlin (signature)_    D.S. Copy mailed to defendant on  _____

SUMERLIN III, JAMES L

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
     christine@equalizingjustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
     1400 S. UNIVERSITY BLVD
     MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
     201 S. GEORGIA AVE
     MOBILE, AL, 36601-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



# AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
     21 W I-65 SERVICE ROAD
     MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
     104 ST. FRANCIS STREET
     #300
     MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 33



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D013 DOLBEAR KIM

Corresponding To

RETURNED NOT FOUND

08/07/2023 12:13 - 5671 BADD ADDRESS^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
     christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
     5671 RABBIT CREEK DR.
     MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
     6021 CEDAR KNOTT CT.
     MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
     3795 GOVERNMENT ST.
     MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 34



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D032 THOMPSON RAY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 35





## Mobile County Sheriff's Office

**CV  2023  901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**COOPER, CHANCE  (D023)**

**3402 Demetropolis Road Mobile, AL 36693**

Due By:

Date Served:    08/08/2023

Service Attempt:

Action:  ☐ Service Attempt    ☒ Paper Served    ☐ Drop Deputized    ☐ Executed    ☐ Executed W/O Personal Service

No Contact:  ☐ Left Card    ☐ Other (see notes)

Not Found:  ☐ Moved - New Residence    ☐ Moved - Unknown Location    ☐ Deceased    ☐ Vacant Residence / Lot

☐ Not Employed    ☐ NIT (Not in Territory)    ☐ RWA (Recalled W/O Action)    ☐ CTO (Come to Office)

☐ Other (see notes)    ☐ No Property Found    ☐ Address Does Not Exist

☐ Subject Unknown at this Address    ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service    ☐ Not Found-Deputy Not Allowed on Property

Served To:    COOPER, CHANCE                    Location Served:    ☒ Listed    ☐ Other

Deputized Person:                            Location:

Notes:

☐ Avoiding Service    ☐ Deputized Person    ☐ Posted on Property    ☐ Refused Service

I certify that I personally delivered to <u>COOPER CHANCE</u> on <u>08/08/2023</u>

By: <u>(signature)</u>                    D.S. Copy mailed to defendant on _____

KIDD, ARNOLD

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 36





## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**MARTENSTEIN, AMBER  (D033)**

**4026 RIDGECREST COURT MOBILE, AL 36609**

Due By:

Date Served:

Service Attempt:        08/07/2023

Action:      [X] Service Attempt       [ ] Paper Served       [ ] Drop Deputized       [ ] Executed       [ ] Executed W/O Personal Service

No Contact:    [ ] Left Card       [ ] Other (see notes)

Not Found:     [ ] Moved - New Residence       [ ] Moved - Unknown Location       [ ] Deceased       [ ] Vacant Residence / Lot

[ ] Not Employed       [ ] NIT (Not in Territory)       [ ] RWA (Recalled W/O Action)       [ ] CTO (Come to Office)

[ ] Other (see notes)       [ ] No Property Found       [X] Address Does Not Exist

[ ] Subject Unknown at this Address       [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service       [ ] Not Found-Deputy Not Allowed on Property

Served To:                                                 Location Served:       [ ] Listed       [ ] Other

Deputized Person:                                          Location:

Notes:

[ ] Avoiding Service       [ ] Deputized Person       [ ] Posted on Property       [ ] Refused Service

RETURNED 08/09/2023
Not Found in My County After Diligent Search and inquiry.

By: _John Patrick Green_ (signature)                 D.S. Copy mailed to defendant on _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 37

 

## Mobile County Sheriff's Office

**CV  2023  901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**SUMMONS-COMPLAINT**

**GIBNEY, HOLLEY  (D026)**

**1129 SOUTHERN WAY MOBILE, AL 36609**

Due By:

Date Served:     08/08/2023

Service Attempt:

Action:   [ ] Service Attempt   [X] Paper Served   [ ] Drop Deputized   [ ] Executed   [ ] Executed W/O Personal Service

No Contact:   [ ] Left Card   [ ] Other (see notes)

Not Found:   [ ] Moved - New Residence   [ ] Moved - Unknown Location   [ ] Deceased   [ ] Vacant Residence / Lot

[ ] Not Employed   [ ] NIT (Not in Territory)   [ ] RWA (Recalled W/O Action)   [ ] CTO (Come to Office)

[ ] Other (see notes)   [ ] No Property Found   [ ] Address Does Not Exist

[ ] Subject Unknown at this Address   [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service   [ ] Not Found-Deputy Not Allowed on Property

Served To:   GIBNEY, HOLLEY      Location Served:   [X] Listed   [ ] Other

Deputized Person:      Location:

Notes:

[ ] Avoiding Service   [ ] Deputized Person   [ ] Posted on Property   [ ] Refused Service

I certify that I personally delivered to <u>GIBNEY HOLLEY</u> on <u>08/08/2023</u>

By: _____      D.S. Copy mailed to defendant on    _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 38





# Mobile County Sheriff's Office

## CV 2023 901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## ROEBUCK, LLOYD  (D040)

## 3515 MONTLIMAR PLAZA
## #A MOBILE, AL 36609

Due By:

Date Served:

Service Attempt:        08/07/2023

Action:      [X]  Service Attempt        [ ]  Paper Served        [ ]  Drop Deputized        [ ]  Executed        [ ]  Executed W/O Personal Service

No Contact:      [ ]  Left Card        [ ]  Other (see notes)

Not Found:      [ ]  Moved - New Residence        [ ]  Moved - Unknown Location        [ ]  Deceased        [ ]  Vacant Residence / Lot

[ ]  Not Employed        [ ]  NIT (Not in Territory)        [ ]  RWA (Recalled W/O Action)        [ ]  CTO (Come to Office)

[X]  Other (see notes)        [ ]  No Property Found        [ ]  Address Does Not Exist

[ ]  Subject Unknown at this Address        [ ]  Not Found After Diligent Search

[ ]  Not Found-Too Late For Service        [ ]  Not Found-Deputy Not Allowed on Property

Served To:                                        Location Served:        [ ]  Listed        [ ]  Other

Deputized Person:                                        Location:

Notes:

08/07/2023 11:43 - BUILDING/OFFICE VACANT

[ ]  Avoiding Service        [ ]  Deputized Person        [ ]  Posted on Property        [ ]  Refused Service

RETURNED 08/09/2023
Not Found in My County After Diligent Search and inquiry.

By: _____        D.S. Copy mailed to defendant on _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
     1050 AZALEA RD.
     MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   DOLBEAR KIM (PRO SE)
      5671 RABBIT CREEK DR.
      MOBILE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
     3400 WINDSOR PLACE CT
     MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 38



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D033 MARTENSTEIN AMBER

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39

 AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 39



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D023 COOPER CHANCE

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MUNS JAMES ADAM RAY
James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   BOONE ELIZABETH (PRO SE)
      1630 PARKMORE CT.
      MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
     5671 RABBIT CREEK DR.
     MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   HOLT TERRY (PRO SE)
      4000 SIERRA DR.
      MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
     1121 WILLIAMSBURG DR.
     MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
     1129 SOUTHERN WAY
     MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   MOORE DANI (PRO SE)
      3795 GOVERNMENT ST.
      MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 40



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D026 GIBNEY HOLLEY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
     5671 RABBIT CREEK DR.
     MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   DUNCAN CASSIDEY (PRO SE)
      4600 CHATHAM ST.
      MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
     6021 CEDAR KNOTT CT.
     MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 41



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D038 PRICE ROY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MUNS JAMES ADAM RAY
James@EqualizingJustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
     9531 MAGNOLIA DOWNS DR. S
     MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42

AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 42



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D040 ROEBUCK LLOYD

Corresponding To

RETURNED NOT FOUND

08/07/2023 11:43 - BUILDING/OFFICE VACANT^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 43

 

# Mobile County Sheriff's Office

## CV 2023 901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## HARDY, RONNIE  (D028)

## 3400 WINDSOR PLACE CT MOBILE, AL 36695

Due By:

Date Served:     08/08/2023

Service Attempt:

Action: ☐ Service Attempt    ☒ Paper Served    ☐ Drop Deputized    ☐ Executed    ☐ Executed W/O Personal Service

No Contact: ☐ Left Card    ☐ Other (see notes)

Not Found: ☐ Moved - New Residence    ☐ Moved - Unknown Location    ☐ Deceased    ☐ Vacant Residence / Lot

☐ Not Employed    ☐ NIT (Not in Territory)    ☐ RWA (Recalled W/O Action)    ☐ CTO (Come to Office)

☐ Other (see notes)    ☐ No Property Found    ☐ Address Does Not Exist

☐ Subject Unknown at this Address    ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service    ☐ Not Found-Deputy Not Allowed on Property

Served To:    HARDY, RONNIE                          Location Served:    ☒ Listed    ☐ Other

Deputized Person:                                      Location:

Notes:

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD

☐ Avoiding Service    ☐ Deputized Person    ☐ Posted on Property    ☐ Refused Service

I certify that I personally delivered to <u>HARDY RONNIE</u> on <u>08/08/2023</u>

By: _____    D.S. Copy mailed to defendant on    _____

WADE, MONA FAYE

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 44

 

# Mobile County Sheriff's Office

## CV 2023 901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## WILL, BOB  (D016)

## 1400 S. UNIVERSITY BLVD MOBILE, AL 36609

Due By:

Date Served:

Service Attempt:      08/07/2023

Action:    [X] Service Attempt       [ ] Paper Served       [ ] Drop Deputized       [ ] Executed       [ ] Executed W/O Personal Service

No Contact:    [ ] Left Card       [ ] Other (see notes)

Not Found:    [ ] Moved - New Residence       [ ] Moved - Unknown Location       [ ] Deceased       [ ] Vacant Residence / Lot

[X] Not Employed       [ ] NIT (Not in Territory)       [ ] RWA (Recalled W/O Action)       [ ] CTO (Come to Office)

[ ] Other (see notes)       [ ] No Property Found       [ ] Address Does Not Exist

[ ] Subject Unknown at this Address       [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service       [ ] Not Found-Deputy Not Allowed on Property

Served To:                                          Location Served:       [ ] Listed       [ ] Other

Deputized Person:                                          Location:

Notes:

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH

[ ] Avoiding Service       [ ] Deputized Person       [ ] Posted on Property       [ ] Refused Service

RETURNED 08/09/2023
Not Found in My County After Diligent Search and inquiry.

By:  _John Patrick Green_       D.S. Copy mailed to defendant on       _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 45





## Mobile County Sheriff's Office

**CV  2023  901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**HOLMES, KARMEN  (D029)**

**3007 UNIVERSITY BLVD.
#200 MOBILE, AL 36609**

Due By:

Date Served:

Service Attempt:      08/08/2023

Action:      [X] Service Attempt       [ ] Paper Served       [ ] Drop Deputized       [ ] Executed       [ ] Executed W/O Personal Service

No Contact:      [ ] Left Card       [ ] Other (see notes)

Not Found:      [ ] Moved - New Residence       [ ] Moved - Unknown Location       [ ] Deceased       [ ] Vacant Residence / Lot

[ ] Not Employed       [ ] NIT (Not in Territory)       [ ] RWA (Recalled W/O Action)       [ ] CTO (Come to Office)

[ ] Other (see notes)       [ ] No Property Found       [X] Address Does Not Exist

[ ] Subject Unknown at this Address       [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service       [ ] Not Found-Deputy Not Allowed on Property

Served To:                                    Location Served:      [ ] Listed      [ ] Other

Deputized Person:                            Location:

Notes:

[ ] Avoiding Service      [ ] Deputized Person      [ ] Posted on Property      [ ] Refused Service

RETURNED 08/09/2023
Not Found in My County After Diligent Search and inquiry.

By: _John Patrick Green_                    D.S. Copy mailed to defendant on  _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
     4000 SIERRA DR.
     MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   LANGHAM BRENDA (PRO SE)
      4562 SPRUCE AVE.
      SARALAND, AL, 36571-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
     9614 DOWNING WAY S.
     MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D016 WILL BOB

Corresponding To

RETURNED NOT FOUND

08/07/2023 14:24 - SUBJECT IS NOT EMPLOYED AT THE SCHOOL OR THE CHURCH^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN
Corresponding To
RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   KNOTTS BRIAN (PRO SE)
      1808 CADILLAC AVE.
      DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN
Corresponding To
RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 46



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/9/2023

D029 HOLMES KARMEN

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MUNS JAMES ADAM RAY
James@EqualizingJustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   DOLBEAR KIM (PRO SE)
      5671 RABBIT CREEK DR.
      MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
     2105 SHEFFIELD CT.
     MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
     3795 GOVERNMENT ST.
     MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 47



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   TRAMMELL BRIAN (PRO SE)
      9149 WALLCROSS CT.
      MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/8/2023

D028 HARDY RONNIE

Corresponding To

SERVED PERSONALLY

08/08/2023 11:02 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 48





## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**MOORE, DANI (D037)**

**3795 GOVERNMENT ST. MOBILE, AL 36602**

Due By:

Date Served:

Service Attempt:     08/07/2023

Action:    [X] Service Attempt    [ ] Paper Served    [ ] Drop Deputized    [ ] Executed    [ ] Executed W/O Personal Service

No Contact:    [ ] Left Card    [ ] Other (see notes)

Not Found:    [ ] Moved - New Residence    [ ] Moved - Unknown Location    [ ] Deceased    [ ] Vacant Residence / Lot

[ ] Not Employed    [ ] NIT (Not in Territory)    [ ] RWA (Recalled W/O Action)    [ ] CTO (Come to Office)

[ ] Other (see notes)    [ ] No Property Found    [X] Address Does Not Exist

[ ] Subject Unknown at this Address    [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service    [ ] Not Found-Deputy Not Allowed on Property

Served To:                                     Location Served:    [ ] Listed    [ ] Other

Deputized Person:                              Location:

Notes:

08/07/2023 09:58 - ADDRESS DOES NOT EXIST

[ ] Avoiding Service    [ ] Deputized Person    [ ] Posted on Property    [ ] Refused Service

RETURNED 08/10/2023
Not Found in My County After Diligent Search and inquiry.

By: _Arnold Kidd_ (signature)                 D.S. Copy mailed to defendant on  _____

KIDD, ARNOLD

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 49





## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**BAYLOR, JACK  (D022)**

**955 HIGHPOINT DR. E MOBILE, AL 36693**

Due By:

Date Served:

Service Attempt:       08/07/2023

Action:  [X] Service Attempt   [ ] Paper Served   [ ] Drop Deputized   [ ] Executed   [ ] Executed W/O Personal Service

No Contact:   [ ] Left Card   [ ] Other (see notes)

Not Found:   [ ] Moved - New Residence   [X] Moved - Unknown Location   [ ] Deceased   [ ] Vacant Residence / Lot

[ ] Not Employed   [ ] NIT (Not in Territory)   [ ] RWA (Recalled W/O Action)   [ ] CTO (Come to Office)

[ ] Other (see notes)   [ ] No Property Found   [ ] Address Does Not Exist

[ ] Subject Unknown at this Address   [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service   [ ] Not Found-Deputy Not Allowed on Property

Served To:                                    Location Served:   [ ] Listed   [ ] Other

Deputized Person:                             Location:

Notes:

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION
08/07/2023 10:23 - 1ST ATTEMPT LEFT A CARD.

[ ] Avoiding Service   [ ] Deputized Person   [ ] Posted on Property   [ ] Refused Service

RETURNED 08/10/2023
Not Found in My County After Diligent Search and inquiry.

By: _____        D.S. Copy mailed to defendant on        _____

KIDD, ARNOLD

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 50





## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**IRVING, TOM (D030)**

**9614 DOWNING WAY S. MOBILE, AL 36695**

Due By:

Date Served:

Service Attempt:        08/09/2023

Action:      [X] Service Attempt      [ ] Paper Served      [ ] Drop Deputized      [ ] Executed      [ ] Executed W/O Personal Service

No Contact:      [ ] Left Card      [ ] Other (see notes)

Not Found:      [ ] Moved - New Residence      [X] Moved - Unknown Location      [ ] Deceased      [ ] Vacant Residence / Lot

[ ] Not Employed      [ ] NIT (Not in Territory)      [ ] RWA (Recalled W/O Action)      [ ] CTO (Come to Office)

[ ] Other (see notes)      [ ] No Property Found      [ ] Address Does Not Exist

[ ] Subject Unknown at this Address      [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service      [ ] Not Found-Deputy Not Allowed on Property

Served To:                                Location Served:      [ ] Listed      [ ] Other

Deputized Person:                          Location:

Notes:

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.

[ ] Avoiding Service      [ ] Deputized Person      [ ] Posted on Property      [ ] Refused Service

RETURNED 08/10/2023
Not Found in My County After Diligent Search and inquiry.

By: _____      D.S. Copy mailed to defendant on      _____

WADE, MONA FAYE

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
    James@EqualizingJustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   REV. JAMIE MCELROY, RECTOR (PRO SE)
      1050 AZALEA ROAD
      MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
     6021 CEDAR KNOTT CT.
     MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 51



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D037 MOORE DANI

Corresponding To

RETURNED NOT FOUND

08/07/2023 09:58 - ADDRESS DOES NOT EXIST^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
     2351 OLD GOVERNMENT ST.
     MOBILE, AL, 36606-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
     5671 RABBIT CREEK DR.
     MOBILE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov


DOCUMENT 52

AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 52



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D030 IRVING TOM

Corresponding To

PARTY MOVED

08/09/2023 10:57 - SPOKE WITH ELAINE WAGNER, LISTED PERSON IS HER EX HUSBAND, LIVES AT
AN UNKNOWN LOCATION IN THE FOUL RIVER AREA.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   MUNS JAMES ADAM RAY
      James@EqualizingJustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   REV. JAMIE MCELROY, RECTOR (PRO SE)
      1050 AZALEA ROAD
      MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
     1400 S. UNIVERSITY BLVD
     MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 53



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/10/2023

D022 BAYLOR JACK

Corresponding To

PARTY MOVED

08/07/2023 17:37 - BAYLOR, JACK MOVED-UNKNOWN LOCATION^08/07/2023 10:23 - 1ST ATTEMPT
LEFT A CARD.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 54





## Mobile County Sheriff's Office

**CV  2023  901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**ROSSLER, JIM  (D041)**

**104 ST. FRANCIS STREET**
**#300 MOBILE, AL 36602**

Due By:

Date Served:

Service Attempt:        08/10/2023

Action:     [X] Service Attempt        [ ] Paper Served        [ ] Drop Deputized        [ ] Executed        [ ] Executed W/O Personal Service

No Contact:     [ ] Left Card        [ ] Other (see notes)

Not Found:     [ ] Moved - New Residence        [ ] Moved - Unknown Location        [ ] Deceased        [ ] Vacant Residence / Lot

[ ] Not Employed        [ ] NIT (Not in Territory)        [ ] RWA (Recalled W/O Action)        [ ] CTO (Come to Office)

[ ] Other (see notes)        [ ] No Property Found        [ ] Address Does Not Exist

[X] Subject Unknown at this Address        [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service        [ ] Not Found-Deputy Not Allowed on Property

Served To:                                            Location Served:        [ ] Listed        [ ] Other

Deputized Person:                                    Location:

Notes:

[ ] Avoiding Service        [ ] Deputized Person        [ ] Posted on Property        [ ] Refused Service

RETURNED 08/10/2023
Not Found in My County After Diligent Search and inquiry.

By:  _Worth D. McWilliams_  _____        D.S. Copy mailed to defendant on        _____

MCWILLIAMS, WORTH D

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423                            Exporter

DOCUMENT 55





# Mobile County Sheriff's Office

## CV  2023  901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## LANGHAM, BRENDA  (D020)

## 4562 SPRUCE AVE. SARALAND, AL 36571

Due By:

Date Served:    08/10/2023

Service Attempt:

Action: [ ] Service Attempt    [X] Paper Served    [ ] Drop Deputized    [ ] Executed    [ ] Executed W/O Personal Service

No Contact: [ ] Left Card    [ ] Other (see notes)

Not Found: [ ] Moved - New Residence    [ ] Moved - Unknown Location    [ ] Deceased    [ ] Vacant Residence / Lot

[ ] Not Employed    [ ] NIT (Not in Territory)    [ ] RWA (Recalled W/O Action)    [ ] CTO (Come to Office)

[ ] Other (see notes)    [ ] No Property Found    [ ] Address Does Not Exist

[ ] Subject Unknown at this Address    [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service    [ ] Not Found-Deputy Not Allowed on Property

Served To:    KENNETH LANGHAM, HUSBAND, RESIDENT                    Location Served:    [X] Listed    [ ] Other

Deputized Person:                                                   Location:

Notes:

08/10/2023 09:59 - LEFT CARD

[ ] Avoiding Service    [ ] Deputized Person    [ ] Posted on Property    [ ] Refused Service

I certify that I personally delivered to <u>LANGHAM BRENDA</u> on <u>08/10/2023</u> by service on <u>KENNETH LANGHAM, HUSBAND, RESIDENT</u>

By: _____    D.S. Copy mailed to defendant on    _____

NIXON, JOHN ELTON

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423                                        Exporter

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MUNS JAMES ADAM RAY
James@EqualizingJustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8410
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 56



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D041 ROSSLER JIM

Corresponding To

RETURNED NOT FOUND

SUBJECT UNKNOWN AS THIS ADDRESS.

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57





## Mobile County Sheriff's Office

**CV  2023  901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**KNOTTS, BRIAN  (D006)**

**1808 CADILLAC AVE. DAUPHIN ISLAND, AL 36528**

Due By:

Date Served:    08/09/2023

Service Attempt:

Action:  ☐ Service Attempt  ☒ Paper Served  ☐ Drop Deputized  ☐ Executed  ☐ Executed W/O Personal Service

No Contact:  ☐ Left Card  ☐ Other (see notes)

Not Found:  ☐ Moved - New Residence  ☐ Moved - Unknown Location  ☐ Deceased  ☐ Vacant Residence / Lot

☐ Not Employed  ☐ NIT (Not in Territory)  ☐ RWA (Recalled W/O Action)  ☐ CTO (Come to Office)

☐ Other (see notes)  ☐ No Property Found  ☐ Address Does Not Exist

☐ Subject Unknown at this Address  ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service  ☐ Not Found-Deputy Not Allowed on Property

Served To:    KNOTTS, BRIAN                    Location Served:    ☒ Listed    ☐ Other

Deputized Person:                    Location:

Notes:

☐ Avoiding Service  ☐ Deputized Person  ☐ Posted on Property  ☐ Refused Service

I certify that I personally delivered to <u>KNOTTS BRIAN</u> on <u>08/09/2023</u>

By: _____  D.S. Copy mailed to defendant on  _____

WADE, MONA FAYE

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
    James@EqualizingJustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
     955 HIGHPOINT DR. E
     MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
     1400 S. UNIVERSITY BLVD.
     MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 57



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D020 LANGHAM BRENDA

Corresponding To

OTHER

08/10/2023 09:59 - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 58





# Mobile County Sheriff's Office

## CV  2023  901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## HAYES, CATHY  (D019)

## 1223 SELMA ST. MOBILE, AL 36604

Due By:

Date Served:    08/10/2023

Service Attempt:

| Action: | ☐ Service Attempt | ☒ Paper Served | ☐ Drop Deputized | ☐ Executed | ☐ Executed W/O Personal Service |
|---|---|---|---|---|---|
| No Contact: | ☐ Left Card | ☐ Other (see notes) | | | |
| Not Found: | ☐ Moved - New Residence | ☐ Moved - Unknown Location | ☐ Deceased | | ☐ Vacant Residence / Lot |
| | ☐ Not Employed | ☐ NIT (Not in Territory) | ☐ RWA (Recalled W/O Action) | | ☐ CTO (Come to Office) |
| | ☐ Other (see notes) | ☐ No Property Found | ☐ Address Does Not Exist | | |
| | ☐ Subject Unknown at this Address | ☐ Not Found After Diligent Search | | | |
| | ☐ Not Found-Too Late For Service | ☐ Not Found-Deputy Not Allowed on Property | | | |

Served To:    HAYES, CATHY                          Location Served:    ☒ Listed    ☐ Other

Deputized Person:                                   Location:

Notes:

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD

☐ Avoiding Service    ☐ Deputized Person    ☐ Posted on Property    ☐ Refused Service

I certify that I personally delivered to <u>HAYES CATHY</u> on <u>08/10/2023</u>

By: _[signature]_ ————    D.S. Copy mailed to defendant on    _____

MCWILLIAMS, WORTH D

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter



DOCUMENT 59



## Mobile County Sheriff's Office

**CV  2023  901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**DUNCAN, CASSIDEY  (D018)**

**4600 CHATHAM ST. MOBILE, AL 36604**

Due By:

Date Served:

Service Attempt:        08/10/2023

Action:  [X] Service Attempt    [ ] Paper Served    [ ] Drop Deputized    [ ] Executed    [ ] Executed W/O Personal Service

No Contact:  [ ] Left Card    [ ] Other (see notes)

Not Found:  [ ] Moved - New Residence    [ ] Moved - Unknown Location    [ ] Deceased    [ ] Vacant Residence / Lot

[ ] Not Employed    [ ] NIT (Not in Territory)    [ ] RWA (Recalled W/O Action)    [ ] CTO (Come to Office)

[ ] Other (see notes)    [ ] No Property Found    [X] Address Does Not Exist

[ ] Subject Unknown at this Address    [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service    [ ] Not Found-Deputy Not Allowed on Property

Served To:                                     Location Served:    [ ] Listed    [ ] Other

Deputized Person:                              Location:

Notes:

[ ] Avoiding Service    [ ] Deputized Person    [ ] Posted on Property    [ ] Refused Service

RETURNED 08/10/2023
Not Found in My County After Diligent Search and inquiry.

By:  _Worth D. McWill_ _____    D.S.  Copy mailed to defendant on  _____

MCWILLIAMS, WORTH D

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 60





## Mobile County Sheriff's Office

**CV  2023  901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**PATTERSON, JAYE B (D035)**

**4055 WESTMORELAND DR. S MOBILE, AL 36609**

Due By:

Date Served:    08/09/2023

Service Attempt:

Action:     [ ] Service Attempt    [X] Paper Served    [ ] Drop Deputized    [ ] Executed    [ ] Executed W/O Personal Service

No Contact:  [ ] Left Card    [ ] Other (see notes)

Not Found:   [ ] Moved - New Residence    [ ] Moved - Unknown Location    [ ] Deceased    [ ] Vacant Residence / Lot

[ ] Not Employed    [ ] NIT (Not in Territory)    [ ] RWA (Recalled W/O Action)    [ ] CTO (Come to Office)

[ ] Other (see notes)    [ ] No Property Found    [ ] Address Does Not Exist

[ ] Subject Unknown at this Address    [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service    [ ] Not Found-Deputy Not Allowed on Property

Served To:    PATTERSON, JAYE B                Location Served:    [X] Listed    [ ] Other

Deputized Person:                             Location:

Notes:

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD

[ ] Avoiding Service    [ ] Deputized Person    [ ] Posted on Property    [ ] Refused Service

I certify that I personally delivered to <u>PATTERSON JAYE B</u> on <u>08/09/2023</u>

By: _John Patrick Green_ _____    D.S. Copy mailed to defendant on _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 61

 

## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**GARRETT, FRAN  (D025)**

**3998 BYRONELLE DR. N. MOBILE, AL 36693**


Due By:

Date Served:    08/09/2023

Service Attempt:

Action:    ☐ Service Attempt    ☒ Paper Served    ☐ Drop Deputized    ☐ Executed    ☐ Executed W/O Personal Service

No Contact:    ☐ Left Card    ☐ Other (see notes)

Not Found:    ☐ Moved - New Residence    ☐ Moved - Unknown Location    ☐ Deceased    ☐ Vacant Residence / Lot

☐ Not Employed    ☐ NIT (Not in Territory)    ☐ RWA (Recalled W/O Action)    ☐ CTO (Come to Office)

☐ Other (see notes)    ☐ No Property Found    ☐ Address Does Not Exist

☐ Subject Unknown at this Address    ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service    ☐ Not Found-Deputy Not Allowed on Property

Served To:    GARRETT, FRAN    Location Served:    ☒ Listed    ☐ Other

Deputized Person:    Location:

Notes:

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.


☐ Avoiding Service    ☐ Deputized Person    ☐ Posted on Property    ☐ Refused Service

I certify that I personally delivered to <u>GARRETT FRAN</u> on <u>08/09/2023</u>

By: <u>Arnold Kidd</u>    D.S. Copy mailed to defendant on    _____

KIDD, ARNOLD

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 62





## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**CUMMINGS, PHILLIP (D021)**

**201 S. GEORGIA AVE MOBILE, AL 36601**

Due By:

Date Served:

Service Attempt:        08/10/2023

Action:  [X] Service Attempt    [ ] Paper Served    [ ] Drop Deputized    [ ] Executed    [ ] Executed W/O Personal Service

No Contact:  [ ] Left Card    [ ] Other (see notes)

Not Found:  [ ] Moved - New Residence    [X] Moved - Unknown Location    [ ] Deceased    [ ] Vacant Residence / Lot

[ ] Not Employed    [ ] NIT (Not in Territory)    [ ] RWA (Recalled W/O Action)    [ ] CTO (Come to Office)

[ ] Other (see notes)    [ ] No Property Found    [ ] Address Does Not Exist

[ ] Subject Unknown at this Address    [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service    [ ] Not Found-Deputy Not Allowed on Property

Served To:                                              Location Served:    [ ] Listed    [ ] Other

Deputized Person:                                   Location:

Notes:

08/10/2023 12:23 - PER NEIGHBOR

[ ] Avoiding Service    [ ] Deputized Person    [ ] Posted on Property    [ ] Refused Service

RETURNED 08/10/2023
Not Found in My County After Diligent Search and inquiry.

By: _Worth D. McWill_____    D.S. Copy mailed to defendant on    _____

MCWILLIAMS, WORTH D

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY
Corresponding To
SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
     1050 AZALEA RD.
     MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
     1808 CADILLAC AVE.
     DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
     104 ST. FRANCIS STREET
     #300
     MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 62



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/10/2023

D019 HAYES CATHY

Corresponding To

SERVED PERSONALLY

08/10/2023 12:16 - 1ST ATTEMPT - LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   PALMER-HILL ELIZABETH (PRO SE)
      1400 S. UNIVERSITY BLVD.
      MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



# AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 63



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D006 KNOTTS BRIAN

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY
Corresponding To
RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   HALE SHANE (PRO SE)
      1428 HILLCREST ROAD
      MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   DUNCAN CASSIDEY (PRO SE)
      4600 CHATHAM ST.
      MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 64



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D018 DUNCAN CASSIDEY

Corresponding To

RETURNED NOT FOUND

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
James@EqualizingJustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B
Corresponding To
SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B
Corresponding To
SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B
Corresponding To
SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B
Corresponding To
SERVED PERSONALLY
08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B
Corresponding To
SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
     3795 GOVERNMENT ST.
     MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B
Corresponding To
SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 65



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D035 PATTERSON JAYE B

Corresponding To

SERVED PERSONALLY

08/07/2023 11:57 - 1ST ATTEMPT-LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
     1400 S. UNIVERSITY BLVD.
     MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   MOORE DANI (PRO SE)
      3795 GOVERNMENT ST.
      MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 66



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D025 GARRETT FRAN

Corresponding To

SERVED PERSONALLY

08/08/2023 13:18 - 1ST ATTEMPT LEFT A CARD.^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 67

 

## Mobile County Sheriff's Office

### CV  2023  901572. 00

### DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

### COMPLAINT-SUMMONS

### TRAMMELL, BRIAN  (D042)

### 9149 WALLCROSS CT. MOBILE, AL 36695

Due By:

Date Served:    08/09/2023

Service Attempt:

| | | |
|---|---|---|
| Action: | ☐ Service Attempt   ☒ Paper Served   ☐ Drop Deputized   ☐ Executed   ☐ Executed W/O Personal Service |
| No Contact: | ☐ Left Card   ☐ Other (see notes) |
| Not Found: | ☐ Moved - New Residence   ☐ Moved - Unknown Location   ☐ Deceased   ☐ Vacant Residence / Lot |
| | ☐ Not Employed   ☐ NIT (Not in Territory)   ☐ RWA (Recalled W/O Action)   ☐ CTO (Come to Office) |
| | ☐ Other (see notes)   ☐ No Property Found   ☐ Address Does Not Exist |
| | ☐ Subject Unknown at this Address   ☐ Not Found After Diligent Search |
| | ☐ Not Found-Too Late For Service   ☐ Not Found-Deputy Not Allowed on Property |

Served To:    TRAMMELL, BRIAN                    Location Served:    ☒ Listed    ☐ Other

Deputized Person:                    Location:

Notes:

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD

☐ Avoiding Service    ☐ Deputized Person    ☐ Posted on Property    ☐ Refused Service

I certify that I personally delivered to <u>TRAMMELL BRIAN</u> on <u>08/09/2023</u>

By: _____    D.S. Copy mailed to defendant on    _____

WADE, MONA FAYE

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423                    Exporter

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
    James@EqualizingJustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   DOLBEAR KIM (PRO SE)
      5671 RABBIT CREEK DR.
      MOBILE, AL, 36582-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   MOORE DANI (PRO SE)
      3795 GOVERNMENT ST.
      MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 68



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/11/2023

D021 CUMMINGS PHILLIP

Corresponding To

PARTY MOVED

08/10/2023 12:23 - PER NEIGHBOR^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLMES KARMEN (PRO SE)
3007 UNIVERSITY BLVD.
#200
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8408
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
4026 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 69



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/9/2023

D042 TRAMMELL BRIAN

Corresponding To

SERVED PERSONALLY

08/09/2023 10:19 - FIRST ATTEMPT LEFT CARD^

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 70



ELECTRONICALLY FILED
8/11/2023 8:55 AM
02-CV-2023-901572.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DR. DARREN PASCAVAGE,                    *
                                          *
        Plaintiff,                        *
                                          *        CASE NO.: CV _____
v.                                        *
                                          *
                                          *        JURY DEMAND
ST. LUKE'S EPISCOPAL SCHOOL;              *
                                          *
ST. LUKE'S EPISCOPAL CHURCH;              *
                                          *
ST. LUKE'S EPISCOPAL SCHOOL              *
BOARD OF TRUSTEES;                        *
                                          *
ST. LUKE'S EPISCOPAL CHURCH              *
VESTRY;                                   *
                                          *
RT. REV. RUSSELL KENDRICK,                *
BISHOP (In his Official capacity);        *
                                          *
REV. JAMIE MCELROY, RECTOR                *
(In his Official capacity);               *
                                          *
BRIAN KNOTTS, CHAIRMAN                    *
OF THE BOARD OF TRUSTEES FOR             *
ST. LUKE'S EPISCOPAL SCHOOL,              *
(In his official and individual capacity); *
                                          *
TARA LOCKETT, VICE CHAIR OF THE          *
BOARD OF TRUSTEES OF ST. LUKE'S          *
EPISCOPAL SCHOOL, (In her official and    *
individual capacity);                     *
                                          *
BOARD OF                                  *
TRUSTEES FOR ST. LUKE'S EPISCOPAL        *
SCHOOL, BOARD MEMBERS:                    *
                                          *
JAKE BAKER,                               *
(In his official and individual capacity); *
                                          *
SUZY BANKS,                               *
(In her official and individual capacity); *
                                          *

DOCUMENT 70

WINDY BITZER,
(In her official and individual capacity);

ELIZABETH BOONE,
(In her official and individual capacity),

DANI MOORE,
(In her official and individual capacity);

MITCH CUMPTON,
(In his official and individual capacity);

KIM DOLBEAR, BOARD
SECRETARY, (In her official and
individual capacity);

SHANE HALE,
(In his official and individual capacity);

TERRY HOLT,
(In his official and individual capacity);

AMBER MARTENSTEIN,
(In her official and individual capacity);

ELIZABETH PALMER-HILL,
(In her official and individual capacity);

JAYE B. PATTERSON,
ADVANCEMENT COMMITTEE
CHAIR, (In his official and individual
capacity);

DAVID B. POOLE, VESTRY
REPRESENTATIVE (In his official and
individual capacity);

ROY PRICE, FACILITIES
COMMITTEE CHAIR
(In his official and individual capacity);

ROBIN ROBERTS,
(In his official and individual capacity);

LLOYD ROEBUCK,
(In his official and individual capacity);

DOCUMENT 70

JIM ROSSLER,
(In his official and individual capacity);

BRIAN TRAMMELL, BOARD
TREASURER
(In his official and individual capacity);

BOB WILL
(In his official and individual capacity);

MICHELLE BENTLEY, CHIEF
FINANCIAL OFFICER, (In her official
and individual capacity);

DUNCAN CASSIDY, IT DIRECTOR,
(In his official and individual capacity);

CATHY HAYES, ASSISTANT TO
HEAD OF SCHOOL,(In her official
and individual capacity);

SUZY BANKS, ACADEMIC DEAN
(In her official and individual capacity);

BRENDA LANGHAM, BUSINESS
OFFICE- HUMAN RESOURCES
(In her official and individual capacity);

PHILLIP CUMMINGS, LOWER
SCHOOL DIRECTOR (In his official
and individual capacity);

ST. LUKE'S EPISCOPAL CHURCH
VESTRY MEMBERS:

JACK BAYLOR,
(In his official and individual capacity);

MONICA COOK,
(In her official and individual capacity);

CHANCE COOPER,
(In his official and individual capacity);

DOCUMENT 70

**MIKE DOSSETT,**
(In his official and individual capacity);

**FRAN GARRETT,**
(In her official and individual capacity);

**HOLLY GIBNEY,**
(In her official and individual capacity);

**GLORIA HENIGHAN,**
(In her official and individual capacity);

**RONNIE HARDY,**
(In his official and individual capacity);

**KARMEN HOLMES,**
(In her official and individual capacity);

**TOM IRVING,**
(In her official and individual capacity);

**CHRISTINE JACOBS,**
(In her official and individual capacity);

**RAY THOMPSON,**
(In his official and individual capacity);

**FICTITIOUS DEFENDANTS A-F,**
(In their official and/or individual
capacities);

    **DEFENDANTS.**

## COMPLAINT

    **COMES NOW**, the Plaintiff, DR. DARREN PASCAVAGE, by and through undersigned counsel, Christine C. Hernandez and James Adam Muns of The Hernandez & Associates Firm, LLC., and hereby complains against the Defendant(s) ST. LUKE'S EPISCOPAL SCHOOL; ST. LUKE'S EPISCOPAL CHURCH; ST. LUKE'S EPISCOPAL CHURCH VESTRY; ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES; RT. REV. RUSSELL KENDRICK, BISHOP, (In his official capacity); REV. JAMIE MCELROY, RECTOR, (In his official capacity); BRIAN KNOTTS, CHAIRMAN OF THE BOARD OF TRUSTEES, ST. LUKE'S EPISCOPAL

DOCUMENT 70

SCHOOL, (In his official and individual capacity); TARA LOCKETT, VICE CHAIR OF THE

BOARD OF TRUSTEES, ST. LUKE'S EPISCOPAL SCHOOL, (In her official and individual

capacity); ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEE MEMBERS: JAKE

BAKER, (In his official and individual capacity); WINDY BITZER, (In her official and

individual capacity); ELIZABETH BOONE, (In her official and individual capacity); DANI

MOORE, (In her official and individual capacity); MITCH CUMPTON, (In his official and

individual capacity); KIM DOLBEAR, BOARD SECRETARY, (In her official and individual

capacity); SHANE HALE, (In his official and individual capacity); TERRY HOLT, (In his

official and individual capacity); AMBER MARTENSTEIN, (In her official and individual

capacity); ELIZABETH PALMER-HILL, (In her official and individual capacity); JAYE B.

