IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARREN PASCAVAGE,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 23-00336-KD-B |
| ) | |
| **ST. LUKE'S EPISCOPAL CHURCH,** ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is ORDERED, ADJUDGED, and DECREED that this action is dismissed as follows:

   A. This action against Defendants Monica Cook, Chance Cooper, Holly Gibney, Karmen Holmes, Tom Irving, David Poole, and Rector Jamie McElroy is **dismissed with prejudice** as to all Counts and Claims.

   B. This action against Defendants St. Luke's Episcopal Church, St. Luke's Episcopal Church Vestry, and Episcopal Diocese of the Central Gulf Coast is **dismissed with prejudice** as to Count III claiming civil conspiracy, Count IV claiming Title IX wrongful termination, Count V claiming invasion of privacy, Count VI claiming negligent hiring, training, and supervision, and Count VII claiming wantonness.

   C. This action against Defendants St. Luke's Episcopal Church, St. Luke's Episcopal Church Vestry, and Episcopal Diocese of the Central Gulf Coast is **dismissed without prejudice** as to Count I claiming breach of contract and Count II claiming defamation.

   D. This action against Defendants Bishop Russell Kendrick, Jack Baylor, Mike Dossett, Fran Garrett, Gloria Henighan, Ronnie Hardy, Christine Jacobs, and Ray Thompson, Elizabeth Palmer-Hill, Duncan Cassidey, Philip Cummings, Cathy Hayes, Brenda Langham, Tara Lockett, Kim Dolbear, Brian Trammell, Jake Baker, Wendy Bitzer, Elizabeth Boone, Dani Moore, Bob Will, Mitch Cumpton, Shane Hale, Amber

Martenstein, Jaye B. Patterson, Roy Price, Robin Roberts, Lloyd Roebuck, and Rector Jamie McElroy is **dismissed with prejudice** as to all Counts and Claims.

E. This action against Defendants Suzy Banks, Michelle Bentley, Brian Knotts and Terry Holt is **dismissed without prejudice** as to Count II claiming defamation and **dismissed with prejudice** as to all other Counts and Claims.

F. This action against Defendant St. Luke's Episcopal School is **dismissed without prejudice** as to Count I claiming breach of contract and Count II claiming defamation, and **dismissed with prejudice** as to all other Counts and Claims.

G. This action against Defendant St. Luke's Episcopal School Board of Trustees is **dismissed without prejudice** as to Count I claiming breach of contract and **dismissed with prejudice** as to all other Counts and Claims.

DONE and ORDERED this 14th day of August 2024.

 s/ Kristi K. DuBose  
KRISTI K. DuBOSE  
UNITED STATES DISTRICT JUDGE