PATTERSON, ADVANCEMENT COMMITTEE CHAIR, (In his official and individual

capacity); DAVID POOLE, VESTRY REPRESENTATIVE, (In his official and individual

capacity); ROY PRICE, FACILITIES COMMITTEE CHAIR, (In his official and individual

capacity); ROBIN ROBERTS, (In his official and individual capacity);  LLOYD ROEBUCK, (In

his official and individual capacity); JIM ROSSLER, (In his official and individual capacity);

BRIAN TRAMMELL, BOARD TREASURER, (In his official and individual capacity); and

BOB WILL, (In his official and individual capacity); MICHELLE BENTLEY, CHIEF

FINANCIAL OFFICER, (In her official and individual capacity); DUNCAN CASSIDY, IT

DIRECTOR, (In his official and individual capacity); CATHY HAYES, ASSISTANT TO HEAD

OF SCHOOL, (In her official and individual capacity); SUZY BANKS, ACADEMIC DEAN,

(In her official and individual capacity); BRENDA LANGHAM, BUSINESS OFFICE-HUMAN

RESOURCES, (In her official and individual capacity); PHILLIP CUMMINGS, LOWER

SCHOOL DIRECTOR, (In his official and individual capacity); ST. LUKE'S EPISCOPAL

CHURCH VESTRY: JACK BAYLOR, (In his official and individual capacity); MONICA

COOK, (In her official and individual capacity); CHANCE COOPER, (In his official and

individual capacity); MIKE DOSSETT, (In his official and individual capacity); FRAN

GARRETT, (In her official and individual capacity); HOLLY GIBNEY, (In her official and

individual capacity); GLORIA HENIGHAN, (In her official and individual capacity); RONNIE

HARDY, (In his official and individual capacity); KARMEN HOLMES, (In her official and

individual capacity); TOM IRVING, (In his official and individual capacity); CHRISTINE

JACOBS, (In her official and individual capacity); RAY THOMPSON, (In his official and

DOCUMENT 70

individual capacity); FICTITIOUS DEFENDANTS A-F, (In their official or individual capacity);
As grounds therefore shows unto this Honorable Court as follows:

## PARTIES

1. Plaintiff Dr. Darren Pascavage (hereinafter known as "Plaintiff") is over the age of nineteen years and was at all times material to this Complaint a resident of Mobile County, Alabama. Plaintiff served as the Head of School and a non-voting board member for the St Luke's Episcopal School, Board of Trustees; was not present for any of the meetings or votes related to his termination and was not provided any information prior to being placed on administrative leave as to any conduct or action that was in violation of any policy or procedure; and was not asked at any point before the vote to pass the budget to make any changes or explain any items in the budget. To date there has been no written or verbal communication by the Board of Trustees or any of the Defendants indicating any reason for termination. Plaintiff, was hired in November 2019 by St. Luke's Episcopal School to serve as Head of School (Head Master), at which time he signed a written contract for employment.

   a. Pursuant to ARTICLE FOUR of the Board of Trustees Policies, the HEAD OF SCHOOL, serves as the chief administrative officer of the School and the Head shall have the authority and responsibility for the implementation of policies that are approved by the Board of Trustees.

   b. The Head shall be employed, supervised and evaluated by, and shall serve at the pleasure of, the Board.

   c. The Vestry shall approve the hiring and dismissal of the Head.

   d. The Head, within the policies of the Board, is charged by the Board with the general responsibility and authority for all phases of the School's operation as may be prescribed from time to time by the Board. Among the Head's specific duties are the following: supervision and general management of the academic, administrative, and business operations of the School; directing and prescribing the course of study and discipline to be observed therein; employing and

discharging members of the faculty and staff, prescribing their duties, salary, and terms of office; admitting, disciplining, and dismissing students, preparing and submitting to the Board of Trustees, annually, a proposed budget for the operation of the School for the next succeeding fiscal year and promoting and leading fundraiser endeavors.

e. The Head shall be an ex-officio, non-voting member of the Board of Trustees and of all special and standing committees.

f. The Finance Committee shall, in conjunction with the Head of School, prepare a detailed budget for the succeeding fiscal year to be presented to the Board on or before its regular September meeting for Board of Trustee approval.

2. Defendant, St. Luke's Episcopal School (hereinafter known as "School"), is and was at all times material herein, a private preparatory school organized and licensed under the laws of the State of Alabama, qualified to provide education in the State of Alabama, operating in Mobile County, Alabama.

3. Defendant, St. Luke's Episcopal Church (hereinafter known as "Church"), is and was at all times material herein a Church operating as a non-profit religious organization conducting services in Mobile County, Alabama. Defendant St. Luke's Episcopal Church is the owner and operator of St. Luke's Episcopal School on the lower (Japonica) Campus and on the University Campus; which is an organization that operates in Mobile County, Alabama is well versed in the beliefs, and policies of the Episcopal Church in relation to all members of the church and school and was informed of the discord of the Board of Trustees in acting outside the beliefs, teachings and policies of the Episcopal Church.

4. Defendant, St. Luke's Episcopal School Board of Trustees (hereinafter known as "Board of Trustees"), is and was at all times material herein, a governing body charged with overseeing the functions, educational standard, and reputation of the School, an organization operating in Mobile County, Alabama.

5. Defendant, St. Luke's Episcopal Church Vestry (hereinafter known as "Vestry"), is and

DOCUMENT 70

was at all times material herein a group of officers within St. Luke's Episcopal Church, whose main responsibilities are to help define and articulate the mission of the Episcopal Church; to support the church's mission by word and deed, to select the rector, to ensure effective organization and planning, and to manage resources and finances of St. Luke's Episcopal Church, and oversees the functions, educational standard, and reputation of St. Luke's Episcopal School, while maintaining a voting interest in the School, the Vestry by extension of St. Luke's Episcopal Church, a non-profit organization operating in Mobile County, Alabama.

6.   Defendant, Rt. Rev. Russell Kendrick, Bishop, is over the age of nineteen (19) years and was at all times material herein, Bishop of St. Luke's Episcopal Church and is a non-voting member of the Board of Trustees for St Luke's Episcopal School, a private preparatory school organized and licensed under the laws of the State of Alabama, qualified to provide education in the State of Alabama, operating in Mobile County, Alabama.

7.   Defendant, Rev. Jamie McElroy is over the age of nineteen (19) years and was at all times herein, the Rector and Lead Pastor of St. Luke's Episcopal Church, while also a sitting voting member of the St. Luke's Episcopal School Board of Trustees, an organization that operates in Mobile County, Alabama. Rev. Jamie McElroy also serves as the Rector and is in the administrative circle for the Church and School. Rev. Jamie McElroy is well versed in the beliefs, and policies of the Episcopal Church in relation to all members of the Church and School and regularly met and counseled with the Board of Trustees Members and the Plaintiff related to the inclusion of all students regardless of race, age, gender, sexual orientation, sexual identity, religion, and socio-demographic status in the community.

8.   Defendant, Brian Knotts is over the age of nineteen (19) years and was at all times herein, Chairman of the Board of Trustees at the St. Luke's Episcopal School, an organization operating in Mobile County, Alabama. As Chairman of the Board of Trustees, the Chair shall be the executive officer of the Board, shall preside at all meetings of the Board and

DOCUMENT 70

the Executive Committee at which he/she is present, and is a member of all special and
standing committees. Subject to the control of the Board, the Chair shall have general
supervision, direction and control of the business and the officers of the Board and the
Head of the School, and shall have such other powers and duties as shall be prescribed by
the Board or these Bylaws. The Board Chair shall also be responsible for implementing
and supervising annual evaluations of the Head of School.Defendant Knotts did not
engage in any communications or evaluations of the Plaintiff in which the Plaintiff would
be informed of any reason to place on administrative leave and/or to terminate the
Plaintiff. Defendant Knotts served on both the facilities committee and the finance
committees.

9.    Defendant, Tara Lockett, identified herself as the attorney for the Board of Trustees and
Vice Chair of the Board of Trustees, is over the age of nineteen (19) years and was at all
times herein, Vice Chairman of the Board of Trustees at the St. Luke's Episcopal school,
and also served as Legal Counsel acting on behalf St. Luke's Episcopal School and Board
of Trustees, an educational organization owned by St.Luke's Episcopal Church which
operated in Mobile County, Alabama. Pursuant to Section 3.8 of the Board of Trustees
Policies, the Vice Chair in the event of the absence or disability of the Chair, the Vice
Chair shall perform all the duties of the Chair, and when so acting shall have all the
powers of, and be subject to all the restrictions on the Chair. The Vice Chair shall have
such other powers and perform such other duties as may from time to time be prescribed
by the Board or these Bylaws. Defendant Tara Lockett, Vice Chair of the Board acting as
both a voting member of the Board and acting as the attorney for the Board at all times
during the conduct alleged in this complaint, Defendant Tara Lockett participated in a
dual role, in which she participated in the voting process for the committees of the Board
of Trustees as well as the vote to terminate the Plaintiff in this case. At all times during
the activities that are the basis of this Complaint, this Defendant, knowingly engaged in
representation of the Board of Trustees, an organization that included the Plaintiff. As the
legal representative for the Board of Trustees, the Defendant had previously provided
legal advice to the Plaintiff related to other matters involving the School and Board of

DOCUMENT 70

Trustees, as well as actions to terminate faculty members for violating policies and/or procedures.

10.    Defendant(s), Jake Baker, Windy Bitzer, Elizabeth Boone, Mitch Crampton, Dani Moore, Kim Dolbear, Shane Hale, Terry Holt, Amber Martenstein, Elizabeth Palmer-Hill, Jaye B. Patterson, David Poole, Roy Price, Robin Roberts, Lloyd Roebuck, Jim Rossler, Brian Trammell, and Bob Will are all over the age of nineteen (19) years and were at all times herein sitting members of the Board of Trustees of St. Luke's Episcopal School and School Board, an organization operating in Mobile County, Alabama and participated in the voting process for the committees of the Board. These Defendants were provided information from Defendants Knotts and Lockett related to the termination vote of the Plaintiff in this case resulting in the Defendants voting to terminate the Plaintiff.

11.    Defendant(s) Brian Trammell, Jake Baker, Kim Dolbear, Fran Garrett, Brian Knotts, Dani Moore, Jaye B Patterson, Robin Roberts, Lloyd Roebuck and Michelle Bentley served are all over the age of nineteen (19) years and were at all times herein sitting members of the Board of Trustees of St. Luke's Episcopal School Board, and served as members of the Finance Committee. Members of the Board at St Luke's School served in an administrative voting capacity for the organization and operating in Mobile County, Alabama. Each of the Board members identified herein participated in the voting process for the committees of the Board and also voted to terminate the Plaintiff in this case. As members of the Finance Committee of the Board of Trustees, during the Plaintiff's contractual term as Head of School, each was present at meetings for budget discussions, participated in the budget process and voted to pass the budget presented by Plaintiff in this case. As members of the Finance Committee of the Board of Trustees each had information presented related to the costs of repairs, renovations, replacement and removal the old, non-functional fire alarm system, leaking roofs, damaged buildings from years of neglect, and mold in the buildings and HVAC systems of the lower (Japonica) campus. These Defendants were aware the conditions were hazardous to the health of the students and faculty of the lower (Japonica) campus site and did not allocate funds or financial plans to correct these issues, but did however participate in the budget

DOCUMENT 70

preparation and process of finalizing the School budget. These Board members also voted to pass the budget and later voted to terminate the Plaintiff without providing any notice to the Plaintiff of any cause.

12. Defendants Roy Price, Mitch Cumpton, Windy Bitzer, Elizabeth Boone, Terry Hold, Kim Dolbear, Brian Knotts and Michelle Bentley served on the Facilities Committee of the Board of Trustees during Plaintiff's contractual term as Head of School. As members of the facilities committee of the Board, each of these Defendants had information presented to them related to the costs of repairs, renovations, replacement and removal the old non-working fire alarm system, leaking roofs, damaged buildings from years of neglect, the mold in the buildings and HVAC system on the lower (Japonica) campus. At all times relevant to these claims, these Defendants were aware the conditions were hazardous to the health of the students and faculty of the lower (Japonica) campus and also received a written report of the nature and type of mold identified in the closets and HVAC system from a concerned faculty member and her spouse. This Committee failed to take any action related to the mold and health issues other than to require the areas be painted over to be less visible. This Committee failed to notify parents of the hazardous health and safety conditions located on the lower (Japonica) campus. The Members of this Committed were informed of the report related to the mold located in multiple places including the HVAC system on the Lower Campus. The notice of the hazardous mold was provided in written form through email and text to specific members of the Board of Trustees, however, no response related to the report by the concerned faculty member and her spouse was provided. This committee is a part of the Board.

   a. The Defendant members of the Facilities Committee did obtain lights for the football field, did obtain risers for the football field, did secure a new sound system for the football field and did obtain a new extended bus for athletic travel for events, they also did secure the services of someone to serve as a CDL driver for said bus. Yet, none of the health and safety issues on the lower (Japonica) campus related to the inoperable fire alarm system, mold, leaking roofs and dilapidated building structures were addressed.

DOCUMENT 70

   b.  Defendants on the Facilities Committee and the Finance Committee did not
       request to allocate funds or request financial plans to correct these safety and
       hazardous health issues.

   c.  This Committee participated in the budget vote for the school; and

   d.  The Plaintiff notified this committee of the safety and health issues on the lower
       campus and offered suggestions to eliminate these risks by moving the children to
       the upper school campus on University Blvd.

   e.  This Committee later voted to terminate the Plaintiff without providing any notice
       to the Plaintiff of any cause.

13.  Defendant Shane Hale, an acting and voting member of the Board of Trustees during the
     tenure of the Plaintiff as head of school, was also a real estate agent and was suggested by
     the Board Chair at that time, Defendant Jim Rossler, to work with the Plaintiff at the time
     he arrived in Mobile to purchase a home. This Defendant located a home for the Plaintiff
     that was purchased by the Plaintiff, and the Defendant made a substantial commission
     from the purchase. This Defendant had knowledge of the health and safety issues on the
     lower (Japonica) school campus. This Defendant was also a voting member of the Board
     of Trustees that later voted to terminate the Plaintiff without any notice or identification
     of cause. Later this Defendant served as the real estate agent that sold Plaintiff's home.
     This Defendant Shane Hale had a financial interest in the termination of the Plaintiff.
     Defendant Hale made approximately $25,000 from the commission on the sale of the
     Plaintiff's home following the wrongful termination of the Plaintiff.

14.  Defendants Michelle Bentley, Duncan Cassidy, Cathy Hayes, Suzy Banks, Brenda
     Langham, and Phillip Cummings are all over the age of nineteen (19) years and were at
     all times material herein, serving in an administrative role at St. Luke's Episcopal School,
     a private preparatory school organized and licensed under the laws of the State of
     Alabama, qualified to provide education in the State of Alabama, operating in Mobile
     County, Alabama. Defendant Michelle Bentley was at all times material herein, a voting
     member serving on the Finance and Facilities Committees of the Defendant Board of
     Trustees.

DOCUMENT 70

15.    Defendants Jack Baylor, Monica Cook, Chance Cooper, Mike Dossett, Fran Garrett,
Holly Gibney, Gloria Henighan, Ronnie Hardy, Karmen Holmes, Tom Irving, Christine
Jacobs, Ray Thompson, and David Poole are all over the age of nineteen (19) years and
were at all times material herein members of the St. Luke's Episcopal Church Vestry; a
group of officers within St. Luke's Episcopal Church, whose main responsibilities are to
help define and articulate the mission of the Episcopal Church; to support the Church's
mission by word and deed, to select the rector, to ensure effective organization and
planning, and to manage resources and finances of St. Luke's Episcopal Church, and
oversees the functions, educational standard, and reputation of St. Luke's Episcopal
School, while maintaining a voting interest in the School, the Vestry by extension of St.
Luke's Episcopal Church, a non-profit organization operating in Mobile County,
Alabama.

16.    Defendants, Fictitious Defendants A-F, are over the age of nineteen (19) years and were
at all times material herein, the persons or entities, whether singular or plural, who or
which caused or contributed to wrongful termination of the Plaintiff as set forth herein;
whether singular or plural who or which caused or contributed to the defamation of the
Plaintiff; whether singular or plural who or which caused or contributed to the the Breach
of Contract imposed on the Plaintiff. Plaintiff hereby adopts and incorporates by
reference the Fictitious Defendants in interest, described as A through F, fully and
completely as if set out herein. The identities of these Fictitious Defendants are unknown
to the Plaintiff or their identities as proper party Defendants are unknown, and whose true
names will be substituted by amendment when the aforesaid lacking knowledge is
ascertained.

17.    Venue is proper in Mobile County, Alabama because a substantial part or all of the events
and omissions giving rise to Plaintiff's claims occurred in Mobile County, Alabama.

**NATURE OF PROCEEDINGS**

18.    Plaintiff brings this legal action against all named Defendants under the

DOCUMENT 70

laws of the State of Alabama and under the equitable powers of the Courts in the State of
Alabama.

19.    Plaintiff's claims are timely. Plaintiff seeks contractual damages, compensatory damages,
punitive damages, declaratory and injunctive relief, employment benefits interest,
nominal and liquidated damages, damages for loss of employment, damages for
defamation including reputational harm, costs, attorneys' fees, and any and all such other
relief the trier of fact may assess.

## FACTS

20.    On or about November 22, 2019, Plaintiff signed an employment Contract with St.
Luke's Episcopal Church, Vestry, and St Luke's Episcopal School Board of Trustees
following a lengthy search process for the position of Head of School. In signing the
contract the parties put the terms of the agreement in writing. The Plaintiff was hired to
serve as Head of School (Head Master) under the supervision of the St. Luke's Episcopal
Church and School Board of Trustees, effective on July 1, 2020, and to continue until
June 30, 2025. The Defendants serving on the Board of Trustees and a party to the
contract, were tasked with the annual evaluation of the Plaintiff and the supervisory
implementation of the approved budget, ensuring compliance with the teachings of the
Episcopal Church, and the operation and maintenance of the school facilities as well as
maintaining the health and safety of the students and faculty attending school.

20.    In said Contract Agreement, the Defendants agreed that the Plaintiff would receive an
annual salary of $200,000.00 for the 2020/2021 school years. The Defendants also agreed
that the Plaintiff was to receive a 2% increase in salary each year, or increase equal to the
average percentage increase provided generally to the faculty for the same school year,
whichever is higher.

21.    The Defendants also agreed in the employment Contract that the school shall pay the
premium for family health insurance coverage not to exceed $1,540.00 per month during

DOCUMENT 70

any year of employment for an annual fee of ($18,480) eighteen thousand four hundred eighty dollars.

22. The Defendants agreed under the Plaintiff's written Employment Contract that Plaintiff's natural or adopted children, who are members of the Plaintiff's household with principal residence in the Plaintiff's household, who are accepted and attend the school, shall receive (100%) tuition remission for each year they attend the school during the terms of the Agreement.

23. The Plaintiff's employment contract also stated that the Defendant school would reimburse the Plaintiff for life insurance premiums not to exceed $350.00 per quarter, for an annual fee of ($1400) fourteen hundred dollars. The Defendants breached this agreement.

24. The Plaintiff's employment contract stated that the Defendant school and Board of Trustees would pay the Plaintiff's monthly membership dues up to $450.00 per month at a club of Plaintiff's choice; for an annual fee of ($5400) five thousand four hundred dollars. The Defendants Breached this agreement.

25. The Plaintiff's employment contract stated that the Plaintiff, Employee may participate in the School's retirement plan in accordance with the terms, conditions, and requirements of the plan and the Defendants would provide a percentage match to the plan. The Defendants breached this agreement with the Plaintiff at the time of wrongful termination of the Plaintiff.

26. The Plaintiff's employment contract also stated that the school would pay Plaintiff $15,000.00 in relocation expenses for which the Defendants breached and did not assist in the relocation of the Plaintiff following wrongful termination.

27. During Plaintiff's time as Head of School, Plaintiff officially stated to members of the Executive Committee, the Finance Committee, the Facilities Committee, the Rector, the School Board, and the complete Board of Trustees in scheduled board meetings, that

DOCUMENT 70

many of the financial, ethical, and establishment rules and/or policies of the school, were
not consistent with the teachings of the Episcopal Church, were not consistent with the
advertisement and inducements contained there-in to which the Plaintiff applied for the
Head of School position. Further, some unwritten expectations were unenforceable and
were not listed in the handbook provided to parents and students for the year.

28.    During Plaintiff's time as Head of School, Plaintiff officially stated to members of the
Executive Committee, the Finance Committee, the Facilities Committee, the Rector, the
School Board, and the complete Board of Trustees in scheduled board meetings, that
many of the financial, ethical, and establishment rules and/or policies of the school were
not consistent with the safety and health codes of the City of Mobile, County of Mobile
or the State of Alabama.The Plaintiff asserted that the state of the facilities on the lower
(Japonica) campus, were a cause for health and safety concerns for the children and
faculty working and attending classes on said campus. Plaintiff felt these issues needed to
be addressed prior to someone being injured or having a significant health issue as a
result of non-functional fire alarm system, the absence of sprinklers, the leaking roofs,
and the mold circulating in the classrooms and HVAC system. However, these issues
were not not addressed by the Board of Trustees, the School or Church. Plaintiff asserted
that these issues were inconsistent with the expectations of a safe and healthy
environment for the students enrolled in the school daycare, or the parents who were
contractually obligated to pay tuition to an institution that was neglecting the health and
safety of its students. Further, some of these issues were also listed in the handbook
provided to parents and students for the year indicating that the school did provide a
healthy and safe facility for the children in attendance.

29.    The Defendants attempted to enforce unwritten rules and/or policies that were in
violation of, or inconsistent with the teachings of the Episcopal Church. Plaintiff voiced
concerns regarding these issues and further voiced many health and safety concerns
within the school that affected the children and school community. In addition, the Board
of Trustee Members including Defendant Brian Knotts, were aware of many other issues

DOCUMENT 70

such as problems with the Alabama High School Athletic Association and students enrolled in the School Athletic programs.

30. The Defendants required a computer program implemented within the school to be installed on all devices of students which resulted in the School NETREF program taking over the camera of these devices without parental consent and without informing parents and students of the capabilities of the program.

31. The Defendants had adverse reactions to the Plaintiff implementing and encouraging the teachings and general inclusion of any/all groups consistent with the teachings of the Episcopal Church. In such, that all minorities were welcomed and encouraged to enroll in the school and participate in its activities. The Defendants displayed open discrimination toward minorities attending the school including statements made by Board of Trustee members that the Plaintiff encouraged the "wrong kind" of minorities to enroll in the school.

32. Plaintiff created the position of Director of Program Operations for the purpose of making sure that there was someone at the administrative level who was focused on the safety, security, maintenance, and repair of the various issues within the facility that Plaintiff asserts, had been neglected by the Board of Trustees for years.

33. Plaintiff made statements and voiced concerns as asserted in paragraph 27-32 hereinabove, to and in the presence of, members of the Facilities Committee, including Roy Price, Mitch Crumpton, Windy Bitzer, Elizabeth Boone, Terry Hold, Kim Dolbear, Brian Knotts and Michelle Bentley and to the other Defendants in executive board meetings of the Board of Trustees, in School Board meetings, and to the Rector, Defendant Jamie McElroy.

34. Plaintiff voiced concerns to the Board of Trustees, and in particular the Facilities Committee members on more than one occasion related to serious safety issues that

DOCUMENT 70

included the absence of a functional Fire Safety System on the lower (Japonica) campus.
The current Fire Safety system is not in working order and in further testing, the system
has failed to function properly and alert faculty and students of impending smoke and fire
hazards for years.

35.    The cost to replace the Fire Safety System on the lower (Japonica) campus was estimated
to be upwards of $150,000. The Board of Trustee members were aware of the cost and
the severity of the issues at the lower (Japonica) campus.

36.    The Board of Trustees did not approve replacement or repair of the Fire Safety System
and failed to notify the Mobile Fire Marshall of the failure of the Fire Safety System at
that location.

37.    Plaintiff informed the facilities committee of the Board of Trustees about mold in the
classrooms, closets and HVAC system on the lower (Japonica) campus of St. Luke's
Episcopal School.

38.    Plaintiff informed the Board of Trustees' members along with the Facilities Committee of
the need to address the leaking roofs and the need to address moisture problems that such
leaks created at the lower (Japonica) campus of St. Luke's Episcopal School.

39.    The Defendants, members of the Facilities Committee of the Board of Trustees
consistently deferred the repairs and replacement of the fire safety system due to
significant costs.

40.    Defendants on the Facilities Committee of the Board of Trustees consistently deferred the
removal and repairs necessary to eradicate the mold problems on the lower (Japonica)
Campus and knowingly allowed the health and safety of the children and faculty to
remain at issue.

41.    The Defendants on the Facilities Committee of the Board of Trustees and the full board

DOCUMENT 70

of trustees avoided testing of the mold to determine what varieties of mold were present in the closets, classrooms, and HVAC system of the lower (Japonica) campus of the school based on costs associated with addressing any specific types of mold (as in black mold) that were found and identified to exist. Pursuant to Board policy the Facilities Committee shall be responsible for reviewing and performing an annual inspection of school facilities, prioritizing and making recommendations for maintenance and/or improvements to the school's physical plant. Any capital improvement not necessary to the day to day operations of the school must be approved by the Finance Committee, subject to Board approval. Any maintenance item outside those that are ordinary and customary shall be reported to the Finance Chair and Treasurer.

42.    Plaintiff expressed ongoing concerns about Murray Hall and Carpenter Hall on the lower (Japonica) Campus which required substantial repairs and renovations, however the Defendants and Facilities Committee members of the Board of Trustees ignored the requests for the funds to assess and make the necessary repairs to these buildings which young children and early education students were assigned.

43.    Plaintiff made statements and voiced concerns about the financial needs of the school as asserted in paragraphs 27-42 hereinabove, to and in the presence of members of the Facilities Committee, to the other Board of Trustee Defendants in finance and executive meetings and in regular Board of Trustee meetings. At all times related to these claims the Defendants were voting members of the Board of Trustees and had a fiduciary duty to provide for the health and safety of the children on both the upper and lower campus of the School.

44.    Plaintiff's voiced concerns and identified issues regarding the Board of Trustees' lack of compliance with the Board of Trustees' own policy were never acted on by the Defendants. In addition to the health and safety issues as well as increasing minority enrollment, nother issues included Board of Trustee members' spouses working within St. Luke's Episcopal School while also receiving a tuition break. Defendant Mitch Crumpton, Board of Trustee member and member of the Facilities Committee, has

DOCUMENT 70

experienced financial gain from his position in that his spouse works for the school
allowing the family to received a significant tuition break; while the School facilities
safety and security issues exposed the students on the lower (Japonica) campus to leaky
roofs, mold, and the absence of any functional fire safety alarm system.

45.     Defendant Michelle Bentley, a Finance Committee and Facilities Committee Board
member, also has a spouse employed by the school. Although her husband was initially
employed through another employer under contract to serve as the athletic trainer; he was
later employed as a teacher at the School as approved by the Board of Trustees.
Therefore, like Mitch Crumpton, who had student athletes at the school; Michelle Bentley
also had a student athlete.

46.     Defendants Michelle Bentley and Mitch Cumpton along with Terry Holt, Jim Rossler,
Brian Knotts, and Elizabeth Boone, who all served on the Facilities Committee all had
student athletes enrolled and competed in the athletic programs at the school. Each
Defendant had a vested interest in Alabama High School Athletic Compliance yet the
main focus in the Facilities Committee of the Board of Trustees focused on athletic
facilities rather than the facilities that affected the health and safety of the lower
(Japonica) campus students not involved in middle and high school athletics.

47.     The Defendants on the Facilities Committee of the Board of Trustees were not the only
Board of Trustees' members with children involved in athletics at St. Luke's Episcopal
School. In addition, some members of the Facilities Committee also served on the
Finance Committee. Defendant Brian Knotts and Michelle Bentley served on both the
Finance and Facilities Committees and Defendant Jaye Patterson, Fran Garrett, Jake
Baker, Robin Roberts, and Kim Dolbear also served on committees and were parents to
student athletes enrolled and competing at St. Luke's Episcopal School

48.     The Board of Trustees select and choose replacements for open seats on the Board of

DOCUMENT 70

Trustees, therefore the financial benefits conveyed to Defendant Mitch Cumpton and his family, as well as the financial benefits conveyed to Defendant Michelle Bentley and her family, were not transparent nor were they scrutinized.

49.   Plaintiff asserts this type of favorable treatment to only a few chosen, select students is a discriminatory act against the rest of the students enrolled in the school that are not. The few chosen, select friends of the Board of Trustees and do not receive large amounts of financial assistance or support.

50.   Plaintiff asserts that this discriminatory practice continues today, and the acting Head of School, Suzy Banks is aware of the discriminatory practice and has continued to accept this practice without question to the Board of Trustees; despite there being no written guidelines for the implementation of this Board of Trustee habit. Defendant Suzy Banks has met with the parents of some students and has openly discussed her knowledge of said financial discriminatory practices but has made no effort to change them.

51.   Plaintiff made statements and voiced concerns as asserted in paragraphs 27-50 hereinabove, to and in the presence of members of the Board of Trustees Executive Committee, Finance Committee, Facilities Committee, and to other Defendants in Board of Trustee meetings.

52.   Plaintiff raised the issue of a substantial violation of Board of Trustee policy related to the employment of Board of Trustees members' spouses to the Defendants on the Executive Committee, but the Defendants never permitted this issue to be addressed with the full Board of Trustees at a board meeting.

53.   Plaintiff identified concerns relating to the overall safety and security of the school as well as other financial and budget issues including the Board of Trustees granting long term financial assistance to families of athletes and friends of Board of Trustee members in perpetuity (which still continues today) without any policy or procedure for such financial exceptions to school fees, tuition, and expenses, affecting the overall

DOCUMENT 70

financial well-being of the School.

54. Plaintiff asserted to Defendants that the granting of long term financial assistance to family members of talented athletes, as well as the granting of financial assistance, the consented exceptions to enforcing contractual agreements, along with the granting of financial assistance to friends of Board of Trustee members without any type of objective requirements, was financially detrimental to the School and its future.

55. Plaintiff asserted to Defendants and Board of Trustees that continuing these frivolous financial actions require other students to pay elevated tuition to cover said financial assistance and scholarships given to families of athletes and friends of Board of Trustees members.

56. The use of terminology by the Board of Trustees to include conveyance of financial assistance to siblings of athletes rather than scholarship awards to athletes, may violate state rules for participation under the Alabama High School Athletic Association.

57. Since the wrongful termination of the Plaintiff, these unscrutinized financial assistance practices of the Board of Trustees, the acting Head of School, and the Administration Department continues and has resulted in an $800 per student tuition increase for the 2023 school year.

58. Plaintiff made statements and voiced concerns as asserted in paragraph 27-57 hereinabove, to and in the presence of members of the Finance Committee, and to other Defendants in executive meetings of the School Board, and in regular Board of Trustee meetings about his concerns regarding practices by the Board of Trustees that may be violations of the accreditation standards of SAIS accrediting body for the 2024 accreditation renewal.

59. Plaintiff made statements and voiced concerns related to safety, health, and well being of

DOCUMENT 70

the students. Plaintiff also asserted concerns related to finances, facilities, athletics, tuition, as well as the qualifications of faculty and staff. Within discussions with the Board of Trustees regarding the issues of the school budget, Plaintiff proposed plans to be implemented to address the facilities safety issues providing a long term solution to the problem. The plan proposed by the Plaintiff included an agreement between the Vestry, Church and the School, to consolidate all grades on the upper (University) campus, and allow all students from the lower (Japonica) campus be moved to the University Campus until the issues at the lower (Japonica) campus were repaired and resolved. This proposal was presented to the Defendants Board of Trustees by the Plaintiff.

60.    The Plaintiff's plan to relocate the children from the lower (Japonica) campus to the upper (University) campus to allow the Board and Church to rectify the health and safety concerns for the children on the lower (Japonica) campus included both suggestions and drawings outlining practical ways to remove the students from the lower (Japonica) campus and protect them from further health and safety risks associated with the issues on the lower (Japonica) campus and afford the School an opportunity for further development, and make needed repairs and renovations to structures on the lower (Japonica) campus.

61.    The Plaintiff presented his plan for the consolidation at a meeting with the Board of Trustees. After the presentation, Defendant and Board of Trustees member Terry Holt angrily declared that the idea was "stupid," however, Defendant Terry Holt offered no proposal or suggestion for any other immediate and long term alternatives to the issues with the lower (Japonica) campus and showed no interested in hearing from any other members of the Board of Trustees on said issue.

62.    Defendants and members of the Board of Trustees followed the statements of Defendant Terry Holt, and refused to discuss the Plaintiff's plan to consolidate the upper (University) campus and the lower (Japonica) campus, although allowing the students to continue attending classes on the lower (Japonica) campus posed vast health and safety risks to young children.

DOCUMENT 70

63. Plaintiff, in fulfilling his duties as Head of School, worked with the Defendants on the
Finance Committee to prepare and presented the school budget to the Board of Trustees
Defendants.

64. Pursuant to Board of Trustee Policy, the Finance Committee shall, in conjunction with the
Head of school, prepare a detailed budget for the succeeding fiscal year to be presented to
the Board on or before its regular September meeting for Board approval.
The Board of Trustees passed the proposed budget by the Finance Committee of the
Board for the school year 2021-2022, 2022-2023 under the tenure of the Plaintiff.

65. The Defendants Board of Trustees, after passing the budget, used the school's financial
needs for repairs, renovations, replacement and safety that were never approved by the
Board of Trustees after the budget was presented by the finance committee and the
Plaintiff; to complain and blame the Plaintiff for the budget constraints, the safety issues
and the financial problems of the school.

66. The Defendant Board of Trustees had prior detailed knowledge of budget needs and
facility infrastructure needs, and the matters for which they complained were not
permitted to be considered by the entire Board for inclusion in the Budget.

67. The Defendants Board of Trustees' policy indicates that the governing body of the School
shall be the Board of Trustees (the "Board") with primary responsibilities to determine
the character of the school, establish policy, assure the school's financial stability, and to
effectively ensure that the Head of School implements the policies it establishes.

68. All properties of St Luke's Episcopal School are held in the name of the Episcopal
The Diocese of the Central Gulf Coast, and the Vestry of St. Luke's Episcopal Church
(the "Vestry"), acting for the Church, exercises immediate control over them.

69. The Defendants, Board of Trustees includes a member of the Vestry as a voting board
member and periodically, the Board will report its activities to the Vestry.

DOCUMENT 70

70. The Defendants' Board Policies indicate that the Board of Trustees shall consist of twenty-one (21) voting members, at least one-third of whom shall be active members in good standing in a parish of the Diocese of the Central Gulf Coast, and shall be composed as follows:

[i] Two [2] members who shall be appointed by the Vestry ["Vestry representatives"];

[ii] Eighteen [18] members-at-large, ("at-large representatives" J; and

[iii]The Rector of the Church.

In addition to the foregoing, the Head of School shall serve a non-voting member of the Board.

71. In addition, the Bishop of the Episcopal Diocese of the Central Gulf Coast serves as an ex-officio member of the Board. Further, former Board Chairs in good standing may also serve as non-voting, ex-officio members of the Board upon invitation from theExecutive Committee.

72. The Defendants, Board of Trustees failed to follow any policy or procedure to address the need for repairs, renovations, replacements, and safety issues; but falsely asserted the Plaintiff forced the board members to approve a budget that the school financially could not meet.

73. The Defendants, St. Luke's School Board members, Jake Baker, Windy Bitzer, Elizabeth Boone, Mitch Cumpton, Dani Moore, Kim Dolbear, Shane Hale, Terry Holt, Amber Martenstein, Elizabeth Palmer-Hill, Jaye B. Patterson, David Poole, Roy Price, Robin Roberts, Lloyd Roebuck, Jim Rossler (non-voting member), Brian Trammell, Bob Will, Tara Lockett and Jamie McElroy voted to pass the Budget. The Plaintiff was a non-voting member of the Board.

74. Plaintiff made statements and voiced concerns to the Defendant Board of Trustees about the manner in which specific faculty members bullied and harassed students based on

DOCUMENT 70

sexual orientation, gender, race and religious beliefs that were inconsistent with the
principal teachings of the Episcopal Church for which the Board of Trustees served.

75.     Defendants made verbal statements outside of board meetings to faculty members and
        school family members and during board meetings that the Plaintiff was seeking to bring
        too many of those minorities to the school.

76.     Plaintiff voiced concerns about the finances of the school and the discounts in tuition to
        the parents of school board members who had spouses that worked at the St. Luke's
        school in violation of board policy, and athletes and their siblings, as well as friends of
        board of trustee members that discriminate against minority student applicants that did
        not participate in athletics.

77.     Plaintiff voiced concerns that athletics was not the focus under the mission of the school,
        yet Board of Trustee members ignored the mission of the school.

78.     The Mission of St Luke's Episcopal School is as follows:
        St. Luke's Episcopal School (the "School") is an institution sponsored by St. Luke's
        Episcopal Church of Mobile, Alabama (the "Church") and is an integral part of the
        Church. The mission and philosophy of the School are as follows and the same may be
        amended from time to time as herein elsewhere provided for amendment of these Bylaws.
        The purpose of the School is to provide a sound preparation for higher education and the
        rest of life by providing quality mental and spiritual training. Regular worship
        experiences, extracurricular activities, and a desirable atmosphere with emphasis on such
        traits as honesty, courage, reverence, self-discipline, and service to others combine to
        provide an environment encouraging the growth of the whole person. Learning is a
        lifetime process. Growth in learning is unique to each child. Children learn through a
        variety of instructional methods and through the modeling of the behaviors of those who
        are important to them. They must learn to view both success and disappointment as
        opportunities for growth rather than as measures of their worth.

DOCUMENT 70

The unique role of the School is to prepare students in the context of a Christian community of love and concern to achieve academically, to develop moral values, and to interact in a socially acceptable manner. The School has a responsibility to this community to provide properly trained and experienced teachers and staff who demonstrate genuine love and respect for children and who are flexible in using a variety of materials and methods in meeting the individual needs of those children. The specific objectives of the School are to provide a program and an atmosphere in which a student may develop the following:

-an interest in learning;-

-a positive self-concept and a desire to perform to the best of his or her ability; -

-the academic and spiritual training needed for further education;

-high ethical values; and -

-the ideals of physical fitness and sportsmanship.

79.  Plaintiff voiced concerns over NETREF, a computer program that the School Board approved and required the students to install on all devices that were to be used by the students in the school setting. The program could access the student's camera on any device, at any time, and take photos. The Program violated FERPA by allowing a third-party access to students' grades and records within the school setting.

80.  The Plaintiff voiced concerns that the Defendants put the NETREF Program in place without presenting the program to parents, and the School required the program to be installed on technology devices (ipads, phones, laptops, and other computers) that were not school property and belonged to the students and/or their parents.

81.  The Defendants failed to communicate to Parents regarding the NETREF program, and the parents of students were not presented with any releases. The NETREF program invaded the privacy of the students and collected screen shots and data from the student's devices while in use.

82.  The NETREF program created privacy issues for students and parents of St Luke's

DOCUMENT 70

Episcopal School families, by allowing the NETREF program to access the cameras of the devices in the possession of the students, while they were working from home on projects and course work in their bedrooms, or working from a table in their homes.

83. The NETREF program could also record and track financial information if on a screen at the time the camera was activated by the NETREF Program.

84. The Plaintiff voiced concerns about the NETREF programs ability to capture and potentially capture students who may have been making online purchases through amazon etc., and were unknowingly allowing the data and information collected by the program to be stored for the use of the school. This information was not provided to the parents, and no security information was disclosed to the parents related to their children enrolled as students of the School. Ultimately, the program and contract were to be canceled and removed from all devices in the school.

85. The data and information collected from the program, which was property of the parents and students of the school, was not disclosed. The Defendants Board of Trustees, including Defendant Brian Knotts, were fully aware of the issues with NETREF, made unilateral decisions about property that did not belong to the school and did not consult parents or even inform parents of the issues related to privacy violations and/or FERPA violations related to this particular program and software.

86. The Defendants Board of Trustee members failure to notify parents of implementation of the program and the unilateral decision to require students to install the programs, circumvented the parents entirely in this particular aspect of the educational process.

87. The Plaintiff explained to the Board of Trustees that the NETREF program allowed the school to obtain any information related to any type of search history, credit card, and bank information.

88. The Plaintiff also informed the Board of Trustees that the failure to notify parents and

DOCUMENT 70

obtain consent on devices that the school did not own, then to potentially collect
permanent information from the computers by activation of the camera for screenshots,
violates the Schools authority to search student computers improperly.

89. The Plaintiff asserted to the Board of Trustees that the schools ability to access
screenshots of the devices and monitor the activity of the students at times outside the
schools purview and without parent consent was wrong.

90. The Plaintiff requested the parents have access to the data that had been collected on their
respective children, however, the release of that information was not provided to the
parents nor authorized to be provided by the Board of Trustees.

91. Plaintiff voiced concerns to the Defendants, Board of Trustees members, about the lack
of communication between the School Board, parents and students numerous
times over the course of his tenure as head of school.

92. The Defendants, Board of Trustees members, covered up and repeatedly failed to report
infractions related to student athletes participation, financial distributions, and financial
assistance.

93. The Defendant Board of Trustees members having children participating in athletics at
the School, had a vested interest in not reporting the infractions and continuing to permit
violations of the rules to enable the School to obtain success in athletics to the benefit of
their own student athletes.

94. The Defendant Board members failed to disclose improper conduct known to them
related to improper application of financial aid to members of student athlete families and
relocation of student athletes after being initially approved by the AHSAA.

95. Defendants, Members of the Board of Trustees, including Defendants Tara Lockett and
Brian Knotts conducted and attended a clandestine meeting following the wrongful

DOCUMENT 70

termination of the Plaintiff in an effort to collect information related to the violations of AHSAA policy for student athletes.

96. Defendants Tara Lockett and Brian Knotts were in attendance in the meeting described in paragraph 95 and were aware of potential AHSAA financial assistance and eligibility violations and failed to self-report the violations to the AHSAA.

97. Defendants Tara Lockett and Brian Knotts deliberately and in spite of their obligation to comply with AHSAA rules and requirements to self-report violation incidents, concealed the violations or failed to report the infractions.

98. Defendants Tara Lockett and Brian Knotts conducted a clandestine meeting including Board Members Michelle Bentley, acting Head of School, Suzy Banks, Athletic Director, Meredith Donald, and other administrators and faculty members, attempting to identify reasons to assert that any such conduct was attributed to the Plaintiff, in order to assert he was terminated for cause.

99. Plaintiff was not present in this meeting and the meeting was conducted after he was wrongfully terminated by the Board of Trustees.

100. Plaintiff terminated a faculty member based on the statements of eye witnesses including students present in the classroom when a faculty member made inappropriate and discriminatory statements inconsistent with the teachings of the Episcopal Church that were publicly propounded to a student in the class. The conduct included discriminatory statements by a faculty member that were directed at the student's gender, sexual orientation, and were isolating and harmful to the student and in addition, violated the rights of the student to be safe from physical and verbal harm in the school's educational setting.

101. Plaintiff and administrative team member Doug Estle, complied with the student handbook in relation to the high school prom and dress code for the school during the

prom, Plaintiff and the administrative team member Doug Estle also complied with the students' personal grooming rules and student dress code modifications that were made by the School Board.

102.   Defendants Board of Trustees school policy modifications to dress code were made by the School board during Plaintiff's tenure as head of school

103    Defendants Board of Trustees members, attempted mid-year to create new rules and demand enforcement of a different set of school rules and dress code policies that were not published to students and families. The Plaintiff voiced his concerns and objections to the implementation of rules and policies that students and families were not given notice about.

104.   Following the 2022 St.Luke's Episcopal high school prom, Defendants and members of the Board of Trustees made complaints that were brought to the attention of the administrative team attending the Prom and enforcing the code of conduct and the written policies of the Defendant School. Defendant Board Members made statements including that the Plaintiff was permitting too many of the"wrong kind of minorities" to be enrolled at St Luke's Episcopal School. These statements by Defendant Board Members were discriminatory in nature and not consistent with the teachings of the Episcopal Church and violated the same policies that were asserted by the Plaintiff to the Defendant and Rector Jamie McElroy and Board of Trustee members at earlier meetings . At all times herein, St Luke's is an Episcopal School owned by St. Luke's Episcopal Church.

105.   ARTICLE NINE of the Board of Trustees Policies at St. Luke's Episcopal School asserts a NON-DISCRIMINATION POLICY, stating, the School does not discriminate on the basis of race, color, religion, gender, or national/ethnic origin with regard to admissions procedures, scholarship and loan programs, or in any of the athletic or other school administered curricular programs. The School does not discriminate on the basis of race, color, religion, gender, disability, national/ethnic origin, or age in any of its policies or administration of those policies pertaining to hiring or employment practices. The

Defendants failed to comply with this policy.

106.  In compliance with the teachings of the Church and school Board of Trustee policies, the Plaintiff defended the rights of students to be safe in the school setting and to not be bullied, harassed, and discriminated against regardless of gender, ethnicity, sexual orientation and religious beliefs. Plaintiff defended "the kind of minorities" that Defendants and some members of the Board of Trustees asserted, were not welcome at the Episcopal School. The Plaintiff was wrongfully terminated based in part on this action.

107.  During Plaintiff's time as Head of School, Plaintiff officially made statements and voiced concerns to the Defendants about many financial, ethical, and policy violations as well as health and safety concerns. These concerns were voiced in the presence of members of the executive committee and to Defendants in executive meetings of the School Board, in School Board meetings and in meetings with the Board of Trustees.

108.  Plaintiff's statements to the Defendants related to the issues identified herein above included the existence of mold in the air ventilation system and ceilings of lower school campus classrooms associated with the K-2 and K-3 childcare programs. Plaintiff believed funds needed to be allocated to repair or replace the roof, ventilation systems, and building structures in order to comply with city, county, and state regulations.

109.  After receiving estimates related to the repairs and/or replacement of the lower campus Fire Safety System, the Defendants precluded further discussions about the water damaged lower campus classrooms and buildings where the existence of hazardous mold existed. The Defendants failed to make requested monetary allocations to correct the mold and hazardous materials issues.

110.  The Defendants continued to refuse to take action to remove and repair the ventilation system, leaking roofs, water damaged classrooms despite having been provided photos, mold reports, visual inspection of damages, and reports of the existence of the mold and

hazardous substances in the air ventilation system of the lower (Japonica) campus classrooms. The Defendants' failure to acknowledge and repair the issues impacted many vulnerable young children. St. Luke's Episcopal School demanded contractual payments from the parents of these children to provide for their safety and care, but made no effort to make the necessary repairs to ensure the children's well-being.

111. The Defendants had a duty to all students enrolled at the School, including the children of the Plaintiff, to ensure their safety and wellbeing by maintaining a working fire alarm system, to ensure that mold in the HVAC system was treated and removed properly, to repair leaking roofs and damaged buildings from years of neglect, and also to ensure the children of the Plaintiff and all other children attending St. Luke's Episcopal School in Mobile, Alabama were not placed in harm's way as a result of hazardous and harmful conditions at the lower (Japonica) Campus. In signing the contract with each of the parents that enrolled their children at the School, the School had a duty to each of these parents under the school parent student handbook. These Defendants breached the agreement with the parents of all students on the lower( Japonica) campus including the Plaintiff. The Defendants breached their contractual agreement with the Plaintiff as well as their contractual obligations to all parents and children of the School community

112. Plaintiff stated to Executive Committee members of the Board, other members of the Board of Trustees, and to Defendant Rev. Jamie McElroy, Rector, that he believed the School Board repeatedly violated Board policy related to recruitment and scholarships programs. Plaintiff voiced to Defendant McElroy that he felt the recruitment and scholarship program policies should be reviewed, especially in the case of athletes and in providing financial assistance in perpetuity to younger siblings of athletes in an effort to encourage an athletic member of the family to attend the School.

113. Plaintiff voiced concerns to the Board of Trustees that these discriminatory School Board policies to extend financial assistance and allowances may have been violations of Alabama High School Athletic Association Policies. Despite the concerns presented by the Plaintiff as the Headmaster, Defendants failed to take the concerns and

recommendations under advisement.

114. Defendants took no action on any issue identified hereinabove when presented by the Plaintiff. Defendant Bishop Russell Kendrick was aware of the issues with the Board and the inconsistent policies the Defendant Board of Trustees was attempting to implement and took no action.

115. Plaintiff asserted that there had been a mismanagement of funds allocated to the school as approved in the budget by the Board of Trustees for payment of the schools financial and academic obligations. Defendants were angered by this assertion.

116. Plaintiff continued to report to the Board and voice his concerns about the health and safety of the children and students enrolled at the Defendant School. The issues that were continually voiced were known to the Defendants Board of Trustees, and no effort was made to correct these issues. After repeated requests for change, Plaintiff was placed on administrative leave and was subsequently terminated without notice of cause within 1 weeks from being placed on administrative leave. The Plaintiff received no reason or notice for being placed on administrative leave.

117. In the Contract Agreement, entered into knowingly by all parties, Section 6, (Termination), Subsection C, (By the School without Cause) states the following "The School shall have the right to terminate this Agreement "Without Cause" by giving the Employee notice of termination on or before the next calendar date of April 1 and upon the School paying to the Employee an amount equal to Employee's compensation remaining due until the same next calendar date of April 1 plus one complete year of Employee's compensation set forth on Exhibit A (except for moving expenses) hereto (the "Effective Date of Without Cause Termination"). Employee shall be obligated at the sole pleasure of the School to continue to fulfill his obligations under the terms of this Agreement until the same next calendar date of April 1. If the School decides that Employee shall continue to fulfill his obligations for longer than one (1) month for the such transitional purposes, then the payment of base salary under this Section 6 (c) shall

DOCUMENT 70

be paid in the normal course (as before the Effective Date of Without Cause Termination)
with the balance due in the last month of Employee fulfilling said obligations under the
terms of this Agreement at the pleasure of School.

118. On or about November 8, 2022, Plaintiff received a letter from Defendant Tara Lockett,
Vice Chairman of the Board of Trustees, acting also as counsel for the School and Board
of Trustees, stating that Plaintiff was being placed on administrative leave. Plaintiff was
given no reason or explanation as to the Board of Trustees decision to place him on
administrative leave and he was given no instructions on how to resolve any issue if any
existed for the reason of being placed on administrative leave.

119. Further, Plaintiff was afforded no notice of any failure to comply with any Board of
Trustee policy; Plaintiff was afforded no due process, nor was he given a hearing for any
reason, as no reason was provided to the Plaintiff for being placed on administrative
leave.

120. The Plaintiff was not afforded an opportunity to be heard as to any issue nor was he
granted an opportunity to rectify any grievance prompting the Defendants Board of
Trustees discussion and vote to place him on administrative leave.

121. On or about November 16, 2022, undersigned counsel and Defendant Tara Lockett, who
at the time was acting as both a voting member and Vice Chairman of the Board of
Trustees and legal counsel for the School engaged in communications to force Plaintiff to
resign.

122. No Board member including Vice Chairman of the Board of Trustees, Defendant Tara
Lockett, provided any reason for the necessity of placing the Plaintiff on administrative
leave or for requesting his resignation and further no reasoning was provided by
Defendants to the Plaintiff for termination of the Plaintiff.

123. Defendant Tara Lockett permitted Defendant Rev. Jamie McElroy, Rector, a Board

DOCUMENT 70

member to meet and communicate directly with the Plaintiff to encourage him to accept
the terms of termination of employment which were not in compliance with the terms of
the Plaintiff's contractual agreement nor were they based in fact with St. Luke's School
Board, Board of Trustees or St. Luke's Episcopal Church.

124.  Defendants sought exclusive control of the separation of the Plaintiff from his
employment with the school in requiring Plaintiff to accept terms that would be
unenforceable that gave no assurances of school board compliance and no definitive
terms for payment.

125.  Defendants knowingly violated and breached the contractual employment agreement with
the Plaintiff.

126.  Defendants Brian Knotts, Tara Lockett, and other Defendants, Board of Trustees
members, provided misleading information to encourage an affirmative vote by the board
to terminate the Plaintiff and remove him from his position.

127.  The false information that was presented to Defendants Board of Trustees members
included Plaintiff had interviewed and accepted other employment, that the Plaintiff
mismanaged funds, and that he violated policies of the Board of Trustees.

128.  Defendants Tara Lockett and Brian Knotts presented to the other Defendant Board
Members that the Plaintiff had accepted another job, this misinformation was a false
statement.

129.  None of these assertions identified in 127 were presented to Plaintiff in the letter of
termination from the Board of Trustees.

130.  Plaintiff's Contractual Agreement with St Luke's Episcopal School stated that he was to
serve as head of school (Head master) of St. Luke's Episcopal School beginning

DOCUMENT 70

November 19, 2022. The Contractual Agreement with the Plaintiff was to remain in effect until June 30, 2025.

131. Plaintiff, through undersigned counsel, and the School, through Defendant Tara Lockett, acting as Vice Chairman of the Board and as the Attorney for the Board of Trustees, attempted negotiations to resolve the attempts by the school to wrongfully terminate the Plaintiff through December 2, 2022; however, the Board of Trustees and School Board refused to negotiate in good faith, failed to honor the Contractual Agreement entered into by both parties in November, 2019, and additional breached the contractual agreement by participating in libelous and slanderous statements to outside members of the community, parents of students enrolled at the School, teachers employed by the School and other School employees.

132. Defendants conducted a meeting shortly after terminating the Plaintiff without cause to collectively discuss the Plaintiff and attempt to identify a reason that could be asserted by the School Board Chair, Defendant Brian Knotts, in support of the termination of the Plaintiff.

133. On or about December 9, 2022, Defendant Brian Knotts, Chairman of the Board of Directors, sent a certified letter to the Plaintiff stating that the Board of Trustees had voted on December 8, 2022, to terminate his Employment Agreement with cause, however, Plaintiff received no documentation as to the cause of the termination, nor was any cause stated in the letter that was forwarded to the Plaintiff by Defendant Brian Knotts.

134. Defendants Brian Knotts, Mitch Cumpton and Roy Price had various discussions with non- board members and school family members regarding various issues with faculty members, administrative members and members of the athletic department. These discussions also included issues asserted regarding the cheerleading coach and issues the Plaintiff had previously made to the Board of Trustees including the harassing conduct of cheerleading coach De'Armon. These Defendants informed non-board members and

DOCUMENT 70

parents of students that the Head of School controlled the administrative running of the school and the Board could not do anything about the conduct of De'Armon.

135. Defendants Brian Knotts, Mitch Cumpton and Roy Price claimed to parents of students that the Plaintiff controlled the administrative running of the school and the Board could not do anything about either of the named individuals.

136. Defendants having knowledge that these allegations and assertions were not true, continued to make libelous and slanderous comments about the Plaintiff to parents, faculty, administrators and members of the community; that were and are detrimental to the Plaintiff's reputation and character as an educator and administrator.

137. Due to the actions of the Defendants, the Plaintiff has been unable to secure employment and has suffered and continues to suffer irrevocable professional, emotional, and mental damage for which he is entitled to monetary reward of damages and other relief.

138. The Defendants took retaliatory action against the Plaintiff for opposing the Board of Trustees lack of action toward the reported safety and health related problems within the facility; for the Plaintiff's opposition of the contradictory Board of Trustee demands placed upon students and student activities; for the Plaintiff's opposition to the Board of Trustees the lack of consideration for the Teachings of the Episcopal Church, as well as other reports to the Board of Trustees including improper treatment of students; for the Plaintiff's opposition to the lack of adequate funding to the Fine Arts Department due to the disparaging funding to the Athletics Program. While all of the concerns and issues posed to the Board of Trustee by the Plaintiff were in the best interest of the school, its students, and were aligned with the teachings and belief of the Episcopal Church, the Plaintiff's attempt to address these concerns and rectify the issues; it also resulted in the adverse, retaliatory action of the Defendants to vote to terminate the Plaintiff in breach of contract and without cause.

DOCUMENT 70

THEREFORE, Plaintiff alleges the following claims against the Defendants jointly and individually:

## COUNT I – WRONGFUL TERMINATION

139.   Plaintiff realleges paragraphs one (1) through one hundred-twenty-eight (128) as if set forth fully herein.

140.   Plaintiff adopts and realleges that the Defendants owed a duty to the Plaintiff to adhere to the Contractual Agreement drafted and proposed by their institution.

141.   Section 6(b) of the Contractual Agreement states that "the "Employee" shall receive notice in writing if "Terminated With Cause," as of effective of date of termination, all obligations of the School to the "Employee" are terminated and all rights previously owed to you are forfeited."

142.   Defendants' failed to give cause for Termination, and were aware they failed to give cause.

143.   The Plaintiff was put on administrative leave without cause or written notice of the reason for administrative leave.

144.   The same Contractual Agreement states that if the "Employee" is "Terminated with no Cause," the school agrees to pay salary to April 1 of the current year and one year of Employee's compensation, plus other contractual obligations until April 1st, of the next calendar year. Defendants terminated Plaintiff's Employment Agreement as to prevent payment of funds for which they were contractually liable.

145.   Plaintiff entered into a written contract with Defendants to be the Head of School at St Luke's Episcopal School for the term of July 1, 2020, to June 30, 2025; Defendants Terminated Plaintiff's employment without cause, then refused to honor their contractual obligations under the employment agreement to the Plaintiff. Defendants breached the contract with the Plaintiff resulting in financial damages.

DOCUMENT 70

146. The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of Trustees for what was believed by some board members to be a liberal view of social norms at the school despite being consistent with the teachings of the Episcopal Church for inclusion.

147. The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of Trustees for what was believed by some members of the Board of Trustees to be actions that were deemed fiscally improper. The Plaintiff opposed a discussion that was had with members of the Board of Trustees where it was asserted that an insurance claim following a storm could save the school hundreds of thousands of dollars in repairs to the leaky roofs and mold infested classrooms on the lower campus at the school, despite the members of the Board of Trustees being completely aware of the pre-existing dilapidated conditions.

148. The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of Trustees for actions that were deemed inconsistent with the history and manner in which the St. Luke's Episcopal School Board of Trustees had historically wielded power and control over employees, students, and families on the campus of St. Luke's Episcopal School.

149. Plaintiff and his methods of administration were consistent with the teachings of the Episcopal Church; certain members of the Board of Trustees felt that the Plaintiff's actions were inconsistent with the procedure in which the Board of Trustees had historically governed St. Luke's Episcopal School, its students, and faculty.

150. The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of Trustees for what was believed by some members of the Board of Trustees to be actions that were deemed inconsistent with the history and manner in which the St. Luke's Espiscopal School Board of Trustees had not previously protected nor supported diversity in students enrolled with the school or participating in school activities. These included

DOCUMENT 70

diversities in gender, race, and sexual orientation. The Board of Trustees also attempted to impose their views on diversity and preclusion of diversified groups on the employees, students and families on campus. The Plaintiff encouraged diversity as it is consistent with the teachings of the Episcopal Church for inclusion. However, certain members of the Board of Trustees felt the Plaintiff's actions were inconsistent with the procedure in which the Board of Trustees had historically operated.

151.    The Plaintiff was terminated as a **retaliatory action** by members of Defendant Board of Trustees for questioning the actions of certain members of the Board of Trustees and their failure to follow certain policies and procedures of the Board of Trustees and the employment of spouses of Board of Trustee members by the school. This violation of policy had historically not been questioned, and allowed the Board of Trustees to make non-transparent decisions without any accountability.

152.    As the direct and proximate result of Defendants' Wrongful Termination of the Plaintiff, and the actions of the Defendants to violate the rights of the the Plaintiff, the Plaintiff suffered direct and foreseeable damages in amounts exceeding Five Million Dollars ($5,000,000.00), as well as the cost of moving, loss as to costs of health, vision and dental insurance, costs associated with his children's education, and attorney's fees and expenses associated with this litigation.

153.    As a direct and proximate result of Defendants' unlawful discriminatory conduct in violation of 42 U.S. Code Section 1981, Plaintiff has suffered and continues to suffer, monetary and/or other economic harm for which he is entitled an award of monetary damages and other relief.

154.    The Plaintiff brings this action for employment discrimination/retaliation pursuant to Title VII of the Civil Rights Act of 1964, 42 USC §2000e et seq. ("Title VII") and violation of §1981 of the Civil Rights Act of 1866, 42 U.S.C. §1981.
        Pursuant to 42 U.S.C. §1981:
        (A)    STATEMENT OF EQUAL RIGHTS

DOCUMENT 70

All persons within the jurisdiction of the United States shall have the same right in every State
and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full
and equal benefit of all laws and proceedings for the security of persons and property as is
enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes,
licenses, and exactions of every kind, and to no other.

(b)"MAKE AND ENFORCE CONTRACTS" DEFINED

For purposes of this section, the term "make and enforce contracts" includes the making,
performance, modification, and termination of contracts, and the enjoyment of all benefits,
privileges, terms, and conditions of the contractual relationship.

(c)PROTECTION AGAINST IMPAIRMENT

The rights protected by this section are protected against impairment by nongovernmental
discrimination and impairment under color of State law.

WHEREFORE, premises considered, the Plaintiff respectfully requests this Court enter
judgment against the Defendants and award damages to the Plaintiff in the amount of Five
Million Dollars ($5,000,000.00) and for any such other, further, or different relief to which he
may be entitled, including punitive damages and reasonable attorney's fees and the cost of the
action.

### COUNT II- WANTON CONDUCT OF THE DEFENDANTS
### TO PLACE THE HEALTH AND SAFETY OF THE CHILDREN
### ENROLLED ON THE LOWER CAMPUS IN JEOPARDY FOR WHICH
### THE PLAINTIFF'S CHILDREN WERE ENROLLED
### INDUCE BOARD VOTE TO TERMINATE

155.    Plaintiff realleges paragraphs one (1) through one hundred forty-one (154) as if set forth
fully herein.

156.    Plaintiff adopts and realleges that the Defendants owed a duty to the Plaintiff to honor the
contractual Employment Agreement that the Plaintiff and Defendants knowingly and

DOCUMENT 70

collectively authorized and endorsed the use of false information, both spoken and
written, about the character and fitness of the Plaintiff.

157.    All Defendants had knowledge of the safety and health hazards on the lower (Japonica)
School campus and with reckless indifference to the consequences, consciously and
intentionally declined to allocate funds from the budget or move the children from the
lower (Japonica) campus to the upper (University) campus as suggested and requested by
the Plaintiff.

158.    All Defendants had a duty to protect the health and safety of the children/students
enrolled at St. Luke's School on the lower (Japonica) campus and with reckless disregard
and indifference to the consequences. The Defendants consciously and intentionally
failed that duty.

159.    The Plaintiff made it known to the Defendants of their duty to protect the health and
safety of the children attending the lower (Japonica) campus. Plaintiff also asserted to the
Defendants the need for the Defendants Board of Trustees to act on behalf of that duty to
protect the children. Defendant Terry Holt was boisterous and verbally resistant to this
action. Defendant Terry Holt made his position known by stating it was a "stupid idea"
and he would not happen.

160.    Defendants acted in concert with the statements of Defendant Holt based on the inaction
of all Defendants to take action. The Plaintiff's insistence and verbal acknowledgement
of the health and safety issues for all the students on the lower (Japonica) campus,
including his own children, was a contributing and proximate cause of the action taken by
Defendant Board of Trustees to retaliate and wrongfully terminate the Plaintiff resulting
in financial injury to the Plaintiff as part of the basis of this action.

161.    Defendants ignored the hazardous mold in the buildings and HVAC system, the
inoperable fire alarm system, the dilapidated structures from years of neglect. Further, the

DOCUMENT 70

Defendants ignored the Plaintiff's health and safety concerns by refusing to move the students and children enrolled in the day care and lower (Japonica) campus school classrooms

162. All Defendants had knowledge of the false and defamatory statements made in numerous Board of Trustees meetings by Defendants Brian Knotts, Terry Holt, Tara Lockett, and other Defendant Board Members, that the forced administrative leave and ultimate termination of the Plaintiff was entirely without cause.

163. The false and misleading statements related to financial mismanagement of the Plaintiff; the false and misleading information that the Plaintiff had breached the contractual agreement; the false and misleading information that the Plaintiff had accepted another job; and the false and misleading information that Plaintiff had violated board policies; are the basis of the spoken words by the Defendants to faculty, parents, other board members and to members of the public to explain the forced administrative leave and subsequent termination of the Plaintiff.

164. The intentional act by the Defendant Board Members and the letter sent to the Plaintiff that fails to state a cause for termination; produces the assumption that the Defendants forced administrative leave and termination of the Plaintiff simply to conceal financial mismanagement by the Defendants. In addition, the refusal of the Defendants to conduct a "State of the School" meeting after terminating the Plaintiff, and in the interim replacing the Plaintiff with a temporary Head of School, and increasing tuition significantly in the first year after Plaintiff's wrongful termination are all intentional acts that have followed the false and misleading statements made by the Defendants.

165. The intentional act by the Defendant Board Members to cosmetically cover mold with paint, to use "walkie talkies" to alert teachers of fire and smoke matters, and temporarily patching leaks and providing extra trash cans to collect the water dripping from the ceilings of the classrooms and daycare rooms in which children remain after the Plaintiff repeatedly reported the issues to the Defendants Board of Trustees and requested funds

DOCUMENT 70

for the repairs; further proves Defendants Board of Trustees and Defendants St. Luke's Episcopal Church intentionally disregarded the dilapidated conditions of the facilities which still remain in a state of disrepair, resulting in hazardous health and safety conditions that threaten the students and faculty attending the lower (Japonica) campus.

166.    The Defendants to terminate the Plaintiff and denial of his contractual salary as an employee and Head of School under the terms of his contract resulted in harm to the Plaintiff and he incurred damages.

167.    Defendants unlawful and discriminatory actions based in part on the age of the students and the lack of awareness of the children and parents through misinformation and neglect to provide information by the Defendants was willful and was a conscious disregard of the health and safety of the Plaintiff's children and the children of other parents enrolled on the lower campus (Japonica) of St Luke's Episcopal School.

168.    The Defendant's reckless conduct toward the Plaintiff and his children as well as the other children enrolled at the lower (Japonica) campus showed conscious disregard of Plaintiff's protected rights and the Plaintiff is entitled to an award of punitive damages.

169.    Pursuant to § 6-11-21 the Plaintiff seeks Punitive damages not to exceed certain limits.
    a.   Except as provided in subsections (b), (d), and (j), in all civil actions where an entitlement to punitive damages shall have been established under applicable laws, no award of punitive damages shall exceed three times the compensatory damages of the party claiming punitive damages or five million dollars ($5,000,000.00), whichever is greater.

    **WHEREFORE**, premises considered, the Plaintiff respectfully requests this Court enter judgment against the Defendant and award damages to the Plaintiff in the amount of Five Million Dollars ($5,000,000.00) and for any such other, further, or different relief to which he may be entitled, including punitive damages and reasonable attorney's fees and the cost of the Action.

DOCUMENT 70

**COUNT III- WANTON CONDUCT OF THE DEFENDANTS
BOARD TO VOTE TO TERMINATE THE PLAINTIFF
FOLLOWING REQUESTS TO REPAIR FACILITIES AND MOVE
STUDENTS AND THE DEFENSE OF MINORITIES ACT TREATMENT
OF MINORITY STUDENTS**

170.    Plaintiff realleges paragraphs one (1) through one hundred sixty-six (166) as if set forth fully herein.

171.    Plaintiff adopts and realleges that the Defendants owed a duty to the Plaintiff to honor the contractual Employment Agreement between the Plaintiff and Defendants.

172.    Defendants Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop Russell Kendrick knowingly and collectively ignored, authorized, and endorsed through inaction the exposure of the minor children on the lower (Japonica) campus to health and safety hazards.

173.    Defendants Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop Russell Kendrick knowingly and collectively ignored, authorized, and endorsed the wrongful termination of the Plaintiff after multiple instances of the Plaintiff seeking action by the Defendant Board of Trustees to comply with policies, to allocate funds for facility repairs, to relocate lower (Japonica) campus students to the upper (University) campus to allow for facility repairs and replacement of inoperable and unsafe structures and systems on the lower campus.

174.    The Defendant Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop Russell Kendrick had a duty to act on the requests of the Plaintiff to protect the health and safety of the students, and failed to take action to protect the students.

DOCUMENT 70

175. Defendants breach of the Plaintiff's employment contract Section 6(e) "Termination with
No Cause" provides public appearances consistent with the false statements afforded by
Defendants at the time of the breach of contract, defamatory statements, and further
intentionally cover up the health, safety, and financial issues of the school resulting in a
breach of duty to the parents, and students enrolled at the school and daycare.

176. The Defendant Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop
Russell Kendrick's actions and presentation of false information, both spoken and written,
about the character and fitness of the Plaintiff, the hazardous facilities on the lower
School campus, and the financial situation of the School are a direct and proximate result
to harm incurred by the Plaintiff.

177. Further, the personal beliefs and actions of some of the members of the Board of Trustees
and open public statements related to discrimination displayed wanton disregard for the
students, faculty, and the Plaintiff and his family by intentionally providing false
information, both spoken and written, defaming the Plaintiff to wit:

    i.    That the Plaintiff had obtained another job and/or had accepted another
job;

    ii.    That the Plaintiff was responsible for financial deficiencies of the school
based on improper financial decisions and by forcing the Board of
Trustees to accept the budget as presented;

    iii.    That the Plaintiff was violating Board of Trustee policy as to student dress
code both at school and at the prom, despite having clear written policies
to the contrary;

    iv.    That the Plaintiff was acting in a manner that was contrary to the history
of the school;

    v.    That the Plaintiff refused to make changes to the fiscal budget and forced
the Board of Trustees to accept the budget as presented;

    vi.    That the Plaintiff was providing false assertions of damage that did not
exist at the lower campus;

DOCUMENT 70

vii. That the Plaintiff was responsible for improper recruiting of the wrong
kind of minority students;

viii. That the Plaintiff was engaged in fiscal mismanagement based on his
decisions to provide unregulated and arbitrary awards of financial aid thus
failed to include an increase in tuition rates for siblings of athletes and
friends of members of the Board of Trustees without knowledge of the
Board of Trustees and where no such history existed;

ix. All these and other statements were offered by the Defendants who
consciously or deliberately engaged in oppression, fraud, wantonness, or
malice with regard to the Plaintiff and intentionally offered false
information to induce other members of the Board of Trustees to act on
said false information and vote to terminate the Plaintiff;

x. These statements and representations made by Defendant Knotts and other
members of the Board of Trustees, without just cause, exposed the
Plaintiff to public contempt by parents of students enrolled at St. Luke's
Episcopal School, by students who shared classrooms with the Plaintiff's
children, members of the educational community nationwide, and also
members of the staff and faculty of St Luke's Episcopal School;

178. Defendant Brian Knotts, Chairman of the Board of Trustees and other members of the
Board of Trustees displayed wanton conduct by making false allegations and assertions
against the Plaintiff, to other members of the Board of Trustees, parents, faculty and staff
members. The Defendant's conduct was reckless and showed an intentional and
conscious disregard of the Plaintiff's rights and the safety of his wife, and his children

179. As a direct and proximate result of Defendants' assertion of false information and in
making slanderous, libelous, and defamatory statements about the Plaintiff; the Plaintiff
was placed on administrative leave, terminated from his position, then he and his family
were subjected to public contempt.

180. Defendants unlawful and discriminatory actions were done with willful negligence, or

recklessness, or conscious disregard of the Plaintiff's rights, or the Defendant's conduct was so reckless as to amount to such disregard of Plaintiff's protected rights of free speech and is entitled to an award of punitive damages.

181. Plaintiff suffered direct and foreseeable damages in amounts exceeding Five Million Dollars ($5,000,000.00) as well as the cost of attorney's fees and the costs associated with the filing of this litigation.

182. Defendants unlawful and discriminatory actions were done with willful negligence, or recklessness, or conscious disregard of the Plaintiff's rights, or the Defendant's conduct was so reckless as to amount to such disregard of Plaintiff's protected rights of free speech and is entitled to an award of punitive damages.

183. Pursuant to § 6-11-21 the Plaintiff seeks Punitive damages not to exceed certain limits.
   b. Except as provided in subsections (b), (d), and (j), in all civil actions where an entitlement to punitive damages shall have been established under applicable laws, no award of punitive damages shall exceed three times the compensatory damages of the party claiming punitive damages or five million dollars ($5,00,000), whichever is greater.

   **WHEREFORE**, premises considered, the Plaintiff respectfully requests this Court enter judgment against the Defendant and award damages to the Plaintiff in the amount of Five Million Dollars ($5,000,000.00) and for any such other, further, or different relief to which he may be entitled, including punitive damages and reasonable attorney's fees and the cost of the Action.

## COUNT IV-DEFAMATION

184. Plaintiff adopts and realleges paragraphs one (1) through one hundred eighty three (183) as if set forth fully herein.

185. Pursuant to Ala. Code § 6-5-186, Plaintiff asserts the Defendants individually and / or

collectively engaged in retaliatory, vindictive actions involving libel and slander by publishing through social media posts, in a letter to faculty and staff, in emails to parents of students enrolled at the School, the Defendants' publications both written and verbal were made by the Defendants with knowledge that the matter published was false, or was with reckless disregard of whether it was false or not, and a copy of a letter was provided to parents of the students enrolled at St Luke's Episcopal School in Mobile, Alabama.

186.    A letter was provided to the Defendants in which the Plaintiff requested a public retraction of the statements both verbal and written, related to the publication of false and misleading information related to the termination of the Plaintiff. As a result of the Defendants not publicly retracting the false and misleading statements by Board of Trustee Defendant Members, a full and fair retraction has not been made; and therefore Plaintiff seeks punitive damages in the amount of $5,000,000.

187.    The Plaintiff adopts and realleges that the Defendants deliberately and publicly, by word of mouth and written statements, defamed the Plaintiff professionally and individually by fraudulently and intentionally asserting through misrepresentation, deceit, or concealment of a material fact, allegations against the Plaintiff's character as an educator and administrator as well as his character individually. Defendants asserted the following false and misleading information about the Plaintiff:

   a.  that Plaintiff breached his contractual agreement and obligations to St. Lukes' School by accepting a job elsewhere;
   b.  that Plaintiff engaged in mismanagement of funds;
   c.  that Plaintiff engaged in inviting and promoting the wrong types of minorities to enroll in the school;
   d.  that Plaintiff violated board policies;
   e.  that Plaintiff failed to comply with board directives;
   f.  that Plaintiff forced the board to accept a budget that exceeded the financial constraints of the Defendants;

DOCUMENT 70

188. Defendant Brian Knotts, and other members of Defendants Board of Trustees withheld pertinent information that they had a duty to disclose; which resulted in gross, oppressive, or malicious treatment of the Plaintiff.

189. Defendant Brian Knotts, as well as other Defendants, committed these actions with the intention of depriving the Plaintiff of property or legal rights under his contractual agreement. Further, by intentionally harming the Plaintiff's reputation, the Defendant's perpetual defamation made it impossible for the Plaintiff to obtain another position similarly situated to his employment at St. Luke's Episcopal School or otherwise.

190. The deliberate and public false information asserted by the Defendants Board of Trustees Members' defamation of the Plaintiff caused injury to his reputation, caused significant financial injury, and mental anguish to the Plaintiff, his wife and his children.

191. Defendant Brian Knotts, made defamatory statements about the Plaintiff regarding his termination from St. Luke's Episcopal School, via email that was released to family and faculty members while the young children of the Plaintiff were enrolled and attending St. Luke's Episcopal School. This action caused undue mental and emotional stress to the Plaintiff, his wife and his children.

192. The malicious, deceitful, false and fraudulent statements made by Defendant Brian Knotts and other Defendants, while serving as members of the Board of Trustees were known misrepresentations of fact and were conveyed to faculty and parents of students who attended classes with the Plaintiff's minor children. Defendants Board of Trustee Members' statements and representations published by Defendant Brian Knotts and other Defendant Board Members to parents with enrolled students and to administrative members of other schools without just cause exposed Plaintiff to public contempt locally and nationwide as the Plaintiff was a member of multiple educational communities nationwide. Further, the statements made in the presence of others outside of an executive committee meeting where confidentiality was required when Defendants members the Board of Trustees, violated the confidentiality requirements and breached the duties of

the Defendant Board Members to maintain confidentiality of employment issues. This conduct placed the reputation of the Plaintiff squarely in the hands of the Defendants and others to which they repeated false information about the conduct of the Plaintiff and his termination.

193. The failure of the Defendants to maintain confidentiality and the false statements that were spread by these Defendants resulted in ostracization of the Plaintiff. The Plaintiff's wife who was active in committees and groups within the school; causing mental anguish to the Plaintiff, his wife, and his minor children.

194. Defendant Brian Knotts and Defendant Tara Lockett committed defamatory and malicious actions by calling a meeting with faculty, staff, and administration supervisors; following the improper termination of the Plaintiff.

195. In said meeting, Defendant Brian Knotts led a discussion about the termination of the Plaintiff and requested that all parties present brainstorm ideas about the potential reasons to offer the students, parents of students, other staff and faculty, and the community, as to the cause of the Plaintiff's termination.

196. Defendant Brian Knotts and other Defendants present were well aware that there was no legitimate cause for termination of the Plaintiff, as the Plaintiff had not violated any WRITTEN policy.

197. The malicious and intentional conduct of Defendant Brian Knotts and other members of the Board of Trustees was committed solely to cause harm to the character and reputation of the Plaintiff. By publicly informing faculty, staff, and administrators of the Plaintiff's termination and in furtherance, the Defendants intentionally misleading statements and misrepresentation of information related to the termination of the Plaintiff; Defendant Brian Knotts caused irrevocable and deliberate damage to the Plaintiff and his family.

198. The Defendant's aforementioned action was conducted with the intent of, or under such

circumstances to, fraudulently and maliciously deprive the property rights of the Plaintiff as well as his financial assets and employee benefits afforded to him through his contractual agreement of employment as Head of School.

199.  Defendant Brian Knotts knowingly presented false information related to the termination of the Plaintiff, and sought to acquire information from others, true or untrue, that could be used in support of the conscious disregard and oppression of the rights and safety of the Plaintiff and his family.

200.  Defendant Brian Knotts and other members of the Board of Trustees, in statements and in actions, knowingly provided defamatory verbal and written information to families of the school and friends of other members of the Board of Trustees regarding the Plaintiff and his termination.

201.  These actions demonstrated the conscious disregard and on-going oppression of the property rights of the Plaintiff.

202.  Defendant Brian Knotts and members of the Board of Trustees, in statements and in actions, knowingly provided verbal and written derogatory and defamatory statements about the Plaintiff's character as an administrator, educator, and leader by asserting false reasons for termination, then publishing said assertions in an email to parents of students enrolled in the School.

203.  The Defendants knowingly propounded false statements of alleged misconduct committed by the Plaintiff, without proof or notice to the Plaintiff.

204.  The alleged misconduct was asserted by the Defendants as the official reason upon which the Plaintiff was terminated from his position as Headmaster and further prohibited the Plaintiff from being able to obtain employment in a similarly situated position as the position he formerly held at St. Luke's Episcopal School.

DOCUMENT 70

205. The statements and conduct of Defendant Brian Knotts, other School Board Members, and members of the Defendant Beard of Trustees of St. Luke's Episcopal School, as well as friends of members of the Defendant Board of Trustees, demonstrated a conscious and blatant disregard for the Plaintiff and perpetuated the on-going oppression of the rights and safety of the Plaintiff and his family.

206. Defendants Brian Knotts and other members of the Defendant Board of Trustees made slanderous, libelous, and defamatory statements based on untruths; asserted intentional false and misleading allegations of mismanagement, and accused the Plaintiff of violating Board of Trustee policy.

207. The actions and public statements of the Defendants defamed the character and reputation of the Plaintiff causing mental and emotional damage to Plaintiff, his wife and the Plaintiff's children who were still attending St. Luke's Espiscopal School at the time.

208. These defamatory statements made against Plaintiff caused mental and emotional injury to Plaintiff's wife who was an active parent and supporter of the School and its activities.

209. Defendant Board of Trustee members spread false rumors, and intentionally made false statements, to faculty, staff, families, educators, and community members that were knowingly false and cast the Plaintiff negatively in the community.

210. Defendants, St Luke's Episcopal School Board of Trustee members intentional, fraudulent and malicious statements about the Plaintiff caused the Plaintiff and his family to suffer embarrassment, humiliation, pain and suffering as well as a loss of career opportunities, emotional distress, loss of pay, benefits, and mental anguish for which he claims damages.

211. As a direct and proximate result of Defendants' deliberate and public defamatory statements, the Plaintiff was unable to secure employment as a headmaster at another school.

DOCUMENT 70

212.   As the direct and proximate result of Defendants deliberate, malicious, false, misleading
conduct, as well as their publicly slanderous and libelous defamatory statements
regarding the Plaintiff's professional and individual character and reputation, cause
Plaintiff to suffer direct and foreseeable damages in amounts exceeding Five Million
Dollars ($5,000,000.00) as well as the cost of attorney's fees and the filing of this action.

   **WHEREFORE**, the premises considered, the Plaintiff respectfully requests this Court
award damages for in the amount of one million dollars or any such other, further, or different
relief to which he may be entitled, including punitive damages and reasonable attorney's fees and
the cost of the Action.

## COUNT IV
## DECLARATORY AND INJUNCTIVE RELIEF

213.   Plaintiff adopts and realleges paragraphs one (1) through two hundred twelve (212) as if
set forth fully herein.

214.   Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently
and publicly, by word of mouth and written statements, defamed Plaintiff's professionally
and individually by fraudulently and intentionally asserting through misrepresentation,
deceit, or concealment of a material fact such that the concealing party, Defendant Brian
Knotts, and other Defendant members of the School Board had a duty to disclose true
statements.

215.   The conduct of Defendants, Brian Knotts, Tara Lockett, Terry Holt, Jim Rossler, Mitch
Cumpton, Michelle Bentley and the other Board Members resulted in gross, oppressive,
or maliciousness that was committed with the intention on the part of the Defendants to
deprive the Plaintiff of property or legal rights under his contract and further by
intentionally harming his reputation to the point that he could not obtain another position
similarly situated to the one at St. Luke's Episcopal School; or otherwise caused injury to

DOCUMENT 70

his reputation, and financial injury, and mental anguish to Dr. Pascavage, his children and his wife.

216. The statements by Defendant Brian Knotts released in an email to family and faculty members occurred while the young children of Plaintiff were enrolled and attending St. Luke's Episcopal School.

217. The malicious and fraudulent statements by Defendant Brian Knotts and other Defendants, members of the St Luke's School Board, were knowingly misrepresentations of fact that were conveyed to faculty and parents of students in the Plaintiff's minor children's classes and this resulted in ostracization of Plaintiff's wife who was active in committees and groups within the school; and caused mental anguish to the spouse of the Plaintiff, the Plaintiff and his children as a result of the malicious, intentionally misleading conduct and statements of the Defendants.

218. The malicious action of Defendants Brian Knotts and Tara Lockett in calling a meeting with faculty, staff, and administration which included Suzy Banks and Doug Estle following the improper termination of Plaintiff. In this meeting, Defendant Brian Knotts led the discussion about the termination of the Plaintiff and inquired from those present to brainstorm about potential reasons to offer for cause of termination where it was known by Defendant Knotts that no cause existed to terminate Plaintiff.

219. The malicious and intentional conduct of Defendant Brian Knotts and other Defendant Board of Trustee Members to harm the character and reputation of Plaintiff by publicly informing faculty, staff and administrators of Plaintiff's termination; and the furtherance of this intentional misleading and misrepresentation of information related to the termination of Plaintiff by calling a meeting with the intent or under such circumstances to fraudulently and maliciously deprive the property rights of Plaintiff in the on-going employment and financial assets of his employment as Head of School. Defendant Knotts knowingly presented false information related to the termination of Pascavage and sought to acquire information from others whether it was true or not that could be used in

DOCUMENT 70

support of the conscious disregard and the oppression of the rights and safety of the
Plaintiff and his family.

220.  Defendant Brian Knotts and other Defendant Board of Trustees Members' statements and
actions in knowingly providing verbal and written information to families of the school
and friends of other board members, demonstrated the conscious disregard and on-going
oppression of the property rights of Plaintiff.

221.  Defendant Brian Knotts and other Defendant Board of Trustees Members statements and
actions in providing verbal and written statements about Plaintiff's character as an
administrator, educator, and leader by stating false reasons for termination and for
publishing those statements to the parents, teachers, faculty, school board, board of
trustees, and making false statements of alleged misconduct without proof or notice to
Plaintiff, as an official reasons upon which Pascavage was terminated from his position
as headmaster caused Pascavage to be unable to obtain employment in a similarly
situated position as St. Luke's Episcopal School.

222.  The statements and conduct of Defendants Brian Knotts and other Defendant School
Board members, Defendants Board of Trustees members of St Luke's Episcopal School
and friends of other board members, demonstrated the conscious disregard and on-going
oppression of the rights and safety of the Plaintiff and his family.

223.  The slanderous and libelous defamatory statements based on untruths, intentional false
and misleading allegations of mismanagement and violating board policies made by
Defendant Brian Knotts and other Defendant Board of Trustee Members against
Plaintiff's character and reputation including the false statement that he mismanaged
money, caused mental and emotional damage to Plaintiff, and Plaintiff's children who
were still attending St. Luke's Espiscopal School at the time.

224.  These defamatory statements against Plaintiff caused mental and emotional injury to
Plaintiff's wife who was an active parent and supporter of the School and its activities.

DOCUMENT 70

St Luke's Episcopal School Board members knowingly spread false rumors, and intentional false statements to faculty, staff, families, educators, and community members that were knowingly false and cast the Plaintiff's negatively in the community.

225.   Defendants, St Luke's Episcopal School Board of Trustee members intentional, fraudulent and malicious statements about Plaintiff caused Plaintiff and his family to suffer embarrassment, humiliation, pain and suffering as well as a loss of career opportunities, emotional distress, loss of pay and benefits and mental anguish for which he claims damages.

226.   Plaintiff seeks declaratory and injunctive relief, from the Defendants to order that the Defendants refrain from making any further public statements about the Plaintiff, or his wife and that the Defendants immediately award of nominal, compensatory and punitive damages for humiliation, embarrassment, mental anguish, costs, interest on lost pay, attorney fees, and any other such relief as the trier of fact may assess.

227    As a direct and proximate result of Defendants' deliberate and public defamatory statements, the Plaintiff was unable to secure employment as a Head of School at another school.

   **WHEREFORE**, the premises considered, the Plaintiff respectfully requests this Court issue declaratory and injunctive relief, award of nominal, compensatory, and punitive damages for damages for humiliation, embarrassment, mental anguish, costs, interest, attorney fees, and any other such relief as the trier of fact may assess associated with this litigation.

## COUNT V
## NEGLIGENT AND WANTON TRAINING

228.   Plaintiff adopts and realleges paragraphs one (1) through two hundred twenty-seven (227) as if set forth fully herein.

DOCUMENT 70

229. Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently and publicly, by word of mouth and written statements, defamed Plaintiff's professionally and individually by fraudulently and intentionally asserting through misrepresentation, deceit, or concealment of a material fact such that the concealing party, Defendant Brian Knotts, and other members of the School and Defendant Board of Trustees members had a duty to refrain from disclosing information related to the Plaintiff's termination and personnel matters to members outside the Board Members in Executive Session.

230. Plaintiff alleges that Defendants St. Luke's Episcopal School, School Board, St Luke's Episcopal Church and all members of the Board of Trustees and Vestry had a duty to provide a reasonably safe, non-hostile and non-discriminatory work and educational environment for all students and employees including Plaintiff.

231. The Defendants breached the duty owed to Plaintiff.

232. The Defendants failed to implement policies and procedures and training to ensure the Plaintiff and students rights were protected. Further, where the Plaintiff defends the rights of others based on Defendant Board of Trustees Policies, School student-parent Handbook, and the teachings of the Episcopal Church, the Defendants failed to comply with the policies and procedures of the Episcopal Church and Board of Trustees.

233. The Defendants failed to comply with School Board policies and procedures to protect the rights of Plaintiff.

234. The Defendants knowingly, intentionally, negligently, and wantonly failed to train and discipline new board members, trustees and vestry members to protect the Plaintiff and his family from injury from the intentional allowance of active discrimination, harassment, retaliation and reputational and character injury.

235. Plaintiff seeks declaratory and injunctive relief, award of lost employment benefits.

DOCUMENT 70

wages, back pay, front pay, interest, nominal, compensatory, punitive damages for
humiliation, embarrassment, mental anguish, damage to Plaintiff's educational leadership
character, costs, attorneys' fees and any and all such other relief the trier of fact may
assess.

WHEREFORE, the premises considered, the Plaintiff respectfully requests an award of
nominal, compensatory, and punitive damages for damages for humiliation, embarrassment,
mental anguish, costs, interest, attorney fees, and any other such relief as the trier of fact may
assess associated with this litigation.

## COUNT VI
## BREACH OF CONTRACT

236.  Plaintiff adopts and realleges paragraphs one (1) through two hundred and thirty five
      (235) as if set forth fully herein. This claim arises under the laws of the State of Alabama
      prohibiting Breach of Contract.

237.  The Defendants knowingly and wantonly breached the contractual agreement with the
      Plaintiff.

238.  Defendants' failure to honor the Employment Agreement in which the Plaintiff and
      Defendants collectively authorized and endorsed; resulting in irrevocable damage to the
      Plaintiff and his family.

239.  Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently
      and publicly, by word of mouth and written statements, defamed Plaintiff professionally
      and individually by fraudulently and intentionally asserting through misrepresentation,
      deceit, or concealment of a material fact such that the concealing party. Defendants Brian
      Knotts, and other members of the School Board used to breach the contract of the
      Plaintiff and terminate him and refuse to pay Plaintiff pursuant to the terms of his
      employment agreement with Defendants St. Luke's Episcopal School, School Board,
      Board of Trustees, Vestry, and St. Luke's Episcopal Church

DOCUMENT 70

240.  At all times relevant to this action, the named Defendants in this action, have acted in bad
      faith, have failed to treat the Plaintiff fairly and equitably, have failed to provide just
      compensation for services and terms of employment under the contract between Plaintiff
      and the Defendants.

241.  At all times relevant to this action, the Defendants in this action have retaliated against
      the Plaintiff for his actions to defend against discrimination, to protect the health and
      safety of all students, to require the Defendants Board of Trustees, to follow their own
      policies and procedures and as a direct result of his efforts to protect himself and the
      students at the school, the Defendants breached the employment contract, the policies and
      procedures of the Board of Trustees and have breached the duty to the Plaintiff.

242.  The Defendants agreed to compensate Plaintiff under the terms of the written
      employment contract between Plaintiff and Defendants.

243.  The Defendants agreed to compensate Plaintiff pursuant to the terms of the employment
      contract between the parties.

244.  Plaintiff performed all conditions, covenants, duties, and responsibilities required of him
      to be performed in accordance and conformity with the employment contract and
      employment relationship between the Defendants School, School Board, Vestry, and
      Church.

245.  The Defendants have failed to financially compensate Plaintiff in accordance with the
      written employment agreement of the parties.

246.  The Defendants breached the employment agreement with Plaintiff and wrongfully
      terminated Plaintiff by committing deliberate acts of retaliation and unfair dealings.

247.  As a result of the Defendants' conduct in wrongfully terminating the Plaintiff, he suffered

DOCUMENT 70

loss of income, health benefits, retirement, and other compensation when he was
wrongfully terminated by the Defendants when the Defendants acted deliberately,
knowingly, and in a retaliatory manner along with fraudulent misrepresentations and
unfair dealings.

248.    Plaintiff has suffered loss of income, employment benefits, and his career has been
derailed under the false allegations, slanderous and libelous statements and damage to his
professional and personal reputation.

249.    Plaintiff suffered the following additional injuries as a result of the breach of contract by
the Defendants:

      i.   Loss of employment;

      ii.   Succumbed to different terms and conditions of employment outside of the
written contractual agreement between the parties;

      iii.   Suffered damage to his professional and personal reputation based upon
the false and defamatory statements made against Pascavage by the
Defendants;

      iv.   Suffered humiliation, mental anguish, embarrassment, and financial loss.

**WHEREFORE**, Plaintiff seeks an award of lost employment benefits, wages, back pay,
front pay, interest, compensatory and punitive damages for the loss of career opportunities,
humiliation, embarrassment, mental anguish, costs, attorney fees, and any and all such other
relief the trier of fact may assess.

## COUNT VII
## ABUSE OF POWER AND PROCESS AGAINST THE ST LUKE'S
## SCHOOL BOARD, ST LUKE'S CHURCH, ST LUKE'S VESTRY AND
## TRUSTEES

250.    Plaintiff adopts and realleges paragraphs one (1) through two hundred forty-nine (249) as
if set forth fully herein. This claim arises under the laws of the State of Alabama
prohibiting breach of Contract.

DOCUMENT 70

251. Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently
and publicly, by word of mouth and written statements, defamed Plaintiff's professionally
and individually by fraudulently and intentionally asserting through misrepresentation,
deceit, or concealment of a material fact such that the concealing party, Defendants Brian
Knotts, and other members of the School Board used to breach the contract of the
Plaintiff and terminate him and refuse to pay the Plaintiff pursuant to the terms of his
employment agreement with Defendants St. Luke's Episcopal School, School Board,
Board of Trustees, Vestry, and St Luke's Episcopal Church.

252. At all times relevant to this action the Defendants, Board of Trustees, have misused their
position of power to take unjust advantage financially of other families enrolled at St.
Luke's Episcopal School by enabling friends and family members of the Board of
Trustees to receive financial assistance without complying with the policy to submit
financial applications and receive the same consideration as all other families enrolled in
the school; thereby taking advantage of other families and requiring them to incur
financial costs in excess of what others are required to pay.

253. At all times relevant to this action the Defendants, Board of Trustees, have misused their
position of power to take unjust advantage financially of other families enrolled at St
Luke's Episcopal School by enabling family members of student athletes to receive
financial assistance without complying with the policy to submit financial applications
and receive the same consideration as all other families enrolled at the school; thereby
taking advantage of other families and requiring them to incur financial costs in excess of
what others are required to pay. In several instances the family members of athletes
receive financial assistance even after the student athlete is no longer at the school.

254. At all times relevant to this action, the named Defendants in this action have acted in bad
faith, have failed to treat the Plaintiff fairly and equitably, and have failed to provide just
compensation for services and terms of his employment contract.

DOCUMENT 70

255. The elements of the tort of abuse of process and power pursuant to *C.C.& J., Inc. v. Hagood*, 711 So. 2d 947, 950 (Ala. 1998) are:

    v.    The existence of an ulterior purpose

    vi.   A wrongful use of process and

    vii.   Malice

256. Defendant's ulterior motive must culminate in an actual abuse of process by perverting it to a use to obtain a result which the process was not intended by law to effect… *Dempsey v. Denman*, 442 So. 2d 63, 65 (Ala. 1983)(quoting 72 CJS Process §120, pp. 1190-91(1951).

257. Defendants retaliated against the Plaintiff for questioning the failure of the Board to follow the Board policy and procedure, and for failure to implore sound fiscal strategies to ensure the equity of treatment of students requesting financial aid at St. Luke's.

258. Defendants retaliated against the Plaintiff for questioning the failure of the Defendants Board of Trustees to follow their own Board of Trustees policy and procedure, and for failure to adhere to the non-discrimination policies of the Episcopal Church for which the school is attached.

259. As a result of the Defendants' action collectively, Plaintiff has suffered financial loss, loss of dignity, embarrassment, humiliation, and emotional distress and is due to have an award of monetary damages and other relief.

    **WHEREFORE**. Plaintiff seeks an award of lost employment benefits, wages, back pay, front pay, interest, compensatory and punitive damages for the loss of career opportunities, humiliation, embarrassment, mental anguish, costs, attorney fees, and any and all such other relief the trier of fact may assess.

## COUNT VIII
### CIVIL CONSPIRACY AGAINST PLAINTIFF BY DEFENDANTS

DOCUMENT 70

260.   Plaintiff adopts and realleges paragraphs one (1) through two hundred fifty nine (259) as
       if set forth fully herein. This claim arises under the laws of the State of Alabama.

261.   Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently
       and publicly, by word of mouth and written statements, defamed Plaintiff's professionally
       and individually by fraudulently and intentionally asserting through misrepresentation,
       deceit, or concealment of a material fact such that the concealing party, Defendants Brian
       Knotts, and other members of the School Board used to breach the contract of the
       Plaintiff and terminated him as well as refused to pay the Plaintiff pursuant to the terms
       of his employment agreement with Defendants St. Luke's Episcopal School, School
       Board, Board of Trustees, Vestry, and St Luke's Episcopal Church.

262.   The Defendants conspired to retaliate against Plaintiff for engaging in speech protected
       by the First Amendment in violation of 42 U.S.C. § 1985 and Alabama law. *Stern v
       Leath*, No. 3:18-CV-807-WKW [WO], at *1 (M.D. Ala. July 8, 2021):

       Pursuant to 42 U.S.C. § 1985 **(3) Depriving persons of rights or privileges**

              viii.   "If two or more persons in any State … conspire or go in disguise on the
                      highway or on the premises of another, for the purpose of depriving, either
                      directly or indirectly, any person or class of persons of the equal protection
                      of the laws, or of equal privileges and immunities under the laws; … or to
                      injure any citizen in person or property on account of such support or
                      advocacy; in any case of conspiracy set forth in this section, if one or more
                      persons engaged therein do, or cause to be done, any act in furtherance of
                      the object of such conspiracy, whereby another is injured in his person or
                      property, or deprived of having and exercising any right or privilege of a
                      citizen of the United States, the party so injured or deprived may have an
                      action for the recovery of damages occasioned by such injury or
                      deprivation, against any one or more of the conspirators.

263.   Plaintiff alleges that the Defendants conspired to create the underlying counts asserted

DOCUMENT 70

hereinabove.

264.    The Defendants engaged in concerted action to achieve an improper purpose or lawful
purpose by unlawful means to seek revenge on Plaintiff for his lawful actions in reporting
the discrepancies of the board in applying policies and procedures, in asserting the safety
issues related to unsafe conditions on the lower campus and the Defendants further
created a hostile environment for the Plaintiff in engaging in actions to protect himself
and his legal rights under his contract.

265.    The Plaintiff was not provided any explanation as to his alleged conduct that warranted
his termination.

266.    The Plaintiff was not afforded any information with which to modify or change any
alleged conduct that may ultimately result in termination.

267.    Plaintiff's termination is a prime example of a discriminatory practice within the St
Luke's Board of Trustees.

268.    Upon information and belief the Defendants Board of Trustees failed to comply with the
policies and procedures including the policy related to discrimination, employment,
termination, and confidentiality of the Board of Trustee meetings.

269.    Upon information and belief the Defendants Board of Trustees failed to comply with the
policies and procedures related to the enforcement of the mission statement of the school
and the teachings of the Episcopal Church.

270.    As a direct and proximate result of the unlawful conduct committed by the Defendants,
Plaintiff has suffered and continues to suffer mental anguish, emotional distress,
including but not limited to humiliation, embarrassment, stress and anxiety for which the
Plaintiff is entitled to an award of monetary damages and other relief.

DOCUMENT 70

**WHEREFORE**, Plaintiff respectfully requests the Court:

ix.   Grant a permanent injunction enjoining the Defendants, their officers, successors, assigns and all persons in active concert or participation with Defendants, from engaging further in its discriminatory treatment and retaliation against Pascavage based of the protected speech and actions in furtherance of protecting the health and safety of the minor children on the campus of St Luke's Episcopal School;

x.    Enter an order of Declaratory judgment that the actions, conduct and practices of the Defendants complained of herein violated the laws of the United States;

xi.   Issue an order to award damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all monetary and or economic damages

xii.  Issue an order awarding damages to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all non-monetary and/or compensatory damages, including but not limited to, compensation for mental anguish and emotional distress, humiliation, embarrassment, stress and anxiety, loss of income, defamation;

xiii. Issue an award of costs that Plaintiff has incurred in this action, as well as Plaintiff seeks a reasonable attorney fee to be the fullest extent permitted by law;

xiv.  Order Defendants and their agents to refrain from further harm and retaliation against the Plaintiff;

xv.   Order Defendants and their agents to make Plaintiff whole by providing monetary damages for all financial loss, including but not limited to front pay, back pay, and prejudgment interest, in amounts to be asserted and proven at trial; and other affirmative relief necessary to eradicate the effects of the Defendants unlawful employment practices, including but not limited to the Plaintiff's termination;

xvi.  Award the Plaintiff nominal, compensatory, punitive and liquidated damages;

DOCUMENT 70

    (vi)    award the Plaintiff costs and expenses herein limited to reasonable attorney fees; and

    (vii)    award such other and further relief which this Court deems just, equitable and proper.

*The Plaintiff hereby demands a **trial by jury** in this matter on all of the triable issues of facts and damages stated herein.*

DATED this the ___1⁵ᵗ___ day of ___AUGUST___, 2023.

## PLAINTIFF'S ATTESTATION

I am the Plaintiff in the above-styled action. I have read the foregoing Complaint and the facts stated herein are true and correct to the best of my knowledge.

_____
DR. DARREN PASCAVAGE, Plaintiff

STATE OF ALABAMA
COUNTY OF MOBILE

Personally appeared before me, the undersigned, a Notary Public, in and for said State and County, DR. DARREN PASCAVAGE, who having been first duly sworn, deposes and says that he has read the statements contained in the foregoing responses and that the same are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me on this the __1⁵ᵗ__ day of August, 2023.

_____
NOTARY PUBLIC
My Commission Expires: 11/16/2026

[Notary Seal: STEPHANIE WALDROP CALLAN, MY COMMISSION EXPIRES NOVEMBER 16, 2026, NOTARY PUBLIC, STATE OF ALABAMA]

/s/Christine C. Hernandez
CHRISTINE C. HERNANDEZ(HER051)
ASB: 8252164H
THE HERNANDEZ FIRM, LLC
P.O. Box 66174
Mobile, Alabama 36606
(251) 479-1477
(251) 650-3843 (fax)
Christine@equalizingjustice.com

/s/James Adam Muns
JAMES ADAM MUNS(MUN019)
ASB: 1785N23W
Attorney for the Plaintiff
Post Office Box 66174
Mobile, AL 36660-1174
(251) 479-1477  Phone
(251) 650-3843  Fax
james@equalizingjustice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1ST day of August , 2023, I have
electronically filed the foregoing with the Clerk of the Court using the Alafile document filing
system and served a copy of the foregoing by electronic filing and/or placing a copy of the same
in the United States mail, properly addressed and first-class postage prepaid to the following:

St. Luke's Episcopal School
1400 S. University Blvd.
Mobile, AL 36609

St. Luke's Episcopal Church
1050 Azalea Rd.
Mobile, AL 36693

St. Luke's Episcopal School, Board of Trustees
1400 S. University Blvd.
Mobile, AL 36609

Rt. Rev. Russell Kendrick, Bishop
1050 Azalea Rd.
Mobile, AL 36693

Bob Will
1400 S. University Blvd.
Mobile, AL 36609

Michelle Bentley
1121 Williamsburg Dr.
Mobile, AL 36695

Cassidey Duncan
460 Chatham St.
Mobile, AL 36604

Cathy Hayes
1223 Selma St.
Mobile, AL 36604

Brenda Langham
4562 Spruce Ave.
Saraland, AL 36571

Phillip Cummings
201 S. Georgia Ave.
Mobile, AL 36604

Jack Baylor
955 Highpoint Dr. E.
Mobile, AL 36693

Monica Cook
4013 Oak Brake Ct.
Mobile, AL 36693

Chance Cooper
2129 Marchfield Dr.
Mobile, AL 36693

Mike Dossett
1220 N. Pine Street
Foley, AL 36535

Fran Garrett
3998 Byronell Dr. N.
Mobile, AL 36693

DOCUMENT 70

Amber Martenstein
426 Ridgecrest Court
Mobile, AL 36609

Elizabeth Palmer-Hill
1400 S. University Blvd.
Mobile, AL 36609

Jaye B. Patterson
4055 Westmoreland Dr. S.
Mobile, AL 36609

David Poole
2105 Sheffield Ct.
Mobile, AL 36693

Dani Moore
3795 Government St.
Mobile, AL 36602

Roy Price
21 West I-65 Service Rd. N.
Mobile, AL 36608

Robin Roberts
6451 Audubon Square N.
Mobile, AL 36695

Lloyd Roebuck
3515 Montlimar Plaza
#A
Mobile, AL 36609

Jim Rossler
104 St. Francis St.
#300
Mobile, AL 36602

Brian Trammell
9149 Walleross Court
Mobile, AL 36695

DOCUMENT 70

Rev. Jamie McElroy, Rector
1050 Azalea Rd.
Mobile, AL 36693

Brian Knotts, Chairman of the Board
St. Luke's Episcopal School
1808 Cadillac Ave.
Dauphin Island, AL 36528

Tara Lockett, Vice Chairman of the Board
St. Luke's Episcopal School
6251 Monroe Street
Suite 200
Daphne, AL 36526

Jake Baker
4065 Westmoreland Dr. S.
Mobile, AL 36695

Suzy Banks
2351 Old Government Street
Mobile, AL 36606

Windy Bitzer
9531 Magnolia Downs S.
Mobile, AL 36695

Elizabeth Boone
1630 Parkmore Court
Mobile, AL 36695

Mitch Cumpton
5445 Rabbit Creek Dr.
Theodore, AL 36582

Kim Dolbear
5671 Riverwood Cir. E.
Theodore, AL 36582

Shane Hale
1428 Hillcrest Road
Mobile, AL 36695

Terry Holt
4000 Sierra Dr.
Mobile, AL 36693

DOCUMENT 70

Holley Gibney
1129 Southern Way
Mobile, AL 36609

Gloria Henighan
2563 Trophy Court
Mobile, AL 36618

Ronnie Hardy
3400 Windsor Place Ct.
Mobile, AL 36695

Karmen Holmes
307 University Blvd
#200
Mobile, AL 36609

Tom Irving
9614 Downing Way S.
Mobile, AL 36695

Christine Jacobs
6021 Cedar Knot Ct.
Mobile, AL 36609

Ray Thompson
5701 Mal Dr.
#4
Mobile, AL 36693

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  CHRISTINE C HERNANDEZ
     christine@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To: RT. REV. RUSSELL KENDRICK, BISHOP
201 N. BAYLOR STREET
PENSACOLA, FL, 32502

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:    8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:      8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To: ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:      8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  KNOTTS BRIAN (PRO SE)
     1808 CADILLAC AVE.
     DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:      8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  BAKER JAKE (PRO SE)
     4063 WESTMORELAND DR. S.
     MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:      8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:    8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:    8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:      8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  DOLBEAR KIM (PRO SE)
     5671 RABBIT CREEK DR.
     MOBILE, AL, 36582-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  HOLT TERRY (PRO SE)
     4000 SIERRA DR.
     MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To: WILL BOB (PRO SE)
1400 S. UNIVERSITY BLVD
MOBILE, AL, 36609-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:      8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:      8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:    8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To: BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:      8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:    8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:      8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:   HENINGHAN GLORIA (PRO SE)
      2563 TROPHY COURT
      MOBILE, AL, 36618-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  HOLMES KARMEN (PRO SE)
     3007 UNIVERSITY BLVD.
     #200
     MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  IRVING TOM (PRO SE)
     9614 DOWNING WAY S.
     MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:   THOMPSON RAY (PRO SE)
      5701 MAL DR.
      #4
      MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:      8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  MARTENSTEIN AMBER (PRO SE)
     4026 RIDGECREST COURT
     MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To: PALMER-HILL ELIZABETH (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  MOORE DANI (PRO SE)
3795 GOVERNMENT ST.
MOBILE, AL, 36602-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  PRICE ROY (PRO SE)
     21 W I-65 SERVICE ROAD
     MOBILE, AL, 36608-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON ST.
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  ROSSLER JIM (PRO SE)
     104 ST. FRANCIS STREET
     #300
     MOBILE, AL, 36602-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:      8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 71



AlaFile E-Notice

02-CV-2023-901572.00

To:  MUNS JAMES ADAM RAY
James@EqualizingJustice.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/11/2023 8:56:01 AM

Notice Date:     8/11/2023 8:56:01 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 72

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** RT. REV. RUSSELL KENDRICK, BISHOP, 201 N. BAYLOR STREET, PENSACOLA, FL 32502

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of PASCAVAGE DARREN pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 08/11/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ CHRISTINE C HERNANDEZ

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*     *(Name of County)*

Alabama on _____ .

*(Date)*

_____     _____

*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____     _____

*(Server's Printed Name)*     *(Phone Number of Server)*

DOCUMENT 73

ELECTRONICALLY FILED
8/14/2023 11:06 AM
02-CV-2023-901572.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DR. DARREN PASCAVAGE,                        *
                                             *
    Plaintiff,                           *
                                             *
                                             *    CASE NO.: CV _____
v.                                           *
                                             *
                                             *
                                             *    JURY DEMAND
ST. LUKE'S EPISCOPAL SCHOOL;                 *
                                             *
ST. LUKE'S EPISCOPAL CHURCH;                 *
                                             *
ST. LUKE'S EPISCOPAL SCHOOL                  *
BOARD OF TRUSTEES;                           *
                                             *
ST. LUKE'S EPISCOPAL CHURCH                  *
VESTRY;                                      *
                                             *
RT. REV. RUSSELL KENDRICK,                   *
BISHOP (In his Official capacity);           *
                                             *
REV. JAMIE MCELROY, RECTOR                   *
(In his Official capacity);                  *
                                             *
BRIAN KNOTTS, CHAIRMAN                       *
OF THE BOARD OF TRUSTEES FOR                 *
ST. LUKE'S EPISCOPAL SCHOOL,                 *
(In his official and individual capacity);   *
                                             *
TARA LOCKETT, VICE CHAIR OF THE              *
BOARD OF TRUSTEES OF ST. LUKE'S              *
EPISCOPAL SCHOOL, (In her official and       *
individual capacity);                        *
                                             *
BOARD OF                                     *
TRUSTEES FOR ST. LUKE'S EPISCOPAL            *
SCHOOL, BOARD MEMBERS:                       *
                                             *
JAKE BAKER,                                  *
(In his official and individual capacity);   *
                                             *
SUZY BANKS,                                  *
(In her official and individual capacity);   *
                                             *

DOCUMENT 73

WINDY BITZER,
(In her official and individual capacity);

ELIZABETH BOONE,
(In her official and individual capacity);

DANI MOORE,
(In her official and individual capacity);

MITCH CUMPTON,
(In his official and individual capacity);

KIM DOLBEAR, BOARD
SECRETARY, (In her official and
individual capacity);

SHANE HALE,
(In his official and individual capacity);

TERRY HOLT,
(In his official and individual capacity);

AMBER MARTENSTEIN,
(In her official and individual capacity);

ELIZABETH PALMER-HILL,
(In her official and individual capacity);

JAYE B. PATTERSON,
ADVANCEMENT COMMITTEE
CHAIR, (In his official and individual
capacity);

DAVID B. POOLE, VESTRY
REPRESENTATIVE (In his official and
individual capacity);

ROY PRICE, FACILITIES
COMMITTEE CHAIR
(In his official and individual capacity);

ROBIN ROBERTS,
(In his official and individual capacity);

LLOYD ROEBUCK,
(In his official and individual capacity);

DOCUMENT 73

JIM ROSSLER,
(In his official and individual capacity);

BRIAN TRAMMELL, BOARD
TREASURER
(In his official and individual capacity);

BOB WILL
(In his official and individual capacity);

MICHELLE BENTLEY, CHIEF
FINANCIAL OFFICER, (In her official
and individual capacity);

DUNCAN CASSIDY, IT DIRECTOR,
(In his official and individual capacity);

CATHY HAVES, ASSISTANT TO
HEAD OF SCHOOL,(In her official
and individual capacity);

SUZY BANKS, ACADEMIC DEAN
(In her official and individual capacity);

BRENDA LANGHAM, BUSINESS
OFFICE- HUMAN RESOURCES
(In her official and individual capacity);

PHILLIP CUMMINGS, LOWER
SCHOOL DIRECTOR (In his official
and individual capacity);

ST. LUKE'S EPISCOPAL CHURCH
VESTRY MEMBERS:

JACK BAYLOR,
(In his official and individual capacity);

MONICA COOK,
(In her official and individual capacity);

CHANCE COOPER,
(In his official and individual capacity);

DOCUMENT 73

| | |
|---|---|
| **MIKE DOSSETT,** | * |
| (In his official and individual capacity); | * |
| | + |
| **FRAN GARRETT,** | * |
| (In her official and individual capacity); | * |
| | * |
| **HOLLY GIBNEY,** | * |
| (In her official and individual capacity); | * |
| | * |
| **GLORIA HENIGHAN,** | * |
| (In her official and individual capacity): | * |
| | * |
| **RONNIE HARDY,** | * |
| (In his official and individual capacity); | * |
| | * |
| **KARMEN HOLMES,** | * |
| (In her official and individual capacity); | * |
| | * |
| **TOM IRVING,** | * |
| (In her official and individual capacity); | * |
| | * |
| **CHRISTINE JACOBS,** | * |
| (In her official and individual capacity); | * |
| | * |
| **RAY THOMPSON,** | * |
| (In his official and individual capacity); | * |
| | * |
| **FICTITIOUS DEFENDANTS A-F,** | * |
| (In their official and/or individual | * |
| capacities); | * |
| | * |
|     **DEFENDANTS.** | * |

## COMPLAINT

    **COMES NOW**, the Plaintiff, DR. DARREN PASCAVAGE, by and through undersigned counsel, Christine C. Hernandez and James Adam Muns of The Hernandez & Associates Firm, LLC., and hereby complains against the Defendant(s) ST. LUKE'S EPISCOPAL SCHOOL; ST. LUKE'S EPISCOPAL CHURCH; ST. LUKE'S EPISCOPAL CHURCH VESTRY; ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES; RT. REV. RUSSELL KENDRICK, BISHOP, (In his official capacity); REV. JAMIE MCELROY, RECTOR, (In his official capacity); BRIAN KNOTTS, CHAIRMAN OF THE BOARD OF TRUSTEES, ST. LUKE'S EPISCOPAL

DOCUMENT 73

SCHOOL, (In his official and individual capacity); TARA LOCKETT, VICE CHAIR OF THE
BOARD OF TRUSTEES, ST. LUKE'S EPISCOPAL SCHOOL, (In her official and individual
capacity); ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEE MEMBERS: JAKE
BAKER, (In his official and individual capacity); WINDY BITZER, (In her official and
individual capacity); ELIZABETH BOONE, (In her official and individual capacity); DANI
MOORE, (In her official and individual capacity); MITCH CUMPTON, (In his official and
individual capacity); KIM DOLBEAR, BOARD SECRETARY, (In her official and individual
capacity); SHANE HALE, (In his official and individual capacity); TERRY HOLT, (In his
official and individual capacity); AMBER MARTENSTEIN, (In her official and individual
capacity); ELIZABETH PALMER-HILL, (In her official and individual capacity); JAYE B.
PATTERSON, ADVANCEMENT COMMITTEE CHAIR, (In his official and individual
capacity); DAVID POOLE, VESTRY REPRESENTATIVE, (In his official and individual
capacity); ROY PRICE, FACILITIES COMMITTEE CHAIR, (In his official and individual
capacity); ROBIN ROBERTS, (In his official and individual capacity); LLOYD ROEBUCK, (In
his official and individual capacity); JIM ROSSLER, (In his official and individual capacity);
BRIAN TRAMMELL, BOARD TREASURER, (In his official and individual capacity); and
BOB WILL, (In his official and individual capacity); MICHELLE BENTLEY, CHIEF
FINANCIAL OFFICER, (In her official and individual capacity); DUNCAN CASSIDY, IT
DIRECTOR, (In his official and individual capacity); CATHY HAYES, ASSISTANT TO HEAD
OF SCHOOL, (In her official and individual capacity); SUZY BANKS, ACADEMIC DEAN,
(In her official and individual capacity); BRENDA LANGHAM, BUSINESS OFFICE-HUMAN
RESOURCES, (In her official and individual capacity); PHILLIP CUMMINGS, LOWER
SCHOOL DIRECTOR, (In his official and individual capacity); ST. LUKE'S EPISCOPAL
CHURCH VESTRY: JACK BAYLOR, (In his official and individual capacity); MONICA
COOK, (In her official and individual capacity); CHANCE COOPER, (In his official and
individual capacity); MIKE DOSSETT, (In his official and individual capacity); FRAN
GARRETT, (In her official and individual capacity); HOLLY GIBNEY, (In her official and
individual capacity); GLORIA HENIGHAN, (In her official and individual capacity); RONNIE
HARDY, (In his official and individual capacity); KARMEN HOLMES, (In her official and
individual capacity); TOM IRVING, (In his official and individual capacity); CHRISTINE
JACOBS, (In her official and individual capacity); RAY THOMPSON, (In his official and

DOCUMENT 73

individual capacity); FICTITIOUS DEFENDANTS A-F, (In their official or individual capacity);
As grounds therefore shows unto this Honorable Court as follows:

## PARTIES

1. Plaintiff Dr. Darren Pascavage (hereinafter known as "Plaintiff") is over the age of
nineteen years and was at all times material to this Complaint a resident of Mobile
County, Alabama. Plaintiff served as the Head of School and a non-voting board member
for the St Luke's Episcopal School, Board of Trustees; was not present for any of the
meetings or votes related to his termination and was not provided any information prior
to being placed on administrative leave as to any conduct or action that was in violation
of any policy or procedure; and was not asked at any point before the vote to pass the
budget to make any changes or explain any items in the budget. To date there has been no
written or verbal communication by the Board of Trustees or any of the Defendants
indicating any reason for termination. Plaintiff, was hired in November 2019 by St.
Luke's Episcopal School to serve as Head of School (Head Master), at which time he
signed a written contract for employment.

   a. Pursuant to ARTICLE FOUR of the Board of Trustees Policies, the HEAD OF
   SCHOOL, serves as the chief administrative officer of the School and the Head
   shall have the authority and responsibility for the implementation of policies that
   are approved by the Board of Trustees.

   b. The Head shall be employed, supervised and evaluated by, and shall serve at the
   pleasure of, the Board.

   c. The Vestry shall approve the hiring and dismissal of the Head.

   d. The Head, within the policies of the Board, is charged by the Board with the
   general responsibility and authority for all phases of the School's operation as
   may be prescribed from time to time by the Board. Among the Head's specific
   duties are the following: supervision and general management of the academic,
   administrative, and business operations of the School; directing and prescribing
   the course of study and discipline to be observed therein; employing and

DOCUMENT 73

  discharging members of the faculty and staff, prescribing their duties, salary, and terms of office; admitting, disciplining, and dismissing students, preparing and submitting to the Board of Trustees, annually, a proposed budget for the operation of the School for the next succeeding fiscal year and promoting and leading fundraiser endeavors.

  e. The Head shall be an ex-officio, non-voting member of the Board of Trustees and of all special and standing committees.

  f. The Finance Committee shall, in conjunction with the Head of School, prepare a detailed budget for the succeeding fiscal year to be presented to the Board on or before its regular September meeting for Board of Trustee approval.

2. Defendant, St. Luke's Episcopal School (hereinafter known as "School"), is and was at all times material herein, a private preparatory school organized and licensed under the laws of the State of Alabama, qualified to provide education in the State of Alabama, operating in Mobile County, Alabama.

3. Defendant, St. Luke's Episcopal Church (hereinafter known as "Church"), is and was at all times material herein a Church operating as a non-profit religious organization conducting services in Mobile County, Alabama. Defendant St. Luke's Episcopal Church is the owner and operator of St. Luke's Episcopal School on the lower (Japonica) Campus and on the University Campus; which is an organization that operates in Mobile County, Alabama is well versed in the beliefs, and policies of the Episcopal Church in relation to all members of the church and school and was informed of the discord of the Board of Trustees in acting outside the beliefs, teachings and policies of the Episcopal Church.

4. Defendant, St. Luke's Episcopal School Board of Trustees (hereinafter known as "Board of Trustees"), is and was at all times material herein, a governing body charged with overseeing the functions, educational standard, and reputation of the School, an organization operating in Mobile County, Alabama.

5. Defendant, St. Luke's Episcopal Church Vestry (hereinafter known as "Vestry"), is and

was at all times material herein a group of officers within St. Luke's Episcopal Church, whose main responsibilities are to help define and articulate the mission of the Episcopal Church; to support the church's mission by word and deed, to select the rector, to ensure effective organization and planning, and to manage resources and finances of St. Luke's Episcopal Church, and oversees the functions, educational standard, and reputation of St. Luke's Episcopal School, while maintaining a voting interest in the School, the Vestry by extension of St. Luke's Episcopal Church, a non-profit organization operating in Mobile County, Alabama.

6.   Defendant, Rt. Rev. Russell Kendrick, Bishop, is over the age of nineteen (19) years and was at all times material herein, Bishop of St. Luke's Episcopal Church and is a non-voting member of the Board of Trustees for St Luke's Episcopal School, a private preparatory school organized and licensed under the laws of the State of Alabama, qualified to provide education in the State of Alabama, operating in Mobile County, Alabama.

7.   Defendant, Rev. Jamie McElroy is over the age of nineteen (19) years and was at all times herein, the Rector and Lead Pastor of St. Luke's Episcopal Church, while also a sitting voting member of the St. Luke's Episcopal School Board of Trustees, an organization that operates in Mobile County, Alabama. Rev. Jamie McElroy also serves as the Rector and is in the administrative circle for the Church and School. Rev. Jamie McElroy is well versed in the beliefs, and policies of the Episcopal Church in relation to all members of the Church and School and regularly met and counseled with the Board of Trustees Members and the Plaintiff related to the inclusion of all students regardless of race, age, gender, sexual orientation, sexual identity, religion, and socio-demographic status in the community.

8.   Defendant, Brian Knotts is over the age of nineteen (19) years and was at all times herein, Chairman of the Board of Trustees at the St. Luke's Episcopal School, an organization operating in Mobile County, Alabama. As Chairman of the Board of Trustees, the Chair shall be the executive officer of the Board, shall preside at all meetings of the Board and

DOCUMENT 73

the Executive Committee at which he/she is present, and is a member of all special and
standing committees. Subject to the control of the Board, the Chair shall have general
supervision, direction and control of the business and the officers of the Board and the
Head of the School, and shall have such other powers and duties as shall be prescribed by
the Board or these Bylaws. The Board Chair shall also be responsible for implementing
and supervising annual evaluations of the Head of School.Defendant Knotts did not
engage in any communications or evaluations of the Plaintiff in which the Plaintiff would
be informed of any reason to place on administrative leave and/or to terminate the
Plaintiff. Defendant Knotts served on both the facilities committee and the finance
committees.

9.    Defendant, Tara Lockett, identified herself as the attorney for the Board of Trustees and
Vice Chair of the Board of Trustees, is over the age of nineteen (19) years and was at all
times herein, Vice Chairman of the Board of Trustees at the St. Luke's Episcopal school,
and also served as Legal Counsel acting on behalf St. Luke's Episcopal School and Board
of Trustees, an educational organization owned by St.Luke's Episopal Church which
operated in Mobile County, Alabama. Pursuant to Section 3.8 of the Board of Trustees
Policies, the Vice Chair in the event of the absence or disability of the Chair, the Vice
Chair shall perform all the duties of the Chair, and when so acting shall have all the
powers of, and be subject to all the restrictions on the Chair. The Vice Chair shall have
such other powers and perform such other duties as may from time to time be prescribed
by the Board or these Bylaws. Defendant Tara Lockett. Vice Chair of the Board acting as
both a voting member of the Board and acting as the attorney for the Board at all times
during the conduct alleged in this complaint. Defendant Tara Lockett participated in a
dual role, in which she participated in the voting process for the committees of the Board
of Trustees as well as the vote to terminate the Plaintiff in this case. At all times during
the activities that are the basis of this Complaint, this Defendant, knowingly engaged in
representation of the Board of Trustees, an organization that included the Plaintiff. As the
legal representative for the Board of Trustees, the Defendant had previously provided
legal advice to the Plaintiff related to other matters involving the School and Board of

DOCUMENT 73

Trustees, as well as actions to terminate faculty members for violating policies and/or procedures.

10.    Defendant(s), Jake Baker, Windy Bitzer, Elizabeth Boone, Mitch Crampton, Dani Moore, Kim Dolbear, Shane Hale, Terry Holt, Amber Martenstein, Elizabeth Palmer-Hill, Jaye B. Patterson, David Poole, Roy Price, Robin Roberts, Lloyd Roebuck, Jim Rossler, Brian Trammell, and Bob Will are all over the age of nineteen (19) years and were at all times herein sitting members of the Board of Trustees of St. Luke's Episcopal School and School Board, an organization operating in Mobile County, Alabama and participated in the voting process for the committees of the Board. These Defendants were provided information from Defendants Knotts and Lockett related to the termination vote of the Plaintiff in this case resulting in the Defendants voting to terminate the Plaintiff.

11.    Defendant(s) Brian Trammell, Jake Baker, Kim Dolbear, Fran Garrett, Brian Knotts, Dani Moore, Jaye B Patterson, Robin Roberts, Lloyd Roebuck and Michelle Bentley served are all over the age of nineteen (19) years and were at all times herein sitting members of the Board of Trustees of St. Luke's Episcopal School Board, and served as members of the Finance Committee. Members of the Board at St Luke's School served in an administrative voting capacity for the organization and operating in Mobile County, Alabama. Each of the Board members identified herein participated in the voting process for the committees of the Board and also voted to terminate the Plaintiff in this case. As members of the Finance Committee of the Board of Trustees, during the Plaintiff's contractual term as Head of School, each was present at meetings for budget discussions, participated in the budget process and voted to pass the budget presented by Plaintiff in this case. As members of the Finance Committee of the Board of Trustees each had information presented related to the costs of repairs, renovations, replacement and removal the old, non-functional fire alarm system, leaking roofs, damaged buildings from years of neglect, and mold in the buildings and HVAC systems of the lower (Japonica) campus. These Defendants were aware the conditions were hazardous to the health of the students and faculty of the lower (Japonica) campus site and did not allocate funds or financial plans to correct these issues, but did however participate in the budget

DOCUMENT 73

preparation and process of finalizing the School budget. These Board members also voted to pass the budget and later voted to terminate the Plaintiff without providing any notice to the Plaintiff of any cause.

12. Defendants Roy Price, Mitch Cumpton, Windy Bitzer, Elizabeth Boone, Terry Hold, Kim Dolbear, Brian Knotts and Michelle Bentley served on the Facilities Committee of the Board of Trustees during Plaintiff's contractual term as Head of School. As members of the facilities committee of the Board, each of these Defendants had information presented to them related to the costs of repairs, renovations, replacement and removal the old-non-working fire alarm system, leaking roofs, damaged buildings from years of neglect, the mold in the buildings and HVAC system on the lower (Japonica) campus. At all times relevant to these claims, these Defendants were aware the conditions were hazardous to the health of the students and faculty of the lower (Japonica) campus and also received a written report of the nature and type of mold identified in the closets and HVAC system from a concerned faculty member and her spouse. This Committee failed to take any action related to the mold and health issues other than to require the areas be painted over to be less visible. This Committee failed to notify parents of the hazardous health and safety conditions located on the lower (Japonica) campus. The Members of this Committed were informed of the report related to the mold located in multiple places including the HVAC system on the Lower Campus. The notice of the hazardous mold was provided in written form through email and text to specific members of the Board of Trustees, however, no response related to the report by the concerned faculty member and her spouse was provided. This committee is a part of the Board.

   a. The Defendant members of the Facilities Committee did obtain lights for the football field, did obtain risers for the football field, did secure a new sound system for the football field and did obtain a new extended bus for athletic travel for events, they also did secure the services of someone to serve as a CDL driver for said bus. Yet, none of the health and safety issues on the lower (Japonica) campus related to the inoperable fire alarm system, mold, leaking roofs and dilapidated building structures were addressed.

DOCUMENT 73

  b. Defendants on the Facilities Committee and the Finance Committee did not request to allocate funds or request financial plans to correct these safety and hazardous health issues.

  c. This Committee participated in the budget vote for the school; and

  d. The Plaintiff notified this committee of the safety and health issues on the lower campus and offered suggestions to eliminate these risks by moving the children to the upper school campus on University Blvd.

  e. This Committee later voted to terminate the Plaintiff without providing any notice to the Plaintiff of any cause.

13. Defendant Shane Hale, an acting and voting member of the Board of Trustees during the tenure of the Plaintiff as head of school, was also a real estate agent and was suggested by the Board Chair at that time, Defendant Jim Rossler, to work with the Plaintiff at the time he arrived in Mobile to purchase a home. This Defendant located a home for the Plaintiff that was purchased by the Plaintiff, and the Defendant made a substantial commission from the purchase. This Defendant had knowledge of the health and safety issues on the lower (Japonica) school campus. This Defendant was also a voting member of the Board of Trustees that later voted to terminate the Plaintiff without any notice or identification of cause. Later this Defendant served as the real estate agent that sold Plaintiff's home. This Defendant Shane Hale had a financial interest in the termination of the Plaintiff. Defendant Hale made approximately $25,000 from the commission on the sale of the Plaintiff's home following the wrongful termination of the Plaintiff.

14. Defendants Michelle Bentley, Duncan Cassidy, Cathy Hayes, Suzy Banks, Brenda Langham, and Phillip Cummings are all over the age of nineteen (19) years and were at all times material herein, serving in an administrative role at St. Luke's Episcopal School, a private preparatory school organized and licensed under the laws of the State of Alabama, qualified to provide education in the State of Alabama, operating in Mobile County, Alabama. Defendant Michelle Bentley was at all times material herein, a voting member serving on the Finance and Facilities Committees of the Defendant Board of Trustees.

DOCUMENT 73

15.   Defendants Jack Baylor, Monica Cook, Chance Cooper, Mike Dossett, Fran Garrett,
      Holly Gibney, Gloria Henighan, Ronnie Hardy, Karmen Holmes, Tom Irving, Christine
      Jacobs, Ray Thompson, and David Poole are all over the age of nineteen (19) years and
      were at all times material herein members of the St. Luke's Episcopal Church Vestry; a
      group of officers within St. Luke's Episcopal Church, whose main responsibilities are to
      help define and articulate the mission of the Episcopal Church; to support the Church's
      mission by word and deed, to select the rector, to ensure effective organization and
      planning, and to manage resources and finances of St. Luke's Episcopal Church, and
      oversees the functions, educational standard, and reputation of St. Luke's Episcopal
      School, while maintaining a voting interest in the School, the Vestry by extension of St.
      Luke's Episcopal Church, a non-profit organization operating in Mobile County,
      Alabama.

16.   Defendants, Fictitious Defendants A-F, are over the age of nineteen (19) years and were
      at all times material herein, the persons or entities, whether singular or plural, who or
      which caused or contributed to wrongful termination of the Plaintiff as set forth herein;
      whether singular or plural who or which caused or contributed to the defamation of the
      Plaintiff; whether singular or plural who or which caused or contributed to the the Breach
      of Contract imposed on the Plaintiff. Plaintiff hereby adopts and incorporates by
      reference the Fictitious Defendants in interest, described as A through F, fully and
      completely as if set out herein. The identities of these Fictitious Defendants are unknown
      to the Plaintiff or their identities as proper party Defendants are unknown, and whose true
      names will be substituted by amendment when the aforesaid lacking knowledge is
      ascertained.

17.   Venue is proper in Mobile County, Alabama because a substantial part or all of the events
      and omissions giving rise to Plaintiff's claims occurred in Mobile County, Alabama.

## NATURE OF PROCEEDINGS

18.   Plaintiff brings this legal action against all named Defendants under the

DOCUMENT 73

laws of the State of Alabama and under the equitable powers of the Courts in the State of
Alabama.

19.     Plaintiff's claims are timely. Plaintiff seeks contractual damages, compensatory damages,
        punitive damages, declaratory and injunctive relief, employment benefits interest,
        nominal and liquidated damages, damages for loss of employment, damages for
        defamation including reputational harm, costs, attorneys' fees, and any and all such other
        relief the trier of fact may assess.

## FACTS

20.     On or about November 22, 2019, Plaintiff signed an employment Contract with St.
        Luke's Episcopal Church, Vestry, and St Luke's Episcopal School Board of Trustees
        following a lengthy search process for the position of Head of School. In signing the
        contract the parties put the terms of the agreement in writing. The Plaintiff was hired to
        serve as Head of School (Head Master) under the supervision of the St. Luke's Episcopal
        Church and School Board of Trustees, effective on July 1, 2020, and to continue until
        June 30, 2025. The Defendants serving on the Board of Trustees and a party to the
        contract, were tasked with the annual evaluation of the Plaintiff and the supervisory
        implementation of the approved budget, ensuring compliance with the teachings of the
        Episcopal Church, and the operation and maintenance of the school facilities as well as
        maintaining the health and safety of the students and faculty attending school.

20.     In said Contract Agreement, the Defendants agreed that the Plaintiff would receive an
        annual salary of $200,000.00 for the 2020/2021 school years. The Defendants also agreed
        that the Plaintiff was to receive a 2% increase in salary each year, or increase equal to the
        average percentage increase provided generally to the faculty for the same school year,
        whichever is higher.

21.     The Defendants also agreed in the employment Contract that the school shall pay the
        premium for family health insurance coverage not to exceed $1,540.00 per month during

DOCUMENT 73

any year of employment for an annual fee of ($18,480) eighteen thousand four hundred eighty dollars.

22. The Defendants agreed under the Plaintiff's written Employment Contract that Plaintiff's natural or adopted children, who are members of the Plaintiff's household with principal residence in the Plaintiff's household, who are accepted and attend the school, shall receive (100%) tuition remission for each year they attend the school during the terms of the Agreement.

23. The Plaintiff's employment contract also stated that the Defendant school would reimburse the Plaintiff for life insurance premiums not to exceed $350.00 per quarter, for an annual fee of ($1400) fourteen hundred dollars. The Defendants breached this agreement.

24. The Plaintiff's employment contract stated that the Defendant school and Board of Trustees would pay the Plaintiff's monthly membership dues up to $450.00 per month at a club of Plaintiff's choice; for an annual fee of ($5400) five thousand four hundred dollars. The Defendants Breached this agreement.

25. The Plaintiff's employment contract stated that the Plaintiff, Employee may participate in the School's retirement plan in accordance with the terms, conditions, and requirements of the plan and the Defendants would provide a percentage match to the plan. The Defendants breached this agreement with the Plaintiff at the time of wrongful termination of the Plaintiff.

26. The Plaintiff's employment contract also stated that the school would pay Plaintiff $15,000.00 in relocation expenses for which the Defendants breached and did not assist in the relocation of the Plaintiff following wrongful termination.

27. During Plaintiff's time as Head of School, Plaintiff officially stated to members of the Executive Committee, the Finance Committee, the Facilities Committee, the Rector, the School Board, and the complete Board of Trustees in scheduled board meetings, that

DOCUMENT 73

many of the financial, ethical, and establishment rules and/or policies of the school, were not consistent with the teachings of the Episcopal Church, were not consistent with the advertisement and inducements contained there-in to which the Plaintiff applied for the Head of School position. Further, some unwritten expectations were unenforceable and were not listed in the handbook provided to parents and students for the year.

28.    During Plaintiff's time as Head of School, Plaintiff officially stated to members of the Executive Committee, the Finance Committee, the Facilities Committee, the Rector, the School Board, and the complete Board of Trustees in scheduled board meetings, that many of the financial, ethical, and establishment rules and/or policies of the school were not consistent with the safety and health codes of the City of Mobile, County of Mobile or the State of Alabama. The Plaintiff asserted that the state of the facilities on the lower (Japonica) campus, were a cause for health and safety concerns for the children and faculty working and attending classes on said campus. Plaintiff felt these issues needed to be addressed prior to someone being injured or having a significant health issue as a result of non-functional fire alarm system, the absence of sprinklers, the leaking roofs, and the mold circulating in the classrooms and HVAC system. However, these issues were not not addressed by the Board of Trustees, the School or Church. Plaintiff asserted that these issues were inconsistent with the expectations of a safe and healthy environment for the students enrolled in the school daycare, or the parents who were contractually obligated to pay tuition to an institution that was neglecting the health and safety of its students. Further, some of these issues were also listed in the handbook provided to parents and students for the year indicating that the school did provide a healthy and safe facility for the children in attendance.

29.    The Defendants attempted to enforce unwritten rules and/or policies that were in violation of, or inconsistent with the teachings of the Episcopal Church. Plaintiff voiced concerns regarding these issues and further voiced many health and safety concerns within the school that affected the children and school community. In addition, the Board of Trustee Members including Defendant Brian Knotts, were aware of many other issues

DOCUMENT 73

such as problems with the Alabama High School Athletic Association and students
enrolled in the School Athletic programs.

30.   The Defendants required a computer program implemented within the school to be
installed on all devices of students which resulted in the School NETREF program taking
over the camera of these devices without parental consent and without informing parents
and students of the capabilities of the program.

31.   The Defendants had adverse reactions to the Plaintiff implementing and encouraging the
teachings and general inclusion of any/all groups consistent with the teachings of the
Episcopal Church. In such, that all minorities were welcomed and encouraged to enroll in
the school and participate in its activities. The Defendants displayed open discrimination
toward minorities attending the school including statements made by Board of Trustee
members that the Plaintiff encouraged the "wrong kind" of minorities to enroll in the
school.

32.   Plaintiff created the position of Director of Program Operations for the purpose of
making sure that there was someone at the administrative level who was focused on the
safety, security, maintenance, and repair of the various issues within the facility that
Plaintiff asserts, had been neglected by the Board of Trustees for years.

33.   Plaintiff made statements and voiced concerns as asserted in paragraph 27-32
hereinabove, to and in the presence of, members of the Facilities Committee, including
Roy Price, Mitch Crumpton, Windy Bitzer, Elizabeth Boone, Terry Hold, Kim Dolbear,
Brian Knotts and Michelle Bentley and  to the other Defendants in executive board
meetings of the Board of Trustees, in School Board meetings, and to the Rector,
Defendant Jamie McElroy.

34.   Plaintiff voiced concerns to the Board of Trustees, and in particular the Facilities
Committee members on more than one occasion related to serious safety issues that

DOCUMENT 73

included the absence of a functional Fire Safety System on the lower (Japonica) campus. The current Fire Safety system is not in working order and in further testing, the system has failed to function properly and alert faculty and students of impending smoke and fire hazards for years.

35.    The cost to replace the Fire Safety System on the lower (Japonica) campus was estimated to be upwards of $150,000. The Board of Trustee members were aware of the cost and the severity of the issues at the lower (Japonica) campus.

36.    The Board of Trustees did not approve replacement or repair of the Fire Safety System and failed to notify the Mobile Fire Marshall of the failure of the Fire Safety System at that location.

37.    Plaintiff informed the facilities committee of the Board of Trustees about mold in the classrooms, closets and HVAC system on the lower (Japonica) campus of St. Luke's Episcopal School.

38.    Plaintiff informed the Board of Trustees' members along with the Facilities Committee of the need to address the leaking roofs and the need to address moisture problems that such leaks created at the lower (Japonica) campus of St. Luke's Episcopal School.

39.    The Defendants, members of the Facilities Committee of the Board of Trustees consistently deferred the repairs and replacement of the fire safety system due to significant costs.

40.    Defendants on the Facilities Committee of the Board of Trustees consistently deferred the removal and repairs necessary to eradicate the mold problems on the lower (Japonica) Campus and knowingly allowed the health and safety of the children and faculty to remain at issue.

41.    The Defendants on the Facilities Committee of the Board of Trustees and the full board

DOCUMENT 73

of trustees avoided testing of the mold to determine what varieties of mold were present in the closets, classrooms, and HVAC system of the lower (Japonica) campus of the school based on costs associated with addressing any specific types of mold (as in black mold) that were found and identified to exist. Pursuant to Board policy the Facilities Committee shall be responsible for reviewing and performing an annual inspection of school facilities, prioritizing and making recommendations for maintenance and/or improvements to the school's physical plant. Any capital improvement not necessary to the day to day operations of the school must be approved by the Finance Committee, subject to Board approval. Any maintenance item outside those that are ordinary and customary shall be reported to the Finance Chair and Treasurer.

42.    Plaintiff expressed ongoing concerns about Murray Hall and Carpenter Hall on the lower (Japonica) Campus which required substantial repairs and renovations, however the Defendants and Facilities Committee members of the Board of Trustees ignored the requests for the funds to assess and make the necessary repairs to these buildings which young children and early education students were assigned.

43.    Plaintiff made statements and voiced concerns about the financial needs of the school as asserted in paragraphs 27-42 hereinabove, to and in the presence of members of the Facilities Committee, to the other Board of Trustee Defendants in finance and executive meetings and in regular Board of Trustee meetings. At all times related to these claims the Defendants were voting members of the Board of Trustees and had a fiduciary duty to provide for the health and safety of the children on both the upper and lower campus of the School.

44.    Plaintiff's voiced concerns and identified issues regarding the Board of Trustees' lack of compliance with the Board of Trustees' own policy were never acted on by the Defendants. In addition to the health and safety issues as well as increasing minority enrollment, nother issues included Board of Trustee members' spouses working within St. Luke's Episcopal School while also receiving a tuition break. Defendant Mitch Crumpton, Board of Trustee member and member of the Facilities Committee, has

DOCUMENT 73

experienced financial gain from his position in that his spouse works for the school allowing the family to received a significant tuition break; while the School facilities safety and security issues exposed the students on the lower (Japonica) campus to leaky roofs, mold, and the absence of any functional fire safety alarm system.

45.    Defendant Michelle Bentley, a Finance Committee and Facilities Committee Board member, also has a spouse employed by the school. Although her husband was initially employed through another employer under contract to serve as the athletic trainer; he was later employed as a teacher at the School as approved by the Board of Trustees. Therefore, like Mitch Crumpton, who had student athletes at the school; Michelle Bentley also had a student athlete.

46.    Defendants Michelle Bentley and Mitch Cumpton along with Terry Holt, Jim Rossler, Brian Knotts, and Elizabeth Boone, who all served on the Facilities Committee all had student athletes enrolled and competed in the athletic programs at the school. Each Defendant had a vested interest in Alabama High School Athletic Compliance yet the main focus in the Facilities Committee of the Board of Trustees focused on athletic facilities rather than the facilities that affected the health and safety of the lower (Japonica) campus students not involved in middle and high school athletics.

47.    The Defendants on the Facilities Committee of the Board of Trustees were not the only Board of Trustees' members with children involved in athletics at St. Luke's Episcopal School. In addition, some members of the Facilities Committee also served on the Finance Committee. Defendant Brian Knotts and Michelle Bentley served on both the Finance and Facilities Committees and Defendant Jaye Patterson, Fran Garrett, Jake Baker, Robin Roberts, and Kim Dolbear also served on committees and were parents to student athletes enrolled and competing at St. Luke's Episcopal School.

48.    The Board of Trustees select and choose replacements for open seats on the Board of

DOCUMENT 73

Trustees, therefore the financial benefits conveyed to Defendant Mitch Cumpton and his family, as well as the financial benefits conveyed to Defendant Michelle Bentley and her family, were not transparent nor were they scrutinized.

49.   Plaintiff asserts this type of favorable treatment to only a few chosen, select students is a discriminatory act against the rest of the students enrolled in the school that are not The few chosen, select friends of the Board of Trustees and do not receive large amounts of financial assistance or support.

50.   Plaintiff asserts that this discriminatory practice continues today, and the acting Head of School. Suzy Banks is aware of the discriminatory practice and has continued to accept this practice without question to the Board of Trustees; despite there being no written guidelines for the implementation of this Board of Trustee habit. Defendant Suzy Banks has met with the parents of some students and has openly discussed her knowledge of said financial discriminatory practices but has made no effort to change them.

51.   Plaintiff made statements and voiced concerns as asserted in paragraphs 27-50 hereinabove, to and in the presence of members of the Board of Trustees Executive Committee, Finance Committee, Facilities Committee, and to other Defendants in Board of Trustee meetings.

52.   Plaintiff raised the issue of a substantial violation of Board of Trustee policy related to the employment of Board of Trustees members' spouses to the Defendants on the Executive Committee, but the Defendants never permitted this issue to be addressed with the full Board of Trustees at a board meeting.

53.   Plaintiff identified concerns relating to the overall safety and security of the school as well as other financial and budget issues including the Board of Trustees granting long term financial assistance to families of athletes and friends of Board of Trustee members in perpetuity (which still continues today) without any policy or procedure for such financial exceptions to school fees, tuition, and expenses, affecting the overall

DOCUMENT 73

financial well-being of the School.

54. Plaintiff asserted to Defendants that the granting of long term financial assistance to
family members of talented athletes, as well as the granting of financial assistance, the
consented exceptions to enforcing contractual agreements, along with the granting of
financial assistance to friends of Board of Trustee members without any type of objective
requirements, was financially detrimental to the School and its future.

55. Plaintiff asserted to Defendants and Board of Trustees that continuing these frivolous
financial actions require other students to pay elevated tuition to cover said financial
assistance and scholarships given to families of athletes and friends of Board of Trustees
members.

56. The use of terminology by the Board of Trustees to include conveyance of financial
assistance to siblings of athletes rather than scholarship awards to athletes, may violate
state rules for participation under the Alabama High School Athletic Association.

57. Since the wrongful termination of the Plaintiff, these unscrutinized financial assistance
practices of the Board of Trustees, the acting Head of School, and the Administration
Department continues and has resulted in an $800 per student tuition increase for the
2023 school year.

58. Plaintiff made statements and voiced concerns as asserted in paragraph 27-57
hereinabove, to and in the presence of members of the Finance Committee, and to other
Defendants in executive meetings of the School Board, and in regular Board of Trustee
meetings about his concerns regarding practices by the Board of Trustees that may be
violations of the accreditation standards of SAIS accrediting body for the 2024
accreditation renewal.

59. Plaintiff made statements and voiced concerns related to safety, health, and well being of

DOCUMENT 73

the students. Plaintiff also asserted concerns related to finances, facilities, athletics, tuition, as well as the qualifications of faculty and staff. Within discussions with the Board of Trustees regarding the issues of the school budget, Plaintiff proposed plans to be implemented to address the facilities safety issues providing a long term solution to the problem. The plan proposed by the Plaintiff included an agreement between the Vestry, Church and the School, to consolidate all grades on the upper (University) campus, and allow all students from the lower (Japonica) campus be moved to the University Campus until the issues at the lower (Japonica) campus were repaired and resolved. This proposal was presented to the Defendants Board of Trustees by the Plaintiff.

60.  The Plaintiff's plan to relocate the children from the lower (Japonica) campus to the upper (University) campus to allow the Board and Church to rectify the health and safety concerns for the children on the lower (Japonica) campus included both suggestions and drawings outlining practical ways to remove the students from the lower (Japonica) campus and protect them from further health and safety risks associated with the issues on the lower (Japonica) campus and afford the School an opportunity for further development, and make needed repairs and renovations to structures on the lower (Japonica) campus.

61.  The Plaintiff presented his plan for the consolidation at a meeting with the Board of Trustees. After the presentation, Defendant and Board of Trustees member Terry Holt angrily declared that the idea was "stupid," however, Defendant Terry Holt offered no proposal or suggestion for any other immediate and long term alternatives to the issues with the lower (Japonica) campus and showed no interested in hearing from any other members of the Board of Trustees on said issue.

62.  Defendants and members of the Board of Trustees followed the statements of Defendant Terry Holt, and refused to discuss the Plaintiff's plan to consolidate the upper (University) campus and the lower (Japonica) campus, although allowing the students to continue attending classes on the lower (Japonica) campus posed vast health and safety risks to young children.

DOCUMENT 73

63.  Plaintiff, in fulfilling his duties as Head of School, worked with the Defendants on the
     Finance Committee to prepare and presented the school budget to the Board of Trustees
     Defendants.

64.  Pursuant to Board of Trustee Policy, the Finance Committee shall, in conjunction with the
     Head of school, prepare a detailed budget for the succeeding fiscal year to be presented to
     the Board on or before its regular September meeting for Board approval.
     The Board of Trustees passed the proposed budget by the Finance Committee of the
     Board for the school year 2021-2022, 2022-2023 under the tenure of the Plaintiff.

65.  The Defendants Board of Trustees, after passing the budget, used the school's financial
     needs for repairs, renovations, replacement and safety that were never approved by the
     Board of Trustees after the budget was presented by the finance committee and the
     Plaintiff; to complain and blame the Plaintiff for the budget constraints, the safety issues
     and the financial problems of the school.

66.  The Defendant Board of Trustees had prior detailed knowledge of budget needs and
     facility infrastructure needs, and the matters for which they complained were not
     permitted to be considered by the entire Board for inclusion in the Budget.

67.  The Defendants Board of Trustees' policy indicates that the governing body of the School
     shall be the Board of Trustees (the "Board") with primary responsibilities to determine
     the character of the school, establish policy, assure the school's financial stability, and to
     effectively ensure that the Head of School implements the policies it establishes.

68.  All properties of St Luke's Episcopal School are held in the name of the Episcopal
     The Diocese of the Central Gulf Coast, and the Vestry of St. Luke's Episcopal Church
     (the "Vestry"), acting for the Church, exercises immediate control over them.

69.  The Defendants, Board of Trustees includes a member of the Vestry as a voting board
     member and periodically, the Board will report its activities to the Vestry.

DOCUMENT 73

70. The Defendants' Board Policies indicate that the Board of Trustees shall consist of twenty-one (21) voting members, at least one-third of whom shall be active members in good standing in a parish of the Diocese of the Central Gulf Coast, and shall be composed as follows:

[i] Two [2] members who shall be appointed by the Vestry ["Vestry representatives"];
[ii] Eighteen [18] members-at-large, ("at-large representatives" J; and
[iii] The Rector of the Church.

In addition to the foregoing, the Head of School shall serve a non-voting member of the Board.

71. In addition, the Bishop of the Episcopal Diocese of the Central Gulf Coast serves as an ex-officio member of the Board. Further, former Board Chairs in good standing may also serve as non-voting, ex-officio members of the Board upon invitation from the Executive Committee.

72. The Defendants, Board of Trustees failed to follow any policy or procedure to address the need for repairs, renovations, replacements, and safety issues; but falsely asserted the Plaintiff forced the board members to approve a budget that the school financially could not meet.

73. The Defendants, St. Luke's School Board members, Jake Baker, Windy Bitzer, Elizabeth Boone, Mitch Cumpton, Dani Moore, Kim Dolbear, Shane Hale, Terry Holt, Amber Martenstein, Elizabeth Palmer-Hill, Jaye B. Patterson, David Poole, Roy Price, Robin Roberts, Lloyd Roebuck, Jim Rossler (non-voting member), Brian Trammell, Bob Will, Tara Lockett and Jamie McElroy voted to pass the Budget. The Plaintiff was a non-voting member of the Board.

74. Plaintiff made statements and voiced concerns to the Defendant Board of Trustees about the manner in which specific faculty members bullied and harassed students based on

sexual orientation, gender, race and religious beliefs that were inconsistent with the
principal teachings of the Episcopal Church for which the Board of Trustees served.

75.     Defendants made verbal statements outside of board meetings to faculty members and
        school family members and during board meetings that the Plaintiff was seeking to bring
        too many of those minorities to the school.

76.     Plaintiff voiced concerns about the finances of the school and the discounts in tuition to
        the parents of school board members who had spouses that worked at the St Luke's
        school in violation of board policy, and athletes and their siblings, as well as friends of
        board of trustee members that discriminate against minority student applicants that did
        not participate in athletics.

77.     Plaintiff voiced concerns that athletics was not the focus under the mission of the school,
        yet Board of Trustee members ignored the mission of the school.

78.     The Mission of St Luke's Episcopal School is as follows:
        St. Luke's Episcopal School (the "School") is an institution sponsored by St. Luke's
        Episcopal Church of Mobile, Alabama (the "Church") and is an integral part of the
        Church. The mission and philosophy of the School are as follows and the same may be
        amended from time to time as herein elsewhere provided for amendment of these Bylaws.
        The purpose of the School is to provide a sound preparation for higher education and the
        rest of life by providing quality mental and spiritual training. Regular worship
        experiences, extracurricular activities, and a desirable atmosphere with emphasis on such
        traits as honesty, courage, reverence, self-discipline, and service to others combine to
        provide an environment encouraging the growth of the whole person. Learning is a
        lifetime process. Growth in learning is unique to each child. Children learn through a
        variety of instructional methods and through the modeling of the behaviors of those who
        are important to them. They must learn to view both success and disappointment as
        opportunities for growth rather than as measures of their worth.

DOCUMENT 73

The unique role of the School is to prepare students in the context of a Christian community of love and concern to achieve academically, to develop moral values, and to interact in a socially acceptable manner. The School has a responsibility to this community to provide properly trained and experienced teachers and staff who demonstrate genuine love and respect for children and who are flexible in using a variety of materials and methods in meeting the individual needs of those children. The specific objectives of the School are to provide a program and an atmosphere in which a student may develop the following:

-an interest in learning;-

-a positive self-concept and a desire to perform to the best of his or her ability; -

-the academic and spiritual training needed for further education;

-high ethical values; and -

-the ideals of physical fitness and sportsmanship.

79.   Plaintiff voiced concerns over NETREF, a computer program that the School Board approved and required the students to install on all devices that were to be used by the students in the school setting. The program could access the student's camera on any device, at any time, and take photos. The Program violated FERPA by allowing a third-party access to students' grades and records within the school setting.

80.   The Plaintiff voiced concerns that the Defendants put the NETREF Program in place without presenting the program to parents, and the School required the program to be installed on technology devices (ipads, phones, laptops, and other computers) that were not school property and belonged to the students and/or their parents.

81.   The Defendants failed to communicate to Parents regarding the NETREF program, and the parents of students were not presented with any releases. The NETREF program invaded the privacy of the students and collected screen shots and data from the student's devices while in use.

82.   The NETREF program created privacy issues for students and parents of St Luke's

DOCUMENT 73

Episcopal School families, by allowing the NETREF program to access the cameras of
the devices in the possession of the students, while they were working from home on
projects and course work in their bedrooms, or working from a table in their homes.

83.    The NETREF program could also record and track financial information if on a screen at
the time the camera was activated by the NETREF Program.

84.    The Plaintiff voiced concerns about the NETREF programs ability to capture and
potentially capture students who may have been making online purchases through
amazon etc., and were unknowingly allowing the data and information collected by the
program to be stored for the use of the school. This information was not provided to the
parents, and no security information was disclosed to the parents related to their children
enrolled as students of the School. Ultimately, the program and contract were to be
canceled and removed from all devices in the school.

85.    The data and information collected from the program, which was property of the parents
and students of the school, was not disclosed. The Defendants Board of Trustees,
including Defendant Brian Knotts, were fully aware of the issues with NETREF, made
unilateral decisions about property that did not belong to the school and did not consult
parents or even inform parents of the issues related to privacy violations and/or FERPA
violations related to this particular program and software.

86.    The Defendants Board of Trustee members failure to notify parents of implementation of
the program and the unilateral decision to require students to install the programs,
circumvented the parents entirely in this particular aspect of the educational process.

87.    The Plaintiff explained to the Board of Trustees that the NETREF program allowed the
school to obtain any information related to any type of search history, credit card, and
bank information.

88.    The Plaintiff also informed the Board of Trustees that the failure to notify parents and

DOCUMENT 73

obtain consent on devices that the school did not own, then to potentially collect permanent information from the computers by activation of the camera for screenshots, violates the Schools authority to search student computers improperly.

89. The Plaintiff asserted to the Board of Trustees that the schools ability to access screenshots of the devices and monitor the activity of the students at times outside the schools purview and without parent consent was wrong.

90. The Plaintiff requested the parents have access to the data that had been collected on their respective children, however, the release of that information was not provided to the parents nor authorized to be provided by the Board of Trustees.

91. Plaintiff voiced concerns to the Defendants, Board of Trustees members, about the lack of communication between the School Board, parents and students numerous times over the course of his tenure as head of school.

92. The Defendants, Board of Trustees members, covered up and repeatedly failed to report infractions related to student athletes participation, financial distributions, and financial assistance.

93. The Defendant Board of Trustees members having children participating in athletics at the School, had a vested interest in not reporting the infractions and continuing to permit violations of the rules to enable the School to obtain success in athletics to the benefit of their own student athletes.

94. The Defendant Board members failed to disclose improper conduct known to them related to improper application of financial aid to members of student athlete families and relocation of student athletes after being initially approved by the AHSAA.

95. Defendants, Members of the Board of Trustees, including Defendants Tara Lockett and Brian Knotts conducted and attended a clandestine meeting following the wrongful

DOCUMENT 73

termination of the Plaintiff in an effort to collect information related to the violations of AHSAA policy for student athletes.

96.    Defendants Tara Lockett and Brian Knotts were in attendance in the meeting described in paragraph 95 and were aware of potential AHSAA financial assistance and eligibility violations and failed to self-report the violations to the AHSAA.

97.    Defendants Tara Lockett and Brian Knotts deliberately and in spite of their obligation to comply with AHSAA rules and requirements to self-report violation incidents, concealed the violations or failed to report the infractions.

98.    Defendants Tara Lockett and Brian Knotts conducted a clandestine meeting including Board Members Michelle Bentley, acting Head of School, Suzy Banks, Athletic Director, Meredith Donald, and other administrators and faculty members, attempting to identify reasons to assert that any such conduct was attributed to the Plaintiff, in order to assert he was terminated for cause.

99.    Plaintiff was not present in this meeting and the meeting was conducted after he was wrongfully terminated by the Board of Trustees.

100.   Plaintiff terminated a faculty member based on the statements of eye witnesses including students present in the classroom when a faculty member made inappropriate and discriminatory statements inconsistent with the teachings of the Episcopal Church that were publicly propounded to a student in the class. The conduct included discriminatory statements by a faculty member that were directed at the student's gender, sexual orientation, and were isolating and harmful to the student and in addition, violated the rights of the student to be safe from physical and verbal harm in the school's educational setting.

101.   Plaintiff and administrative team member Doug Estle, complied with the student handbook in relation to the high school prom and dress code for the school during the

DOCUMENT 73

prom. Plaintiff and the administrative team member Doug Estle also complied with the students' personal grooming rules and student dress code modifications that were made by the School Board.

102.  Defendants Board of Trustees school policy modifications to dress code were made by the School board during Plaintiff's tenure as head of school

103   Defendants Board of Trustees members, attempted mid-year to create new rules and demand enforcement of a different set of school rules and dress code policies that were not published to students and families. The Plaintiff voiced his concerns and objections to the implementation of rules and policies that students and families were not given notice about.

104.  Following the 2022 St.Luke's Episcopal high school prom, Defendants and members of the Board of Trustees made complaints that were brought to the attention of the administrative team attending the Prom and enforcing the code of conduct and the written policies of the Defendant School. Defendant Board Members made statements including that the Plaintiff was permitting too many of the "wrong kind of minorities" to be enrolled at St Luke's Episcopal School. These statements by Defendant Board Members were discriminatory in nature and not consistent with the teachings of the Episcopal Church and violated the same policies that were asserted by the Plaintiff to the Defendant and Rector Jamie McElroy and Board of Trustee members at earlier meetings . At all times herein, St Luke's is an Episcopal School owned by St. Luke's Episcopal Church.

105.  ARTICLE NINE of the Board of Trustees Policies at St. Luke's Episcopal School asserts a NON-DISCRIMINATION POLICY, stating, the School does not discriminate on the basis of race, color, religion, gender, or national/ethnic origin with regard to admissions procedures, scholarship and loan programs, or in any of the athletic or other school administered curricular programs. The School does not discriminate on the basis of race, color, religion, gender, disability, national/ethnic origin, or age in any of its policies or administration of those policies pertaining to hiring or employment practices. The

DOCUMENT 73

Defendants failed to comply with this policy.

106. In compliance with the teachings of the Church and school Board of Trustee policies, the Plaintiff defended the rights of students to be safe in the school setting and to not be bullied, harassed, and discriminated against regardless of gender, ethnicity, sexual orientation and religious beliefs. Plaintiff defended "the kind of minorities" that Defendants and some members of the Board of Trustees asserted, were not welcome at the Episcopal School. The Plaintiff was wrongfully terminated based in part on this action.

107. During Plaintiff's time as Head of School, Plaintiff officially made statements and voiced concerns to the Defendants about many financial, ethical, and policy violations as well as health and safety concerns. These concerns were voiced in the presence of members of the executive committee and to Defendants in executive meetings of the School Board, in School Board meetings and in meetings with the Board of Trustees.

108. Plaintiff's statements to the Defendants related to the issues identified herein above included the existence of mold in the air ventilation system and ceilings of lower school campus classrooms associated with the K-2 and K-3 childcare programs. Plaintiff believed funds needed to be allocated to repair or replace the roof, ventilation systems, and building structures in order to comply with city, county, and state regulations.

109. After receiving estimates related to the repairs and/or replacement of the lower campus Fire Safety System, the Defendants precluded further discussions about the water damaged lower campus classrooms and buildings where the existence of hazardous mold existed. The Defendants failed to make requested monetary allocations to correct the mold and hazardous materials issues.

110. The Defendants continued to refuse to take action to remove and repair the ventilation system, leaking roofs, water damaged classrooms despite having been provided photos, mold reports, visual inspection of damages, and reports of the existence of the mold and

DOCUMENT 73

hazardous substances in the air ventilation system of the lower (Japonica) campus classrooms. The Defendants' failure to acknowledge and repair the issues impacted many vulnerable young children. St. Luke's Episcopal School demanded contractual payments from the parents of these children to provide for their safety and care, but made no effort to make the necessary repairs to ensure the children's well-being.

111. The Defendants had a duty to all students enrolled at the School, including the children of the Plaintiff, to ensure their safety and wellbeing by maintaining a working fire alarm system, to ensure that mold in the HVAC system was treated and removed properly, to repair leaking roofs and damaged buildings from years of neglect, and also to ensure the children of the Plaintiff and all other children attending St. Luke's Episcopal School in Mobile, Alabama were not placed in harm's way as a result of hazardous and harmful conditions at the lower (Japonica) Campus. In signing the contract with each of the parents that enrolled their children at the School, the School had a duty to each of these parents under the school parent student handbook. These Defendants breached the agreement with the parents of all students on the lower( Japonica) campus including the Plaintiff. The Defendants breached their contractual agreement with the Plaintiff as well as their contractual obligations to all parents and children of the School community

112. Plaintiff stated to Executive Committee members of the Board, other members of the Board of Trustees, and to Defendant Rev. Jamie McElroy, Rector, that he believed the School Board repeatedly violated Board policy related to recruitment and scholarships programs. Plaintiff voiced to Defendant McElroy that he felt the recruitment and scholarship program policies should be reviewed, especially in the case of athletes and in providing financial assistance in perpetuity to younger siblings of athletes in an effort to encourage an athletic member of the family to attend the School.

113. Plaintiff voiced concerns to the Board of Trustees that these discriminatory School Board policies to extend financial assistance and allowances may have been violations of Alabama High School Athletic Association Policies. Despite the concerns presented by the Plaintiff as the Headmaster, Defendants failed to take the concerns and

recommendations under advisement.

114.    Defendants took no action on any issue identified hereinabove when presented by the
        Plaintiff. Defendant Bishop Russell Kendrick was aware of the issues with the Board and
        the inconsistent policies the Defendant Board of Trustees was attempting to implement
        and took no action.

115.    Plaintiff asserted that there had been a mismanagement of funds allocated to the school as
        approved in the budget by the Board of Trustees for payment of the schools financial and
        academic obligations. Defendants were angered by this assertion.

116.    Plaintiff continued to report to the Board and voice his concerns about the health and
        safety of the children and students enrolled at the Defendant School. The issues that were
        continually voiced were known to the Defendants Board of Trustees, and no effort was
        made to correct these issues. After repeated requests for change, Plaintiff was placed on
        administrative leave and was subsequently terminated without notice or cause within 1
        weeks from being placed on administrative leave. The Plaintiff received no reason or
        notice for being placed on administrative leave.

117.    In the Contract Agreement, entered into knowingly by all parties, Section 6,
        (Termination), Subsection C, (By the School without Cause) states the following "The
        School shall have the right to terminate this Agreement "Without Cause" by giving the
        Employee notice of termination on or before the next calendar date of April 1 and upon
        the School paying to the Employee an amount equal to Employee's compensation
        remaining due until the same next calendar date of April 1 plus one complete year of
        Employee's compensation set forth on Exhibit A (except for moving expenses) hereto
        (the "Effective Date of Without Cause Termination"). Employee shall be obligated at the
        sole pleasure of the School to continue to fulfill his obligations under the terms of this
        Agreement until the same next calendar date of April 1. If the School decides that
        Employee shall continue to fulfill his obligations for longer than one (1) month for the
        such transitional purposes, then the payment of base salary under this Section 6 (c) shall

DOCUMENT 73

be paid in the normal course (as before the Effective Date of Without Cause Termination) with the balance due in the last month of Employee fulfilling said obligations under the terms of this Agreement at the pleasure of School.

118.   On or about November 8, 2022, Plaintiff received a letter from Defendant Tara Lockett, Vice Chairman of the Board of Trustees, acting also as counsel for the School and Board of Trustees, stating that Plaintiff was being placed on administrative leave. Plaintiff was given no reason or explanation as to the Board of Trustees decision to place him on administrative leave and he was given no instructions on how to resolve any issue if any existed for the reason of being placed on administrative leave.

119.   Further, Plaintiff was afforded no notice of any failure to comply with any Board of Trustee policy; Plaintiff was afforded no due process, nor was he given a hearing for any reason, as no reason was provided to the Plaintiff for being placed on administrative leave.

120.   The Plaintiff was not afforded an opportunity to be heard as to any issue nor was he granted an opportunity to rectify any grievance prompting the Defendants Board of Trustees discussion and vote to place him on administrative leave.

121.   On or about November 16, 2022, undersigned counsel and Defendant Tara Lockett, who at the time was acting as both a voting member and Vice Chairman of the Board of Trustees and legal counsel for the School engaged in communications to force Plaintiff to resign.

122.   No Board member including Vice Chairman of the Board of Trustees, Defendant Tara Lockett, provided any reason for the necessity of placing the Plaintiff on administrative leave or for requesting his resignation and further no reasoning was provided by Defendants to the Plaintiff for termination of the Plaintiff.

123.   Defendant Tara Lockett permitted Defendant Rev. Jamie McElroy, Rector, a Board

DOCUMENT 73

member to meet and communicate directly with the Plaintiff to encourage him to accept
the terms of termination of employment which were not in compliance with the terms of
the Plaintiff's contractual agreement nor were they based in fact with St. Luke's School
Board, Board of Trustees or St. Luke's Episcopal Church.

124. Defendants sought exclusive control of the separation of the Plaintiff from his
employment with the school in requiring Plaintiff to accept terms that would be
unenforceable that gave no assurances of school board compliance and no definitive
terms for payment.

125. Defendants knowingly violated and breached the contractual employment agreement with
the Plaintiff.

126. Defendants Brian Knotts, Tara Lockett, and other Defendants, Board of Trustees
members, provided misleading information to encourage an affirmative vote by the board
to terminate the Plaintiff and remove him from his position.

127. The false information that was presented to Defendants Board of Trustees members
included Plaintiff had interviewed and accepted other employment, that the Plaintiff
mismanaged funds, and that he violated policies of the Board of Trustees.

128. Defendants Tara Lockett and Brian Knotts presented to the other Defendant Board
Members that the Plaintiff had accepted another job. This misinformation was a false
statement.

129. None of these assertions identified in 127 were presented to Plaintiff in the letter of
termination from the Board of Trustees.

130. Plaintiff's Contractual Agreement with St Luke's Episcopal School stated that he was to
serve as head of school (Head master) of St. Luke's Episcopal School beginning

DOCUMENT 73

November 19, 2022. The Contractual Agreement with the Plaintiff was to remain in effect until June 30, 2025.

131.    Plaintiff, through undersigned counsel, and the School, through Defendant Tara Lockett, acting as Vice Chairman of the Board and as the Attorney for the Board of Trustees, attempted negotiations to resolve the attempts by the school to wrongfully terminate the Plaintiff through December 2, 2022; however, the Board of Trustees and School Board refused to negotiate in good faith, failed to honor the Contractual Agreement entered into by both parties in November, 2019, and additional breached the contractual agreement by participating in libelous and slanderous statements to outside members of the community, parents of students enrolled at the School, teachers employed by the School and other School employees.

132.    Defendants conducted a meeting shortly after terminating the Plaintiff without cause to collectively discuss the Plaintiff and attempt to identify a reason that could be asserted by the School Board Chair, Defendant Brian Knotts, in support of the termination of the Plaintiff.

133.    On or about December 9, 2022, Defendant Brian Knotts, Chairman of the Board of Directors, sent a certified letter to the Plaintiff stating that the Board of Trustees had voted on December 8, 2022, to terminate his Employment Agreement with cause, however. Plaintiff received no documentation as to the cause of the termination, nor was any cause stated in the letter that was forwarded to the Plaintiff by Defendant Brian Knotts.

134.    Defendants Brian Knotts, Mitch Cumpton and Roy Price had various discussions with non-board members and school family members regarding various issues with faculty members, administrative members and members of the athletic department. These discussions also included issues asserted regarding the cheerleading coach and issues the Plaintiff had previously made to the Board of Trustees including the harassing conduct of cheerleading coach De'Armon. These Defendants informed non-board members and

parents of students that the Head of School controlled the administrative running of the school and the Board could not do anything about the conduct of De'Armon.

135. Defendants Brian Knotts, Mitch Cumpton and Roy Price claimed to parents of students that the Plaintiff controlled the administrative running of the school and the Board could not do anything about either of the named individuals.

136. Defendants having knowledge that these allegations and assertions were not true, continued to make libelous and slanderous comments about the Plaintiff to parents, faculty, administrators and members of the community; that were and are detrimental to the Plaintiff's reputation and character as an educator and administrator.

137. Due to the actions of the Defendants, the Plaintiff has been unable to secure employment and has suffered and continues to suffer irrevocable professional, emotional, and mental damage for which he is entitled to monetary reward of damages and other relief.

138. The Defendants took retaliatory action against the Plaintiff for opposing the Board of Trustees lack of action toward the reported safety and health related problems within the facility; for the Plaintiff's opposition of the contradictory Board of Trustee demands placed upon students and student activities; for the Plaintiff's opposition to the Board of Trustees the lack of consideration for the Teachings of the Episcopal Church, as well as other reports to the Board of Trustees including improper treatment of students; for the Plaintiff's opposition to the lack of adequate funding to the Fine Arts Department due to the disparaging funding to the Athletics Program. While all of the concerns and issues posed to the Board of Trustee by the Plaintiff were in the best interest of the school, its students, and were aligned with the teachings and belief of the Episcopal Church, the Plaintiff's attempt to address these concerns and rectify the issues; it also resulted in the adverse, retaliatory action of the Defendants to vote to terminate the Plaintiff in breach of contract and without cause.

DOCUMENT 73

THEREFORE, Plaintiff alleges the following claims against the Defendants jointly and individually:

## COUNT I – WRONGFUL TERMINATION

139.    Plaintiff realleges paragraphs one (1) through one hundred-twenty-eight (128) as if set forth fully herein.

140.    Plaintiff adopts and realleges that the Defendants owed a duty to the Plaintiff to adhere to the Contractual Agreement drafted and proposed by their institution.

141.    Section 6(b) of the Contractual Agreement states that "the "Employee" shall receive notice in writing if "Terminated With Cause," as of effective of date of termination, all obligations of the School to the "Employee" are terminated and all rights previously owed to you are forfeited."

142.    Defendants' failed to give cause for Termination, and were aware they failed to give cause.

143.    The Plaintiff was put on administrative leave without cause or written notice of the reason for administrative leave.

144.    The same Contractual Agreement states that if the "Employee" is "Terminated with no Cause," the school agrees to pay salary to April 1 of the current year and one year of Employee's compensation, plus other contractual obligations until April 1st, of the next calendar year. Defendants terminated Plaintiff's Employment Agreement as to prevent payment of funds for which they were contractually liable.

145.    Plaintiff entered into a written contract with Defendants to be the Head of School at St Luke's Episcopal School for the term of July 1, 2020, to June 30, 2025; Defendants Terminated Plaintiff's employment without cause, then refused to honor their contractual obligations under the employment agreement to the Plaintiff. Defendants breached the contract with the Plaintiff resulting in financial damages.

DOCUMENT 73

146.  The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of
      Trustees for what was believed by some board members to be a liberal view of social
      norms at the school despite being consistent with the teachings of the Episcopal Church
      for inclusion.

147.  The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of
      Trustees for what was believed by some members of the Board of Trustees to be actions
      that were deemed fiscally improper. The Plaintiff opposed a discussion that was had with
      members of the Board of Trustees where it was asserted that an insurance claim
      following a storm could save the school hundreds of thousands of dollars in repairs to the
      leaky roofs and mold infested classrooms on the lower campus at the school, despite the
      members of the Board of Trustees being completely aware of the pre-existing dilapidated
      conditions.

148.  The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of
      Trustees for actions that were deemed inconsistent with the history and manner in which
      the St. Luke's Episcopal School Board of Trustees had historically wielded power and
      control over employees, students, and families on the campus of St. Luke's Episcopal
      School.

149.  Plaintiff and his methods of administration were consistent with the teachings of the
      Episcopal Church; certain members of the Board of Trustees felt that the Plaintiff's
      actions were inconsistent with the procedure in which the Board of Trustees had
      historically governed St. Luke's Episcopal School, its students, and faculty.

150.  The Plaintiff was terminated as a **retaliatory action** by members of Defendants Board of
      Trustees for what was believed by some members of the Board of Trustees to be actions
      that were deemed inconsistent with the history and manner in which the St. Luke's
      Espiscopal School Board of Trustees had not previously protected nor supported diversity
      in students enrolled with the school or participating in school activities. These included

DOCUMENT 73

diversities in gender, race, and sexual orientation. The Board of Trustees also attempted to impose their views on diversity and preclusion of diversified groups on the employees, students and families on campus. The Plaintiff encouraged diversity as it is consistent with the teachings of the Episcopal Church for inclusion. However, certain members of the Board of Trustees felt the Plaintiff's actions were inconsistent with the procedure in which the Board of Trustees had historically operated.

151. The Plaintiff was terminated as a **retaliatory action** by members of Defendant Board of Trustees for questioning the actions of certain members of the Board of Trustees and their failure to follow certain policies and procedures of the Board of Trustees and the employment of spouses of Board of Trustee members by the school. This violation of policy had historically not been questioned, and allowed the Board of Trustees to make non-transparent decisions without any accountability.

152. As the direct and proximate result of Defendants' Wrongful Termination of the Plaintiff, and the actions of the Defendants to violate the rights of the the Plaintiff, the Plaintiff suffered direct and foreseeable damages in amounts exceeding Five Million Dollars ($5,000,000.00), as well as the cost of moving, loss as to costs of health, vision and dental insurance, costs associated with his children's education, and attorney's fees and expenses associated with this litigation.

153. As a direct and proximate result of Defendants' unlawful discriminatory conduct in violation of 42 U.S. Code Section 1981, Plaintiff has suffered and continues to suffer, monetary and/or other economic harm for which he is entitled an award of monetary damages and other relief.

154. The Plaintiff brings this action for employment discrimination/retaliation pursuant to Title VII of the Civil Rights Act of 1964, 42 USC §2000e et seq. ("Title VII") and violation of §1981 of the Civil Rights Act of 1866, 42 U.S.C.§1981.
    Pursuant to 42 U.S.C.§1981:
    (A)   STATEMENT OF EQUAL RIGHTS

DOCUMENT 73

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

(b)"MAKE AND ENFORCE CONTRACTS" DEFINED

For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

(c)PROTECTION AGAINST IMPAIRMENT

The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

WHEREFORE, premises considered, the Plaintiff respectfully requests this Court enter judgment against the Defendants and award damages to the Plaintiff in the amount of Five Million Dollars ($5,000,000.00) and for any such other, further, or different relief to which he may be entitled, including punitive damages and reasonable attorney's fees and the cost of the action.

### COUNT II- WANTON CONDUCT OF THE DEFENDANTS TO PLACE THE HEALTH AND SAFETY OF THE CHILDREN ENROLLED ON THE LOWER CAMPUS IN JEOPARDY FOR WHICH THE PLAINTIFF'S CHILDREN WERE ENROLLED INDUCE BOARD VOTE TO TERMINATE

155. Plaintiff realleges paragraphs one (1) through one hundred forty-one (154) as if set forth fully herein.

156. Plaintiff adopts and realleges that the Defendants owed a duty to the Plaintiff to honor the contractual Employment Agreement that the Plaintiff and Defendants knowingly and

DOCUMENT 73

collectively authorized and endorsed the use of false information, both spoken and written, about the character and fitness of the Plaintiff.

157. All Defendants had knowledge of the safety and health hazards on the lower (Japonica) School campus and with reckless indifference to the consequences, consciously and intentionally declined to allocate funds from the budget or move the children from the lower (Japonica) campus to the upper (University) campus as suggested and requested by the Plaintiff.

158. All Defendants had a duty to protect the health and safety of the children/students enrolled at St. Luke's School on the lower (Japonica) campus and with reckless disregard and indifference to the consequences. The Defendants consciously and intentionally failed that duty.

159. The Plaintiff made it known to the Defendants of their duty to protect the health and safety of the children attending the lower (Japonica) campus. Plaintiff also asserted to the Defendants the need for the Defendants Board of Trustees to act on behalf of that duty to protect the children. Defendant Terry Holt was boisterous and verbally resistant to this action. Defendant Terry Holt made his position known by stating it was a "stupid idea" and he would not happen.

160. Defendants acted in concert with the statements of Defendant Holt based on the inaction of all Defendants to take action. The Plaintiff's insistence and verbal acknowledgement of the health and safety issues for all the students on the lower (Japonica) campus, including his own children, was a contributing and proximate cause of the action taken by Defendant Board of Trustees to retaliate and wrongfully terminate the Plaintiff resulting in financial injury to the Plaintiff as part of the basis of this action.

161. Defendants ignored the hazardous mold in the buildings and HVAC system, the inoperable fire alarm system, the dilapidated structures from years of neglect. Further, the

DOCUMENT 73

Defendants ignored the Plaintiff's health and safety concerns by refusing to move the students and children enrolled in the day care and lower (Japonica) campus school classrooms

162. All Defendants had knowledge of the false and defamatory statements made in numerous Board of Trustees meetings by Defendants Brian Knotts, Terry Holt, Tara Lockett, and other Defendant Board Members, that the forced administrative leave and ultimate termination of the Plaintiff was entirely without cause.

163. The false and misleading statements related to financial mismanagement of the Plaintiff; the false and misleading information that the Plaintiff had breached the contractual agreement; the false and misleading information that the Plaintiff had accepted another job; and the false and misleading information that Plaintiff had violated board policies; are the basis of the spoken words by the Defendants to faculty, parents, other board members and to members of the public to explain the forced administrative leave and subsequent termination of the Plaintiff.

164. The intentional act by the Defendant Board Members and the letter sent to the Plaintiff that fails to state a cause for termination; produces the assumption that the Defendants forced administrative leave and termination of the Plaintiff simply to conceal financial mismanagement by the Defendants. In addition, the refusal of the Defendants to conduct a "State of the School" meeting after terminating the Plaintiff, and in the interim replacing the Plaintiff with a temporary Head of School, and increasing tuition significantly in the first year after Plaintiff's wrongful termination are all intentional acts that have followed the false and misleading statements made by the Defendants.

165. The intentional act by the Defendant Board Members to cosmetically cover mold with paint, to use "walkie talkies" to alert teachers of fire and smoke matters, and temporarily patching leaks and providing extra trash cans to collect the water dripping from the ceilings of the classrooms and daycare rooms in which children remain after the Plaintiff repeatedly reported the issues to the Defendants Board of Trustees and requested funds

DOCUMENT 73

for the repairs; further proves Defendants Board of Trustees and Defendants St. Luke's
Episcopal Church intentionally disregarded the dilapidated conditions of the facilities
which still remain in a state of disrepair resulting in hazardous health and safety
conditions that threaten the students and faculty attending the lower (Japonica) campus.

166. The Defendants to terminate the Plaintiff and denial of his contractual salary as an
employee and Head of School under the terms of his contract resulted in harm to the
Plaintiff and he incurred damages.

167. Defendants unlawful and discriminatory actions based in part on the age of the students
and the lack of awareness of the children and parents through misinformation and neglect
to provide information by the Defendants was willful and was a conscious disregard of
the health and safety of the Plaintiff's children and the children of other parents enrolled
on the lower campus (Japonica) of St Luke's Episcopal School.

168. The Defendant's reckless conduct toward the Plaintiff and his children as well as the other
children enrolled at the lower (Japonica) campus showed conscious disregard of
Plaintiff's protected rights and the Plaintiff is entitled to an award of punitive damages.

169. Pursuant to § 6-11-21 the Plaintiff seeks Punitive damages not to exceed certain limits.
   a. Except as provided in subsections (b), (d), and (j), in all civil actions where an
      entitlement to punitive damages shall have been established under applicable
      laws, no award of punitive damages shall exceed three times the compensatory
      damages of the party claiming punitive damages or five million dollars
      ($5,000,000.00), whichever is greater.

**WHEREFORE**, premises considered, the Plaintiff respectfully requests this Court enter
judgment against the Defendant and award damages to the Plaintiff in the amount of Five
Million Dollars ($5,000,000.00) and for any such other, further, or different relief to which he
may be entitled, including punitive damages and reasonable attorney's fees and the cost of the
Action.

DOCUMENT 73

## COUNT III- WANTON CONDUCT OF THE DEFENDANTS
### BOARD TO VOTE TO TERMINATE THE PLAINTIFF
### FOLLOWING REQUESTS TO REPAIR FACILITIES AND MOVE
### STUDENTS AND THE DEFENSE OF MINORITIES ACT TREATMENT
### OF MINORITY STUDENTS

170.  Plaintiff realleges paragraphs one (1) through one hundred sixty-six (166) as if set forth fully herein.

171.  Plaintiff adopts and realleges that the Defendants owed a duty to the Plaintiff to honor the contractual Employment Agreement between the Plaintiff and Defendants.

172.  Defendants Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop Russell Kendrick knowingly and collectively ignored, authorized, and endorsed through inaction the exposure of the minor children on the lower (Japonica) campus to health and safety hazards.

173.  Defendants Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop Russell Kendrick knowingly and collectively ignored, authorized, and endorsed the wrongful termination of the Plaintiff after multiple instances of the Plaintiff seeking action by the Defendant Board of Trustees to comply with policies, to allocate funds for facility repairs, to relocate lower (Japonica) campus students to the upper (University) campus to allow for facility repairs and replacement of inoperable and unsafe structures and systems on the lower campus.

174.  The Defendant Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop Russell Kendrick had a duty to act on the requests of the Plaintiff to protect the health and safety of the students, and failed to take action to protect the students.

DOCUMENT 73

175.   Defendants breach of the Plaintiff's employment contract Section 6(c) "Termination with
No Cause" provides public appearances consistent with the false statements afforded by
Defendants at the time of the breach of contract, defamatory statements, and further
intentionally cover up the health, safety, and financial issues of the school resulting in a
breach of duty to the parents, and students enrolled at the school and daycare.

176.   The Defendant Board of Trustees, Church, Vestry, Rector Jamie McElroy, and Bishop
Russell Kendrick's actions and presentation of false information, both spoken and written,
about the character and fitness of the Plaintiff, the hazardous facilities on the lower
School campus, and the financial situation of the School are a direct and proximate result
to harm incurred by the Plaintiff.

177.   Further, the personal beliefs and actions of some of the members of the Board of Trustees
and open public statements related to discrimination displayed wanton disregard for the
students, faculty, and the Plaintiff and his family by intentionally providing false
information, both spoken and written, defaming the Plaintiff to wit:

    i.   That the Plaintiff had obtained another job and/or had accepted another
         job;

    ii.  That the Plaintiff was responsible for financial deficiencies of the school
         based on improper financial decisions and by forcing the Board of
         Trustees to accept the budget as presented;

    iii. That the Plaintiff was violating Board of Trustee policy as to student dress
         code both at school and at the prom, despite having clear written policies
         to the contrary;

    iv.  That the Plaintiff was acting in a manner that was contrary to the history
         of the school;

    v.   That the Plaintiff refused to make changes to the fiscal budget and forced
         the Board of Trustees to accept the budget as presented;

    vi.  That the Plaintiff was providing false assertions of damage that did not
         exist at the lower campus;

DOCUMENT 73

vii.   That the Plaintiff was responsible for improper recruiting of the wrong kind of minority students;

viii.   That the Plaintiff was engaged in fiscal mismanagement based on his decisions to provide unregulated and arbitrary awards of financial aid that failed to include an increase in tuition rates for siblings of athletes and friends of members of the Board of Trustees without knowledge of the Board of Trustees and where no such history existed;

ix.   All these and other statements were offered by the Defendants who consciously or deliberately engaged in oppression, fraud, wantonness, or malice with regard to the Plaintiff and intentionally offered false information to induce other members of the Board of Trustees to act on said false information and vote to terminate the Plaintiff;

x.   These statements and representations made by Defendant Knotts and other members of the Board of Trustees, without just cause, exposed the Plaintiff to public contempt by parents of students enrolled at St. Luke's Episcopal School, by students who shared classrooms with the Plaintiff's children, members of the educational community nationwide, and also members of the staff and faculty of St Luke's Episcopal School;

178. Defendant Brian Knotts, Chairman of the Board of Trustees and other members of the Board of Trustees displayed wanton conduct by making false allegations and assertions against the Plaintiff, to other members of the Board of Trustees, parents, faculty and staff members. The Defendant's conduct was reckless and showed an intentional and conscious disregard of the Plaintiff's rights and the safety of his wife, and his children

179. As a direct and proximate result of Defendants' assertion of false information and in making slanderous, libelous, and defamatory statements about the Plaintiff; the Plaintiff was placed on administrative leave, terminated from his position, then he and his family were subjected to public contempt.

180. Defendants unlawful and discriminatory actions were done with willful negligence, or

recklessness, or conscious disregard of the Plaintiff's rights, or the Defendant's conduct was so reckless as to amount to such disregard of Plaintiff's protected rights of free speech and is entitled to an award of punitive damages.

181.   Plaintiff suffered direct and foreseeable damages in amounts exceeding Five Million Dollars ($5,000,000.00) as well as the cost of attorney's fees and the costs associated with the filing of this litigation.

182.   Defendants unlawful and discriminatory actions were done with willful negligence, or recklessness, or conscious disregard of the Plaintiff's rights, or the Defendant's conduct was so reckless as to amount to such disregard of Plaintiff's protected rights of free speech and is entitled to an award of punitive damages.

183.   Pursuant to § 6-11-21 the Plaintiff seeks Punitive damages not to exceed certain limits.

  b.   Except as provided in subsections (b), (d), and (j), in all civil actions where an entitlement to punitive damages shall have been established under applicable laws, no award of punitive damages shall exceed three times the compensatory damages of the party claiming punitive damages or five million dollars ($5,00,000), whichever is greater.

   **WHEREFORE**, premises considered, the Plaintiff respectfully requests this Court enter judgment against the Defendant and award damages to the Plaintiff in the amount of Five Million Dollars ($5,000,000.00) and for any such other, further, or different relief to which he may be entitled, including punitive damages and reasonable attorney's fees and the cost of the Action.

## COUNT IV-DEFAMATION

184.   Plaintiff adopts and realleges paragraphs one (1) through one hundred eighty three (183) as if set forth fully herein.

185.   Pursuant to Ala. Code § 6-5-186, Plaintiff asserts the Defendants individually and / or

collectively engaged in retaliatory, vindictive actions involving libel and slander by publishing through social media posts, in a letter to faculty and staff, in emails to parents of students enrolled at the School, the Defendants' publications both written and verbal were made by the Defendants with knowledge that the matter published was false, or was with reckless disregard of whether it was false or not, and a copy of a letter was provided to parents of the students enrolled at St Luke's Episcopal School in Mobile, Alabama.

186.    A letter was provided to the Defendants in which the Plaintiff requested a public retraction of the statements both verbal and written, related to the publication of false and misleading information related to the termination of the Plaintiff. As a result of the Defendants not publicly retracting the false and misleading statements by Board of Trustee Defendant Members, a full and fair retraction has not been made; and therefore Plaintiff seeks punitive damages in the amount of $5,000,000.

187.    The Plaintiff adopts and realleges that the Defendants deliberately and publicly, by word of mouth and written statements, defamed the Plaintiff professionally and individually by fraudulently and intentionally asserting through misrepresentation, deceit, or concealment of a material fact, allegations against the Plaintiff's character as an educator and administrator as well as his character individually. Defendants asserted the following false and misleading information about the Plaintiff:

  a.  that Plaintiff breached his contractual agreement and obligations to St. Lukes' School by accepting a job elsewhere;

  b.  that Plaintiff engaged in mismanagement of funds;

  c.  that Plaintiff engaged in inviting and promoting the wrong types of minorities to enroll in the school;

  d.  that Plaintiff violated board policies;

  e.  that Plaintiff failed to comply with board directives;

  f.  that Plaintiff forced the board to accept a budget that exceeded the financial constraints of the Defendants;

DOCUMENT 73

188.	Defendant Brian Knotts, and other members of Defendants Board of Trustees withheld pertinent information that they had a duty to disclose; which resulted in gross, oppressive, or malicious treatment of the Plaintiff.

189.	Defendant Brian Knotts, as well as other Defendants, committed these actions with the intention of depriving the Plaintiff of property or legal rights under his contractual agreement. Further, by intentionally harming the Plaintiff's reputation, the Defendant's perpetual defamation made it impossible for the Plaintiff to obtain another position similarly situated to his employment at St. Luke's Episcopal School or otherwise.

190.	The deliberate and public false information asserted by the Defendants Board of Trustees Members' defamation of the Plaintiff caused injury to his reputation, caused significant financial injury, and mental anguish to the Plaintiff, his wife and his children.

191.	Defendant Brian Knotts, made defamatory statements about the Plaintiff regarding his termination from St. Luke's Episcopal School, via email that was released to family and faculty members while the young children of the Plaintiff were enrolled and attending St. Luke's Episcopal School. This action caused undue mental and emotional stress to the Plaintiff, his wife and his children

192.	The malicious, deceitful, false and fraudulent statements made by Defendant Brian Knotts and other Defendants, while serving as members of the Board of Trustees were known misrepresentations of fact and were conveyed to faculty and parents of students who attended classes with the Plaintiff's minor children. Defendants Board of Trustee Members' statements and representations published by Defendant Brian Knotts and other Defendant Board Members to parents with enrolled students and to administrative members of other schools without just cause exposed Plaintiff to public contempt locally and nationwide as the Plaintiff was a member of multiple educational communities nationwide. Further, the statements made in the presence of others outside of an executive committee meeting where confidentiality was required when Defendants members the Board of Trustees, violated the confidentiality requirements and breached the duties of

the Defendant Board Members to maintain confidentiality of employment issues. This conduct placed the reputation of the Plaintiff squarely in the hands of the Defendants and others to which they repeated false information about the conduct of the Plaintiff and his termination.

193.    The failure of the Defendants to maintain confidentiality and the false statements that were spread by these Defendants resulted in ostracization of the Plaintiff. The Plaintiff's wife who was active in committees and groups within the school; causing mental anguish to the Plaintiff, his wife, and his minor children.

194.    Defendant Brian Knotts and Defendant Tara Lockett committed defamatory and malicious actions by calling a meeting with faculty, staff, and administration supervisors; following the improper termination of the Plaintiff.

195.    In said meeting, Defendant Brian Knotts led a discussion about the termination of the Plaintiff and requested that all parties present brainstorm ideas about the potential reasons to offer the students, parents of students, other staff and faculty, and the community, as to the cause of the Plaintiff's termination.

196.    Defendant Brian Knotts and other Defendants present were well aware that there was no legitimate cause for termination of the Plaintiff, as the Plaintiff had not violated any WRITTEN policy.

197.    The malicious and intentional conduct of Defendant Brian Knotts and other members of the Board of Trustees was committed solely to cause harm to the character and reputation of the Plaintiff. By publicly informing faculty, staff, and administrators of the Plaintiff's termination and in furtherance, the Defendants intentionally misleading statements and misrepresentation of information related to the termination of the Plaintiff; Defendant Brian Knotts caused irrevocable and deliberate damage to the Plaintiff and his family.

198.    The Defendant's aforementioned action was conducted with the intent of, or under such

DOCUMENT 73

circumstances to, fraudulently and maliciously deprive the property rights of the Plaintiff
as well as his financial assets and employee benefits afforded to him through his
contractual agreement of employment as Head of School.

199.    Defendant Brian Knotts knowingly presented false information related to the termination
of the Plaintiff, and sought to acquire information from others, true or untrue, that could
be used in support of the conscious disregard and oppression of the rights and safety of
the Plaintiff and his family.

200.    Defendant Brian Knotts and other members of the Board of Trustees, in statements and in
actions, knowingly provided defamatory verbal and written information to families of the
school and friends of other members of the Board of Trustees regarding the Plaintiff and
his termination.

201.    These actions demonstrated the conscious disregard and on-going oppression of the
property rights of the Plaintiff.

202.    Defendant Brian Knotts and members of the Board of Trustees, in statements and in
actions, knowingly provided verbal and written derogatory and defamatory statements
about the Plaintiff's character as an administrator, educator, and leader by asserting false
reasons for termination, then publishing said assertions in an email to parents of students
enrolled in the School.

203.    The Defendants knowingly propounded false statements of alleged misconduct
committed by the Plaintiff, without proof or notice to the Plaintiff.

204.    The alleged misconduct was asserted by the Defendants as the official reason upon which
the Plaintiff was terminated from his position as Headmaster and further prohibited the
Plaintiff from being able to obtain employment in a similarly situated position as the
position he formerly held at St. Luke's Episcopal School.

DOCUMENT 73

205. The statements and conduct of Defendant Brian Knotts, other School Board Members, and members of the Defendant Beard of Trustees of St. Luke's Episcopal School, as well as friends of members of the Defendant Board of Trustees, demonstrated a conscious and blatant disregard for the Plaintiff and perpetuated the on-going oppression of the rights and safety of the Plaintiff and his family.

206. Defendants Brian Knotts and other members of the Defendant Board of Trustees made slanderous, libelous, and defamatory statements based on untruths; asserted intentional false and misleading allegations of mismanagement, and accused the Plaintiff of violating Board of Trustee policy.

207. The actions and public statements of the Defendants defamed the character and reputation of the Plaintiff causing mental and emotional damage to Plaintiff, his wife and the Plaintiff's children who were still attending St. Luke's Espiscopal School at the time.

208. These defamatory statements made against Plaintiff caused mental and emotional injury to Plaintiff's wife who was an active parent and supporter of the School and its activities.

209. Defendant Board of Trustee members spread false rumors, and intentionally made false statements, to faculty, staff, families, educators, and community members that were knowingly false and cast the Plaintiff negatively in the community.

210. Defendants, St Luke's Episcopal School Board of Trustee members intentional, fraudulent and malicious statements about the Plaintiff caused the Plaintiff and his family to suffer embarrassment, humiliation, pain and suffering as well as a loss of career opportunities, emotional distress, loss of pay, benefits, and mental anguish for which he claims damages.

211. As a direct and proximate result of Defendants' deliberate and public defamatory statements, the Plaintiff was unable to secure employment as a headmaster at another school.

212.    As the direct and proximate result of Defendants deliberate, malicious, false, misleading
conduct, as well as their publicly slanderous and libelous defamatory statements
regarding the Plaintiff's professional and individual character and reputation, cause
Plaintiff to suffer direct and foreseeable damages in amounts exceeding Five Million
Dollars ($5,000,000.00) as well as the cost of attorney's fees and the filing of this action.

WHEREFORE, the premises considered, the Plaintiff respectfully requests this Court
award damages for in the amount of one million dollars or any such other, further, or different
relief to which he may be entitled, including punitive damages and reasonable attorney's fees and
the cost of the Action.

## COUNT IV
## DECLARATORY AND INJUNCTIVE RELIEF

213.    Plaintiff adopts and realleges paragraphs one (1) through two hundred twelve (212) as if
set forth fully herein.

214.    Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently
and publicly, by word of mouth and written statements, defamed Plaintiff's professionally
and individually by fraudulently and intentionally asserting through misrepresentation,
deceit, or concealment of a material fact such that the concealing party, Defendant Brian
Knotts, and other Defendant members of the School Board had a duty to disclose true
statements.

215.    The conduct of Defendants, Brian Knotts, Tara Lockett, Terry Holt, Jim Rossler, Mitch
Cumpton, Michelle Bentley and the other Board Members resulted in gross, oppressive,
or maliciousness that was committed with the intention on the part of the Defendants to
deprive the Plaintiff of property or legal rights under his contract and further by
intentionally harming his reputation to the point that he could not obtain another position
similarly situated to the one at St. Luke's Episcopal School; or otherwise caused injury to

DOCUMENT 73

his reputation, and financial injury, and mental anguish to Dr. Pascavage, his children and his wife.

216. The statements by Defendant Brian Knotts released in an email to family and faculty members occurred while the young children of Plaintiff were enrolled and attending St. Luke's Episcopal School.

217. The malicious and fraudulent statements by Defendant Brian Knotts and other Defendants, members of the St Luke's School Board, were knowingly misrepresentations of fact that were conveyed to faculty and parents of students in the Plaintiff's minor children's classes and this resulted in ostracization of Plaintiff's wife who was active in committees and groups within the school; and caused mental anguish to the spouse of the Plaintiff, the Plaintiff and his children as a result of the malicious, intentionally misleading conduct and statements of the Defendants.

218. The malicious action of Defendants Brian Knotts and Tara Lockett in calling a meeting with faculty, staff, and administration which included Suzy Banks and Doug Estle following the improper termination of Plaintiff. In this meeting, Defendant Brian Knotts led the discussion about the termination of the Plaintiff and inquired from those present to brainstorm about potential reasons to offer for cause of termination where it was known by Defendant Knotts that no cause existed to terminate Plaintiff.

219. The malicious and intentional conduct of Defendant Brian Knotts and other Defendant Board of Trustee Members to harm the character and reputation of Plaintiff by publicly informing faculty, staff and administrators of Plaintiff's termination; and the furtherance of this intentional misleading and misrepresentation of information related to the termination of Plaintiff by calling a meeting with the intent or under such circumstances to fraudulently and maliciously deprive the property rights of Plaintiff in the on-going employment and financial assets of his employment as Head of School. Defendant Knotts knowingly presented false information related to the termination of Pascavage and sought to acquire information from others whether it was true or not that could be used in

DOCUMENT 73

support of the conscious disregard and the oppression of the rights and safety of the
Plaintiff and his family.

220.   Defendant Biran Knotts and other Defendant Board of Trustees Members' statements and
actions in knowingly providing verbal and written information to families of the school
and friends of other board members, demonstrated the conscious disregard and on-going
oppression of the property rights of Plaintiff.

221.   Defendant Brian Knotts and other Defendant Board of Trustees Members statements and
actions in providing verbal and written statements about Plaintiff's character as an
administrator, educator, and leader by stating false reasons for termination and for
publishing those statements to the parents, teachers, faculty, school board, board of
trustees, and making false statements of alleged misconduct without proof or notice to
Plaintiff, as an official reasons upon which Pascavage was terminated from his position
as headmaster caused Pascavage to be unable to obtain employment in a similarly
situated position as St. Luke's Episcopal School.

222.   The statements and conduct of Defendants Brian Knotts and other Defendant School
Board members, Defendants Board of Trustees members of St Luke's Episcopal School
and friends of other board members, demonstrated the conscious disregard and on-going
oppression of the rights and safety of the Plaintiff and his family.

223.   The slanderous and libelous defamatory statements based on untruths, intentional false
and misleading allegations of mismanagement and violating board policies made by
Defendant Brian Knotts and other Defendant Board of Trustee Members against
Plaintiff's character and reputation including the false statement that he mismanaged
money, caused mental and emotional damage to Plaintiff, and Plaintiff's children who
were still attending St. Luke's Espiscopal School at the time.

224.   These defamatory statements against Plaintiff caused mental and emotional injury to
Plaintiff's wife who was an active parent and supporter of the School and its activities.

DOCUMENT 73

St Luke's Episcopal School Board members knowingly spread false rumors, and intentional false statements to faculty, staff, families, educators, and community members that were knowingly false and cast the Plaintiff's negatively in the community.

225.    Defendants, St Luke's Episcopal School Board of Trustee members intentional, fraudulent and malicious statements about Plaintiff caused Plaintiff and his family to suffer embarrassment, humiliation, pain and suffering as well as a loss of career opportunities, emotional distress, loss of pay and benefits and mental anguish for which he claims damages.

226.    Plaintiff seeks declaratory and injunctive relief, from the Defendants to order that the Defendants refrain from making any further public statements about the Plaintiff, or his wife and that the Defendants immediately award of nominal, compensatory and punitive damages for humiliation, embarrassment, mental anguish, costs, interest on lost pay, attorney fees, and any other such relief as the trier of fact may assess.

227     As a direct and proximate result of Defendants' deliberate and public defamatory statements, the Plaintiff was unable to secure employment as a Head of School at another school.

WHEREFORE, the premises considered, the Plaintiff respectfully requests this Court issue declaratory and injunctive relief, award of nominal, compensatory, and punitive damages for damages for humiliation, embarrassment, mental anguish, costs, interest, attorney fees, and any other such relief as the trier of fact may assess associated with this litigation.

## COUNT V
## NEGLIGENT AND WANTON TRAINING

228.    Plaintiff adopts and realleges paragraphs one (1) through two hundred twenty-seven (227) as if set forth fully herein.

DOCUMENT 73

229. Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently and publicly, by word of mouth and written statements, defamed Plaintiff's professionally and individually by fraudulently and intentionally asserting through misrepresentation, deceit, or concealment of a material fact such that the concealing party, Defendant Brian Knotts, and other members of the School and Defendant Board of Trustees members had a duty to refrain from disclosing information related to the Plaintiff's termination and personnel matters to members outside the Board Members in Executive Session.

230. Plaintiff alleges that Defendants St. Luke's Episcopal School, School Board, St Luke's Episcopal Church and all members of the Board of Trustees and Vestry had a duty to provide a reasonably safe, non-hostile and non-discriminatory work and educational environment for all students and employees including Plaintiff.

231. The Defendants breached the duty owed to Plaintiff.

232. The Defendants failed to implement policies and procedures and training to ensure the Plaintiff and students rights were protected. Further, where the Plaintiff defends the rights of others based on Defendant Board of Trustees Policies, School student-parent Handbook, and the teachings of the Episcopal Church, the Defendants failed to comply with the policies and procedures of the Episcopal Church and Board of Trustees.

233. The Defendants failed to comply with School Board policies and procedures to protect the rights of Plaintiff.

234. The Defendants knowingly, intentionally, negligently, and wantonly failed to train and discipline new board members, trustees and vestry members to protect the Plaintiff and his family from injury from the intentional allowance of active discrimination, harassment, retaliation and reputational and character injury.

235. Plaintiff seeks declaratory and injunctive relief, award of lost employment benefits.

DOCUMENT 73

wages, back pay, front pay, interest, nominal, compensatory, punitive damages for
humiliation, embarrassment, mental anguish, damage to Plaintiff's educational leadership
character, costs, attorneys' fees and any and all such other relief the trier of fact may
assess.

**WHEREFORE,** the premises considered, the Plaintiff respectfully requests an award of
nominal, compensatory, and punitive damages for damages for humiliation, embarrassment,
mental anguish, costs, interest, attorney fees, and any other such relief as the trier of fact may
assess associated with this litigation.

## COUNT VI
## BREACH OF CONTRACT

236.    Plaintiff adopts and realleges paragraphs one (1) through two hundred and thirty-five
(235) as if set forth fully herein. This claim arises under the laws of the State of Alabama
prohibiting Breach of Contract.

237.    The Defendants knowingly and wantonly breached the contractual agreement with the
Plaintiff.

238.    Defendants' failure to honor the Employment Agreement in which the Plaintiff and
Defendants collectively authorized and endorsed; resulting in irrevocable damage to the
Plaintiff and his family.

239.    Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently
and publicly, by word of mouth and written statements, defamed Plaintiff professionally
and individually by fraudulently and intentionally asserting through misrepresentation,
deceit, or concealment of a material fact such that the concealing party.Defendants Brian
Knotts, and other members of the School Board used to breach the contract of the
Plaintiff and terminate him and refuse to pay Plaintiff pursuant to the terms of his
employment agreement with Defendants St. Luke's Episcopal School, School Board,
Board of Trustees, Vestry, and St. Luke's Episcopal Church

DOCUMENT 73

240.   At all times relevant to this action, the named Defendants in this action, have acted in bad
       faith, have failed to treat the Plaintiff fairly and equitably, have failed to provide just
       compensation for services and terms of employment under the contract between Plaintiff
       and the Defendants.

241.   At all times relevant to this action, the Defendants in this action have retaliated against
       the Plaintiff for his actions to defend against discrimination, to protect the health and
       safety of all students, to require the Defendants Board of Trustees, to follow their own
       policies and procedures and as a direct result of his efforts to protect himself and the
       students at the school, the Defendants breached the employment contract, the policies and
       procedures of the Board of Trustees and have breached the duty to the Plaintiff.

242.   The Defendants agreed to compensate Plaintiff under the terms of the written
       employment contract between Plaintiff and Defendants.

243.   The Defendants agreed to compensate Plaintiff pursuant to the terms of the employment
       contract between the parties.

244.   Plaintiff performed all conditions, covenants, duties, and responsibilities required of him
       to be performed in accordance and conformity with the employment contract and
       employment relationship between the Defendants School, School Board, Vestry, and
       Church.

245.   The Defendants have failed to financially compensate Plaintiff in accordance with the
       written employment agreement of the parties.

246.   The Defendants breached the employment agreement with Plaintiff and wrongfully
       terminated Plaintiff by committing deliberate acts of retaliation and unfair dealings.

247.   As a result of the Defendants' conduct in wrongfully terminating the Plaintiff, he suffered

DOCUMENT 73

loss of income, health benefits, retirement, and other compensation when he was
wrongfully terminated by the Defendants when the Defendants acted deliberately,
knowingly, and in a retaliatory manner along with fraudulent misrepresentations and
unfair dealings.

248. Plaintiff has suffered loss of income, employment benefits, and his career has been
derailed under the false allegations, slanderous and libelous statements and damage to his
professional and personal reputation.

249. Plaintiff suffered the following additional injuries as a result of the breach of contract by
the Defendants::

    i.    Loss of employment;

    ii.    Succumbed to different terms and conditions of employment outside of the
written contractual agreement between the parties;

    iii.    Suffered damage to his professional and personal reputation based upon
the false and defamatory statements made against Pascavage by the
Defendants;

    iv.    Suffered humiliation, mental anguish, embarrassment, and financial loss.

**WHEREFORE**, Plaintiff seeks an award of lost employment benefits, wages, back pay,
front pay, interest, compensatory and punitive damages for the loss of career opportunities,
humiliation, embarrassment, mental anguish, costs, attorney fees, and any and all such other
relief the trier of fact may assess.

## COUNT VII
## ABUSE OF POWER AND PROCESS AGAINST THE ST LUKE'S
## SCHOOL BOARD, ST LUKE'S CHURCH, ST LUKE'S VESTRY AND
## TRUSTEES

250. Plaintiff adopts and realleges paragraphs one (1) through two hundred forty-nine (249) as
if set forth fully herein. This claim arises under the laws of the State of Alabama
prohibiting breach of Contract.

DOCUMENT 73

251. Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently
and publicly, by word of mouth and written statements, defamed Plaintiff's professionally
and individually by fraudulently and intentionally asserting through misrepresentation,
deceit, or concealment of a material fact such that the concealing party, Defendants Brian
Knotts, and other members of the School Board used to breach the contract of the
Plaintiff and terminate him and refuse to pay the Plaintiff pursuant to the terms of his
employment agreement with Defendants St. Luke's Episcopal School, School Board,
Board of Trustees, Vestry, and St Luke's Episcopal Church.

252. At all times relevant to this action the Defendants, Board of Trustees, have misused their
position of power to take unjust advantage financially of other families enrolled at St.
Luke's Episcopal School by enabling friends and family members of the Board of
Trustees to receive financial assistance without complying with the policy to submit
financial applications and receive the same consideration as all other families enrolled in
the school; thereby taking advantage of other families and requiring them to incur
financial costs in excess of what others are required to pay.

253. At all times relevant to this action the Defendants, Board of Trustees, have misused their
position of power to take unjust advantage financially of other families enrolled at St
Luke's Episcopal School by enabling family members of student athletes to receive
financial assistance without complying with the policy to submit financial applications
and receive the same consideration as all other families enrolled at the school; thereby
taking advantage of other families and requiring them to incur financial costs in excess of
what others are required to pay. In several instances the family members of athletes
receive financial assistance even after the student athlete is no longer at the school.

254. At all times relevant to this action, the named Defendants in this action have acted in bad
faith, have failed to treat the Plaintiff fairly and equitably, and have failed to provide just
compensation for services and terms of his employment contract.

DOCUMENT 73

255. The elements of the tort of abuse of process and power pursuant to *C.C.& J., Inc. v.*
*Hagood*, 711 So. 2d 947, 950 (Ala. 1998) are:

    v.   The existence of an ulterior purpose

    vi.  A wrongful use of process and

    vii.  Malice

256. Defendant's ulterior motive must culminate in an actual abuse of process by perverting it
to a use to obtain a result which the process was not intended by law to effect... *Dempsey*
*v. Denman*, 442 So. 2d 63, 65 (Ala. 1983)(quoting 72 CJS Process §120, pp.
1190-91(1951).

257. Defendants retaliated against the Plaintiff for questioning the failure of the Board to
follow the Board policy and procedure, and for failure to implore sound fiscal strategies
to ensure the equity of treatment of students requesting financial aid at St. Luke's.

258. Defendants retaliated against the Plaintiff for questioning the failure of the Defendants
Board of Trustees to follow their own Board of Trustees policy and procedure, and for
failure to adhere to the non-discrimination policies of the Episcopal Church for which the
school is attached.

259. As a result of the Defendants' action collectively, Plaintiff has suffered financial loss, loss
of dignity, embarrassment, humiliation, and emotional distress and is due to have an
award of monetary damages and other relief.

    **WHEREFORE**, Plaintiff seeks an award of lost employment benefits, wages, back pay,
front pay, interest, compensatory and punitive damages for the loss of career opportunities,
humiliation, embarrassment, mental anguish, costs, attorney fees, and any and all such other
relief the trier of fact may assess.

## COUNT VIII
### CIVIL CONSPIRACY AGAINST PLAINTIFF BY DEFENDANTS

DOCUMENT 73

260.   Plaintiff adopts and realleges paragraphs one (1) through two hundred fifty nine (259) as
       if set forth fully herein. This claim arises under the laws of the State of Alabama.

261.   Plaintiff adopts and realleges that the Defendants deliberately, maliciously, fraudulently
       and publicly, by word of mouth and written statements, defamed Plaintiff's professionally
       and individually by fraudulently and intentionally asserting through misrepresentation,
       deceit, or concealment of a material fact such that the concealing party, Defendants Brian
       Knotts, and other members of the School Board used to breach the contract of the
       Plaintiff and terminated him as well as refused to pay the Plaintiff pursuant to the terms
       of his employment agreement with Defendants St. Luke's Episcopal School, School
       Board, Board of Trustees, Vestry, and St Luke's Episcopal Church.

262.   The Defendants conspired to retaliate against Plaintiff for engaging in speech protected
       by the First Amendment in violation of 42 U.S.C. § 1985 and Alabama law. *Stern v
       Leath*, No. 3:18-CV-807-WKW [WO], at *1 (M.D. Ala. July 8, 2021):

       Pursuant to 42 U.S.C. § 1985 **(3) Depriving persons of rights or privileges**

              viii.   "If two or more persons in any State ... conspire or go in disguise on the
                      highway or on the premises of another, for the purpose of depriving, either
                      directly or indirectly, any person or class of persons of the equal protection
                      of the laws, or of equal privileges and immunities under the laws; ... or to
                      injure any citizen in person or property on account of such support or
                      advocacy; in any case of conspiracy set forth in this section, if one or more
                      persons engaged therein do, or cause to be done, any act in furtherance of
                      the object of such conspiracy, whereby another is injured in his person or
                      property, or deprived of having and exercising any right or privilege of a
                      citizen of the United States, the party so injured or deprived may have an
                      action for the recovery of damages occasioned by such injury or
                      deprivation, against any one or more of the conspirators.

263.   Plaintiff alleges that the Defendants conspired to create the underlying counts asserted

DOCUMENT 73

hereinabove.

264.    The Defendants engaged in concerted action to achieve an improper purpose or lawful
purpose by unlawful means to seek revenge on Plaintiff for his lawful actions in reporting
the discrepancies of the board in applying policies and procedures, in asserting the safety
issues related to unsafe conditions on the lower campus and the Defendants further
created a hostile environment for the Plaintiff in engaging in actions to protect himself
and his legal rights under his contract.

265.    The Plaintiff was not provided any explanation as to his alleged conduct that warranted
his termination.

266.    The Plaintiff was not afforded any information with which to modify or change any
alleged conduct that may ultimately result in termination.

267.    Plaintiff's termination is a prime example of a discriminatory practice within the St
Luke's Board of Trustees.

268.    Upon information and belief the Defendants Board of Trustees failed to comply with the
policies and procedures including the policy related to discrimination, employment,
termination, and confidentiality of the Board of Trustee meetings.

269.    Upon information and belief the Defendants Board of Trustees failed to comply with the
policies and procedures related to the enforcement of the mission statement of the school
and the teachings of the Episcopal Church.

270.    As a direct and proximate result of the unlawful conduct committed by the Defendants,
Plaintiff has suffered and continues to suffer mental anguish, emotional distress,
including but not limited to humiliation, embarrassment, stress and anxiety for which the
Plaintiff is entitled to an award of monetary damages and other relief.

DOCUMENT 73

**WHEREFORE**, Plaintiff respectfully requests the Court:

ix.   Grant a permanent injunction enjoining the Defendants, their officers, successors, assigns and all persons in active concert or participation with Defendants, from engaging further in its discriminatory treatment and retaliation against Pascavage based of the protected speech and actions in furtherance of protecting the health and safety of the minor children on the campus of St Luke's Episcopal School;

x.   Enter an order of Declaratory judgment that the actions, conduct and practices of the Defendants complained of herein violated the laws of the United States;

xi.   Issue an order to award damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all monetary and or economic damages

xii.   Issue an order awarding damages to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all non-monetary and/or compensatory damages, including but not limited to, compensation for mental anguish and emotional distress, humiliation, embarrassment, stress and anxiety, loss of income, defamation;

xiii.   Issue an award of costs that Plaintiff has incurred in this action, as well as Plaintiff seeks a reasonable attorney fee to be the fullest extent permitted by law;

xiv.   Order Defendants and their agents to refrain from further harm and retaliation against the Plaintiff;

xv.   Order Defendants and their agents to make Plaintiff whole by providing monetary damages for all financial loss, including but not limited to front pay, back pay, and prejudgment interest, in amounts to be asserted and proven at trial; and other affirmative relief necessary to eradicate the effects of the Defendants unlawful employment practices, including but not limited to the Plaintiff's termination;

xvi.   Award the Plaintiff nominal, compensatory, punitive and liquidated damages;

DOCUMENT 73

(v) award the Plaintiff costs and expenses herein including reasonable attorney fees; and

(vi) award such other and further relief which this Court deems necessary and proper.

*The Plaintiff hereby demands a trial by jury in this matter on all of the triable issues of facts and damages stated herein.*

DATED this the ___/8___ day of ___AUGUST___, 2023.

## PLAINTIFF'S ATTESTATION

I am the Plaintiff in the above-styled action. I have read the foregoing Complaint and the facts stated herein are true and correct to the best of my knowledge.

DR. DARREN PASCAVAGE, Plaintiff

STATE OF ALABAMA
COUNTY OF MOBILE

Personally appeared before me, the undersigned, a Notary Public, in and for said State and County, DR. DARREN PASCAVAGE, who having been first duly sworn, deposes and says that he has read the statements contained in the foregoing responses and that the same are true and correct to the best of his knowledge and belief.

SWORN TO AND SUBSCRIBED before me on this the __154__ day of August, 2023.

NOTARY PUBLIC
My Commission Expires: 11/16/2026

STEPHANIE WALDROP CALLAN
MY COMMISSION EXPIRES
NOVEMBER 16, 2026
NOTARY PUBLIC
STATE OF ALABAMA

DOCUMENT 73

/s/Christine C. Hernandez
CHRISTINE C. HERNANDEZ(HER051)
ASB: 8252I64H
THE HERNANDEZ FIRM, LLC
P.O. Box 66174
Mobile, Alabama 36606
(251) 479-1477
(251) 650-3843 (fax)
Christine@equalizingjustice.com

/s/James Adam Muns
JAMES ADAM MUNS(MUN019)
ASB: 1785N23W
Attorney for the Plaintiff
Post Office Box 66174
Mobile, AL 36660-1174
(251) 479-1477  Phone
(251) 650-3843  Fax
james@equalizingjustice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1ST day of August, 2023, I have electronically filed the foregoing with the Clerk of the Court using the Alafile document filing system and served a copy of the foregoing by electronic filing and/or placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid to the following:

St. Luke's Episcopal School
1400 S. University Blvd.
Mobile, AL 36609

St. Luke's Episcopal Church
1050 Azalea Rd.
Mobile, AL 36693

St. Luke's Episcopal School, Board of Trustees
1400 S. University Blvd.
Mobile, AL 36609

Rt. Rev. Russell Kendrick, Bishop
1050 Azalea Rd.
Mobile, AL 36693

DOCUMENT 73

Bob Will
1400 S. University Blvd.
Mobile, AL 36609

Michelle Bentley
1121 Williamsburg Dr.
Mobile, AL 36695

Cassidey Duncan
460 Chatham St.
Mobile, AL 36604

Cathy Hayes
1223 Selma St.
Mobile, AL 36604

Brenda Langham
4562 Spruce Ave.
Saraland, AL 36571

Phillip Cummings
201 S. Georgia Ave.
Mobile, AL 36604

Jack Baylor
955 Highpoint Dr. E.
Mobile, AL 36693

Monica Cook
4013 Oak Brake Ct.
Mobile, Al 36693

Chance Cooper
2129 Marchfield Dr.
Mobile, Al. 36693

Mike Dossett
1220 N. Pine Street
Foley, AL 36535

Fran Garrett
3998 Byronell Dr. N.
Mobile, AL 36693

DOCUMENT 73

Amber Martenstein
426 Ridgecrest Court
Mobile, AL 36609

Elizabeth Palmer-Hill
1400 S. University Blvd.
Mobile, AL 36609

Jaye B. Patterson
4055 Westmoreland Dr. S.
Mobile, AL 36609

David Poole
2105 Sheffield Ct.
Mobile, AL 36693

Dani Moore
3795 Government St.
Mobile, AL 36602

Roy Price
21 West I-65 Service Rd. N.
Mobile, AL 36608

Robin Roberts
6451 Audubon Square N.
Mobile, AL 36695

Lloyd Roebuck
3515 Montlimar Plaza
#A
Mobile, AL 36609

Jim Rossler
104 St. Francis St.
#300
Mobile, AL 36602

Brian Trammell
9149 Walleross Court
Mobile, AL 36695

DOCUMENT 73

Rev. Jamie McElroy, Rector
1050 Azalea Rd.
Mobile, AL 36693

Brian Knotts, Chairman of the Board
St. Luke's Episcopal School
1808 Cadillac Ave.
Dauphin Island, AL 36528

Tara Lockett, Vice Chairman of the Board
St. Luke's Episcopal School
6251 Monroe Street
Suite 200
Daphne, AL 36526

Jake Baker
4065 Westmoreland Dr. S.
Mobile, AL 36695

Suzy Banks
2351 Old Government Street
Mobile, AL 36606

Windy Bitzer
9531 Magnolia Downs S.
Mobile, AL 36695

Elizabeth Boone
1630 Parkmore Court
Mobile, AL 36695

Mitch Cumpton
5445 Rabbit Creek Dr.
Theodore, AL 36582

Kim Dolbear
5671 Riverwood Cir. E.
Theodore, AL 36582

Shane Hale
1428 Hillcrest Road
Mobile, AL 36695

Terry Holt
4000 Sierra Dr.
Mobile, AL 36693

DOCUMENT 73

Holley Gibney
1129 Southern Way
Mobile, AL 36609

Gloria Henighan
2563 Trophy Court
Mobile, AL 36618

Ronnie Hardy
3400 Windsor Place Ct.
Mobile, AL 36695

Karmen Holmes
307 University Blvd
#200
Mobile, AL 36609

Tom Irving
9614 Downing Way S.
Mobile, AL 36695

Christine Jacobs
6021 Cedar Knot Ct.
Mobile, AL 36609

Ray Thompson
5701 Mal Dr.
#4
Mobile, AL 36693

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  CHRISTINE C HERNANDEZ
     christine@equalizingjustice.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:      8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To: ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:    8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
201 N. BAYLOR STREET
PENSACOLA, FL, 32502-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:      8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
     1050 AZALEA ROAD
     MOBILE, AL, 36693-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:    8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:      8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  BAKER JAKE (PRO SE)
     4063 WESTMORELAND DR. S.
     MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  BANKS SUZY (PRO SE)
     2351 OLD GOVERNMENT ST.
     MOBILE, AL, 36606-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:      8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:      8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  CUMPTON MITCH (PRO SE)
     5445 RABBIT CREEK DR.
     THEODORE, AL, 36582-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  DOLBEAR KIM (PRO SE)
     5671 RABBIT CREEK DR.
     MOBILE, AL, 36582-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  HALE SHANE (PRO SE)
     1428 HILLCREST ROAD
     MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  HAYES CATHY (PRO SE)
     1223 SELMA ST.
     MOBILE, AL, 36604-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:    8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To: DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:        8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  GARRETT FRAN (PRO SE)
     3998 BYRONELLE DR. N.
     MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:      8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:      8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To: JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:      8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  PRICE ROY (PRO SE)
     21 W I-65 SERVICE ROAD
     MOBILE, AL, 36608-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:   ROEBUCK LLOYD (PRO SE)
      3515 MONTLIMAR PLAZA
      #A
      MOBILE, AL, 36609-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  ROSSLER JIM (PRO SE)
     104 ST. FRANCIS STREET
     #300
     MOBILE, AL, 36602-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  KARMEN HOLMES
2808 RALSTON ROAD
MOBILE, AL, 36606

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  AMBER MARTENSTEIN
     426 RIDGECREST COURT
     MOBILE, AL, 36609

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To: DANI MOORE
3798 GOVERNMENT BLVD.
MOBILE, AL, 36693

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  BOB WILL
1116 HERON LAKES CIRCLE
MOBILE, AL, 36606

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To: ROBIN ROBERTS
6451 AUDUBON SQUARE N.
MOBILE, AL, 36695

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:    8/14/2023 11:07:03 AM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  ELIZABETH PALMER-HILL
52 RICKARBY ROAD
MOBILE, AL, 36606

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

Service by sheriff in 02 - MOBILE County

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 74



AlaFile E-Notice

02-CV-2023-901572.00

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following alias summons was FILED on 8/14/2023 11:07:03 AM

Notice Date:     8/14/2023 11:07:03 AM

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 75

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** KARMEN HOLMES, 2808 RALSTON ROAD, MOBILE, AL 36606
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____ ,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660
_____ .
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                              *(Name(s))*

| 08/14/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.     _____
                                              *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .
                                                                    *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .
                  *(Date)*

_____     _____
*(Type of Process Server)*                *(Address of Server)*

_____     _____
*(Server's Signature)*

_____     _____
*(Server's Printed Name)*                 *(Phone Number of Server)*

DOCUMENT 75

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** AMBER MARTENSTEIN, 426 RIDGECREST COURT, MOBILE, AL 36609
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____ ,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660 _____ .
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                              *(Name(s))*

| _____08/14/2023_____ | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.     _____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                              *(Name of County)*

Alabama on _____ .
*(Date)*

_____               _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____               _____
*(Server's Printed Name)*          *(Phone Number of Server)*

DOCUMENT 75

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** DANI MOORE, 3798 GOVERNMENT BLVD., MOBILE, AL 36693

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ                                                                                                    ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                              *[Name(s)]*

| 08/14/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.    _____

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____                    .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*            *(Name of County)*

Alabama on _____ .

*(Date)*

_____                    _____

*(Type of Process Server)*        *(Server's Signature)*    *(Address of Server)*

_____                    _____

*(Server's Printed Name)*        *(Phone Number of Server)*

DOCUMENT 75

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** BOB WILL, 1116 HERON LAKES CIRCLE, MOBILE, AL 36606
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660
_____.
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                    *(Name(s))*

| 08/14/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                              *(Name of County)*

Alabama on _____.
*(Date)*

_____        _____
*(Type of Process Server)*                                    *(Address of Server)*

_____        _____
*(Server's Signature)*                                           *(Phone Number of Server)*

_____
*(Server's Printed Name)*

DOCUMENT 75

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:**   ROBIN ROBERTS, 6451 AUDUBON SQUARE N., MOBILE, AL 36695
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                     .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                        *[Name(s)]*

| 08/14/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.   _____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*                         *(Name of County)*

Alabama on _____.
*(Date)*

_____      _____
*(Type of Process Server)*                                 *(Address of Server)*

_____      _____
*(Server's Signature)*

_____      _____
*(Server's Printed Name)*                               *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** ELIZABETH PALMER-HILL, 52 RICKARBY ROAD, MOBILE, AL 36606
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ
_____ ,
*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660
_____ .
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                              *(Name(s))*

_____        /s/ SHARLA KNOX        By: _____
08/14/2023
*(Date)*                              *(Signature of Clerk)*                *(Name)*

☐ Certified Mail is hereby requested.        _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                        *(Name of County)*

Alabama on _____ .
*(Date)*

_____        _____
*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

                                _____        _____
                                *(Server's Printed Name)*        *(Phone Number of Server)*

DOCUMENT 76





## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**BITZER, WINDY (D010)**

**9531 MAGNOLIA DOWNS DR. S MOBILE, AL 36695**

Due By:

Date Served:    08/14/2023

Service Attempt:

| | | | | |
|---|---|---|---|---|
| Action: | ☐ Service Attempt | ☒ Paper Served | ☐ Drop Deputized | ☐ Executed | ☐ Executed W/O Personal Service |

No Contact: ☐ Left Card    ☐ Other (see notes)

Not Found: ☐ Moved - New Residence    ☐ Moved - Unknown Location    ☐ Deceased    ☐ Vacant Residence / Lot

☐ Not Employed    ☐ NIT (Not in Territory)    ☐ RWA (Recalled W/O Action)    ☐ CTO (Come to Office)

☐ Other (see notes)    ☐ No Property Found    ☐ Address Does Not Exist

☐ Subject Unknown at this Address    ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service    ☐ Not Found-Deputy Not Allowed on Property

Served To:    BITZER, WINDY                                    Location Served:    ☒ Listed    ☐ Other

Deputized Person:                                               Location:

Notes:

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.
08/10/2023 08:27 - THIRD ATTEMPT LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

☐ Avoiding Service    ☐ Deputized Person    ☐ Posted on Property    ☐ Refused Service

I certify that I personally delivered to <u>BITZER WINDY</u> on <u>08/14/2023</u>

By: _____    D.S. Copy mailed to defendant on  _____

WADE, MONA FAYE

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 77





## Mobile County Sheriff's Office

**CV  2023  901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**SUMMONS-COMPLAINT**

**BANKS, SUZY  (D009)**

**2351 OLD GOVERNMENT ST. MOBILE, AL 36606**

Due By:

Date Served:    08/11/2023

Service Attempt:

Action:  ☐ Service Attempt   ☒ Paper Served   ☐ Drop Deputized   ☐ Executed   ☐ Executed W/O Personal Service

No Contact:  ☐ Left Card   ☐ Other (see notes)

Not Found:  ☐ Moved - New Residence   ☐ Moved - Unknown Location   ☐ Deceased   ☐ Vacant Residence / Lot

☐ Not Employed   ☐ NIT (Not in Territory)   ☐ RWA (Recalled W/O Action)   ☐ CTO (Come to Office)

☐ Other (see notes)   ☐ No Property Found   ☐ Address Does Not Exist

☐ Subject Unknown at this Address   ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service   ☐ Not Found-Deputy Not Allowed on Property

Served To:    BANKS, SUZY                        Location Served:    ☒ Listed   ☐ Other

Deputized Person:                                Location:

Notes:

☐ Avoiding Service   ☐ Deputized Person   ☐ Posted on Property   ☐ Refused Service

I certify that I personally delivered to <u>BANKS SUZY</u> on <u>08/11/2023</u>

By:  _____            D.S. Copy mailed to defendant on    _____

HUDSON JR, WALKENER

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
201 N. BAYLOR STREET
PENSACOLA, FL, 32502-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
     1808 CADILLAC AVE.
     DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1116 HERON LAKES CIRCLE
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
2808 RALSTON ROAD
MOBILE, AL, 36606-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   JACOBS CHRISTINE (PRO SE)
      6021 CEDAR KNOTT CT.
      MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: MARTENSTEIN AMBER (PRO SE)
426 RIDGECREST COURT
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
52 RICKARBY ROAD
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3798 GOVERNMENT BLVD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
     6451 AUDUBON SQUARE N.
     MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY
Corresponding To
SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/14/2023

D010 BITZER WINDY

Corresponding To

SERVED PERSONALLY

08/11/2023 15:19 - FOURTH ATTEMPT AT LOCATION, LEFT CARD.^08/10/2023 08:27 - THIRD ATTEMPT
LEFT CARD
08/09/2023 14:06 - SECOND ATTEMPT LEFT CARD
08/09/2023 10:34 - FIRST ATTEMPT LEFT CARD

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
     christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
201 N. BAYLOR STREET
PENSACOLA, FL, 32502-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: WILL BOB (PRO SE)
1116 HERON LAKES CIRCLE
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HOLMES KARMEN (PRO SE)
2808 RALSTON ROAD
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
426 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PALMER-HILL ELIZABETH (PRO SE)
52 RICKARBY ROAD
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3798 GOVERNMENT BLVD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON SQUARE N.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:   ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 78



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/11/2023

D009 BANKS SUZY

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 79





## Mobile County Sheriff's Office

**CV  2023  901572.  00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**MOORE, DANI**

**3798 GOVERNMENT BLVD Mobile, AL 36693**

Due By:

Date Served:    08/17/2023

Service Attempt:

Action:  [ ] Service Attempt  [X] Paper Served  [ ] Drop Deputized  [ ] Executed  [ ] Executed W/O Personal Service

No Contact:  [ ] Left Card  [ ] Other (see notes)

Not Found:  [ ] Moved - New Residence  [ ] Moved - Unknown Location  [ ] Deceased  [ ] Vacant Residence / Lot

[ ] Not Employed  [ ] NIT (Not in Territory)  [ ] RWA (Recalled W/O Action)  [ ] CTO (Come to Office)

[ ] Other (see notes)  [ ] No Property Found  [ ] Address Does Not Exist

[ ] Subject Unknown at this Address  [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service  [ ] Not Found-Deputy Not Allowed on Property

[ ] Recipient Unavailable for Service Before Due Date

Served To:  MOORE, DANI                    Location Served:  [X] Listed  [ ] Other

Deputized Person:                          Location:

Notes:

08/17/2023 09:25 - MOORE, DANI 251-454-7896
08/16/2023 09:14 - 1ST ATTEMPT LEFT A CARD.

[ ] Avoiding Service  [ ] Deputized Person  [ ] Posted on Property  [ ] Refused Service

I certify that I personally delivered to <u>MOORE DANI</u> on <u>08/17/2023</u>

By:  _____    D.S. Copy mailed to defendant on  _____

KIDD, ARNOLD

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423                    Zeketha Corbett

DOCUMENT 79



| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>*Alias* - CIVIL - | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

**NOTICE TO:** DANI MOORE, 3798 GOVERNMENT BLVD., MOBILE, AL 36693

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S).
CHRISTINE C HERNANDEZ

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                    *(Name(s))*

| 08/14/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____.

*(Date)*

_____                    _____
*(Type of Process Server)*     *(Server's Signature)*           *(Address of Server)*



_____                    _____
*(Server's Printed Name)*                           *(Phone Number of Server)*

**02-CV-2023-901572.00**
DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

| C001 - PASCAVAGE DARREN | v. | D037 - DANI MOORE |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

## SERVICE RETURN COPY

DOCUMENT 80



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/17/2023

D037 MOORE DANI
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 80



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/17/2023

D037 MOORE DANI
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 81

 

## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**SUMMONS-COMPLAINT**

**MARTENSTEIN, AMBER**

**426 RIDGECREST CT Mobile, AL 36609**

Due By:

Date Served:    08/16/2023

Service Attempt:

Action:        [ ] Service Attempt    [X] Paper Served    [ ] Drop Deputized    [ ] Executed    [ ] Executed W/O Personal Service

No Contact:    [ ] Left Card    [ ] Other (see notes)

Not Found:     [ ] Moved - New Residence    [ ] Moved - Unknown Location    [ ] Deceased    [ ] Vacant Residence / Lot
               [ ] Not Employed    [ ] NIT (Not in Territory)    [ ] RWA (Recalled W/O Action)    [ ] CTO (Come to Office)
               [ ] Other (see notes)    [ ] No Property Found    [ ] Address Does Not Exist
               [ ] Subject Unknown at this Address    [ ] Not Found After Diligent Search
               [ ] Not Found-Too Late For Service    [ ] Not Found-Deputy Not Allowed on Property
               [ ] Recipient Unavailable for Service Before Due Date

Served To:    MARTENSTEIN, AMBER    Location Served:    [X] Listed    [ ] Other

Deputized Person:    Location:

Notes:

[ ] Avoiding Service    [ ] Deputized Person    [ ] Posted on Property    [ ] Refused Service

I certify that I personally delivered to <u>MARTENSTEIN AMBER</u> on <u>08/16/2023</u>

By: _____    D.S. Copy mailed to defendant on    _____

GREEN, JOHN PATRICK

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423                    Zeketha Corbett

DOCUMENT 81



ORIGINAL

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | *Alias* **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**NOTICE TO:** AMBER MARTENSTEIN, 426 RIDGECREST COURT, MOBILE, AL 36609

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ                                                                                          .

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                                   .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                              *[Name(s)]*

| 08/14/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
*(Date)*

| | |
|---|---|
| *(Type of Process Server)* | *(Address of Server)* |
| *(Server's Signature)* | |
| *(Server's Printed Name)* | *(Phone Number of Server)* |

**02-CV-2023-901572.00**
DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

| C001 - PASCAVAGE DARREN | v. | D033 - AMBER MARTENSTEIN |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**

DOCUMENT 82



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/16/2023

D033 MARTENSTEIN AMBER
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 82



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/16/2023

D033 MARTENSTEIN AMBER
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 83



**Mobile County Sheriff's Office**



## CV 2023 901572. 00

## DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL

## COMPLAINT-SUMMONS

## WILL, BOB

## 1116 HERON LAKES CIRCLE Mobile, AL 36693

Due By:

Date Served:   08/16/2023

Service Attempt:

Action:   [ ] Service Attempt   [X] Paper Served   [ ] Drop Deputized   [ ] Executed   [ ] Executed W/O Personal Service

No Contact:   [ ] Left Card   [ ] Other (see notes)

Not Found:   [ ] Moved - New Residence   [ ] Moved - Unknown Location   [ ] Deceased   [ ] Vacant Residence / Lot

[ ] Not Employed   [ ] NIT (Not in Territory)   [ ] RWA (Recalled W/O Action)   [ ] CTO (Come to Office)

[ ] Other (see notes)   [ ] No Property Found   [ ] Address Does Not Exist

[ ] Subject Unknown at this Address   [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service   [ ] Not Found-Deputy Not Allowed on Property

[ ] Recipient Unavailable for Service Before Due Date

Served To:   WILL, BOB                     Location Served:   [X] Listed   [ ] Other

Deputized Person:                          Location:

Notes:

[ ] Avoiding Service   [ ] Deputized Person   [ ] Posted on Property   [ ] Refused Service

I certify that I personally delivered to <u>WILL BOB</u> on <u>08/16/2023</u>

By:  <u>Arnold Kidd</u>  _____   D.S. Copy mailed to defendant on   _____

KIDD, ARNOLD

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Zeketha Corbett

DOCUMENT 83



ORIGINAL

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | *Alias* | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

**NOTICE TO:** BOB WILL, 1116 HERON LAKES CIRCLE, MOBILE, AL 36606

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 08/14/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____.

*(Date)*

*(Address of Server)*

_____          _____

*(Type of Process Server)*          *(Server's Signature)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

**02-CV-2023-901572.00**
DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

| C001 - PASCAVAGE DARREN | v. | D016 - BOB WILL |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



# SERVICE RETURN COPY

DOCUMENT 84



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/16/2023

D016 WILL BOB
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 84



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/16/2023

D016 WILL BOB
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 85

 

**Mobile County Sheriff's Office**

**CV  2023  901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**SUMMONS-COMPLAINT**

**ROBERTS, ROBIN**

**6451 AUDOBON SQUARE N  Mobile, AL 36695**

Due By:

Date Served:   08/15/2023

Service Attempt:

Action:   [ ] Service Attempt   [X] Paper Served   [ ] Drop Deputized   [ ] Executed   [ ] Executed W/O Personal Service

No Contact:   [ ] Left Card   [ ] Other (see notes)

Not Found:   [ ] Moved - New Residence   [ ] Moved - Unknown Location   [ ] Deceased   [ ] Vacant Residence / Lot

[ ] Not Employed   [ ] NIT (Not in Territory)   [ ] RWA (Recalled W/O Action)   [ ] CTO (Come to Office)

[ ] Other (see notes)   [ ] No Property Found   [ ] Address Does Not Exist

[ ] Subject Unknown at this Address   [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service   [ ] Not Found-Deputy Not Allowed on Property

[ ] Recipient Unavailable for Service Before Due Date

Served To:   ROBERTS, ROBIN                    Location Served:   [X] Listed   [ ] Other

Deputized Person:                              Location:

Notes:

[ ] Avoiding Service   [ ] Deputized Person   [ ] Posted on Property   [ ] Refused Service

I certify that I personally delivered to <u>ROBERTS ROBIN</u> on <u>08/15/2023</u>

By: _____   D.S. Copy mailed to defendant on _____

WADE, MONA FAYE

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Zeketha Corbett

DOCUMENT 85



ORIGINAL

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>Alias  **- CIVIL -** | **Court Case Number**<br>02-CV-2023-901572.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

**NOTICE TO:** ROBIN ROBERTS, 6451 AUDUBON SQUARE N., MOBILE, AL 36695

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

#### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.                    *[Name(s)]*

| 08/14/2023 | /s/ SHARLA KNOX | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .

*(Date)*

| _____ | _____ | _____ |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |

| _____ | _____ |
|---|---|
| *(Server's Printed Name)* | *(Phone Number of Server)* |

**02-CV-2023-901572.00**
DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

C001 - PASCAVAGE DARREN          v.          D039 - ROBIN ROBERTS

*(Plaintiff)*                                        *(Defendant)*

# SERVICE RETURN COPY

DOCUMENT 86



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/15/2023

D039 ROBERTS ROBIN

Corresponding To

SERVED PERSONALLY

ALIAS SUMMONS

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 86



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/15/2023

D039 ROBERTS ROBIN

Corresponding To

SERVED PERSONALLY

ALIAS SUMMONS

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 87





## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**COMPLAINT-SUMMONS**

**BOONE, ELIZABETH  (D011)**

**1630 PARKMORE CT. MOBILE, AL 36695**

Due By:

Date Served:    08/23/2023

Service Attempt:

Action: ☐ Service Attempt   ☒ Paper Served   ☐ Drop Deputized   ☐ Executed   ☐ Executed W/O Personal Service

No Contact: ☐ Left Card   ☐ Other (see notes)

Not Found: ☐ Moved - New Residence   ☐ Moved - Unknown Location   ☐ Deceased   ☐ Vacant Residence / Lot

☐ Not Employed   ☐ NIT (Not in Territory)   ☐ RWA (Recalled W/O Action)   ☐ CTO (Come to Office)

☐ Other (see notes)   ☐ No Property Found   ☐ Address Does Not Exist

☐ Subject Unknown at this Address   ☐ Not Found After Diligent Search

☐ Not Found-Too Late For Service   ☐ Not Found-Deputy Not Allowed on Property

Served To:    BOONE, ELIZABETH                    Location Served:   ☒ Listed   ☐ Other

Deputized Person:                                  Location:

Notes:

☐ Avoiding Service   ☐ Deputized Person   ☐ Posted on Property   ☐ Refused Service

I certify that I personally delivered to <u>BOONE ELIZABETH</u> on <u>08/23/2023</u>

By: _____        D.S. Copy mailed to defendant on   _____

SANGILAN, GEORGE GREGORY

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423                          Exporter

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
James@EqualizingJustice.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL (PRO SE)
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL CHURCH (PRO SE)
1050 AZALEA RD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ST. LUKE'S EPISCOPAL SCHOOL BOARD OF TRUSTEES (PRO S
1400 S. UNIVERSITY BLVD.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  RT. REV. RUSSELL KENDRICK, BISHOP (PRO SE)
201 N. BAYLOR STREET
PENSACOLA, FL, 32502-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  REV. JAMIE MCELROY, RECTOR (PRO SE)
1050 AZALEA ROAD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  KNOTTS BRIAN (PRO SE)
1808 CADILLAC AVE.
DAUPHIN ISLAND, AL, 36528-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: LOCKETT TARA (PRO SE)
6251 MONROE ST.
SUITE 200
DAPHNE, AL, 36526-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: BAKER JAKE (PRO SE)
4063 WESTMORELAND DR. S.
MOBILE, AL, 36695-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BANKS SUZY (PRO SE)
2351 OLD GOVERNMENT ST.
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BITZER WINDY (PRO SE)
9531 MAGNOLIA DOWNS DR. S
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BOONE ELIZABETH (PRO SE)
1630 PARKMORE CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: CUMPTON MITCH (PRO SE)
5445 RABBIT CREEK DR.
THEODORE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOLBEAR KIM (PRO SE)
5671 RABBIT CREEK DR.
MOBILE, AL, 36582-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HALE SHANE (PRO SE)
1428 HILLCREST ROAD
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLT TERRY (PRO SE)
4000 SIERRA DR.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  WILL BOB (PRO SE)
1116 HERON LAKES CIRCLE
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BENTLEY MICHELLE (PRO SE)
1121 WILLIAMSBURG DR.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DUNCAN CASSIDEY (PRO SE)
4600 CHATHAM ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HAYES CATHY (PRO SE)
1223 SELMA ST.
MOBILE, AL, 36604-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  LANGHAM BRENDA (PRO SE)
4562 SPRUCE AVE.
SARALAND, AL, 36571-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  CUMMINGS PHILLIP (PRO SE)
201 S. GEORGIA AVE
MOBILE, AL, 36601-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  BAYLOR JACK (PRO SE)
955 HIGHPOINT DR. E
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  COOPER CHANCE (PRO SE)
2129 MARCHFIELD
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  DOSSETT MIKE (PRO SE)
2012 NORTH PINE ST.
FOLEY, AL, 36535-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: GARRETT FRAN (PRO SE)
3998 BYRONELLE DR. N.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  GIBNEY HOLLEY (PRO SE)
1129 SOUTHERN WAY
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HENINGHAN GLORIA (PRO SE)
2563 TROPHY COURT
MOBILE, AL, 36618-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HARDY RONNIE (PRO SE)
3400 WINDSOR PLACE CT
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HOLMES KARMEN (PRO SE)
2808 RALSTON ROAD
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: IRVING TOM (PRO SE)
9614 DOWNING WAY S.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  JACOBS CHRISTINE (PRO SE)
6021 CEDAR KNOTT CT.
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  THOMPSON RAY (PRO SE)
5701 MAL DR.
#4
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MARTENSTEIN AMBER (PRO SE)
426 RIDGECREST COURT
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PALMER-HILL ELIZABETH (PRO SE)
52 RICKARBY ROAD
MOBILE, AL, 36606-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: PATTERSON JAYE B (PRO SE)
4055 WESTMORELAND DR. S
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  POOLE DAVID (PRO SE)
2105 SHEFFIELD CT.
MOBILE, AL, 36693-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MOORE DANI (PRO SE)
3798 GOVERNMENT BLVD.
MOBILE, AL, 36693-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  PRICE ROY (PRO SE)
21 W I-65 SERVICE ROAD
MOBILE, AL, 36608-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROBERTS ROBIN (PRO SE)
6451 AUDUBON SQUARE N.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROEBUCK LLOYD (PRO SE)
3515 MONTLIMAR PLAZA
#A
MOBILE, AL, 36609-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  ROSSLER JIM (PRO SE)
104 ST. FRANCIS STREET
#300
MOBILE, AL, 36602-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH

Corresponding To

SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 88



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  TRAMMELL BRIAN (PRO SE)
9149 WALLCROSS CT.
MOBILE, AL, 36695-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was served on 8/23/2023

D011 BOONE ELIZABETH
Corresponding To
SERVED PERSONALLY

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 89





## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**SUMMONS-COMPLAINT**

**HOLMES, KARMEN**

**2808 RALSTON RD  Mobile, AL 36606**

Due By:

Date Served:

Service Attempt:     08/25/2023

Action: [X] Service Attempt   [ ] Paper Served   [ ] Drop Deputized   [ ] Executed   [ ] Executed W/O Personal Service

No Contact: [ ] Left Card   [ ] Other (see notes)

Not Found: [ ] Moved - New Residence   [ ] Moved - Unknown Location   [ ] Deceased   [ ] Vacant Residence / Lot

[ ] Not Employed   [ ] NIT (Not in Territory)   [ ] RWA (Recalled W/O Action)   [ ] CTO (Come to Office)

[X] Other (see notes)   [ ] No Property Found   [ ] Address Does Not Exist

[ ] Subject Unknown at this Address   [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service   [ ] Not Found-Deputy Not Allowed on Property

[ ] Recipient Unavailable for Service Before Due Date

Served To:                                    Location Served: [ ] Listed   [ ] Other

Deputized Person:                            Location:

Notes:

08/25/2023 07:35 - 3RD 8/25/2023 07:34 UNABLE TO SERVE AFTER SEREVAL ATTEMPTS
08/24/2023 14:38 - 8/24/2023 14:37 LEFT SECOND CARD ON FRONT DOOR, SOMEONE REMOVED FIRST CARD
08/18/2023 13:36 - 1ST ATTEMPT 8/18/2023 13?36 LEFT CARD

[ ] Avoiding Service   [ ] Deputized Person   [ ] Posted on Property   [ ] Refused Service

RETURNED 08/28/2023
Not Found in My County After Diligent Search and inquiry.

By: _____    D.S. Copy mailed to defendant on  _____

HUDSON JR, WALKENER

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423                          Zeketha Corbett

DOCUMENT 89

*R... NF- Several attempts. Neg contact*   ORIGINAL

| State of Alabama | *Alias* SUMMONS | Court Case Number |
|---|---|---|
| Unified Judicial System | - CIVIL - | 02-CV-2023-901572.00 |
| Form C-34  Rev. 4/2017 | | |

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

**NOTICE TO:** KARMEN HOLMES, 2808 RALSTON ROAD, MOBILE, AL 36606

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
CHRISTINE C HERNANDEZ

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                    *[Name(s)]*

| 08/14/2023 | /s/ SHARLA KNOX | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____
*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
*(Date)*

| _____ | _____ | _____ |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |

| _____ | _____ |
|---|---|
| *(Server's Printed Name)* | *(Phone Number of Server)* |

### 02-CV-2023-901572.00
DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

| C001 - PASCAVAGE DARREN | v. | D029 - KARMEN HOLMES |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



## SERVICE RETURN COPY

DOCUMENT 90



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To: HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/25/2023

D029 HOLMES KARMEN

Corresponding To

OTHER

ALIAS SUMMONS UNABLE TO SERVE AFTER SEVERAL ATTEMPTS

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 90



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
James@EqualizingJustice.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/25/2023

D029 HOLMES KARMEN

Corresponding To

OTHER

ALIAS SUMMONS UNABLE TO SERVE AFTER SEVERAL ATTEMPTS

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 91





## Mobile County Sheriff's Office

**CV 2023 901572. 00**

**DARREN PASCAVAGE VS ST. LUKE'S EPISCOPAL SCHOOL ET AL**

**SUMMONS-COMPLAINT**

**PALMER-HILL, ELIZABETH**

**52 RICKARBY PLACE Mobile, AL 36606**

Due By:

Date Served:

Service Attempt:     08/24/2023

| Action: | [X] Service Attempt | [ ] Paper Served | [ ] Drop Deputized | [ ] Executed | [ ] Executed W/O Personal Service |
|---|---|---|---|---|---|
| No Contact: | [ ] Left Card | [ ] Other (see notes) | | | |
| Not Found: | [ ] Moved - New Residence | [ ] Moved - Unknown Location | [ ] Deceased | [ ] Vacant Residence / Lot | |
| | [ ] Not Employed | [ ] NIT (Not in Territory) | [ ] RWA (Recalled W/O Action) | [ ] CTO (Come to Office) | |
| | [X] Other (see notes) | [ ] No Property Found | [ ] Address Does Not Exist | | |
| | [ ] Subject Unknown at this Address | | [ ] Not Found After Diligent Search | | |
| | [ ] Not Found-Too Late For Service | | [ ] Not Found-Deputy Not Allowed on Property | | |
| | [ ] Recipient Unavailable for Service Before Due Date | | | | |

Served To:                                                   Location Served:     [ ] Listed     [ ] Other

Deputized Person:                                            Location:

Notes:

08/24/2023 14:17 - 8/24/0223 14:13 UNABLE TO SERVE AFTER SEVERAL ATTEMPTS, SOMEONE REMOVED ALL OF THE CARDS FROM THE FRONT DOOR. NO CONTACT.
08/22/2023 15:22 - 2ND ATTEMPT 8/22/2023 15:21 NO ANSWER, LEFT SECOND CARD.
08/18/2023 08:53 - 1ST ATTEMPT 8/18/2023 08:52 LEFT CARD

[ ] Avoiding Service     [ ] Deputized Person     [ ] Posted on Property     [ ] Refused Service

RETURNED <u>08/28/2023</u>
Not Found in My County After Diligent Search and inquiry.

By: _____          D.S. Copy mailed to defendant on  _____

HUDSON JR, WALKENER

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423                              Zeketha Corbett

DOCUMENT 91

*NF - Neg control. Cards left + removed on each return* (handwritten)

| | **SUMMONS** | **Court Case Number** |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | *Abas* (handwritten)  **- CIVIL -** | 02-CV-2023-901572.00 |

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

**NOTICE TO:** ELIZABETH PALMER-HILL, 52 RICKARBY ROAD, MOBILE, AL 36606
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CHRISTINE C HERNANDEZ

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 66174, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.            *[Name(s)]*

| 08/14/2023 | /s/ SHARLA KNOX | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☐ Certified Mail is hereby requested.
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on _____
*(Date)*                                    *(Address of Server)*



_____                _____
*(Type of Process Server)*    *(Server's Signature)*

_____                _____
*(Server's Printed Name)*    *(Phone Number of Server)*

### 02-CV-2023-901572.00
### DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL

| C001 - PASCAVAGE DARREN | v. | D034 - ELIZABETH PALMER-HILL |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

**SERVICE RETURN COPY**

DOCUMENT 92



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  HERNANDEZ CHRISTINE CASSI
christine@equalizingjustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/24/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

OTHER

ALIAS SUMMONS UNABLE TO SERVE AFTER SEVERAL ATTEMPTS SOMEONE REOMVED ALL CARDS
FROM FRONT DOOR

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 92



AlaFile E-Notice

02-CV-2023-901572.00

Judge: ASSIGNED JUDGE

To:  MUNS JAMES ADAM RAY
     James@EqualizingJustice.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

DARREN PASCAVAGE V. ST. LUKE'S EPISCOPAL SCHOOL ET AL
02-CV-2023-901572.00

The following matter was not served on 8/24/2023

D034 PALMER-HILL ELIZABETH

Corresponding To

OTHER

ALIAS SUMMONS UNABLE TO SERVE AFTER SEVERAL ATTEMPTS SOMEONE REOMVED ALL CARDS
FROM FRONT DOOR

SHARLA KNOX
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov